**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

|  |  |
|---|---|
| In re:<br><br>I GLOBAL CAPITAL LLC, *et al.*,[1]<br><br><div align="center">Debtor.</div> | Chapter 11<br><br>Case No. 18-19121-RBR<br><br>(Jointly Administered) |

### GLOBAL NOTES, RESERVATION OF RIGHTS, AND
### STATEMENT OF LIMITATIONS, METHODOLOGY AND
### DISCLAIMER REGARDING DEBTORS' SCHEDULES AND SOFAs

1 Global Capital LLC and 1 West Capital LLC (the "Debtors") are contemporaneously filing these Global Notes (as defined below) as a supplement to and integral part of their Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SOFAs") filed in the Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court"). The Debtors prepared their Schedules and SOFAs pursuant to section 521 of Title 11 of the United States Code, as amended (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), with the assistance of their advisors. These *Global Notes, Reservation of Rights, and Statement of Limitations, Methodology and Disclaimer Regarding Debtors' Schedules and SOFAs* (the "Global Notes") pertain to, are incorporated by reference into, and comprise an integral part of, each of the Schedules and SOFAs, and should be reviewed in connection with any review of the Schedules and SOFAs.

The Debtors and their officers, employees, agents, attorneys and financial advisors relied on financial data derived from the Debtors' books and records that was available at the time of preparation, do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and SOFAs and shall not be liable for any loss or injury arising out of or caused in whole or in part by any acts or omissions, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein or in the Schedules and SOFAs. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys and financial advisors do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or in the Schedules and SOFAs or to notify any third party should the information be updated, modified, revised or re-categorized. The Debtors, on behalf of themselves, their officers, employees, agents and advisors, disclaim any liability to any third party arising out of or related to the information contained in the Schedules and SOFAs and reserve all rights with respect thereto.

---

[1] The business addresses and the last four (4) digits of this Debtors' federal tax identification number is: 1 Global Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (9517); 1 West Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (1711).

The Schedules and SOFAs have been signed by an authorized representative of each of the Debtors.  In reviewing and signing the Schedules and SOFAs, this representative relied upon the efforts, statements and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

## Global Notes and Overview of Methodology

**1.  Reservation of Rights**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and SOFAs; however, inadvertent errors or omissions may exist and conflicting, revised, or subsequent information may be discovered.  The Debtors (i) reserve all rights to amend or supplement the Schedules and SOFAs from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and SOFAs with respect to claim ("Claim") description, designation, or Debtor against which the Claim is asserted; (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and SOFAs as to amount, liability, priority, status, or classification; (iii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or (iv) object to the extent, validity, enforceability, priority, or avoidability of any Claim.  Any failure to designate a Claim in the Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated."  Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and SOFAs shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases (the "Chapter 11 Cases"), including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or Causes of Action (defined below) arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.

The listing in the Schedules or SOFAs (including, without limitation, Schedule A/B and Schedule E/F) by the Debtors of any obligation between one Debtor and the other Debtor is a statement of what appears in the Debtors' books and records and may not be an accurate reflection whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.  The Debtors reserve all rights with respect to such obligations.  For example, listing a Claim (i) in Schedule D as "secured," (ii) in Schedule E as "priority" or (iii) in Schedule F as "unsecured nonpriority," or listing a contract in Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtors' right to recharacterize or reclassify such Claim or contract.

Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the foregoing general reservation of rights.

**2.  Basis of Presentation**. The Schedules and SOFAs reflect financial information for the Debtors only and do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they

intended to be fully reconciled with any financial statements otherwise prepared and/or distributed by the Debtors. Additionally, the Schedules and SOFAs contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. Moreover, given, among other things, the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not a conclusion that such Debtor was solvent at the petition date. Likewise, to the extent that a Debtor shows more liabilities than assets, this is not a conclusion that such Debtor was insolvent at the petition date or any time prior to the petition date.

3. **Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

4. **Fiscal Year.** Each Debtor's fiscal year is reported on a 52-week fiscal year, ending on December 31st.

5. **Recharacterization.** Notwithstanding the Debtors' reasonable best efforts to properly characterize, classify, categorize or designate certain Claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and SOFAs, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and SOFAs at a later time as is necessary or appropriate as additional information becomes available.

6. **Fair Market Value; Book Value**. It would be prohibitively expensive and unduly burdensome for the Debtors to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, the Schedules and SOFAs reflect net book values for assets as of the dates stated in the Global Notes as reflected in the Debtors' books and records. Amounts ultimately realized may vary from net book value, and such variance may be material. The asset amounts listed do not include material write-downs that may be necessary. Operating cash is presented as bank balances as of the petition date. Certain other assets, such as intangible assets, are listed as undetermined amounts as of the petition date because the book values may materially differ from fair market values or the Debtors did not capitalize such assets. Claims listed as being owed to an entity under a memorandum of indebtedness or similar document (collectively, the "Lenders") are presented exclusive of any alleged accrued interest.

7. **Estimates.** To prepare and file the Schedules in accordance with the deadline established in these Chapter 11 Cases, the Debtors were required to make certain estimates and assumptions that affected the reported amounts of assets and liabilities as of the petition date. The Debtors reserve the right to amend the reported amounts of assets, liabilities, and expenses to reflect changes in those estimates or assumptions.

8. **Totals and Undetermined Amounts.** All totals that are included in the Schedules and SOFAs represent totals of known amounts only and do not include any undetermined amounts. To the extent there are unknown or otherwise undetermined amounts, the actual total may be materially different than the listed total. The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the

materiality of such amount. Due to unliquidated, contingent and/or disputed Claims, summary statistics in the Schedules, SOFAs and Global Notes may significantly understate the Debtors' liabilities.

**9. Excluded Assets and Liabilities.** The Debtors have sought to allocate liabilities between the pre- and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and SOFAs. As additional information becomes available and further research is conducted, the allocation of liabilities between the pre- and postpetition periods may change.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the characterization, validity, or amount of any asserted Claims under section 503(b)(9) of the Bankruptcy Code.

The Debtors have excluded potential rejection damage Claims, if any, of counterparties to executory contracts and unexpired leases. Certain liabilities (including but not limited to certain reserves, deferred charges, and future contractual obligations) may not be included in the Debtors' Schedules. Other immaterial assets and liabilities may also have been excluded.

The estimate of Claims set forth in the Schedules may not reflect assertions by the Debtors' creditors of a right to have such Claims paid or reclassified under the Bankruptcy Code or orders of the Bankruptcy Court.

**10. Property and Equipment.** Nothing in the Schedules or SOFAs (including, without limitation the failure to list leased property or equipment as owned property or equipment) is, or shall be construed as, an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement). Property and equipment listed in the Schedules and SOFAs are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

**11. Leases**. In the ordinary course of business, the Debtors may have leased equipment and facilities under various operating leases. These agreements are carried by the Debtors at a zero book value. Any such equipment and facilities leases are reported on Schedule G. To the extent that there was an amount outstanding under any of these agreements as of the petition date, the amount owed to the applicable lessor has been listed on Schedule E/F of the Debtors.

**12. Guaranties and Other Secondary Liability Claims**. The Debtors have made reasonable efforts to locate and identify guaranties and other secondary liability Claims (collectively, the "Guaranties") in each of the executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. Where Guaranties have been identified, they have been included in the relevant Schedule for each Debtor. It is possible that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements may have been inadvertently omitted. The Debtors reserve the right to amend the Schedules to the extent additional Guaranties are identified or such Guaranties are discovered to have expired or be unenforceable. In addition, the Debtors reserve the right (i) to amend the Schedules and SOFAs and to recharacterize or reclassify any such

contract or Claim, and (ii) to contest the validity or enforceability of any such Guaranties. Additionally, failure to list any Guaranties in the Schedules and SOFAs, including in any future amendments to the Schedules and SOFAs, shall not affect the enforceability of any Guaranties not listed.

13. **Claims of Third-Party Related Entities.**    Although the Debtors have made reasonable efforts to properly classify each Claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated and/or contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations to both such entities and their affiliates. Therefore, to the extent that the Debtors have classified Claims of a creditor as "disputed", "unliquidated" and/or "contingent", all Claims of such creditor's affiliates listed in the Schedules shall similarly be considered as disputed, unliquidated and/or contingent, whether or not they are designated as such.

14. **Insiders**.   For purposes of the Schedules and SOFAs, the Debtors define "insider" pursuant to section 101(31) of the Bankruptcy Code as, (a) officers, (b) relatives of officers of a Debtor, (c) entities owned or managed by relatives of officers of a Debtor (d) any managing or registered agent or managing member of a Debtor and (e) entities under common ownership with a Debtor.   Payments to insiders listed in (a) through (e) above are set forth on SOFA Item 4. Persons listed as "insiders" have been included for informational purposes only.   The Debtors did not take any position with respect to whether such individual or entity could successfully argue that such individual or entity is not an "insider" under applicable law, including without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

15. **Intellectual Property Rights.**   The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtors attribute ownership of all intellectual property to one Debtor, in certain instances, intellectual property may, in fact, be owned by another Debtor.

16. **Executory Contracts and Unexpired Leases**.   The Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and SOFAs, even though these contracts and leases may have some value to the Debtors' estates.   The Debtors' executory contracts and unexpired leases have been set forth in Schedule G.   Additionally, the Debtors may have listed certain contracts as executory contracts when, under further review and analysis, such contracts may not be executory. The Debtors' rejection of executory contracts and unexpired leases may result in the assertion of rejection damage Claims.   The Schedules and SOFAs do not reflect any Claims for rejection damages.   The Debtors reserve the right to make any arguments and objections with respect to the assertion of any such Claims.

17. **Causes of Action**.   Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their Causes of Action or potential Causes of Action against third parties as assets in the Schedules and SOFAs, including, without limitation, Causes of

Action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.

The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the petition date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and SOFAs shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

**18. Intercompany Obligations**. The Debtors net any receivables and payables between a Debtor and an affiliated entity (each transaction an "Intercompany Receivable" or "Intercompany Payable" and, collectively, the "Intercompany Claims"). Intercompany Claims are reported as assets on Schedule B. These Intercompany Claims include the following components, among others: 1) loans to affiliates, 2) centrally billed expenses, and 3) accounting for trade and other intercompany transactions. These Intercompany Claims may or may not result in allowed or enforceable Claims by or against a Debtor, and by listing these Claims a Debtor is not indicating a conclusion that the Intercompany Claims are enforceable. Intercompany Claims may also be subject to set off, recoupment, and netting not reflected in the Schedules. In situations where there is not an enforceable Claim, the assets and/or liabilities of a Debtor may be greater or less than the amounts stated herein. All rights to amend Intercompany Claims in the Schedules and SOFAs are reserved. The Debtors reserve their rights to later change the characterization, classification, categorization, or designation of such items.

**19. Entity Classification**. The Debtors have endeavored in good faith to identify the assets owned by the applicable Debtor and the liabilities owed by the applicable Debtor. Although the Schedules and SOFAs reflect the results of this effort, several factors may impact the Debtors' ability to precisely assign assets and liabilities to a particular entity (including non-Debtor affiliates), including, but not limited to: (i) certain assets may be primarily used by an entity other than the entity that holds title to such assets according to the Debtors' books and records; (ii) certain liabilities may have been nominally incurred by one entity, yet such liabilities may have actually been incurred by, or the invoices related to such liabilities may have been issued to or in the name of, an affiliate; and (iii) certain creditors of the Debtors may have treated one or more of the Debtors and their affiliates as a consolidated entity rather than as separate entities. The Debtors continue to analyze their relationship among each of the Debtors and their non-Debtor affiliates and may refine their view of ownership of certain assets or obligation under certain liabilities as a result of such investigation.

**20. Setoffs**. The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights regarding such credits, allowances or other adjustments.

**21. Global Notes Control**.  All of the Schedules and SOFAs are subject to and qualified by the Global Notes.  In the event that the Schedules and SOFAs differ from the Global Notes, **the Global Notes shall control**.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE SCHEDULES

### Schedule A/B - Real and Personal Property

Except where otherwise noted, the Debtors have included on Scheduled A/B the book value of owned real and personal property assets.

As noted above, despite commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their Causes of Action or potential Causes of Action against third parties as assets in their Schedules and SOFAs, including, but not limited to, Causes of Action arising under the Bankruptcy Code or any other applicable laws to recover assets or avoid transfers.

Assets recorded as negative net payables or other prepayments are representative of credits owed from customers or third parties.  Security deposits held by real property lessors, utility companies and various other third parties have been included on the applicable Debtors' Schedule A/B.

The Debtors have performed no independent review of the value of their assets for purposes of these Schedules, but have provided an estimated view of the net value of such assets to the Debtors at cost.

### Item 7 & 8 – Deposits and Prepayments

The Debtors' characterization of an asset listed in these Items is not a legal characterization of either a deposit or a prepayment. The Debtors reserve all of their rights to re-categorize and/or recharacterize such asset holdings at a later time as appropriate. Additionally, the amounts set forth on these Items do not include amounts held as retainers by professionals.

### Item 11 – Accounts Receivable

The Debtors reflect the unaudited, book value of the accounts receivable and estimate a reserve of uncollectable accounts. The Debtors have not conducted an independent review of the underlying accounts to determine if the net value of the receivables is accurate. As such, the final value of the receivables may be more or less than the reported values.

### Items 59 – 64 (Part 10: Intangibles and Intellectual Property)

Internet domain names and websites, licenses, franchises and royalties and other intellectual property are listed as an undetermined amount because the fair value of such ownership is dependent on numerous variables and factors and likely differs significantly from their net book value.

**Item 75 - Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, Including Counterclaims of the Debtors and Rights to Setoff Claims**

The Debtors' failure to list any contingent and/or unliquidated Claim held by the Debtors in response to this question shall not constitute a waiver, release, relinquishment, or forfeiture of such Claim.  In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds, or other warranty Claims against their suppliers.  Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant.  Because such Claims are unknown to the Debtors and not quantifiable as of the petition date, they are not listed in Item 75.

**Schedule D - Creditors Holding Secured Claims**

The Claims listed on Schedule D arose or were incurred on various dates.  A determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive.  Accordingly, not all such dates are included.  All Claims listed on Schedule D, however, appear to have been incurred before the petition date.  Except as otherwise agreed pursuant an order of the Bankruptcy Court, the Debtors reserve the right to dispute or challenge the validity, perfection or priority of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D.  The descriptions provided on Schedule D are intended only as a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in any Debtor's Schedule D shall be deemed a modification, interpretation, or waiver of the terms of any such agreements.

The Debtors have not included on Schedule D all parties that may believe their Claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, inchoate statutory lien rights, or real property lessors, utility companies and other parties that may hold security deposits.

By listing a party on Schedule D based on a UCC-1 filing, the Debtors are not conceding that such party actually holds a perfected, unavoidable security interest in the asset that is the subject of such filing, and reserves all rights as set forth in these Global Notes.

**Schedule E/F - Creditors Holding Unsecured Priority and/or Unsecured Non-Priority Claims**

The Bankruptcy Court has authorized the Debtors, in their discretion, to pay certain liabilities that may be entitled to priority under the applicable provisions of the Bankruptcy Code.  Although the Debtors received authorization to pay these liabilities, the Debtors have listed the claims at the value prior to such payment.

The listing of any Claim on Schedule E/F does not constitute an admission by the Debtors that such Claim is entitled to priority treatment under section 507 of the Bankruptcy Code or that the amount of the Claim is accurate.  The Debtors reserve their right to dispute the priority status of any Claim on any basis.

The unsecured non-priority Claims of individual creditors for among other things, products, goods or services are listed as either the lower of the amounts invoiced by the creditor or the amounts reflected on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors.  The Claims listed on Schedule E/F arose or were incurred on various dates.  In certain instances, the date on which a Claim arose may be subject to dispute.  While commercially reasonable efforts have been made, determining the date upon which each Claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list respective dates for the Claims listed on Schedule E/F.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases.  Additionally, Schedule E/F does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

The Debtors have listed Lenders as holders of "undisputed" general unsecured Claims, except in the instance where the Debtors believe that a particular Lender may have a contingent, unliquidated and/or disputed Claim based on facts specific to that holder.  The Debtors reserve all rights to recharacterize, reclassify, recategorize, redesignate, add or delete Claims in respect of Lenders reported in the Schedules and SOFAs at a later time as is necessary or appropriate as additional information becomes available.  Scheduled amounts for Lenders do not include accrued but unpaid interest.

The Debtors have redacted the names and addresses, as well as all but the last four digits of accounts numbers, for each of the Lenders listed in Schedule E/F in the interests of protecting the privacy of the Lenders.

## Schedule G - Unexpired Leases and Executory Contracts

Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or overinclusion may have occurred in preparing Schedule G.  In the ordinary course of business, the Debtors enter into various agreements with customers and vendors.  The Debtors may have entered into various other types of agreements in the ordinary course of their business, such as indemnity agreements, supplemental agreements, letter agreements, and confidentiality agreements that may not be set forth in Schedule G.  Omission of a contract, lease or other agreement from Schedule G does not constitute an admission that such omitted contract, lease or agreement is not an executory contract or unexpired lease.  Likewise, the listing of an agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect or unexpired on the petition date or is valid or enforceable.  The agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements that may not be listed on Schedule G.  Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.

Any and all rights, Claims and Causes of Action of the Debtors with respect to the agreements listed on Schedule G are hereby reserved and preserved.

## Schedule H - Co-Debtors

In the ordinary course of their business, the Debtors are involved in litigation which may include co-debtors. The Debtors may also have co-debtors or co-obligors under various leases, contracts or other agreements. The Debtors have made a reasonable effort to include these co-debtor or co-obligor relationships in Schedule H; however, certain co-debtor and co-obligor relationships may have been inadvertently omitted.

Any omission of a co-debtor or co-obligor in the Schedules does not constitute an admission that such omitted co-debtor or co-obligor is not obligated or liable under the relevant debt. The Debtors' rights under the Bankruptcy Code and non-bankruptcy law with respect to any omitted co-debtor or co-obligor are not impaired by the omission.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE SOFAs

## SOFAs Item 3 – 90 Day Payments

SOFAs Item 3 includes any disbursement or other transfer made by the Debtors within 90 days before the petition date except for those made to insiders (which payments appear in response to SOFAs Item 4 and 30), employees, and bankruptcy professionals (which payments appear in response to SOFAs Item 11). The amounts listed in SOFAs Item 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on SOFAs Item 3. All disbursements listed on SOFAs Item 3 are made through the Debtors' cash management system. Additionally, all disbursement information reported in SOFAs Item 3 for a specific Debtor pertains to the bank accounts maintained by that Debtor. All 90-day disbursements made from Debtor 1 Global Capital LLC are accounted for as having been made from that entity irrespective of the entity that received the benefit of such payment.

## SOFAs Item 4 – Insider Payments

The Debtors have attempted to include all payments made on or within 12 months before the petition date to any individual or entity deemed an "insider." The listing of a party as an insider is not intended to be nor should be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, Claim, right or defense, and all such rights, Claims, and defenses are hereby expressly reserved.

## SOFAs Item 6 – Setoffs

The Debtors routinely incur setoffs during the ordinary course of business. Setoffs in the ordinary course can result from various items including counterparty settlements, pricing discrepancies, returns, warranties and other transaction true-ups. These normal setoffs are consistent with the ordinary course of business in the Debtors' industry and can be particularly voluminous, making it unduly burdensome and costly for the Debtors to list all normal setoffs.

Therefore, ordinary course setoffs are excluded from the Debtors' responses to SOFA Item 6 except where otherwise noted.

**SOFAs Item 7 – Litigation**

In addition to the litigation listed in SOFAs Item 7, the Debtors from time to time may also participate in administrative actions and appeals with state agencies in the ordinary course of business. These actions have not been identified in this schedule unless formal proceedings were instituted.  The actual amount of litigation matters is contingent on the outcome of the cases.

**SOFAs Item 11 – Payments Related to Bankruptcy**

Payments and transfers made on behalf of all Debtors in connection with debt consolidation, restructuring, seeking bankruptcy relief or filing the Chapter 11 Cases, were made by Debtor 1 Global Capital LLC and therefore, are reflected in the 1 Global Capital LLC SOFAs.

*          *          *          *          *

**Fill in this information to identify the case:**

Debtor name __**1 Global Capital LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) __**18-19121-RBR**__

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................... $      **225,246,393.41**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $      **225,246,393.41**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      **2,500,000.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $      **409,444.41**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$      **278,173,524.49**

4. Total liabilities .................................................................................................
    Lines 2 + 3a + 3b      $      **281,082,968.90**

**Fill in this information to identify the case:**

Debtor name **1 Global Capital LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **18-19121-RBR**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.        **Cash on hand** | **$0.00** |

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Western Alliance Bank - Bridge Bank** | **Checking** | **3270** | **$0.00** |
| 3.2. | **Western Alliance Bank - Bridge Bank** | **Checking** | **6313** | **$1,004,420.88** |
| 3.3. | **Western Alliance Bank - Bridge Bank** | **Money Market** | **2967** | **$10,522,107.27** |
| 3.4. | **Western Alliance Bank - Bridge Bank** | **Checking** | **1605** | **$190,000.00** |
| 3.5. | **Western Alliance Bank - Bridge Bank** | **Checking** | **0356** | **$0.00** |
| 3.6. | **First Premier Bank** | **Checking** | **1356** | **$1,000,000.00** |

Debtor    **1 Global Capital LLC**                                    Case number *(If known)*  **18-19121-RBR**
Name

| | | | | |
|---|---|---|---|---|
| 3.7. | **First Premier Bank** | **Checking** | **2223** | **$2,149,278.59** |
| 3.8. | **City National Bank** | **Restricted** | **7261** | **$100,000.00** |
| 3.9. | **First Premier Bank** | **Restricted** | **1590** | **$115,000.00** |
| 3.10. | **Western Alliance Bank - Bridge Bank** | **Restricted** | **6253** | **$2,253,108.41** |
| 3.11. | **Western Alliance Bank - Bridge Bank** | **Restricted** | **8939** | **$110,103.56** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                          | **$17,444,018.71** |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Chanel ERA LLC (Security Deposit)** | **$250.00** |
| 7.2. | **Global Title Alliance, LLC (Security Deposit)** | **$22,100.00** |
| 7.3. | **Murray Family Associates (Security Deposit)** | **$23,710.46** |
| 7.4. | **Berger Singerman LLP (Retainer)** | **$50,000.00** |
| 7.5. | **Heitner Legal, P.L.L.C. (Retainer)** | **$10,000.00** |
| 7.6. | **Sherman & Howard L.L.C. (Retainer)** | **$10,000.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **1 Global Capital LLC**                                    Case number *(If known)*  **18-19121-RBR**
          <span style="font-size:smaller">Name</span>

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

| | | |
|---|---|---:|
| 8.1. | **XL Specialty Insurance Co.** | $150,000.00 |
| 8.2. | **Argo Group** | $135,000.00 |
| 8.3. | **Blue Cross and Blue Shield of Florida, Inc.** | $78,548.92 |
| 8.4. | **HUB International Ltd. Insurance** | $48,699.99 |
| 8.5. | **Informatica LLC** | $30,000.00 |
| 8.6. | **Grosvenor Square Limited - Due diligence fee** | $20,000.00 |
| 8.7. | **DocuSign Inc.** | $19,360.00 |
| 8.8. | **Experian Information Solutions, Inc.** | $18,572.58 |
| 8.9. | **Salesforce.com, Inc.** | $17,774.59 |
| 8.10. | **Software Solutions Consulting Inc.** | $11,000.00 |
| 8.11. | **Guardian** | $9,715.97 |
| 8.12. | **SBS Now Inc.** | $8,000.00 |
| 8.13. | **SysArc Infomatix Pvt Ltd** | $3,593.57 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **1 Global Capital LLC** | Case number *(If known)* **18-19121-RBR** |
|---|---|---|
| | Name | |

| 8.14. | **Creditsafe USA Inc.** | $3,000.00 |
|---|---|---|
| 8.15. | **Intuit Inc.** | $2,051.72 |
| 8.16. | **Dropbox Inc** | $937.50 |
| 8.17. | **The Travelers Companies** | $890.12 |
| 8.18. | **Global Title Alliance, LLC (Prepaid Rent)** | $51,100.01 |
| 8.19. | **Jasmine Investment Properties** | $2,550.00 |

| 9. | **Total of Part 2.** | $726,855.43 |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:**  **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | |
|---|---|---|---|---|
| | 11a. 90 days old or less: | 218,422,872.85 | - 35,352,629.86 = .... | $183,070,242.99 |
| | | face amount | doubtful or uncollectible accounts | |
| | 11b. Over 90 days old: | 366,894.32 | - 59,383.34 =.... | $307,510.98 |
| | | face amount | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | $183,377,753.97 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

Debtor    **1 Global Capital LLC**
          Name                                                    Case number *(If known)*  **18-19121-RBR**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Office Furniture - Various | Unknown | N/A | Unknown |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Office Equipment - Various | Unknown | N/A | Unknown |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | | | $0.00 |

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
■ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

Debtor  **1 Global Capital LLC**
Name

Case number *(If known)* **18-19121-RBR**

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.     Patents, copyrights, trademarks, and trade secrets | | | |
| 61.     Internet domain names and websites<br>**1stgc.com, fgcsubmit.com, 1800910Cash.com, 1Globalcapital.com, 1Stglobaladvances.com, 1Stglobalcapital.com, 1Stglobalcapital.net, 1Westcapital.com, 800910Cash.co, 800910Cash.com, 800910Cash.info, 800910Cash.net, Brightsmilefinancing.com, Fundingmerchantcash.com, Fundingmerchantscash.com, Green-Tree-Funding-Financial-Service.com, Greentreefunding.org, lbmcapital.com, Merchantcash.today, Merchantscash.today, Mpsalescenter.com, Pcfus.com, Portal1Gc.com, Quickmechartfunding.com, Quickmerchantsfunding.com & Sbaportal.co** | Unknown | N/A | Unknown |
| 62.     Licenses, franchises, and royalties<br>**Various software licenses** | Unknown | N/A | Unknown |
| 63.     Customer lists, mailing lists, or other compilations<br>**Merchant list** | Unknown | N/A | Unknown |
|     **Lender list** | Unknown | N/A | Unknown |
| 64.     Other intangibles, or intellectual property | | | |
| 65.     **Goodwill** | | | |

66.     **Total of Part 10.**                                                                 **$0.00**

        Add lines 60 through 65. Copy the total to line 89.

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

        ☐ No

        ■ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

        ☐ No

        ■ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

        ■ No

        ☐ Yes

| Part 11: | All other assets |

| Debtor | **1 Global Capital LLC** | Case number *(If known)* **18-19121-RBR** |
|---|---|---|
| | Name | |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

☑ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

| 71. | **Notes receivable**<br>Description (include name of obligor) | | | | |
|---|---|---|---|---|---|
| | **Loan receivable - S. Pichardo** | 3,268.41 - <br>Total face amount | 0.00 = <br>doubtful or uncollectible amount | | **$3,268.41** |
| | **Loan receivable - Carl Ruderman** | 1,762,077.71 - <br>Total face amount | 0.00 = <br>doubtful or uncollectible amount | | **$1,762,077.71** |

| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
|---|---|---|
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Payroll Advance - Evan Ruderman** | $31,903.32 |
| | **Payroll Advance - Linda Ruderman** | $35,000.00 |
| | **Payroll Advance - Steve Bernardone** | $50,000.00 |
| | **Intercompany receivable - Biogenics** | $4,881.17 |
| | **Intercompany receivable - Bright Smile** | $15,822,924.16 |
| | **Intercompany receivable - Ganador Enterprise** | $5,926,006.19 |
| | **Intercompany receivable - Green Tree** | $36,204.34 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **1 Global Capital LLC**                                   Case number *(If known)* **18-19121-RBR**
          Name

| **Empire Capital Funding Group** | **$25,500.00** |
|---|---|

78.   **Total of Part 11.**                                          $23,697,765.30
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Debtor    **1 Global Capital LLC**
Name

Case number *(If known)*  **18-19121-RBR**

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $17,444,018.71 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $726,855.43 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $183,377,753.97 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $23,697,765.30 | |
| 91. **Total.** Add lines 80 through 90 for each column | $225,246,393.41 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $225,246,393.41 |

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **1 Global Capital LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **18-19121-RBR**

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Collins Asset Group, LLC** | | $2,500,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**5725 Highway 290 West #103 Austin, TX 78735**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All Assets**

Creditor's email address, if known

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Collins Asset Group, LLC**
**2. Collins Family Trust, Walter A. Collins**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

| 2.2 | **Collins Family Trust, Walter A. Collins** | Unknown | Unknown |
|---|---|---|---|

Creditor's Name

**2300 Barton Creek Boulevard #32 Austin, TX 78735**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All Assets**

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **1 Global Capital LLC**                                    Case number (if know)    **18-19121-RBR**
       Name

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$2,500,000.00**

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **1 Global Capital LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **18-19121-RBR**

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,184.60** | **$5,184.60** |
|---|---|---|---|---|

**1st Global Capital, LLC 401(k) Plan**
**Ascensus Investment Services**
**124 8th Ave NE**
**Brainerd, MN 56401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**7/27/2018**

Basis for the claim:
**401(k) contributions, c/o The Vanguard Group**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,500.00** | **$2,500.00** |
|---|---|---|---|---|

**Abrams, Candace**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address
**Albalat, Joshua**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,875.00 | $1,875.00

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.4** | Priority creditor's name and mailing address
**Amorin, Patrizia**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$3,750.00 | $3,750.00

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.5** | Priority creditor's name and mailing address
**Arguelles, Paola**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$3,199.75 | $3,199.75

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.6** | Priority creditor's name and mailing address
**Bannan, Courtney**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$6,586.67 | $6,586.67

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **1 Global Capital LLC** | | Case number *(if known)* | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

**2.7** | Priority creditor's name and mailing address
**Barreiro, Elizabeth**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$2,208.58    $2,208.58

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.8** | Priority creditor's name and mailing address
**Beharie, Douglas**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$3,125.00    $3,125.00

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.9** | Priority creditor's name and mailing address
**Berger, Joseph**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$4,415.53    $4,415.53

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.10** | Priority creditor's name and mailing address
**Bernardone, Steven**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$6,875.00    $6,875.00

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | 1 Global Capital LLC | | Case number (if known) | 18-19121-RBR |
|---|---|---|---|---|
| | Name | | | |

**2.11**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,083.58 | $2,083.58 |
|---|---|---|---|
| **Bracero, Gabriel** | *Check all that apply.* | | |
| **1250 E Hallandale Beach Blvd** | ☐ Contingent | | |
| **Suite 409** | ☐ Unliquidated | | |
| **Hallandale Beach, FL 33009** | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, Commission, and/or Earned PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

**2.12**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,877.08 | $3,877.08 |
|---|---|---|---|
| **Brodi, Mark** | *Check all that apply.* | | |
| **1250 E Hallandale Beach Blvd** | ☐ Contingent | | |
| **Suite 409** | ☐ Unliquidated | | |
| **Hallandale Beach, FL 33009** | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, Commission, and/or Earned PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

**2.13**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,526.68 | $6,526.68 |
|---|---|---|---|
| **Brutau, Elena** | *Check all that apply.* | | |
| **1250 E Hallandale Beach Blvd** | ☐ Contingent | | |
| **Suite 409** | ☐ Unliquidated | | |
| **Hallandale Beach, FL 33009** | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, Commission, and/or Earned PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

**2.14**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,000.00 | $3,000.00 |
|---|---|---|---|
| **Burns, Jenna** | *Check all that apply.* | | |
| **1250 E Hallandale Beach Blvd** | ☐ Contingent | | |
| **Suite 409** | ☐ Unliquidated | | |
| **Hallandale Beach, FL 33009** | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, Commission, and/or Earned PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**2.15** | Priority creditor's name and mailing address
**Butler, Andre**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$2,291.92 | $2,291.92

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.16** | Priority creditor's name and mailing address
**Butuc, Bogdan**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$5,625.00 | $5,625.00

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.17** | Priority creditor's name and mailing address
**Carranza, Alejandro**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$1,333.33 | $1,333.33

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.18** | Priority creditor's name and mailing address
**Carville, Xavier**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$2,349.42 | $2,349.42

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**2.19**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,333.33 | $1,333.33 |
|---|---|---|---|
| **Celis, Carlos**<br>**1250 E Hallandale Beach Blvd**<br>**Suite 409**<br>**Hallandale Beach, FL 33009** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, Commission, and/or Earned PTO** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.20**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,153.85 | $2,153.85 |
|---|---|---|---|
| **Chacon, Idette**<br>**1250 E Hallandale Beach Blvd**<br>**Suite 409**<br>**Hallandale Beach, FL 33009** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, Commission, and/or Earned PTO** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.21**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,166.92 | $2,166.92 |
|---|---|---|---|
| **Chavarria, Christian**<br>**1250 E Hallandale Beach Blvd**<br>**Suite 409**<br>**Hallandale Beach, FL 33009** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, Commission, and/or Earned PTO** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**2.22**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00 | $2,000.00 |
|---|---|---|---|
| **Clay, Erin**<br>**1250 E Hallandale Beach Blvd**<br>**Suite 409**<br>**Hallandale Beach, FL 33009** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages, Commission, and/or Earned PTO** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

**2.23**  Priority creditor's name and mailing address
**Contla Montano, Jose**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$2,083.58    $2,083.58

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.24**  Priority creditor's name and mailing address
**Cregger, Judy**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$5,104.17    $5,104.17

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.25**  Priority creditor's name and mailing address
**Cyr, Robert**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$2,582.25    $2,582.25

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.26**  Priority creditor's name and mailing address
**De La Cruz, Mariseli**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$2,916.67    $2,916.67

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,911.06 | $2,911.06 |
|---|---|---|---|---|

**De La Torre, Kevin**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, Commission, and/or Earned PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,751.96 | $1,751.96 |
|---|---|---|---|---|

**Diaz, Norma**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, Commission, and/or Earned PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,708.33 | $7,708.33 |
|---|---|---|---|---|

**Dickson Kremer, Steven**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, Commission, and/or Earned PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,326.92 | $4,326.92 |
|---|---|---|---|---|

**Dopico, Rodolfo**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, Commission, and/or Earned PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **1 Global Capital LLC** | | Case number *(if known)* | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

**2.31** Priority creditor's name and mailing address
**Duffy, Kevin**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:      **$3,649.05**    **$3,649.05**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.32** Priority creditor's name and mailing address
**Duron, Dorian**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:      **$12,327.33**    **$12,327.33**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.33** Priority creditor's name and mailing address
**Enes, Isabel**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:      **$1,875.00**    **$1,875.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.34** Priority creditor's name and mailing address
**Espinosa, Isabel**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:      **$1,230.77**    **$1,230.77**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 2.35 | Priority creditor's name and mailing address<br>**Estrada, German**<br>**1250 E Hallandale Beach Blvd**<br>**Suite 409**<br>**Hallandale Beach, FL 33009** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$6,000.00** | **$6,000.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, Commission, and/or Earned PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address<br>**Fernandez, Juan**<br>**1250 E Hallandale Beach Blvd**<br>**Suite 409**<br>**Hallandale Beach, FL 33009** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$3,199.75** | **$3,199.75** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, Commission, and/or Earned PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address<br>**Figueroa Martinez, Zoe**<br>**1250 E Hallandale Beach Blvd**<br>**Suite 409**<br>**Hallandale Beach, FL 33009** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$2,708.33** | **$2,708.33** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, Commission, and/or Earned PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address<br>**Gamero, Kenny**<br>**1250 E Hallandale Beach Blvd**<br>**Suite 409**<br>**Hallandale Beach, FL 33009** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$2,574.75** | **$2,574.75** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, Commission, and/or Earned PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|

Name

---

**2.39** | Priority creditor's name and mailing address
**Garcia Bodden, Marcia**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**$1,933.33**    **$1,933.33**

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.40** | Priority creditor's name and mailing address
**Garcia, Alvaro**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**$2,291.67**    **$2,291.67**

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.41** | Priority creditor's name and mailing address
**Garcia, Angel**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**$9,623.33**    **$9,623.33**

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.42** | Priority creditor's name and mailing address
**Gibson, Daniel**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**$3,333.33**    **$3,333.33**

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Debtor   **1 Global Capital LLC**
                Name

Case number (*if known*)   **18-19121-RBR**

---

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,291.67 | $7,291.67 |
|------|---|---|---|---|

**Ginsberg, Michael**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,250.00 | $6,250.00 |
|------|---|---|---|---|

**Glick, Jayson**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,916.67 | $2,916.67 |
|------|---|---|---|---|

**Gonzalez, Dulce**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,083.33 | $2,083.33 |
|------|---|---|---|---|

**Gonzalez, Kimberly**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **1 Global Capital LLC** | Case number *(if known)* | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**2.47** | Priority creditor's name and mailing address
**Grant, Kenneth**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$2,715.00    $2,715.00

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.48** | Priority creditor's name and mailing address
**Grondin, Darla**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$3,128.33    $3,128.33

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.49** | Priority creditor's name and mailing address
**Halikias, Alan**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$5,593.51    $5,593.51

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.50** | Priority creditor's name and mailing address
**Hamilton, David**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$4,583.33    $4,583.33

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | 1 Global Capital LLC | | Case number (if known) | 18-19121-RBR |
|---|---|---|---|---|
| | Name | | | |

---

**2.51** | Priority creditor's name and mailing address
**Harless, Melissa**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is: | **$2,000.00** | **$2,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.52** | Priority creditor's name and mailing address
**Huesa, Jessica**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is: | **$2,083.33** | **$2,083.33**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.53** | Priority creditor's name and mailing address
**John, Tom**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is: | **$6,250.00** | **$6,250.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.54** | Priority creditor's name and mailing address
**Joseph, Emmanuel**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is: | **$3,000.00** | **$3,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

**2.55**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.25 | $2,000.25 |
|---|---|---|---|
| **Julio, Lily** | *Check all that apply.* | | |
| **1250 E Hallandale Beach Blvd** | ☐ Contingent | | |
| **Suite 409** | ☐ Unliquidated | | |
| **Hallandale Beach, FL 33009** | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, Commission, and/or Earned PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

**2.56**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,312.50 | $2,312.50 |
|---|---|---|---|
| **Kachanova, Olga** | *Check all that apply.* | | |
| **1250 E Hallandale Beach Blvd** | ☐ Contingent | | |
| **Suite 409** | ☐ Unliquidated | | |
| **Hallandale Beach, FL 33009** | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, Commission, and/or Earned PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

**2.57**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,432.09 | $8,432.09 |
|---|---|---|---|
| **Kane, Kevin** | *Check all that apply.* | | |
| **1250 E Hallandale Beach Blvd** | ☐ Contingent | | |
| **Suite 409** | ☐ Unliquidated | | |
| **Hallandale Beach, FL 33009** | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, Commission, and/or Earned PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

**2.58**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,284.58 | $2,284.58 |
|---|---|---|---|
| **Kulikova, Natalia** | *Check all that apply.* | | |
| **1250 E Hallandale Beach Blvd** | ☐ Contingent | | |
| **Suite 409** | ☐ Unliquidated | | |
| **Hallandale Beach, FL 33009** | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, Commission, and/or Earned PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**2.59** | Priority creditor's name and mailing address
**Lake, Anthony**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$3,750.00**　**$3,750.00**

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.60** | Priority creditor's name and mailing address
**Lang, Darice**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$3,750.00**　**$3,750.00**

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.61** | Priority creditor's name and mailing address
**Lent, Regina**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$2,483.21**　**$2,483.21**

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.62** | Priority creditor's name and mailing address
**Leyva Suarez, Yonny**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$4,083.33**　**$4,083.33**

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | 1 Global Capital LLC | | Case number (if known) | 18-19121-RBR |
|---|---|---|---|---|
| | Name | | | |

**2.63**

Priority creditor's name and mailing address
**Loarte, Mariela**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$2,574.75    $2,574.75

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.64**

Priority creditor's name and mailing address
**Loughman, Lori**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$2,083.33    $2,083.33

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.65**

Priority creditor's name and mailing address
**Mantilla, Alvaro**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$2,000.25    $2,000.25

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.66**

Priority creditor's name and mailing address
**Menendez, Rosa**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$1,833.58    $1,833.58

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | 1 Global Capital LLC | Case number (if known) | 18-19121-RBR |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,458.33 | $6,458.33 |
|---|---|---|---|---|

**Merkelson, Scott**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,166.67 | $3,166.67 |
|---|---|---|---|---|

**Mills, Christine**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,800.83 | $2,800.83 |
|---|---|---|---|---|

**Moncada, Jennifer**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,846.15 | $4,846.15 |
|---|---|---|---|---|

**Morales, Regina**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,657.33 | $2,657.33 |
|---|---|---|---|---|
| | **Napolitano, Robert** | Check all that apply. | | |
| | **1250 E Hallandale Beach Blvd** | ☐ Contingent | | |
| | **Suite 409** | ☐ Unliquidated | | |
| | **Hallandale Beach, FL 33009** | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, Commission, and/or Earned PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,770.17 | $2,770.17 |
|---|---|---|---|---|
| | **Navarro, Kristine** | Check all that apply. | | |
| | **1250 E Hallandale Beach Blvd** | ☐ Contingent | | |
| | **Suite 409** | ☐ Unliquidated | | |
| | **Hallandale Beach, FL 33009** | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, Commission, and/or Earned PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,223.33 | $2,223.33 |
|---|---|---|---|---|
| | **Parsaeian, Armine** | Check all that apply. | | |
| | **1250 E Hallandale Beach Blvd** | ☐ Contingent | | |
| | **Suite 409** | ☐ Unliquidated | | |
| | **Hallandale Beach, FL 33009** | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, Commission, and/or Earned PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,715.00 | $2,715.00 |
|---|---|---|---|---|
| | **Pollard, LaTisha** | Check all that apply. | | |
| | **1250 E Hallandale Beach Blvd** | ☐ Contingent | | |
| | **Suite 409** | ☐ Unliquidated | | |
| | **Hallandale Beach, FL 33009** | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, Commission, and/or Earned PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**2.75** | Priority creditor's name and mailing address
**Radchuk, Valentina**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is: $550.00    $550.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.76** | Priority creditor's name and mailing address
**Ramirez, David**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is: $4,380.83    $4,380.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.77** | Priority creditor's name and mailing address
**Ramos, Yankor**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is: $3,033.08    $3,033.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.78** | Priority creditor's name and mailing address
**Rand, Laura**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is: $2,291.67    $2,291.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | 1 Global Capital LLC | | Case number (if known) | 18-19121-RBR |
|---|---|---|---|---|
| | Name | | | |

---

**2.79**

Priority creditor's name and mailing address
**Rodriguez, Kevin**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$2,107.94    $2,107.94

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.80**

Priority creditor's name and mailing address
**Rodriguez, Lisnet**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$2,375.00    $2,375.00

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.81**

Priority creditor's name and mailing address
**Rojas, Julio**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$3,750.00    $3,750.00

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.82**

Priority creditor's name and mailing address
**Ruderman, Blake**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,500.00    $1,500.00

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | 1 Global Capital LLC | Case number (if known) | 18-19121-RBR |
|---|---|---|---|
| | Name | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $10,000.00 | $10,000.00 |
|---|---|---|---|---|
| | **Ruderman, Carl R**<br>**1250 E Hallandale Beach Blvd**<br>**Suite 409**<br>**Hallandale Beach, FL 33009** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, Commission, and/or Earned PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,000.00 | $4,000.00 |
|---|---|---|---|---|
| | **Ruderman, Evan**<br>**1250 E Hallandale Beach Blvd**<br>**Suite 409**<br>**Hallandale Beach, FL 33009** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, Commission, and/or Earned PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,833.33 | $4,833.33 |
|---|---|---|---|---|
| | **Ruderman, Svetlana**<br>**1250 E Hallandale Beach Blvd**<br>**Suite 409**<br>**Hallandale Beach, FL 33009** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, Commission, and/or Earned PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,708.33 | $2,708.33 |
|---|---|---|---|---|
| | **Ruiz, Lindsey**<br>**1250 E Hallandale Beach Blvd**<br>**Suite 409**<br>**Hallandale Beach, FL 33009** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, Commission, and/or Earned PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **1 Global Capital LLC** | | Case number (*if known*) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

**2.87** | Priority creditor's name and mailing address
**Saivay, Patricia**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$2,000.25   $2,000.25

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.88** | Priority creditor's name and mailing address
**Sanchez Velez, Sylvia**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$2,458.33   $2,458.33

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.89** | Priority creditor's name and mailing address
**Santos, Kayleigh**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$2,533.08   $2,533.08

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.90** | Priority creditor's name and mailing address
**Sedra, Jessica**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$2,949.75   $2,949.75

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.91 | Priority creditor's name and mailing address<br>**Sevillano, Rosanna**<br>**1250 E Hallandale Beach Blvd**<br>**Suite 409**<br>**Hallandale Beach, FL 33009** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $2,783.08 | $2,783.08 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, Commission, and/or Earned PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.92 | Priority creditor's name and mailing address<br>**Shollock, Dave**<br>**1250 E Hallandale Beach Blvd**<br>**Suite 409**<br>**Hallandale Beach, FL 33009** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $6,647.33 | $6,647.33 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, Commission, and/or Earned PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.93 | Priority creditor's name and mailing address<br>**Signer, Julie**<br>**1250 E Hallandale Beach Blvd**<br>**Suite 409**<br>**Hallandale Beach, FL 33009** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $1,875.00 | $1,875.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, Commission, and/or Earned PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.94 | Priority creditor's name and mailing address<br>**Small, Tatyanna**<br>**1250 E Hallandale Beach Blvd**<br>**Suite 409**<br>**Hallandale Beach, FL 33009** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $2,375.25 | $2,375.25 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, Commission, and/or Earned PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **1 Global Capital LLC** | | Case number *(if known)* | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,458.33 | $5,458.33 |
|---|---|---|---|---|
| | **Snead, Jonathan** | *Check all that apply.* | | |
| | **1250 E Hallandale Beach Blvd** | ☐ Contingent | | |
| | **Suite 409** | ☐ Unliquidated | | |
| | **Hallandale Beach, FL 33009** | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, Commission, and/or Earned PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,981.02 | $2,981.02 |
|---|---|---|---|---|
| | **Steril, Marieline** | *Check all that apply.* | | |
| | **1250 E Hallandale Beach Blvd** | ☐ Contingent | | |
| | **Suite 409** | ☐ Unliquidated | | |
| | **Hallandale Beach, FL 33009** | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, Commission, and/or Earned PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,034.75 | $4,034.75 |
|---|---|---|---|---|
| | **Stewart, Oneil** | *Check all that apply.* | | |
| | **1250 E Hallandale Beach Blvd** | ☐ Contingent | | |
| | **Suite 409** | ☐ Unliquidated | | |
| | **Hallandale Beach, FL 33009** | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, Commission, and/or Earned PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,089.74 | $4,089.74 |
|---|---|---|---|---|
| | **Stirrup, Darvonzanique** | *Check all that apply.* | | |
| | **1250 E Hallandale Beach Blvd** | ☐ Contingent | | |
| | **Suite 409** | ☐ Unliquidated | | |
| | **Hallandale Beach, FL 33009** | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages, Commission, and/or Earned PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**2.99** | Priority creditor's name and mailing address
**Strelzik, Jacob**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$10,267.63**   **$10,267.63**

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.100** | Priority creditor's name and mailing address
**Tangui, Valerie**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$3,478.33**   **$3,478.33**

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.101** | Priority creditor's name and mailing address
**Valarezo, Katherine**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$2,083.33**   **$2,083.33**

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.102** | Priority creditor's name and mailing address
**Vargas, Leopoldo**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$5,000.00**   **$5,000.00**

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **1 Global Capital LLC** | | Case number *(if known)* | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

**2.103** | Priority creditor's name and mailing address
**Vaughan, Scott**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$4,166.67**    **$4,166.67**

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.104** | Priority creditor's name and mailing address
**Visalden, Enio**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$4,459.46**    **$4,459.46**

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.105** | Priority creditor's name and mailing address
**Waldman, Daniel**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$5,192.31**    **$5,192.31**

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.106** | Priority creditor's name and mailing address
**Walne, Gerard**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$2,715.00**    **$2,715.00**

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,574.75 | $2,574.75 |
|---|---|---|---|---|
| | **Ware, Darryl** | Check all that apply. | | |
| | **1250 E Hallandale Beach Blvd** | ☐ Contingent | | |
| | **Suite 409** | ☐ Unliquidated | | |
| | **Hallandale Beach, FL 33009** | ■ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Wages, Commission, and/or Earned PTO** |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,609.83 | $3,609.83 |
|---|---|---|---|---|
| | **Welch, Derek** | Check all that apply. | | |
| | **1250 E Hallandale Beach Blvd** | ☐ Contingent | | |
| | **Suite 409** | ☐ Unliquidated | | |
| | **Hallandale Beach, FL 33009** | ■ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Wages, Commission, and/or Earned PTO** |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,125.00 | $3,125.00 |
|---|---|---|---|---|
| | **Wesselhoft, Ecedro** | Check all that apply. | | |
| | **1250 E Hallandale Beach Blvd** | ☐ Contingent | | |
| | **Suite 409** | ☐ Unliquidated | | |
| | **Hallandale Beach, FL 33009** | ■ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Wages, Commission, and/or Earned PTO** |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,770.17 | $2,770.17 |
|---|---|---|---|---|
| | **White, Heather** | Check all that apply. | | |
| | **1250 E Hallandale Beach Blvd** | ☐ Contingent | | |
| | **Suite 409** | ☐ Unliquidated | | |
| | **Hallandale Beach, FL 33009** | ■ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Wages, Commission, and/or Earned PTO** |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

Debtor    **1 Global Capital LLC**                                        Case number *(if known)*    **18-19121-RBR**
          Name

---

**2.111** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,981.92** | **$5,981.92**

**Wild, Robert A**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.112** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,590.00** | **$2,590.00**

**Woods, David**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.113** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,000.25** | **$2,000.25**

**Zayas, Cynthia**
**1250 E Hallandale Beach Blvd**
**Suite 409**
**Hallandale Beach, FL 33009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, Commission, and/or Earned PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,057.00**

**ABC Legal Services INC**
**633 Yesler Way**
**Seattle, WA 98104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  __Vendor__

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00**

**Account No. XXX1109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  __Lender__

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | | Case number (*if known*) | **18-19121-RBR** |
|---|---|---|---|---|

Name

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$699,250.00** |
|---|---|---|---|

**Account No. XXX1111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,272.91** |
|---|---|---|---|

**Account No. XXX1112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$996,265.36** |
|---|---|---|---|

**Account No. XXX1113**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$405,427.29** |
|---|---|---|---|

**Account No. XXX1114**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,758.42** |
|---|---|---|---|

**Account No. XXX1115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,530.29** |
|---|---|---|---|

**Account No. XXX1116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00** |
|---|---|---|---|

**Account No. XXX1118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**
_____    Case number (if known)    **18-19121-RBR**
Name

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |

**Account No. XXX1119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$305,000.00** |

**Account No. XXX1131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$723,009.00** |

**Account No. XXX1135**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |

**Account No. XXX1136**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$437,149.99** |

**Account No. XXX1137**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |

**Account No. XXX1141**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$87,033.98** |

**Account No. XXX1142**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | 1 Global Capital LLC | Case number (if known) | 18-19121-RBR |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $414,000.00 |
|---|---|---|---|

Account No. XXX1143

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,800.00 |
|---|---|---|---|

Account No. XXX1144

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $290,200.00 |
|---|---|---|---|

Account No. XXX1145

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,500.00 |
|---|---|---|---|

Account No. XXX1148

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

Account No. XXX1149

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,000.00 |
|---|---|---|---|

Account No. XXX1151

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,500.00 |
|---|---|---|---|

Account No. XXX1152

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ◼ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**
Name

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$86,000.00** |
|---|---|---|---|

**Account No. XXX1153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Lender

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$157,500.00** |
|---|---|---|---|

**Account No. XXX1154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Lender

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX1155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Lender

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,500.00** |
|---|---|---|---|

**Account No. XXX1156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Lender

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$87,000.00** |
|---|---|---|---|

**Account No. XXX1157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Lender

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|

**Account No. XXX1158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Lender

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$97,000.00** |
|---|---|---|---|

**Account No. XXX1160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Lender

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**
_____
Name                                                                    Case number (if known)    **18-19121-RBR**

| | |
|---|---|
| **3.31**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.    **$27,000.00** |
| **Account No. XXX1161** | ☐ Contingent |
| | ☐ Unliquidated |
| **Date(s) debt was incurred** _ | ☐ Disputed |
| **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** |
| | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| **3.32**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.    **$175,000.00** |
| **Account No. XXX1162** | ☐ Contingent |
| | ☐ Unliquidated |
| **Date(s) debt was incurred** _ | ☐ Disputed |
| **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** |
| | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| **3.33**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.    **$24,000.00** |
| **Account No. XXX1163** | ☐ Contingent |
| | ☐ Unliquidated |
| **Date(s) debt was incurred** _ | ☐ Disputed |
| **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** |
| | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| **3.34**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.    **$100,000.00** |
| **Account No. XXX1164** | ☐ Contingent |
| | ☐ Unliquidated |
| **Date(s) debt was incurred** _ | ☐ Disputed |
| **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** |
| | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| **3.35**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.    **$125,000.00** |
| **Account No. XXX1165** | ☐ Contingent |
| | ☐ Unliquidated |
| **Date(s) debt was incurred** _ | ☐ Disputed |
| **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** |
| | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| **3.36**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.    **$25,000.00** |
| **Account No. XXX1167** | ☐ Contingent |
| | ☐ Unliquidated |
| **Date(s) debt was incurred** _ | ☐ Disputed |
| **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** |
| | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| **3.37**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.    **$25,000.00** |
| **Account No. XXX1168** | ☐ Contingent |
| | ☐ Unliquidated |
| **Date(s) debt was incurred** _ | ☐ Disputed |
| **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** |
| | Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | **1 Global Capital LLC** | Case number *(if known)* | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,110.11** |
|---|---|---|---|

**Account No. XXX1169**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76,068.90** |
|---|---|---|---|

**Account No. XXX1171**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95,000.00** |
|---|---|---|---|

**Account No. XXX1172**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$164,874.73** |
|---|---|---|---|

**Account No. XXX1173**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,666.26** |
|---|---|---|---|

**Account No. XXX1178**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$128,000.00** |
|---|---|---|---|

**Account No. XXX1181**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95,000.00** |
|---|---|---|---|

**Account No. XXX1182**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**
Name

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$89,500.00** |
|---|---|---|---|
| | **Account No. XXX1183** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|
| | **Account No. XXX1184** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$162,945.63** |
|---|---|---|---|
| | **Account No. XXX1185** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,725.00** |
|---|---|---|---|
| | **Account No. XXX1186** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$99,000.00** |
|---|---|---|---|
| | **Account No. XXX1187** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$146,000.00** |
|---|---|---|---|
| | **Account No. XXX1188** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56,000.00** |
|---|---|---|---|
| | **Account No. XXX1189** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **1 Global Capital LLC**                                Case number (if known)    **18-19121-RBR**
Name

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$44,712.00** |

**Account No. XXX1190**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,600.02** |

**Account No. XXX1191**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,700.00** |

**Account No. XXX1192**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,773.83** |

**Account No. XXX1193**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$95,335.07** |

**Account No. XXX1194**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |

**Account No. XXX1195**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$74,956.95** |

**Account No. XXX1196**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,075.47** |
| --- | --- | --- | --- |

**Account No. XXX1197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$212,000.00** |
| --- | --- | --- | --- |

**Account No. XXX1198**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
| --- | --- | --- | --- |

**Account No. XXX1199**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,500.00** |
| --- | --- | --- | --- |

**Account No. XXX1200**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,760.00** |
| --- | --- | --- | --- |

**Account No. XXX1201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$138,000.00** |
| --- | --- | --- | --- |

**Account No. XXX1202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
| --- | --- | --- | --- |

**Account No. XXX1203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$62,500.00** |
|------|------|------|------|

**Account No. XXX1204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,200.00** |
|------|------|------|------|

**Account No. XXX1205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300,000.00** |
|------|------|------|------|

**Account No. XXX1206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
|------|------|------|------|

**Account No. XXX1209**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51,392.48** |
|------|------|------|------|

**Account No. XXX1210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63,000.00** |
|------|------|------|------|

**Account No. XXX1211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|------|------|------|------|

**Account No. XXX1213**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59,325.55**

**Account No. XXX1214**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,500,000.00**

**Account No. XXX1215**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$63,400.25**

**Account No. XXX1216**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,000.00**

**Account No. XXX1217**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,949.65**

**Account No. XXX1218**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$68,000.00**

**Account No. XXX1219**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43,000.00**

**Account No. XXX1220**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | | Case number (*if known*) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$774.35** |
|---|---|---|---|
| | **Account No. XXX1221** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,750.00** |
|---|---|---|---|
| | **Account No. XXX1222** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|
| | **Account No. XXX1223** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00** |
|---|---|---|---|
| | **Account No. XXX1224** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63,000.00** |
|---|---|---|---|
| | **Account No. XXX1225** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64,000.00** |
|---|---|---|---|
| | **Account No. XXX1226** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|
| | **Account No. XXX1227** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **1 Global Capital LLC**

Name

Case number (if known)    **18-19121-RBR**

| | | |
|---|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$22,441.87** |
| | **Account No. XXX1228** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$99,000.00** |
| | **Account No. XXX1229** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$35,475.00** |
| | **Account No. XXX1230** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$26,000.00** |
| | **Account No. XXX1231** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$29,425.00** |
| | **Account No. XXX1232** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$300,000.00** |
| | **Account No. XXX1233** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$27,500.00** |
| | **Account No. XXX1234** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|--------|--------------------------|------------------------|-------------------|
| | Name | | |

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$145,000.00** |

**Account No. XXX1237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,214.54** |

**Account No. XXX1241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00** |

**Account No. XXX1242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$55,500.00** |

**Account No. XXX1243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$126,277.26** |

**Account No. XXX1245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |

**Account No. XXX1246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$964,886.98** |

**Account No. XXX1247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|
| | **Account No. XXX1248** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | | |
| | | **Basis for the claim:  Lender _** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
|---|---|---|---|
| | **Account No. XXX1249** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | | |
| | | **Basis for the claim:  Lender _** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|
| | **Account No. XXX1250** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | | |
| | | **Basis for the claim:  Lender _** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125,000.00** |
|---|---|---|---|
| | **Account No. XXX1251** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | | |
| | | **Basis for the claim:  Lender _** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51,887.00** |
|---|---|---|---|
| | **Account No. XXX1252** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | | |
| | | **Basis for the claim:  Lender _** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$66,048.42** |
|---|---|---|---|
| | **Account No. XXX1253** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | | |
| | | **Basis for the claim:  Lender _** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,925.00** |
|---|---|---|---|
| | **Account No. XXX1254** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | | |
| | | **Basis for the claim:  Lender _** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **1 Global Capital LLC**
_____
Name                                                                Case number (if known)    **18-19121-RBR**

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
|---|---|---|---|

**Account No. XXX1256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$229,114.80** |
|---|---|---|---|

**Account No. XXX1257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$435,808.30** |
|---|---|---|---|

**Account No. XXX1258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,000.00** |
|---|---|---|---|

**Account No. XXX1261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$169,173.17** |
|---|---|---|---|

**Account No. XXX1262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,000.00** |
|---|---|---|---|

**Account No. XXX1263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,000.00** |
|---|---|---|---|

**Account No. XXX1264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$90,000.00**

**Account No. XXX1265**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00**

**Account No. XXX1266**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$53,893.69**

**Account No. XXX1267**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$120,000.00**

**Account No. XXX1268**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$54,500.00**

**Account No. XXX1270**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$175,182.54**

**Account No. XXX1274**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$140,932.66**

**Account No. XXX1276**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**
Name

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX1277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|

**Account No. XXX1278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX1279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,000.00** |
|---|---|---|---|

**Account No. XXX1281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX1282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX1283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,425.00** |
|---|---|---|---|

**Account No. XXX1284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,000.00 |

**Account No. XXX1285**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $173,756.45 |

**Account No. XXX1286**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98,000.00 |

**Account No. XXX1287**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |

**Account No. XXX1291**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |

**Account No. XXX1292**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |

**Account No. XXX1293**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,975.00 |

**Account No. XXX1295**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|
| | **Account No. XXX1296** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$92,000.00** |
|---|---|---|---|
| | **Account No. XXX1297** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$70,000.00** |
|---|---|---|---|
| | **Account No. XXX1298** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$76,000.00** |
|---|---|---|---|
| | **Account No. XXX1299** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|
| | **Account No. XXX1302** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,000.00** |
|---|---|---|---|
| | **Account No. XXX1304** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$72,700.00** |
|---|---|---|---|
| | **Account No. XXX1306** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **1 Global Capital LLC** | | | Case number (if known) | **18-19121-RBR** |
| | Name | | | | |

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$397,750.00** |
| | **Account No. XXX1307** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _Lender_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$272,007.19** |
| | **Account No. XXX1309** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _Lender_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,250.00** |
| | **Account No. XXX1312** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _Lender_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$86,000.00** |
| | **Account No. XXX1313** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _Lender_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$130,000.00** |
| | **Account No. XXX1314** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _Lender_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$149,234.76** |
| | **Account No. XXX1315** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _Lender_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$46,500.00** |
| | **Account No. XXX1316** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _Lender_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**
_____
Name

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$43,000.00** |

**Account No. XXX1318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,000.00** |

**Account No. XXX1319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51,500.00** |

**Account No. XXX1320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,500.00** |

**Account No. XXX1321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500,000.00** |

**Account No. XXX1323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |

**Account No. XXX1324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |

**Account No. XXX1325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$76,604.00** |
|---|---|---|---|

**Account No. XXX1326**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX1327**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Account No. XXX1328**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$95,750.00** |
|---|---|---|---|

**Account No. XXX1330**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$95,750.00** |
|---|---|---|---|

**Account No. XXX1331**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,200.00** |
|---|---|---|---|

**Account No. XXX1332**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,246,000.00** |
|---|---|---|---|

**Account No. XXX1334**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$104,000.00** |
|---|---|---|---|

**Account No. XXX1335**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX1336**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$180,500.00** |
|---|---|---|---|

**Account No. XXX1338**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |
|---|---|---|---|

**Account No. XXX1339**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
|---|---|---|---|

**Account No. XXX1341**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$249,000.00** |
|---|---|---|---|

**Account No. XXX1342**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$74,700.00** |
|---|---|---|---|

**Account No. XXX1343**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**
          Name

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,500.00** |
|---|---|---|---|

**Account No. XXX1344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,500.00** |
|---|---|---|---|

**Account No. XXX1345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$116,250.00** |
|---|---|---|---|

**Account No. XXX1347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,000.00** |
|---|---|---|---|

**Account No. XXX1348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX1349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$178,000.00** |
|---|---|---|---|

**Account No. XXX1350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,000.00** |
|---|---|---|---|

**Account No. XXX1351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**
Name

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|
| | **Account No. XXX1352** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX1353** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX1354** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
|---|---|---|---|
| | **Account No. XXX1355** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$78,000.00** |
|---|---|---|---|
| | **Account No. XXX1356** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$80,000.00** |
|---|---|---|---|
| | **Account No. XXX1357** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,900.00** |
|---|---|---|---|
| | **Account No. XXX1358** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **1 Global Capital LLC** | | Case number (*if known*) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.185** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$157,400.00**

**Account No. XXX1359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,600.00**

**Account No. XXX1360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.187** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

**Account No. XXX1361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,250.00**

**Account No. XXX1363**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$79,250.00**

**Account No. XXX1364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,500.00**

**Account No. XXX1365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00**

**Account No. XXX1366**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | 1 Global Capital LLC | Case number (if known) | 18-19121-RBR |
|---|---|---|---|
| | Name | | |

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |
|---|---|---|---|

**Account No. XXX1367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Account No. XXX1369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,500.00 |
|---|---|---|---|

**Account No. XXX1370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,250.00 |
|---|---|---|---|

**Account No. XXX1371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Account No. XXX1373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $128,000.00 |
|---|---|---|---|

**Account No. XXX1374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,000.00 |
|---|---|---|---|

**Account No. XXX1376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39,000.00** |
|---|---|---|---|

**Account No. XXX1378**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$68,960.00** |
|---|---|---|---|

**Account No. XXX1380**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,500.00** |
|---|---|---|---|

**Account No. XXX1381**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38,000.00** |
|---|---|---|---|

**Account No. XXX1384**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$127,293.75** |
|---|---|---|---|

**Account No. XXX1387**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$749,000.00** |
|---|---|---|---|

**Account No. XXX1388**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX1391**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.206** | **Nonpriority creditor's name and mailing address**

**Account No. XXX1392**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No ☐ Yes

**$106,500.00**

---

**3.207** | **Nonpriority creditor's name and mailing address**

**Account No. XXX1394**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No ☐ Yes

**$72,000.00**

---

**3.208** | **Nonpriority creditor's name and mailing address**

**Account No. XXX1395**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No ☐ Yes

**$66,500.00**

---

**3.209** | **Nonpriority creditor's name and mailing address**

**Account No. XXX1396**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No ☐ Yes

**$22,127.00**

---

**3.210** | **Nonpriority creditor's name and mailing address**

**Account No. XXX1397**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No ☐ Yes

**$61,631.00**

---

**3.211** | **Nonpriority creditor's name and mailing address**

**Account No. XXX1403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No ☐ Yes

**$45,927.00**

---

**3.212** | **Nonpriority creditor's name and mailing address**

**Account No. XXX1404**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No ☐ Yes

**$25,000.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor     **1 Global Capital LLC**                                          Case number *(if known)*    **18-19121-RBR**
Name

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78,750.00** |

**Account No. XXX1405**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61,500.00** |

**Account No. XXX1406**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,750.00** |

**Account No. XXX1408**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |

**Account No. XXX1409**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$162,090.71** |

**Account No. XXX1411**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |

**Account No. XXX1415**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175,000.00** |

**Account No. XXX1416**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX1417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$64,000.00** |
|---|---|---|---|

**Account No. XXX1418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$94,968.62** |
|---|---|---|---|

**Account No. XXX1419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,006.70** |
|---|---|---|---|

**Account No. XXX1420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125,000.00** |
|---|---|---|---|

**Account No. XXX1421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,000.00** |
|---|---|---|---|

**Account No. XXX1422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$90,000.00** |
|---|---|---|---|

**Account No. XXX1423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

**3.227** | Nonpriority creditor's name and mailing address
**Account No. XXX1426**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$19,903.24**

---

**3.228** | Nonpriority creditor's name and mailing address
**Account No. XXX1427**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$22,000.00**

---

**3.229** | Nonpriority creditor's name and mailing address
**Account No. XXX1428**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,425.00**

---

**3.230** | Nonpriority creditor's name and mailing address
**Account No. XXX1429**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.231** | Nonpriority creditor's name and mailing address
**Account No. XXX1430**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$54,582.51**

---

**3.232** | Nonpriority creditor's name and mailing address
**Account No. XXX1431**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$85,000.00**

---

**3.233** | Nonpriority creditor's name and mailing address
**Account No. XXX1432**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$178,750.00**

---

| Debtor | **1 Global Capital LLC** | Case number *(if known)* | **18-19121-RBR** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$213,500.00** |
| --- | --- | --- | --- |

**Account No. XXX1433**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender** 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$335,811.26** |
| --- | --- | --- | --- |

**Account No. XXX1434**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender** 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,250.00** |
| --- | --- | --- | --- |

**Account No. XXX1435**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender** 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68,750.00** |
| --- | --- | --- | --- |

**Account No. XXX1436**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender** 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,900.00** |
| --- | --- | --- | --- |

**Account No. XXX1437**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender** 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,800.00** |
| --- | --- | --- | --- |

**Account No. XXX1438**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender** 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
| --- | --- | --- | --- |

**Account No. XXX1439**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender** 

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.241** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$176,000.00**

**Account No. XXX1440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,317.73**

**Account No. XXX1441**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63,000.00**

**Account No. XXX1442**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85,000.00**

**Account No. XXX1443**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66,343.18**

**Account No. XXX1444**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,980.18**

**Account No. XXX1445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00**

**Account No. XXX1446**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**                                   Case number (if known)    **18-19121-RBR**
          Name

| | | |
|---|---|---|
| 3.248 | **Nonpriority creditor's name and mailing address** | **$41,744.10** |

**Account No. XXX1447**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | **$116,500.00** |
|---|---|---|

**Account No. XXX1450**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | **$50,000.00** |
|---|---|---|

**Account No. XXX1451**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | **$150,000.00** |
|---|---|---|

**Account No. XXX1452**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | **$39,118.69** |
|---|---|---|

**Account No. XXX1453**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | **$25,503.80** |
|---|---|---|

**Account No. XXX1454**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | **$171,359.76** |
|---|---|---|

**Account No. XXX1456**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125,000.00** |

**Account No. XXX1457**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |

**Account No. XXX1458**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |

**Account No. XXX1459**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,000.00** |

**Account No. XXX1460**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |

**Account No. XXX1461**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,173.15** |

**Account No. XXX1462**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$87,800.00** |

**Account No. XXX1463**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,750.00** |
|---|---|---|---|

**Account No. XXX1465**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,250.00** |
|---|---|---|---|

**Account No. XXX1466**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,293.63** |
|---|---|---|---|

**Account No. XXX1467**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$77,374.85** |
|---|---|---|---|

**Account No. XXX1469**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,308.14** |
|---|---|---|---|

**Account No. XXX1470**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$80,000.00** |
|---|---|---|---|

**Account No. XXX1471**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$47,649.56** |
|---|---|---|---|

**Account No. XXX1472**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,000.00** |
|---|---|---|---|

**Account No. XXX1473**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,400.00** |
|---|---|---|---|

**Account No. XXX1474**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,890.23** |
|---|---|---|---|

**Account No. XXX1475**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Account No. XXX1476**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,000.00** |
|---|---|---|---|

**Account No. XXX1478**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,655.34** |
|---|---|---|---|

**Account No. XXX1480**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,926.65** |
|---|---|---|---|

**Account No. XXX1481**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.276** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,784.16**

**Account No. XXX1482**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.277** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$86,655.89**

**Account No. XXX1484**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.278** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,476.00**

**Account No. XXX1485**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.279** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$111,000.00**

**Account No. XXX1486**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.280** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$74,000.00**

**Account No. XXX1487**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.281** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,500.00**

**Account No. XXX1488**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.282** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52,000.00**

**Account No. XXX1489**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX1490**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Account No. XXX1492**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$81,374.48** |
|---|---|---|---|

**Account No. XXX1493**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$65,000.00** |
|---|---|---|---|

**Account No. XXX1494**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX1497**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,400.50** |
|---|---|---|---|

**Account No. XXX1500**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$130,000.00** |
|---|---|---|---|

**Account No. XXX1501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | | Case number *(if known)* | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|
| | **Account No. XXX1502** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|
| | **Account No. XXX1503** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,900.00** |
|---|---|---|---|
| | **Account No. XXX1504** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|---|---|---|---|
| | **Account No. XXX1507** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125,000.00** |
|---|---|---|---|
| | **Account No. XXX1508** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$292,238.24** |
|---|---|---|---|
| | **Account No. XXX1509** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX1510** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **1 Global Capital LLC** | | Case number *(if known)* | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.297** | **Nonpriority creditor's name and mailing address**

**Account No. XXX1511**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$54,000.00**

---

**3.298** | **Nonpriority creditor's name and mailing address**

**Account No. XXX1512**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$14,636.59**

---

**3.299** | **Nonpriority creditor's name and mailing address**

**Account No. XXX1513**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$33,000.00**

---

**3.300** | **Nonpriority creditor's name and mailing address**

**Account No. XXX1514**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$180,000.00**

---

**3.301** | **Nonpriority creditor's name and mailing address**

**Account No. XXX1515**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$72,550.00**

---

**3.302** | **Nonpriority creditor's name and mailing address**

**Account No. XXX1516**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$35,452.91**

---

**3.303** | **Nonpriority creditor's name and mailing address**

**Account No. XXX1517**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$51,450.64**

---

Debtor   **1 Global Capital LLC**                                    Case number (if known)   **18-19121-RBR**
Name

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101,008.33** |

**Account No. XXX1518**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   Lender

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$169,247.15** |

**Account No. XXX1519**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   Lender

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |

**Account No. XXX1521**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   Lender

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |

**Account No. XXX1522**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   Lender

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,700.00** |

**Account No. XXX1524**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   Lender

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |

**Account No. XXX1525**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   Lender

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |

**Account No. XXX1526**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   Lender

Is the claim subject to offset?   ■ No   ☐ Yes

---

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$132,000.00** |
|---|---|---|---|
| | **Account No. XXX1527** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$41,427.49** |
|---|---|---|---|
| | **Account No. XXX1528** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$158,000.00** |
|---|---|---|---|
| | **Account No. XXX1529** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$84,457.07** |
|---|---|---|---|
| | **Account No. XXX1532** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX1533** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$116,975.30** |
|---|---|---|---|
| | **Account No. XXX1535** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX1536** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **1 Global Capital LLC**                                Case number (if known)    **18-19121-RBR**
_____
Name

| 3.318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,500.00** |
|---|---|---|---|

**Account No. XXX1538**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,373.93** |
|---|---|---|---|

**Account No. XXX1539**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49,157.38** |
|---|---|---|---|

**Account No. XXX1540**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$158,068.26** |
|---|---|---|---|

**Account No. XXX1541**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX1543**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX1544**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$70,000.00** |
|---|---|---|---|

**Account No. XXX1545**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | 1 Global Capital LLC | Case number (if known) | 18-19121-RBR |
|---|---|---|---|
| | Name | | |

**3.325** | Nonpriority creditor's name and mailing address

**Account No. XXX1547**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No  ☐ Yes

**$128,603.68**

---

**3.326** | Nonpriority creditor's name and mailing address

**Account No. XXX1549**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No  ☐ Yes

**$163,000.00**

---

**3.327** | Nonpriority creditor's name and mailing address

**Account No. XXX1550**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No  ☐ Yes

**$104,000.00**

---

**3.328** | Nonpriority creditor's name and mailing address

**Account No. XXX1551**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No  ☐ Yes

**$158,190.43**

---

**3.329** | Nonpriority creditor's name and mailing address

**Account No. XXX1552**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No  ☐ Yes

**$25,000.00**

---

**3.330** | Nonpriority creditor's name and mailing address

**Account No. XXX1553**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No  ☐ Yes

**$19,100.00**

---

**3.331** | Nonpriority creditor's name and mailing address

**Account No. XXX1554**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No  ☐ Yes

**$72,000.00**

---

Debtor    **1 Global Capital LLC**
_____
Name                                                          Case number (if known)    **18-19121-RBR**

| 3.332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |

**Account No. XXX1556**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36,033.46** |

**Account No. XXX1557**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.334 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$106,967.50** |

**Account No. XXX1558**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.335 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85,719.66** |

**Account No. XXX1559**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$188,999.99** |

**Account No. XXX1560**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.337 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85,000.00** |

**Account No. XXX1561**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$46,249.89** |

**Account No. XXX1562**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**
          Name                                          Case number (if known)   **18-19121-RBR**

---

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85,000.00** |

**Account No. XXX1563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |

**Account No. XXX1564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52,578.74** |

**Account No. XXX1565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,624.45** |

**Account No. XXX1567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$46,000.00** |

**Account No. XXX1568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,750.00** |

**Account No. XXX1569**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$140,000.00** |

**Account No. XXX1570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$91,076.17** |
|---|---|---|---|
| | **Account No. XXX1571** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|
| | **Account No. XXX1572** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$114,490.00** |
|---|---|---|---|
| | **Account No. XXX1573** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|
| | **Account No. XXX1574** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,700.00** |
|---|---|---|---|
| | **Account No. XXX1575** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$84,310.22** |
|---|---|---|---|
| | **Account No. XXX1576** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX1577** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Account No. XXX1579**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93,094.15** |
|---|---|---|---|

**Account No. XXX1581**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,584.29** |
|---|---|---|---|

**Account No. XXX1582**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
|---|---|---|---|

**Account No. XXX1583**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,938.58** |
|---|---|---|---|

**Account No. XXX1584**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$122,000.00** |
|---|---|---|---|

**Account No. XXX1586**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,000.00** |
|---|---|---|---|

**Account No. XXX1587**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Account No. XXX1588**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  _Lender_

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,000.00** |
|---|---|---|---|

**Account No. XXX1589**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  _Lender_

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**Account No. XXX1590**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  _Lender_

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,700.00** |
|---|---|---|---|

**Account No. XXX1591**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  _Lender_

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$81,878.23** |
|---|---|---|---|

**Account No. XXX1592**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  _Lender_

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$278,983.76** |
|---|---|---|---|

**Account No. XXX1593**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  _Lender_

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,000.00** |
|---|---|---|---|

**Account No. XXX1594**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  _Lender_

Is the claim subject to offset?  ■ No   ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.367** | **Nonpriority creditor's name and mailing address**

**Account No. XXX1595**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$33,459.44**

---

**3.368** | **Nonpriority creditor's name and mailing address**

**Account No. XXX1596**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$37,800.00**

---

**3.369** | **Nonpriority creditor's name and mailing address**

**Account No. XXX1597**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$500,000.00**

---

**3.370** | **Nonpriority creditor's name and mailing address**

**Account No. XXX1599**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.371** | **Nonpriority creditor's name and mailing address**

**Account No. XXX1601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$40,000.00**

---

**3.372** | **Nonpriority creditor's name and mailing address**

**Account No. XXX1602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$42,804.09**

---

**3.373** | **Nonpriority creditor's name and mailing address**

**Account No. XXX1603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$291,000.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.374 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX1604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Account No. XXX1605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$149,500.00** |
|---|---|---|---|

**Account No. XXX1606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$87,500.00** |
|---|---|---|---|

**Account No. XXX1607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX1609**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Account No. XXX1610**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX1611**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**

| | | |
|---|---|---|
| 3.381 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX1612**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$30,700.34** |
| 3.382 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX1613**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$10,700.00** |
| 3.383 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX1614**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$10,700.00** |
| 3.384 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX1615**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$10,700.00** |
| 3.385 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX1616**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$10,700.00** |
| 3.386 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX1617**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$38,500.00** |
| 3.387 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX1618**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$22,700.00** |

Debtor    **1 Global Capital LLC**                                Case number (if known)    **18-19121-RBR**
          Name

| | |
|---|---|
| 3.388 | **Nonpriority creditor's name and mailing address** |

**3.388**  **Nonpriority creditor's name and mailing address**

**Account No. XXX1619**

As of the petition filing date, the claim is: Check all that apply.                **$32,750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.389**  **Nonpriority creditor's name and mailing address**

**Account No. XXX1620**

As of the petition filing date, the claim is: Check all that apply.                **$29,750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.390**  **Nonpriority creditor's name and mailing address**

**Account No. XXX1621**

As of the petition filing date, the claim is: Check all that apply.                **$53,462.75**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.391**  **Nonpriority creditor's name and mailing address**

**Account No. XXX1623**

As of the petition filing date, the claim is: Check all that apply.                **$17,800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.392**  **Nonpriority creditor's name and mailing address**

**Account No. XXX1624**

As of the petition filing date, the claim is: Check all that apply.                **$55,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.393**  **Nonpriority creditor's name and mailing address**

**Account No. XXX1625**

As of the petition filing date, the claim is: Check all that apply.                **$25,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.394**  **Nonpriority creditor's name and mailing address**

**Account No. XXX1626**

As of the petition filing date, the claim is: Check all that apply.                **$25,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

| | |
|---|---|
| 3.395 | **Nonpriority creditor's name and mailing address** |
| | **Account No. XXX1628** |

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

$112,312.42

---

| | |
|---|---|
| 3.396 | **Nonpriority creditor's name and mailing address** |
| | **Account No. XXX1629** |

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

$113,000.00

---

| | |
|---|---|
| 3.397 | **Nonpriority creditor's name and mailing address** |
| | **Account No. XXX1630** |

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

$214,000.00

---

| | |
|---|---|
| 3.398 | **Nonpriority creditor's name and mailing address** |
| | **Account No. XXX1631** |

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

$119,000.00

---

| | |
|---|---|
| 3.399 | **Nonpriority creditor's name and mailing address** |
| | **Account No. XXX1632** |

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

$45,000.00

---

| | |
|---|---|
| 3.400 | **Nonpriority creditor's name and mailing address** |
| | **Account No. XXX1633** |

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

$21,500.00

---

| | |
|---|---|
| 3.401 | **Nonpriority creditor's name and mailing address** |
| | **Account No. XXX1634** |

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

$72,800.00

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**
_____
Name

| 3.402 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$19,800.00** |

**Account No. XXX1635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$50,000.00** |

**Account No. XXX1636**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$22,436.00** |

**Account No. XXX1638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$33,000.00** |

**Account No. XXX1639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$50,000.00** |

**Account No. XXX1640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$30,000.00** |

**Account No. XXX1641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$23,323.82** |

**Account No. XXX1642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **1 Global Capital LLC** | Case number *(if known)* | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$88,000.00** |
|---|---|---|---|

**Account No. XXX1643**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Lender

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,410.00** |
|---|---|---|---|

**Account No. XXX1644**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Lender

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX1645**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Lender

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Account No. XXX1646**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Lender

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Account No. XXX1647**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Lender

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX1648**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Lender

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Account No. XXX1649**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Lender

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
|---|---|---|---|
| | **Account No. XXX1650** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$94,462.62** |
|---|---|---|---|
| | **Account No. XXX1651** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX1652** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,500.00** |
|---|---|---|---|
| | **Account No. XXX1653** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX1654** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$143,112.50** |
|---|---|---|---|
| | **Account No. XXX1655** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX1656** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX1657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500,000.00** |
|---|---|---|---|

**Account No. XXX1658**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$165,000.00** |
|---|---|---|---|

**Account No. XXX1659**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$118,500.00** |
|---|---|---|---|

**Account No. XXX1661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,600.00** |
|---|---|---|---|

**Account No. XXX1662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Account No. XXX1663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250,000.00** |
|---|---|---|---|

**Account No. XXX1664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,000.00** |
|---|---|---|---|

**Account No. XXX1665**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,000.00** |
|---|---|---|---|

**Account No. XXX1666**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |
|---|---|---|---|

**Account No. XXX1667**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|

**Account No. XXX1668**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300,000.00** |
|---|---|---|---|

**Account No. XXX1670**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49,744.81** |
|---|---|---|---|

**Account No. XXX1672**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52,065.33** |
|---|---|---|---|

**Account No. XXX1673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.437 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX1674**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Account No. XXX1676**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
|---|---|---|---|

**Account No. XXX1677**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$68,700.00** |
|---|---|---|---|

**Account No. XXX1678**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX1680**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX1681**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$55,000.00** |
|---|---|---|---|

**Account No. XXX1683**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.444 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX1684**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Account No. XXX1685**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.446 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX1686**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX1687**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$199,380.42** |
|---|---|---|---|

**Account No. XXX1688**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.449 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Account No. XXX1689**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93,455.09** |
|---|---|---|---|

**Account No. XXX1690**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **1 Global Capital LLC** | Case number *(if known)* | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
| | **Account No. XXX1694** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.452 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85,700.00** |
| | **Account No. XXX1695** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.453 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
| | **Account No. XXX1696** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.454 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
| | **Account No. XXX1697** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.455 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
| | **Account No. XXX1698** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.456 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,031.94** |
| | **Account No. XXX1699** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.457 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
| | **Account No. XXX1700** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
| | Name | | | |

| 3.458 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00** |
|---|---|---|---|

**Account No. XXX1701**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.459 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX1702**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX1703**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.461 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX1704**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.462 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$750,000.00** |
|---|---|---|---|

**Account No. XXX1705**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.463 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$99,000.00** |
|---|---|---|---|

**Account No. XXX1706**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.464 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$91,000.00** |
|---|---|---|---|

**Account No. XXX1707**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | | | Case number *(if known)* | **18-19121-RBR** |
| | Name | | | | |

---

**3.465** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130,000.00**

**Account No. XXX1708**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.466** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**Account No. XXX1709**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.467** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00**

**Account No. XXX1710**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.468** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,333.30**

**Account No. XXX1711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.469** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,500.00**

**Account No. XXX1712**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.470** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$141,200.00**

**Account No. XXX1713**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.471** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,851.34**

**Account No. XXX1716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
|---|---|---|---|

**Account No. XXX1717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,518.64 |
|---|---|---|---|

**Account No. XXX1718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,750.00 |
|---|---|---|---|

**Account No. XXX1719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Account No. XXX1721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

**Account No. XXX1727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Account No. XXX1728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,000.00 |
|---|---|---|---|

**Account No. XXX1730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**
Name

| 3.479 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|
| | **Account No. XXX1731** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.480 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $40,475.00 |
|---|---|---|---|
| | **Account No. XXX1732** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.481 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $43,500.00 |
|---|---|---|---|
| | **Account No. XXX1733** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.482 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|
| | **Account No. XXX1734** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.483 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|
| | **Account No. XXX1735** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.484 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $33,000.00 |
|---|---|---|---|
| | **Account No. XXX1736** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.485 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|
| | **Account No. XXX1737** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.486 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX1738**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Account No. XXX1739**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX1740**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Account No. XXX1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,861.76** |
|---|---|---|---|

**Account No. XXX1742**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$68,694.00** |
|---|---|---|---|

**Account No. XXX1743**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$146,173.67** |
|---|---|---|---|

**Account No. XXX1744**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | 1 Global Capital LLC | | Case number (if known) | 18-19121-RBR |
|---|---|---|---|---|
| | Name | | | |

---

**3.493** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$79,174.78**

**Account No. XXX1745**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.494** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$106,750.00**

**Account No. XXX1746**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.495** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71,000.00**

**Account No. XXX1747**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.496** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,029.51**

**Account No. XXX1748**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.497** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**Account No. XXX1749**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.498** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**Account No. XXX1750**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.499** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,508.40**

**Account No. XXX1751**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | **Page 100 of 555**

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX1752** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$199,500.00** |
|---|---|---|---|
| | **Account No. XXX1753** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
|---|---|---|---|
| | **Account No. XXX1755** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX1756** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$375,000.00** |
|---|---|---|---|
| | **Account No. XXX1759** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,500.00** |
|---|---|---|---|
| | **Account No. XXX1760** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42,333.31** |
|---|---|---|---|
| | **Account No. XXX1761** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor **1 Global Capital LLC**

Name

Case number (if known) **18-19121-RBR**

| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|
| | **Account No. XXX1762** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred __** | ☐ Disputed | |
| | **Last 4 digits of account number __** | **Basis for the claim:  Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.508 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5.26** |
|---|---|---|---|
| | **Account No. XXX1763** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred __** | ☐ Disputed | |
| | **Last 4 digits of account number __** | **Basis for the claim:  Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.509 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,000.00** |
|---|---|---|---|
| | **Account No. XXX1764** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred __** | ☐ Disputed | |
| | **Last 4 digits of account number __** | **Basis for the claim:  Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.510 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$173,500.00** |
|---|---|---|---|
| | **Account No. XXX1765** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred __** | ☐ Disputed | |
| | **Last 4 digits of account number __** | **Basis for the claim:  Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,683.82** |
|---|---|---|---|
| | **Account No. XXX1766** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred __** | ☐ Disputed | |
| | **Last 4 digits of account number __** | **Basis for the claim:  Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.512 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
|---|---|---|---|
| | **Account No. XXX1767** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred __** | ☐ Disputed | |
| | **Last 4 digits of account number __** | **Basis for the claim:  Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.513 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|
| | **Account No. XXX1768** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred __** | ☐ Disputed | |
| | **Last 4 digits of account number __** | **Basis for the claim:  Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **1 Global Capital LLC**                                           Case number (if known)    **18-19121-RBR**
_____
Name

| 3.514 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX1769**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Lender__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.515 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Account No. XXX1770**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Lender__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.516 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$74,418.50** |
|---|---|---|---|

**Account No. XXX1772**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Lender__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.517 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,845.79** |
|---|---|---|---|

**Account No. XXX1773**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Lender__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.518 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX1774**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Lender__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.519 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$105,000.00** |
|---|---|---|---|

**Account No. XXX1775**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Lender__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.520 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,500.00** |
|---|---|---|---|

**Account No. XXX1777**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Lender__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.521 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX1778** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,000.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.522 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX1779** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$36,000.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.523 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX1780** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,000.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.524 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX1781** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$22,697.30** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.525 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX1782** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$58,500.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.526 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX1783** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$49,000.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.527 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX1784** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$100,000.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | 1 Global Capital LLC | Case number (if known) | 18-19121-RBR |
|---|---|---|---|
| | Name | | |

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,000.00 |
|---|---|---|---|

**Account No. XXX1785**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,144.86 |
|---|---|---|---|

**Account No. XXX1786**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,000.00 |
|---|---|---|---|

**Account No. XXX1787**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,000.00 |
|---|---|---|---|

**Account No. XXX1788**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Account No. XXX1789**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,000.00 |
|---|---|---|---|

**Account No. XXX1790**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Account No. XXX1791**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number *(if known)* | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.535 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,543.81** |
|---|---|---|---|

**Account No. XXX1792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.536 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,250.00** |
|---|---|---|---|

**Account No. XXX1795**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.537 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX1796**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.538 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80,000.00** |
|---|---|---|---|

**Account No. XXX1797**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.539 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,818.15** |
|---|---|---|---|

**Account No. XXX1798**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.540 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Account No. XXX1799**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.541 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,000.00** |
|---|---|---|---|

**Account No. XXX1800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**
Name                                          Case number (if known)    **18-19121-RBR**

---

| 3.542 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,000.00** |
|---|---|---|---|

**Account No. XXX1801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$188,000.00** |
|---|---|---|---|

**Account No. XXX1802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX1803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX1804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$66,417.46** |
|---|---|---|---|

**Account No. XXX1805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$162,828.75** |
|---|---|---|---|

**Account No. XXX1806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX1808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.549 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,500.00** |
|---|---|---|---|

**Account No. XXX1809**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$236,105.26** |
|---|---|---|---|

**Account No. XXX1810**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$65,000.00** |
|---|---|---|---|

**Account No. XXX1812**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,383.32** |
|---|---|---|---|

**Account No. XXX1813**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX1814**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$179,500.00** |
|---|---|---|---|

**Account No. XXX1815**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49,000.00** |
|---|---|---|---|

**Account No. XXX1817**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.556 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$80,000.00** |
|---|---|---|---|

**Account No. XXX1818**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$59,500.00** |
|---|---|---|---|

**Account No. XXX1819**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,500.00** |
|---|---|---|---|

**Account No. XXX1820**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX1821**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,095.47** |
|---|---|---|---|

**Account No. XXX1822**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$119,000.00** |
|---|---|---|---|

**Account No. XXX1823**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|

**Account No. XXX1824**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

| 3.563 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX1825**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
|---|---|---|---|

**Account No. XXX1826**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$121,500.00** |
|---|---|---|---|

**Account No. XXX1829**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Account No. XXX1830**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Account No. XXX1831**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|

**Account No. XXX1832**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX1833**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **1 Global Capital LLC**                                          Case number (if known)    **18-19121-RBR**
          Name

| 3.570 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX1834** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.571 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
|---|---|---|---|
| | **Account No. XXX1835** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.572 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|
| | **Account No. XXX1836** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.573 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00** |
|---|---|---|---|
| | **Account No. XXX1837** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.574 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,609.81** |
|---|---|---|---|
| | **Account No. XXX1838** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.575 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119,000.00** |
|---|---|---|---|
| | **Account No. XXX1839** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.576 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,500.00** |
|---|---|---|---|
| | **Account No. XXX1840** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **1 Global Capital LLC** | Case number *(if known)* | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.577 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,000.00** |
|---|---|---|---|
| | **Account No. XXX1841** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.578 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,250.00** |
|---|---|---|---|
| | **Account No. XXX1842** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.579 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,750.00** |
|---|---|---|---|
| | **Account No. XXX1843** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.580 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76,050.68** |
|---|---|---|---|
| | **Account No. XXX1845** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.581 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX1847** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.582 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00** |
|---|---|---|---|
| | **Account No. XXX1848** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.583 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,601.99** |
|---|---|---|---|
| | **Account No. XXX1849** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.584 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82,387.48** |
|---|---|---|---|

**Account No. XXX1850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.585 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
|---|---|---|---|

**Account No. XXX1851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.586 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,606.11** |
|---|---|---|---|

**Account No. XXX1852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.587 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,400.00** |
|---|---|---|---|

**Account No. XXX1854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.588 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |
|---|---|---|---|

**Account No. XXX1855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.589 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX1856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.590 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Account No. XXX1857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.591 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|
| | **Account No. XXX1858** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:  Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.592 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63,516.87** |
|---|---|---|---|
| | **Account No. XXX1859** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:  Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.593 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,840.66** |
|---|---|---|---|
| | **Account No. XXX1860** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:  Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX1861** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:  Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|
| | **Account No. XXX1862** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:  Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
|---|---|---|---|
| | **Account No. XXX1864** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:  Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX1865** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:  Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **1 Global Capital LLC**                                          Case number (if known)    **18-19121-RBR**
          Name

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,000.00 |
|---|---|---|---|

**Account No. XXX1866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64,500.00 |
|---|---|---|---|

**Account No. XXX1867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,000.00 |
|---|---|---|---|

**Account No. XXX1869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Account No. XXX1870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,005.60 |
|---|---|---|---|

**Account No. XXX1871**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $271,000.00 |
|---|---|---|---|

**Account No. XXX1872**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,500.00 |
|---|---|---|---|

**Account No. XXX1873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
| | Name | | |

---

| 3.605 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$114,000.00** |
| | **Account No. XXX1874** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.606 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
| | **Account No. XXX1875** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33,000.00** |
| | **Account No. XXX1878** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.608 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$330,000.00** |
| | **Account No. XXX1879** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.609 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$118,000.00** |
| | **Account No. XXX1881** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.610 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$47,000.00** |
| | **Account No. XXX1882** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.611 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
| | **Account No. XXX1884** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **1 Global Capital LLC**                                 Case number (if known)    **18-19121-RBR**
          Name

| | |
|---|---|
| 3.612 | **Nonpriority creditor's name and mailing address** |

**Account No. XXX1885**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.                                **$25,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.613 | **Nonpriority creditor's name and mailing address** |

**Account No. XXX1886**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.                               **$104,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.614 | **Nonpriority creditor's name and mailing address** |

**Account No. XXX1887**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.                                **$21,891.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.615 | **Nonpriority creditor's name and mailing address** |

**Account No. XXX1889**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.                                **$45,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.616 | **Nonpriority creditor's name and mailing address** |

**Account No. XXX1890**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.                                **$89,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.617 | **Nonpriority creditor's name and mailing address** |

**Account No. XXX1891**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.                               **$118,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.618 | **Nonpriority creditor's name and mailing address** |

**Account No. XXX1892**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.                               **$245,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**
_____
Name

| | |
|---|---|
| 3.619 | **Nonpriority creditor's name and mailing address** |

**Account No. XXX1893**

As of the petition filing date, the claim is: *Check all that apply.*    **$45,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.620 | **Nonpriority creditor's name and mailing address** |

**Account No. XXX1894**

As of the petition filing date, the claim is: *Check all that apply.*    **$116,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.621 | **Nonpriority creditor's name and mailing address** |

**Account No. XXX1895**

As of the petition filing date, the claim is: *Check all that apply.*    **$65,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.622 | **Nonpriority creditor's name and mailing address** |

**Account No. XXX1896**

As of the petition filing date, the claim is: *Check all that apply.*    **$26,450.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.623 | **Nonpriority creditor's name and mailing address** |

**Account No. XXX1897**

As of the petition filing date, the claim is: *Check all that apply.*    **$23,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.624 | **Nonpriority creditor's name and mailing address** |

**Account No. XXX1898**

As of the petition filing date, the claim is: *Check all that apply.*    **$52,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.625 | **Nonpriority creditor's name and mailing address** |

**Account No. XXX1899**

As of the petition filing date, the claim is: *Check all that apply.*    **$27,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **1 Global Capital LLC**                                    Case number (if known) **18-19121-RBR**
Name

| 3.626 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX1900**

☐ Contingent
☐ Unliquidated
**Date(s) debt was incurred** _                  ☐ Disputed

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119,000.00** |
|---|---|---|---|

**Account No. XXX1901**

☐ Contingent
☐ Unliquidated
**Date(s) debt was incurred** _                  ☐ Disputed

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00** |
|---|---|---|---|

**Account No. XXX1902**

☐ Contingent
☐ Unliquidated
**Date(s) debt was incurred** _                  ☐ Disputed

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61,500.00** |
|---|---|---|---|

**Account No. XXX1903**

☐ Contingent
☐ Unliquidated
**Date(s) debt was incurred** _                  ☐ Disputed

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX1904**

☐ Contingent
☐ Unliquidated
**Date(s) debt was incurred** _                  ☐ Disputed

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX1905**

☐ Contingent
☐ Unliquidated
**Date(s) debt was incurred** _                  ☐ Disputed

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$348,000.00** |
|---|---|---|---|

**Account No. XXX1906**

☐ Contingent
☐ Unliquidated
**Date(s) debt was incurred** _                  ☐ Disputed

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**                                Case number (if known)    **18-19121-RBR**
_____
Name

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Account No. XXX1907**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,500.00 |

**Account No. XXX1908**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152,065.07 |

**Account No. XXX1911**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,115.02 |

**Account No. XXX1912**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |

**Account No. XXX1918**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,000.00 |

**Account No. XXX1919**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92,000.00 |

**Account No. XXX1920**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**
          Name

| 3.640 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$265,500.00** |
|---|---|---|---|

**Account No. XXX1921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

| 3.641 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|

**Account No. XXX1922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

| 3.642 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$78,500.00** |
|---|---|---|---|

**Account No. XXX1923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

| 3.643 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
|---|---|---|---|

**Account No. XXX1925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

| 3.644 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Account No. XXX1926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

| 3.645 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX1927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

| 3.646 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$59,250.00** |
|---|---|---|---|

**Account No. XXX1928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**
Name

| 3.647 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
|---|---|---|---|

**Account No. XXX1929**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.648 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX1931**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.649 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33,000.00** |
|---|---|---|---|

**Account No. XXX1932**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.650 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX1933**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.651 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,744.23** |
|---|---|---|---|

**Account No. XXX1934**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.652 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$259,250.00** |
|---|---|---|---|

**Account No. XXX1935**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.653 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250,000.00** |
|---|---|---|---|

**Account No. XXX1944**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | 1 Global Capital LLC | Case number (if known) | 18-19121-RBR |
|---|---|---|---|
| | Name | | |

---

**3.654** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$53,756.56**

**Account No. XXX1945**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.655** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**Account No. XXX1946**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.656** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

**Account No. XXX1948**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.657** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64,000.00**

**Account No. XXX1949**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.658** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**Account No. XXX1951**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.659** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,503.87**

**Account No. XXX1952**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.660** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,300.00**

**Account No. XXX1953**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**                                         Case number (if known)    **18-19121-RBR**
          Name

---

| 3.661 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,600.00** |
|---|---|---|---|

**Account No. XXX1954**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.662 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$82,121.05** |
|---|---|---|---|

**Account No. XXX1955**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.663 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$65,000.00** |
|---|---|---|---|

**Account No. XXX1956**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.664 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|

**Account No. XXX1958**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.665 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250,000.00** |
|---|---|---|---|

**Account No. XXX1959**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.666 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,000.00** |
|---|---|---|---|

**Account No. XXX1960**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.667 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$170,000.00** |
|---|---|---|---|

**Account No. XXX1961**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

---

| 3.668 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |

**Account No. XXX1964**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.669 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$90,606.34** |

**Account No. XXX1965**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.670 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$166,000.00** |

**Account No. XXX1966**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.671 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$74,250.00** |

**Account No. XXX1967**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.672 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250,000.00** |

**Account No. XXX1968**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.673 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |

**Account No. XXX1969**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.674 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$140,000.00** |

**Account No. XXX1970**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number *(if known)* | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.675 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,000.00** |
|---|---|---|---|

**Account No. XXX1972**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX1973**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,500.00** |
|---|---|---|---|

**Account No. XXX1974**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00** |
|---|---|---|---|

**Account No. XXX1975**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$160,000.00** |
|---|---|---|---|

**Account No. XXX1976**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00** |
|---|---|---|---|

**Account No. XXX1977**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Account No. XXX1980**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

| 3.682 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$524,123.00** |
|---|---|---|---|
| | **Account No. XXX1981** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.683 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$135,603.53** |
|---|---|---|---|
| | **Account No. XXX1982** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.684 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX1985** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.685 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$350,000.00** |
|---|---|---|---|
| | **Account No. XXX1986** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.686 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00** |
|---|---|---|---|
| | **Account No. XXX1987** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.687 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$65,000.00** |
|---|---|---|---|
| | **Account No. XXX1988** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.688 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,812.58** |
|---|---|---|---|
| | **Account No. XXX1992** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

| 3.689 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49,375.00** |
|---|---|---|---|

**Account No. XXX1993**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

| 3.690 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX1994**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

| 3.691 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,952.39** |
|---|---|---|---|

**Account No. XXX1995**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

| 3.692 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,377,126.68** |
|---|---|---|---|

**Account No. XXX1996**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

| 3.693 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$80,000.00** |
|---|---|---|---|

**Account No. XXX1997**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

| 3.694 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX1998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

| 3.695 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00** |
|---|---|---|---|

**Account No. XXX1999**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.696 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX2001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Account No. XXX2002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63,348.08** |
|---|---|---|---|

**Account No. XXX2003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39,000.00** |
|---|---|---|---|

**Account No. XXX2004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Account No. XXX2005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.701 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$94,000.00** |
|---|---|---|---|

**Account No. XXX2008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33,000.00** |
|---|---|---|---|

**Account No. XXX2009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

| 3.703 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $125,000.00 |
|---|---|---|---|
| | **Account No. XXX2010** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  Lender  | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.704 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|
| | **Account No. XXX2011** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  Lender  | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.705 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|
| | **Account No. XXX2012** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  Lender  | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.706 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $72,200.00 |
|---|---|---|---|
| | **Account No. XXX2013** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  Lender  | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.707 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $63,500.00 |
|---|---|---|---|
| | **Account No. XXX2014** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  Lender  | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.708 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $49,000.00 |
|---|---|---|---|
| | **Account No. XXX2015** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  Lender  | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.709 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|
| | **Account No. XXX2016** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  Lender  | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**
          Name

| 3.710 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX2017** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.711 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$550,000.00** |
|---|---|---|---|
| | **Account No. XXX2018** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.712 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,121.93** |
|---|---|---|---|
| | **Account No. XXX2019** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.713 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$110,000.00** |
|---|---|---|---|
| | **Account No. XXX2020** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.714 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53,500.00** |
|---|---|---|---|
| | **Account No. XXX2022** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.715 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|
| | **Account No. XXX2023** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.716 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,000.00** |
|---|---|---|---|
| | **Account No. XXX2025** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.717** | **Nonpriority creditor's name and mailing address**

**Account No. XXX2026**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$44,300.00**

---

**3.718** | **Nonpriority creditor's name and mailing address**

**Account No. XXX2027**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.719** | **Nonpriority creditor's name and mailing address**

**Account No. XXX2028**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$500,000.00**

---

**3.720** | **Nonpriority creditor's name and mailing address**

**Account No. XXX2029**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$100,000.00**

---

**3.721** | **Nonpriority creditor's name and mailing address**

**Account No. XXX2031**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$54,000.00**

---

**3.722** | **Nonpriority creditor's name and mailing address**

**Account No. XXX2032**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$18,750.00**

---

**3.723** | **Nonpriority creditor's name and mailing address**

**Account No. XXX2033**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$53,000.00**

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.724 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$144,388.19** |
|---|---|---|---|

**Account No. XXX2034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.725 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$69,500.00** |
|---|---|---|---|

**Account No. XXX2036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.726 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.727 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX2038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.728 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.729 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,313.37** |
|---|---|---|---|

**Account No. XXX2041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.730 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX2042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

| | |
|---|---|
| 3.731 | **Nonpriority creditor's name and mailing address** |

**Account No. XXX2044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

| | |
|---|---|
| 3.732 | **Nonpriority creditor's name and mailing address** |

**Account No. XXX2045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$72,779.00**

---

| | |
|---|---|
| 3.733 | **Nonpriority creditor's name and mailing address** |

**Account No. XXX2046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

| | |
|---|---|
| 3.734 | **Nonpriority creditor's name and mailing address** |

**Account No. XXX2047**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$108,000.00**

---

| | |
|---|---|
| 3.735 | **Nonpriority creditor's name and mailing address** |

**Account No. XXX2048**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

| | |
|---|---|
| 3.736 | **Nonpriority creditor's name and mailing address** |

**Account No. XXX2049**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$100,000.00**

---

| | |
|---|---|
| 3.737 | **Nonpriority creditor's name and mailing address** |

**Account No. XXX2050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$60,000.00**

---

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**
　　　　　　Name

| 3.738 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,000.00** |
|---|---|---|---|

**Account No. XXX2051**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.739 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.740 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,000.00** |
|---|---|---|---|

**Account No. XXX2054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.741 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Account No. XXX2056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.742 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,562.62** |
|---|---|---|---|

**Account No. XXX2057**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.743 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Account No. XXX2058**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.744 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175,000.00** |
|---|---|---|---|

**Account No. XXX2059**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
| | Name | | | |

---

**3.745** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00**
**Account No. XXX2061**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.746** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$249,500.00**
**Account No. XXX2062**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.747** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,638.00**
**Account No. XXX2063**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.748** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$165,134.90**
**Account No. XXX2064**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.749** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**
**Account No. XXX2066**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.750** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00**
**Account No. XXX2067**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.751** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00**
**Account No. XXX2069**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**
Name

| | | |
|---|---|---|
| 3.752 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,891.63** |

**Account No. XXX2070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.753 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |

**Account No. XXX2071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.754 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101,000.00** |

**Account No. XXX2072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.755 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,465.00** |

**Account No. XXX2073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.756 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,688.04** |

**Account No. XXX2074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.757 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,398.72** |

**Account No. XXX2075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.758 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |

**Account No. XXX2077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.759 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $37,000.00 |
| --- | --- | --- | --- |
| | **Account No. XXX2079** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.760 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
| --- | --- | --- | --- |
| | **Account No. XXX2080** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.761 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $36,000.00 |
| --- | --- | --- | --- |
| | **Account No. XXX2081** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.762 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
| --- | --- | --- | --- |
| | **Account No. XXX2082** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.763 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,445.00 |
| --- | --- | --- | --- |
| | **Account No. XXX2083** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.764 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $70,000.00 |
| --- | --- | --- | --- |
| | **Account No. XXX2084** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.765 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $53,534.19 |
| --- | --- | --- | --- |
| | **Account No. XXX2085** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

---

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,800.00 |
|---|---|---|---|

**Account No. XXX2087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88,000.00 |
|---|---|---|---|

**Account No. XXX2088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,500.00 |
|---|---|---|---|

**Account No. XXX2089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115,000.00 |
|---|---|---|---|

**Account No. XXX2090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
|---|---|---|---|

**Account No. XXX2091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,114.45 |
|---|---|---|---|

**Account No. XXX2092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,000.00 |
|---|---|---|---|

**Account No. XXX2093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.773 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$80,000.00** |
|---|---|---|---|

**Account No. XXX2094**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.774 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$90,058.04** |
|---|---|---|---|

**Account No. XXX2095**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.775 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36,754.51** |
|---|---|---|---|

**Account No. XXX2097**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.776 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2098**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.777 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2099**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.778 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
|---|---|---|---|

**Account No. XXX2102**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.779 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,250.00** |
|---|---|---|---|

**Account No. XXX2105**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**                                         Case number (if known)    **18-19121-RBR**
_____
Name

| 3.780 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,750.00** |
|---|---|---|---|
| | **Account No. XXX2106** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.781 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$47,000.00** |
|---|---|---|---|
| | **Account No. XXX2107** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.782 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,100.00** |
|---|---|---|---|
| | **Account No. XXX2108** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.783 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$76,000.00** |
|---|---|---|---|
| | **Account No. XXX2110** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.784 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,750.00** |
|---|---|---|---|
| | **Account No. XXX2111** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.785 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
|---|---|---|---|
| | **Account No. XXX2112** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.786 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,398.58** |
|---|---|---|---|
| | **Account No. XXX2113** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.787 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Account No. XXX2114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.788 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Account No. XXX2118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.789 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$116,173.73** |
|---|---|---|---|

**Account No. XXX2119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.790 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$83,000.00** |
|---|---|---|---|

**Account No. XXX2120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.791 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00** |
|---|---|---|---|

**Account No. XXX2121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.792 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39,000.00** |
|---|---|---|---|

**Account No. XXX2124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.793 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63,833.45** |
|---|---|---|---|

**Account No. XXX2125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

| 3.794 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|
| | **Account No. XXX2126** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.795 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$98,500.00** |
|---|---|---|---|
| | **Account No. XXX2127** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.796 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |
|---|---|---|---|
| | **Account No. XXX2128** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.797 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,500.00** |
|---|---|---|---|
| | **Account No. XXX2129** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.798 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX2130** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.799 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX2131** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.800 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|
| | **Account No. XXX2132** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | 1 Global Capital LLC | Case number (if known) | 18-19121-RBR |
|---|---|---|---|
| | Name | | |

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,211.40 |
|---|---|---|---|
| | Account No. XXX2136 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123,000.00 |
|---|---|---|---|
| | Account No. XXX2137 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,662.50 |
|---|---|---|---|
| | Account No. XXX2138 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|
| | Account No. XXX2139 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.805 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|
| | Account No. XXX2142 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.806 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,500.00 |
|---|---|---|---|
| | Account No. XXX2143 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.807 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,711.08 |
|---|---|---|---|
| | Account No. XXX2145 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **1 Global Capital LLC** | | Case number *(if known)* | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.808** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61,191.27**

**Account No. XXX2147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.809** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93,000.00**

**Account No. XXX2148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.810** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,475.00**

**Account No. XXX2149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.811** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**Account No. XXX2150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.812** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83,000.00**

**Account No. XXX2151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.813** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$102,500.00**

**Account No. XXX2152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.814** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**Account No. XXX2153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**
      Name

| 3.815 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|
| | **Account No. XXX2154** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | Basis for the claim: __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.816 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|
| | **Account No. XXX2155** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | Basis for the claim: __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.817 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|
| | **Account No. XXX2156** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | Basis for the claim: __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.818 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|
| | **Account No. XXX2158** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | Basis for the claim: __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.819 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134,000.00 |
|---|---|---|---|
| | **Account No. XXX2159** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | Basis for the claim: __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.820 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,500.00 |
|---|---|---|---|
| | **Account No. XXX2160** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | Basis for the claim: __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.821 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,000.00 |
|---|---|---|---|
| | **Account No. XXX2161** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | Basis for the claim: __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**

---

| 3.822 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,892.22** |
|---|---|---|---|

**Account No. XXX2163**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Account No. XXX2164**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2165**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.825 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125,000.00** |
|---|---|---|---|

**Account No. XXX2166**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$230,000.00** |
|---|---|---|---|

**Account No. XXX2167**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$70,000.00** |
|---|---|---|---|

**Account No. XXX2170**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$46,500.00** |
|---|---|---|---|

**Account No. XXX2175**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.829 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2177**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,000.00** |
|---|---|---|---|

**Account No. XXX2178**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Account No. XXX2180**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,331.06** |
|---|---|---|---|

**Account No. XXX2181**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$322,000.00** |
|---|---|---|---|

**Account No. XXX2182**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$120,000.00** |
|---|---|---|---|

**Account No. XXX2183**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.836 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX2184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.837 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.838 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200,962.97** |
|---|---|---|---|

**Account No. XXX2189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.839 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$57,632.68** |
|---|---|---|---|

**Account No. XXX2191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.840 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX2192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.841 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,750.00** |
|---|---|---|---|

**Account No. XXX2193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.842 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,000.00** |
|---|---|---|---|

**Account No. XXX2194**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.843 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00** |
|---|---|---|---|

**Account No. XXX2195**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,250.00** |
|---|---|---|---|

**Account No. XXX2196**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$99,000.00** |
|---|---|---|---|

**Account No. XXX2197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,500.00** |
|---|---|---|---|

**Account No. XXX2198**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2199**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|

**Account No. XXX2200**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

| 3.850 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$71,578.16** |
|---|---|---|---|
| | **Account No. XXX2202** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Lender | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.851 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$151,159.20** |
|---|---|---|---|
| | **Account No. XXX2203** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Lender | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.852 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|
| | **Account No. XXX2204** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Lender | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.853 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00** |
|---|---|---|---|
| | **Account No. XXX2205** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Lender | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.854 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$147,943.01** |
|---|---|---|---|
| | **Account No. XXX2206** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Lender | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.855 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |
|---|---|---|---|
| | **Account No. XXX2207** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Lender | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.856 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX2208** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Lender | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

| | | |
|---|---|---|
| 3.857 | **Nonpriority creditor's name and mailing address** | **$25,000.00** |
| | **Account No. XXX2209** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.858 | **Nonpriority creditor's name and mailing address** | **$25,000.00** |
| | **Account No. XXX2210** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.859 | **Nonpriority creditor's name and mailing address** | **$203,000.00** |
| | **Account No. XXX2212** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.860 | **Nonpriority creditor's name and mailing address** | **$54,500.00** |
| | **Account No. XXX2213** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.861 | **Nonpriority creditor's name and mailing address** | **$26,000.00** |
| | **Account No. XXX2215** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.862 | **Nonpriority creditor's name and mailing address** | **$78,750.00** |
| | **Account No. XXX2216** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.863 | **Nonpriority creditor's name and mailing address** | **$77,500.00** |
| | **Account No. XXX2217** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.864** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$59,300.00**
**Account No. XXX2218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.865** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,000.00**
**Account No. XXX2220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.866** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00**
**Account No. XXX2221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.867** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00**
**Account No. XXX2222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.868** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00**
**Account No. XXX2223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.869** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,481.07**
**Account No. XXX2226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.870** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00**
**Account No. XXX2227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**                                        Case number (if known)    **18-19121-RBR**
Name

| 3.871 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42,500.00** |
|---|---|---|---|
| | **Account No. XXX2228** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.872 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,000.00** |
|---|---|---|---|
| | **Account No. XXX2230** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.873 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |
|---|---|---|---|
| | **Account No. XXX2231** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.874 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX2232** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.875 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$92,392.29** |
|---|---|---|---|
| | **Account No. XXX2233** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.876 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$55,270.12** |
|---|---|---|---|
| | **Account No. XXX2234** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.877 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,000.00** |
|---|---|---|---|
| | **Account No. XXX2236** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.878 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2237**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,250.00** |
|---|---|---|---|

**Account No. XXX2238**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.880 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$685,000.00** |
|---|---|---|---|

**Account No. XXX2239**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,000.00** |
|---|---|---|---|

**Account No. XXX2240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.882 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$274,000.00** |
|---|---|---|---|

**Account No. XXX2241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$310,000.00** |
|---|---|---|---|

**Account No. XXX2242**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.884 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX2245**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**                                Case number (if known)    **18-19121-RBR**
Name

| | | |
|---|---|---|
| 3.885 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$75,000.00** |
| | **Account No. XXX2246** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.886 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$40,000.00** |
| | **Account No. XXX2247** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.887 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$47,810.45** |
| | **Account No. XXX2248** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.888 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$31,309.17** |
| | **Account No. XXX2249** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.889 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$42,126.38** |
| | **Account No. XXX2250** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.890 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$25,000.00** |
| | **Account No. XXX2251** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.891 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$34,475.00** |
| | **Account No. XXX2252** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.892 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52,000.00** |
|---|---|---|---|

**Account No. XXX2253**

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.893 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2254**

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.894 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$95,666.21** |
|---|---|---|---|

**Account No. XXX2255**

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.895 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$96,200.00** |
|---|---|---|---|

**Account No. XXX2256**

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.896 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$160,000.00** |
|---|---|---|---|

**Account No. XXX2257**

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.897 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Account No. XXX2258**

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.898 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Account No. XXX2260**

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor **1 Global Capital LLC** | Case number (if known) **18-19121-RBR** |
| Name | |

---

**3.899** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,500.00**

**Account No. XXX2261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.900** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61,000.00**

**Account No. XXX2262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.901** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$183,592.87**

**Account No. XXX2264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.902** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85,000.00**

**Account No. XXX2265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.903** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$236,000.00**

**Account No. XXX2266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.904** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,400.00**

**Account No. XXX2267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.905** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

**Account No. XXX2268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.906 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2269**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.907 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX2270**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX2271**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.909 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,416.25** |
|---|---|---|---|

**Account No. XXX2272**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,770.22** |
|---|---|---|---|

**Account No. XXX2273**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,475.00** |
|---|---|---|---|

**Account No. XXX2274**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$113,500.00** |
|---|---|---|---|

**Account No. XXX2275**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**

Name

Case number (if known)    **18-19121-RBR**

---

| 3.913 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,200.00** |

**Account No. XXX2281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |

**Account No. XXX2283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.915 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,000.00** |

**Account No. XXX2284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.916 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$124,311.11** |

**Account No. XXX2285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |

**Account No. XXX2286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$188,440.86** |

**Account No. XXX2287**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |

**Account No. XXX2288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**                              Case number (if known)    **18-19121-RBR**
_____
Name

| 3.920 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,933.57** |
|---|---|---|---|

**Account No. XXX2292**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.921 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2293**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.922 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$71,000.00** |
|---|---|---|---|

**Account No. XXX2294**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.923 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2295**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.924 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2296**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.925 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$139,976.63** |
|---|---|---|---|

**Account No. XXX2299**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.926 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
|---|---|---|---|

**Account No. XXX2303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor     **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**
Name

| 3.927 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150,400.00** |
|---|---|---|---|

**Account No. XXX2304**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ◼ No  ☐ Yes

| 3.928 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,300.00** |
|---|---|---|---|

**Account No. XXX2305**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ◼ No  ☐ Yes

| 3.929 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125,145.87** |
|---|---|---|---|

**Account No. XXX2308**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ◼ No  ☐ Yes

| 3.930 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$68,569.95** |
|---|---|---|---|

**Account No. XXX2309**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ◼ No  ☐ Yes

| 3.931 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX2310**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ◼ No  ☐ Yes

| 3.932 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Account No. XXX2311**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ◼ No  ☐ Yes

| 3.933 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|

**Account No. XXX2312**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ◼ No  ☐ Yes

Debtor    **1 Global Capital LLC**                                   Case number (if known)    **18-19121-RBR**
Name

| 3.934 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
|---|---|---|---|
| | **Account No. XXX2314** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.935 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|
| | **Account No. XXX2315** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.936 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX2316** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.937 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,500.00** |
|---|---|---|---|
| | **Account No. XXX2318** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.938 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250,000.00** |
|---|---|---|---|
| | **Account No. XXX2321** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.939 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX2323** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.940 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|
| | **Account No. XXX2324** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **1 Global Capital LLC** | Case number *(if known)* | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.941 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Account No. XXX2325**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.942 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2326**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.943 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2327**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.944 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**Account No. XXX2330**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.945 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$91,077.12** |
|---|---|---|---|

**Account No. XXX2332**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.946 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71,000.00** |
|---|---|---|---|

**Account No. XXX2334**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.947 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2335**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **1 Global Capital LLC**                    Case number (if known)   **18-19121-RBR**
Name

| 3.948 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73,502.54** |
|---|---|---|---|

**Account No. XXX2337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.949 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,109.67** |
|---|---|---|---|

**Account No. XXX2338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.950 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,262.83** |
|---|---|---|---|

**Account No. XXX2339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,909.54** |
|---|---|---|---|

**Account No. XXX2340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.952 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,000.00** |
|---|---|---|---|

**Account No. XXX2341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.953 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120,000.00** |
|---|---|---|---|

**Account No. XXX2344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX2345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **1 Global Capital LLC** | Case number *(if known)* | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.955 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,000.00** |
|---|---|---|---|

**Account No. XXX2346**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,000.00** |
|---|---|---|---|

**Account No. XXX2347**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|---|---|---|---|

**Account No. XXX2348**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,394.79** |
|---|---|---|---|

**Account No. XXX2349**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.959 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$124,298.00** |
|---|---|---|---|

**Account No. XXX2350**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.960 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,616.86** |
|---|---|---|---|

**Account No. XXX2351**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.961 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,641.85** |
|---|---|---|---|

**Account No. XXX2352**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | 1 Global Capital LLC | | Case number (if known) | 18-19121-RBR |
|---|---|---|---|---|
| | Name | | | |

| 3.962 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Account No. XXX2354**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.963 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $249,425.00 |
|---|---|---|---|

**Account No. XXX2355**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Account No. XXX2357**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.965 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145,500.00 |
|---|---|---|---|

**Account No. XXX2358**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.966 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Account No. XXX2359**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,400.00 |
|---|---|---|---|

**Account No. XXX2361**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.968 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Account No. XXX2363**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

**3.969** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00**

**Account No. XXX2364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.970** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$53,234.73**

**Account No. XXX2365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.971** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48,700.00**

**Account No. XXX2366**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.972** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$58,700.00**

**Account No. XXX2367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.973** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$171,500.00**

**Account No. XXX2368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.974** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,500.00**

**Account No. XXX2370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.975** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$140,000.00**

**Account No. XXX2371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | | Case number *(if known)* | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.976 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|
| | **Account No. XXX2372** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:  Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.977 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|
| | **Account No. XXX2373** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:  Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.978 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|
| | **Account No. XXX2376** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:  Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.979 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|
| | **Account No. XXX2377** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:  Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.980 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,848.00** |
|---|---|---|---|
| | **Account No. XXX2379** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:  Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.981 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|
| | **Account No. XXX2380** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:  Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.982 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99,500.00** |
|---|---|---|---|
| | **Account No. XXX2382** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:  Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor     **1 Global Capital LLC**                                          Case number (if known)    **18-19121-RBR**
           Name

| 3.983 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2384**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.984 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX2387**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.985 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,400.00** |
|---|---|---|---|

**Account No. XXX2390**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.986 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$135,707.64** |
|---|---|---|---|

**Account No. XXX2391**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.987 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,969.00** |
|---|---|---|---|

**Account No. XXX2392**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.988 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$325,000.00** |
|---|---|---|---|

**Account No. XXX2393**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.989 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |
|---|---|---|---|

**Account No. XXX2395**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender** _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **1 Global Capital LLC**                                  Case number (if known)    **18-19121-RBR**
Name

| 3.990 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Account No. XXX2397**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.991 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,475.00** |
|---|---|---|---|

**Account No. XXX2400**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.992 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$55,000.00** |
|---|---|---|---|

**Account No. XXX2401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.993 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,877.61** |
|---|---|---|---|

**Account No. XXX2402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.994 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Account No. XXX2406**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.995 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00** |
|---|---|---|---|

**Account No. XXX2408**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00** |
|---|---|---|---|

**Account No. XXX2409**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.997 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$73,500.00** |
|---|---|---|---|
| | **Account No. XXX2410** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim: Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.998 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$78,972.08** |
|---|---|---|---|
| | **Account No. XXX2411** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim: Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.999 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX2412** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim: Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1000 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$84,406.55** |
|---|---|---|---|
| | **Account No. XXX2413** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim: Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1001 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39,500.00** |
|---|---|---|---|
| | **Account No. XXX2414** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim: Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1002 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$131,000.00** |
|---|---|---|---|
| | **Account No. XXX2415** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim: Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1003 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$54,305.17** |
|---|---|---|---|
| | **Account No. XXX2416** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim: Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.100 4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2417**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$100,000.00**

---

**3.100 5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2421**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$36,889.70**

---

**3.100 6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2423**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

**3.100 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2424**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$40,000.00**

---

**3.100 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2426**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$21,000.00**

---

**3.100 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2429**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.101 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2430**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$31,379.91**

---

| Debtor | 1 Global Capital LLC | Case number (if known) | 18-19121-RBR |
|---|---|---|---|
| | Name | | |

---

**3.101**
**1**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2431**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$203,085.87**

---

**3.101**
**2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2433**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

**3.101**
**3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2434**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$175,000.00**

---

**3.101**
**4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2435**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$35,000.00**

---

**3.101**
**5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2436**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

**3.101**
**6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2437**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$19,674.72**

---

**3.101**
**7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2438**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$150,301.98**

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.101 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,671.18** |
|---|---|---|---|
| | **Account No. XXX2439** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:  Lender ** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |
|---|---|---|---|
| | **Account No. XXX2440** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:  Lender ** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85,700.00** |
|---|---|---|---|
| | **Account No. XXX2442** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:  Lender ** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$244,500.00** |
|---|---|---|---|
| | **Account No. XXX2443** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:  Lender ** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,200.00** |
|---|---|---|---|
| | **Account No. XXX2444** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:  Lender ** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$91,000.00** |
|---|---|---|---|
| | **Account No. XXX2446** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:  Lender ** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,475.00** |
|---|---|---|---|
| | **Account No. XXX2447** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:  Lender ** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **1 Global Capital LLC**                                          Case number (if known)    **18-19121-RBR**
_____
Name

| 3.102 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$249,207.97** |
|---|---|---|---|

**Account No. XXX2449**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$119,372.80** |
|---|---|---|---|

**Account No. XXX2450**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$99,475.00** |
|---|---|---|---|

**Account No. XXX2451**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$98,200.00** |
|---|---|---|---|

**Account No. XXX2453**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Account No. XXX2454**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$69,000.00** |
|---|---|---|---|

**Account No. XXX2455**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40,000.00** |
|---|---|---|---|

**Account No. XXX2456**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

| 3.103 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX2457**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☑ No ☐ Yes

**$25,000.00**

---

| 3.103 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX2458**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☑ No ☐ Yes

**$355,472.58**

---

| 3.103 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX2459**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☑ No ☐ Yes

**$93,700.00**

---

| 3.103 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX2460**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☑ No ☐ Yes

**$636,000.00**

---

| 3.103 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX2462**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☑ No ☐ Yes

**$25,000.00**

---

| 3.103 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX2463**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☑ No ☐ Yes

**$50,000.00**

---

| 3.103 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX2464**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☑ No ☐ Yes

**$49,974.70**

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.103 9 | **Nonpriority creditor's name and mailing address** **Account No. XXX2465** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,475.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 0 | **Nonpriority creditor's name and mailing address** **Account No. XXX2467** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 1 | **Nonpriority creditor's name and mailing address** **Account No. XXX2468** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 2 | **Nonpriority creditor's name and mailing address** **Account No. XXX2469** | As of the petition filing date, the claim is: *Check all that apply.* | **$66,274.65** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 3 | **Nonpriority creditor's name and mailing address** **Account No. XXX2472** | As of the petition filing date, the claim is: *Check all that apply.* | **$125,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 4 | **Nonpriority creditor's name and mailing address** **Account No. XXX2473** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 5 | **Nonpriority creditor's name and mailing address** **Account No. XXX2474** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | 1 Global Capital LLC | Case number (if known) | 18-19121-RBR |
|---|---|---|---|
| | Name | | |

---

**3.104 6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2475**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$400,000.00**

---

**3.104 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2476**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.104 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2477**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$150,000.00**

---

**3.104 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2478**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$43,146.75**

---

**3.105 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2479**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.105 1**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2480**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

**3.105 2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2482**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$29,700.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.105 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender **

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00** |
|---|---|---|---|

**Account No. XXX2487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender **

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender **

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2491**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender **

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,000.00** |
|---|---|---|---|

**Account No. XXX2492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender **

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Account No. XXX2494**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender **

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,400.00** |
|---|---|---|---|

**Account No. XXX2495**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender **

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **1 Global Capital LLC**

Name

Case number (if known)     **18-19121-RBR**

---

| 3.106 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2499** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,000.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2500** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50,000.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2501** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30,000.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2502** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$450,000.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2503** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$60,042.82** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2504** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$100,000.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2505** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30,000.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.106 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2506**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.106 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2509**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$30,000.00**

---

**3.106 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2511**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.107 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2513**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,500.00**

---

**3.107 1**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2514**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$400,000.00**

---

**3.107 2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2515**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$326,318.67**

---

**3.107 3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2516**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$184,609.89**

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.107 4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2518**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

$22,938.27

---

**3.107 5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2520**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

$80,000.00

---

**3.107 6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2522**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

$46,127.00

---

**3.107 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2523**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

$69,211.36

---

**3.107 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2524**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

$229,470.56

---

**3.107 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2527**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

$45,000.00

---

**3.108 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2529**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

$28,082.67

---

Debtor    **1 Global Capital LLC**                                      Case number (if known)    **18-19121-RBR**
_____
Name

| 3.108<br>1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2530**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25,000.00** |
|---|---|---|
| 3.108<br>2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2531**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$77,000.00** |
| 3.108<br>3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2535**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$30,000.00** |
| 3.108<br>4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2537**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$29,318.02** |
| 3.108<br>5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2538**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$125,000.00** |
| 3.108<br>6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2539**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$50,000.00** |
| 3.108<br>7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2541**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$37,600.00** |

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| 3.108 8 | **Nonpriority creditor's name and mailing address** **Account No. XXX2542** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  __Lender__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.108 9 | **Nonpriority creditor's name and mailing address** **Account No. XXX2543** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  __Lender__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.109 0 | **Nonpriority creditor's name and mailing address** **Account No. XXX2544** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  __Lender__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.109 1 | **Nonpriority creditor's name and mailing address** **Account No. XXX2545** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  __Lender__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.109 2 | **Nonpriority creditor's name and mailing address** **Account No. XXX2549** | **As of the petition filing date, the claim is:** Check all that apply. | **$401,139.33** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  __Lender__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.109 3 | **Nonpriority creditor's name and mailing address** **Account No. XXX2550** | **As of the petition filing date, the claim is:** Check all that apply. | **$70,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  __Lender__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.109 4 | **Nonpriority creditor's name and mailing address** **Account No. XXX2551** | **As of the petition filing date, the claim is:** Check all that apply. | **$100,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  __Lender__

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

| 3.109 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
|---|---|---|---|
| | **Account No. XXX2552** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$108,500.00** |
|---|---|---|---|
| | **Account No. XXX2553** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|
| | **Account No. XXX2554** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|
| | **Account No. XXX2555** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|
| | **Account No. XXX2557** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|
| | **Account No. XXX2558** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$92,369.40** |
|---|---|---|---|
| | **Account No. XXX2559** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **1 Global Capital LLC** | | Case number *(if known)* | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

| 3.110 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$230,556.53** |
|---|---|---|---|
| | **Account No. XXX2561** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ◼ No ☐ Yes | |

| 3.110 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$44,054.83** |
|---|---|---|---|
| | **Account No. XXX2563** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ◼ No ☐ Yes | |

| 3.110 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$82,825.11** |
|---|---|---|---|
| | **Account No. XXX2564** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ◼ No ☐ Yes | |

| 3.110 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28,475.00** |
|---|---|---|---|
| | **Account No. XXX2565** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ◼ No ☐ Yes | |

| 3.110 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|
| | **Account No. XXX2566** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ◼ No ☐ Yes | |

| 3.110 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$53,200.00** |
|---|---|---|---|
| | **Account No. XXX2573** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ◼ No ☐ Yes | |

| 3.110 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300,000.00** |
|---|---|---|---|
| | **Account No. XXX2574** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ◼ No ☐ Yes | |

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.110 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2575**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$275,700.00**

---

**3.111 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2576**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.111 1**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2577**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$50,375.08**

---

**3.111 2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2578**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.111 3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2579**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$100,537.27**

---

**3.111 4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2581**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

**3.111 5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2582**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$100,000.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.111
6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2583**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$38,171.14**

---

**3.111
7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2584**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$18,573.12**

---

**3.111
8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2585**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$100,000.00**

---

**3.111
9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2586**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$31,966.51**

---

**3.112
0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2587**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$42,882.58**

---

**3.112
1**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2588**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$275,000.00**

---

**3.112
2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2589**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$36,575.00**

---

Official Form 206 E/F   Schedule E/F: Creditors Who Have Unsecured Claims   Page 189 of 555

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

| | | |
|---|---|---|
| 3.112 3 | **Nonpriority creditor's name and mailing address** | |
| | **Account No. XXX2590** | |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$36,575.00**

---

| | |
|---|---|
| 3.112 4 | **Nonpriority creditor's name and mailing address** |
| | **Account No. XXX2592** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

| | |
|---|---|
| 3.112 5 | **Nonpriority creditor's name and mailing address** |
| | **Account No. XXX2594** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$30,437.39**

---

| | |
|---|---|
| 3.112 6 | **Nonpriority creditor's name and mailing address** |
| | **Account No. XXX2596** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$29,794.18**

---

| | |
|---|---|
| 3.112 7 | **Nonpriority creditor's name and mailing address** |
| | **Account No. XXX2597** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$104,975.00**

---

| | |
|---|---|
| 3.112 8 | **Nonpriority creditor's name and mailing address** |
| | **Account No. XXX2598** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$506,085.27**

---

| | |
|---|---|
| 3.112 9 | **Nonpriority creditor's name and mailing address** |
| | **Account No. XXX2604** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

| 3.113 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX2605**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$20,250.00**

---

| 3.113 1 |
|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX2606**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

| 3.113 2 |
|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX2607**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

| 3.113 3 |
|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX2608**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$95,000.00**

---

| 3.113 4 |
|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX2609**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$30,000.00**

---

| 3.113 5 |
|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX2611**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$10,400.00**

---

| 3.113 6 |
|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX2612**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$38,800.00**

---

Debtor    **1 Global Capital LLC**
Name                                                      Case number (if known)    **18-19121-RBR**

| 3.113 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Account No. XXX2613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.113 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Account No. XXX2614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.113 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**Account No. XXX2615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.114 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,825.63 |
|---|---|---|---|

**Account No. XXX2616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.114 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,023.00 |
|---|---|---|---|

**Account No. XXX2617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.114 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,171.00 |
|---|---|---|---|

**Account No. XXX2618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.114 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Account No. XXX2619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|

Name

---

**3.114
4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2620**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$41,700.00**

---

**3.114
5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2621**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.114
6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2622**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.114
7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2623**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$100,000.00**

---

**3.114
8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2624**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$137,915.00**

---

**3.114
9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2625**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$60,000.00**

---

**3.115
0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2627**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,000.00**

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| | |
|---|---|
| 3.115 1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2629**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$60,000.00** |

| | | | |
|---|---|---|---|
| 3.115 1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2629**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$60,000.00** |
| 3.115 2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2630**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25,000.00** |
| 3.115 3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2631**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30,000.00** |
| 3.115 4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2632**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$34,475.00** |
| 3.115 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2638**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$59,562.25** |
| 3.115 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2639**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$150,000.00** |
| 3.115 7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2640**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$136,970.08** |

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

| | |
|---|---|
| **3.115 8** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX2643**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

| | |
|---|---|
| **3.115 9** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX2645**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

| | |
|---|---|
| **3.116 0** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX2646**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$40,000.00**

---

| | |
|---|---|
| **3.116 1** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX2647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$110,000.00**

---

| | |
|---|---|
| **3.116 2** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX2648**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$70,000.00**

---

| | |
|---|---|
| **3.116 3** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX2649**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$40,780.00**

---

| | |
|---|---|
| **3.116 4** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX2651**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

Debtor    **1 Global Capital LLC**    Case number *(if known)*    **18-19121-RBR**
Name

| 3.116 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$39,475.00** |
|---|---|---|---|

**Account No. XXX2654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    **Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$39,380.00** |
|---|---|---|---|

**Account No. XXX2655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    **Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$199,475.00** |
|---|---|---|---|

**Account No. XXX2656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    **Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    **Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Account No. XXX2658**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    **Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Account No. XXX2659**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    **Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Account No. XXX2660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    **Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.117 2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2661**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$19,034.57**

---

**3.117 3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2662**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$75,000.00**

---

**3.117 4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2663**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$30,928.72**

---

**3.117 5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2668**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$202,916.73**

---

**3.117 6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2669**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$75,690.85**

---

**3.117 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2672**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

**3.117 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2673**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$20,962.10**

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**

---

| 3.117 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$59,457.48** |
|---|---|---|---|

**Account No. XXX2674**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$166,451.83** |
|---|---|---|---|

**Account No. XXX2675**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Account No. XXX2676**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2677**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$35,790.67** |
|---|---|---|---|

**Account No. XXX2678**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2679**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$125,000.00** |
|---|---|---|---|

**Account No. XXX2680**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**                                        Case number (if known)    **18-19121-RBR**

Name

| 3.118 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|

**Account No. XXX2682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|

**Account No. XXX2683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,000.00** |
|---|---|---|---|

**Account No. XXX2685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$135,000.00** |
|---|---|---|---|

**Account No. XXX2686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$78,860.34** |
|---|---|---|---|

**Account No. XXX2694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$71,358.00** |
|---|---|---|---|

**Account No. XXX2695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**                                                   Case number (if known)    **18-19121-RBR**
_____
Name

| 3.119 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$49,635.57** |
|---|---|---|---|

**Account No. XXX2697**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$76,557.70** |
|---|---|---|---|

**Account No. XXX2700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$114,725.52** |
|---|---|---|---|

**Account No. XXX2701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$33,609.09** |
|---|---|---|---|

**Account No. XXX2702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$44,392.18** |
|---|---|---|---|

**Account No. XXX2705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$73,666.17** |
|---|---|---|---|

**Account No. XXX2707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**                                   Case number (if known)    **18-19121-RBR**
          Name

| 3.120 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX2708**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

$50,000.00

---

| 3.120 1 |

**Nonpriority creditor's name and mailing address**
**Account No. XXX2709**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

$24,500.00

---

| 3.120 2 |

**Nonpriority creditor's name and mailing address**
**Account No. XXX2710**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

$100,000.00

---

| 3.120 3 |

**Nonpriority creditor's name and mailing address**
**Account No. XXX2711**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

$40,000.00

---

| 3.120 4 |

**Nonpriority creditor's name and mailing address**
**Account No. XXX2712**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

$43,000.00

---

| 3.120 5 |

**Nonpriority creditor's name and mailing address**
**Account No. XXX2713**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

$184,295.00

---

| 3.120 6 |

**Nonpriority creditor's name and mailing address**
**Account No. XXX2714**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

$45,284.25

---

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

| 3.120 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Account No. XXX2715**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Lender**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Account No. XXX2716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Lender**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Account No. XXX2717**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Lender**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Account No. XXX2718**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Lender**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Account No. XXX2719**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Lender**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Account No. XXX2720**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Lender**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $150,000.00 |
|---|---|---|---|

**Account No. XXX2721**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Lender**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| | |
|---|---|
| **3.121 4** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2722** | **$92,224.41** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _**Lender**_

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.121 5** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2723** | **$25,000.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _**Lender**_

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.121 6** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2724** | **$14,000.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _**Lender**_

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.121 7** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2725** | **$26,582.88** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _**Lender**_

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.121 8** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2726** | **$49,744.40** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _**Lender**_

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.121 9** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2727** | **$55,000.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _**Lender**_

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.122 0** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2729** | **$26,000.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _**Lender**_

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **1 Global Capital LLC**                                          Case number (if known)   **18-19121-RBR**
_____
Name

| 3.122 1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2730**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$27,051.00** |

| 3.122 2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2732**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25,000.00** |

| 3.122 3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2733**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$273,000.00** |

| 3.122 4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2734**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$14,500.00** |

| 3.122 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2735**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25,000.00** |

| 3.122 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2736**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$30,000.00** |

| 3.122 7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2737**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$100,000.00** |

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

---

| 3.122 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Account No. XXX2738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Account No. XXX2739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Account No. XXX2740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $18,891.30 |
|---|---|---|---|

**Account No. XXX2741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $29,000.00 |
|---|---|---|---|

**Account No. XXX2742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $35,000.00 |
|---|---|---|---|

**Account No. XXX2743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $104,462.13 |
|---|---|---|---|

**Account No. XXX2744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**
_____
Name

| | | |
|---|---|---|
| **3.123 5** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2746** | **$99,200.90** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.123 6** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2747** | **$65,200.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.123 7** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2748** | **$50,000.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.123 8** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2749** | **$20,484.98** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.123 9** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2750** | **$21,770.19** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.124 0** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2751** | **$29,000.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.124 1** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2752** | **$50,000.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | 1 Global Capital LLC | Case number (if known) | 18-19121-RBR |
|---|---|---|---|
| | Name | | |

| 3.124 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,153.35** |
| **Account No. XXX2753** | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,558.22** |
| **Account No. XXX2754** | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$214,967.45** |
| **Account No. XXX2755** | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$211,928.66** |
| **Account No. XXX2756** | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80,000.00** |
| **Account No. XXX2757** | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
| **Account No. XXX2758** | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82,300.00** |
| **Account No. XXX2761** | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **1 Global Capital LLC**

Name

Case number (if known)    **18-19121-RBR**

---

| 3.124 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,500.00 |
|---|---|---|---|

**Account No. XXX2762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $596,000.00 |
|---|---|---|---|

**Account No. XXX2763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $251,200.00 |
|---|---|---|---|

**Account No. XXX2764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,000.00 |
|---|---|---|---|

**Account No. XXX2765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Account No. XXX2766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,083.06 |
|---|---|---|---|

**Account No. XXX2767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,000.00 |
|---|---|---|---|

**Account No. XXX2768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **1 Global Capital LLC**
Name

Case number (if known)  **18-19121-RBR**

---

| 3.125 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26,000.00 |
|---|---|---|---|

**Account No. XXX2769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $76,525.57 |
|---|---|---|---|

**Account No. XXX2770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $32,000.00 |
|---|---|---|---|

**Account No. XXX2771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Account No. XXX2772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Account No. XXX2773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Account No. XXX2774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,816.10 |
|---|---|---|---|

**Account No. XXX2775**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**

Name

Case number (if known)    **18-19121-RBR**

| 3.126 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $39,200.00 |
|---|---|---|---|

**Account No. XXX2776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $157,000.00 |
|---|---|---|---|

**Account No. XXX2777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $17,400.03 |
|---|---|---|---|

**Account No. XXX2778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Account No. XXX2779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Account No. XXX2780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,816.45 |
|---|---|---|---|

**Account No. XXX2781**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $117,615.21 |
|---|---|---|---|

**Account No. XXX2782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|

Name

---

**3.127 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2783**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ☑ No ☐ Yes

**$25,000.00**

---

**3.127 1**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2784**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ☑ No ☐ Yes

**$25,000.00**

---

**3.127 2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2785**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ☑ No ☐ Yes

**$60,000.00**

---

**3.127 3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2786**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ☑ No ☐ Yes

**$50,000.00**

---

**3.127 4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2787**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ☑ No ☐ Yes

**$47,856.00**

---

**3.127 5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2789**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ☑ No ☐ Yes

**$100,000.00**

---

**3.127 6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2790**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ☑ No ☐ Yes

**$100,000.00**

---

Debtor    **1 Global Capital LLC**                                          Case number (if known)    **18-19121-RBR**
_____
Name

| 3.127 7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2791**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25,400.00** |
|---|---|---|---|
| 3.127 8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2792**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$24,300.00** |
| 3.127 9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2794**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$37,609.94** |
| 3.128 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2795**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25,000.00** |
| 3.128 1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2796**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$32,000.00** |
| 3.128 2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2797**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$102,291.95** |
| 3.128 3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2798**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$37,250.00** |

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| | | |
|---|---|---|
| 3.128 4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2799** | **$60,000.00** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.128 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2800** | **$37,955.11** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.128 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2801** | **$50,000.00** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.128 7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2803** | **$119,750.00** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.128 8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2805** | **$30,000.00** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.128 9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2806** | **$50,000.00** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.129 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2807** | **$50,000.00** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**    Case number (if known)    **18-19121-RBR**
_____
Name

| 3.129<br>1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2808** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$52,860.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129<br>2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2809** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$71,624.50** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129<br>3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2810** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$76,909.98** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129<br>4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2811** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$22,653.03** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129<br>5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2812** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$38,145.23** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129<br>6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2813** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$518,469.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129<br>7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2814** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,581.60** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **1 Global Capital LLC**

Name

Case number (if known)    **18-19121-RBR**

---

| 3.129 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $160,000.00 |
|---|---|---|---|

**Account No. XXX2815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,788.20 |
|---|---|---|---|

**Account No. XXX2816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Account No. XXX2817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,789.64 |
|---|---|---|---|

**Account No. XXX2818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,789.64 |
|---|---|---|---|

**Account No. XXX2819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $76,254.31 |
|---|---|---|---|

**Account No. XXX2820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,789.52 |
|---|---|---|---|

**Account No. XXX2821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.130 5 | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX2822** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$69,000.00** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Lender** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 6 | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX2823** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$200,000.00** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Lender** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 7 | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX2824** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$55,000.00** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Lender** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 8 | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX2825** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$49,000.00** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Lender** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 9 | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX2826** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$24,300.00** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Lender** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 0 | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX2827** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$28,620.16** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Lender** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 1 | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX2828** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$100,000.00** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Lender** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| 3.131 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$70,000.00** |

**Account No. XXX2829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18,906.85** |

**Account No. XXX2830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18,906.85** |

**Account No. XXX2831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$80,000.00** |

**Account No. XXX2832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200,000.00** |

**Account No. XXX2833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18,879.18** |

**Account No. XXX2834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$54,373.80** |

**Account No. XXX2835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| | |
|---|---|
| **3.131 9** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX2836**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No   ☐ Yes

**$103,818.12**

---

| | |
|---|---|
| **3.132 0** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX2837**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No   ☐ Yes

**$30,000.00**

---

| | |
|---|---|
| **3.132 1** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX2838**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No   ☐ Yes

**$49,564.11**

---

| | |
|---|---|
| **3.132 2** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX2839**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No   ☐ Yes

**$25,000.00**

---

| | |
|---|---|
| **3.132 3** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX2840**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No   ☐ Yes

**$35,000.00**

---

| | |
|---|---|
| **3.132 4** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX2841**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No   ☐ Yes

**$100,000.00**

---

| | |
|---|---|
| **3.132 5** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX2842**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No   ☐ Yes

**$76,522.24**

---

Debtor    **1 Global Capital LLC**                                          Case number (if known)    **18-19121-RBR**
          _____
          Name

| 3.132 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76,522.24** |
|---|---|---|---|

**Account No. XXX2843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76,522.24** |
|---|---|---|---|

**Account No. XXX2844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76,293.74** |
|---|---|---|---|

**Account No. XXX2845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,908.63** |
|---|---|---|---|

**Account No. XXX2846**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,709.38** |
|---|---|---|---|

**Account No. XXX2847**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$148,505.00** |
|---|---|---|---|

**Account No. XXX2848**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,265.97** |
|---|---|---|---|

**Account No. XXX2849**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**

---

| 3.133 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,749.90** |

**Account No. XXX2850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,772.29** |

**Account No. XXX2851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |

**Account No. XXX2852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |

**Account No. XXX2853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,717.44** |

**Account No. XXX2854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,000.00** |

**Account No. XXX2855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300,000.00** |

**Account No. XXX2856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**                                       Case number (if known)    **18-19121-RBR**
_____
Name

| | | |
|---|---|---|
| **3.134 0** | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX2857** | $50,000.00 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _          **Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| **3.134 1** | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX2858** | $45,644.68 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _          **Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| **3.134 2** | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX2859** | $54,562.95 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _          **Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| **3.134 3** | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX2860** | $76,832.79 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _          **Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| **3.134 4** | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX2861** | $138,272.00 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _          **Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| **3.134 5** | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX2862** | $55,222.00 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _          **Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| **3.134 6** | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX2863** | $29,986.44 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _          **Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | 1 Global Capital LLC | Case number (if known) | 18-19121-RBR |
|---|---|---|---|
| | Name | | |

| 3.134 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86,557.46** |
|---|---|---|---|

**Account No. XXX2866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Account No. XXX2867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX2870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Account No. XXX2871**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.135
4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2872**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$21,320.08**

---

**3.135
5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2873**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$21,320.08**

---

**3.135
6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2874**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$90,711.66**

---

**3.135
7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2875**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.135
8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2877**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

**3.135
9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2878**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$31,928.68**

---

**3.136
0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2879**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$26,872.73**

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.136 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX2880**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$26,872.73**

---

| 3.136 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX2881**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

| 3.136 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX2882**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$164,451.00**

---

| 3.136 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX2883**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$37,799.79**

---

| 3.136 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX2884**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$27,000.00**

---

| 3.136 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX2885**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$47,409.00**

---

| 3.136 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX2886**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$132,000.00**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.136 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2887**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$335,121.22**

---

**3.136 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2888**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$61,475.00**

---

**3.137 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2889**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$87,376.22**

---

**3.137 1**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2890**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.137 2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2891**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$37,471.30**

---

**3.137 3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2892**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.137 4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2893**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$18,117.50**

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**

---

| 3.137 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,250.00** |

**Account No. XXX2894**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,250.00** |

**Account No. XXX2895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00** |

**Account No. XXX2896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,451.52** |

**Account No. XXX2897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |

**Account No. XXX2898**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,000.00** |

**Account No. XXX2899**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,678.63** |

**Account No. XXX2900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.138 2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$18,726.08**

---

**3.138 3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2902**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$182,676.74**

---

**3.138 4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2903**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$18,357.46**

---

**3.138 5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2904**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$79,400.00**

---

**3.138 6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2905**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$55,234.78**

---

**3.138 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2907**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$120,000.00**

---

**3.138 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2908**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$45,926.78**

---

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**
_____
Name

| 3.138 9 | **Nonpriority creditor's name and mailing address** **Account No. XXX2909** | As of the petition filing date, the claim is: Check all that apply. | $23,115.91 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 0 | **Nonpriority creditor's name and mailing address** **Account No. XXX2910** | As of the petition filing date, the claim is: Check all that apply. | $27,615.15 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 1 | **Nonpriority creditor's name and mailing address** **Account No. XXX2911** | As of the petition filing date, the claim is: Check all that apply. | $44,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 2 | **Nonpriority creditor's name and mailing address** **Account No. XXX2912** | As of the petition filing date, the claim is: Check all that apply. | $69,300.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 3 | **Nonpriority creditor's name and mailing address** **Account No. XXX2913** | As of the petition filing date, the claim is: Check all that apply. | $74,500.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 4 | **Nonpriority creditor's name and mailing address** **Account No. XXX2914** | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 5 | **Nonpriority creditor's name and mailing address** **Account No. XXX2915** | As of the petition filing date, the claim is: Check all that apply. | $800,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

---

| 3.139 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,864.16** |

**Account No. XXX2916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,511.60** |

**Account No. XXX2917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$43,300.00** |

**Account No. XXX2918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |

**Account No. XXX2920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$91,709.99** |

**Account No. XXX2921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$59,679.04** |

**Account No. XXX2922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,513.51** |

**Account No. XXX2923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**
          _____
          Name

| 3.140 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
| **Account No. XXX2924** | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.140 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
| **Account No. XXX2925** | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.140 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
| **Account No. XXX2926** | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.140 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,826.86** |
| **Account No. XXX2927** | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.140 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
| **Account No. XXX2928** | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.140 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
| **Account No. XXX2929** | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.140 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
| **Account No. XXX2930** | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.141 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2931** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2932** | **As of the petition filing date, the claim is:** Check all that apply. | **$18,215.88** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2933** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2934** | **As of the petition filing date, the claim is:** Check all that apply. | **$29,414.55** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2935** | **As of the petition filing date, the claim is:** Check all that apply. | **$40,359.27** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2936** | **As of the petition filing date, the claim is:** Check all that apply. | **$18,216.06** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2938** | **As of the petition filing date, the claim is:** Check all that apply. | **$300,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **1 Global Capital LLC**

Case number (if known)    **18-19121-RBR**

Name

---

| 3.141 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Account No. XXX2940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX2941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00** |
|---|---|---|---|

**Account No. XXX2942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,976.13** |
|---|---|---|---|

**Account No. XXX2943**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,560.05** |
|---|---|---|---|

**Account No. XXX2944**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX2946**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **1 Global Capital LLC**                                          Case number (if known)    **18-19121-RBR**
_____
Name

| 3.142<br>4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2947** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$100,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.142<br>5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2948** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.142<br>6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2949** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$23,700.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.142<br>7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2950** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,300.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.142<br>8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2951** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$40,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.142<br>9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2952** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$204,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.143<br>0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2953** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$23,047.60** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.143 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$729,528.56** |
|---|---|---|---|

**Account No. XXX2954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$160,785.00** |
|---|---|---|---|

**Account No. XXX2955**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX2956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,216.20** |
|---|---|---|---|

**Account No. XXX2957**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,360.00** |
|---|---|---|---|

**Account No. XXX2958**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,931.50** |
|---|---|---|---|

**Account No. XXX2959**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38,500.00** |
|---|---|---|---|

**Account No. XXX2960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

| 3.1438 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX2961**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$38,312.80**

---

| 3.1439 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX2962**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$72,600.00**

---

| 3.1440 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX2964**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$269,000.00**

---

| 3.1441 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX2965**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

| 3.1442 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX2966**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$40,000.00**

---

| 3.1443 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX2967**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$30,000.00**

---

| 3.1444 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX2968**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$368,638.61**

---

Debtor    **1 Global Capital LLC**

Name

Case number (if known)    **18-19121-RBR**

| 3.144 5 | **Nonpriority creditor's name and mailing address** **Account No. XXX2969** | As of the petition filing date, the claim is: Check all that apply. | $42,500.00 |

**Nonpriority creditor's name and mailing address**
**Account No. XXX2969**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

$42,500.00

---

**3.144 6**
**Nonpriority creditor's name and mailing address**
**Account No. XXX2970**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

$32,000.00

---

**3.144 7**
**Nonpriority creditor's name and mailing address**
**Account No. XXX2971**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

$37,163.63

---

**3.144 8**
**Nonpriority creditor's name and mailing address**
**Account No. XXX2972**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

$18,575.52

---

**3.144 9**
**Nonpriority creditor's name and mailing address**
**Account No. XXX2973**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

$18,574.78

---

**3.145 0**
**Nonpriority creditor's name and mailing address**
**Account No. XXX2974**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

$25,000.00

---

**3.145 1**
**Nonpriority creditor's name and mailing address**
**Account No. XXX2975**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

$25,000.00

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.145 2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2976**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$20,000.00**

---

**3.145 3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2977**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.145 4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2978**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$77,750.00**

---

**3.145 5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2979**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$18,850.42**

---

**3.145 6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2980**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$49,475.00**

---

**3.145 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2981**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$22,866.52**

---

**3.145 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX2982**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$17,261.29**

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.145 9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2983** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$32,338.79** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2984** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$227,500.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2985** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$37,183.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2986** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$55,239.35** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2987** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$55,239.35** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2988** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$138,100.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX2989** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$33,064.46** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor **1 Global Capital LLC**
Name

Case number (if known) **18-19121-RBR**

| 3.146 6 | **Nonpriority creditor's name and mailing address** **Account No. XXX2990** | As of the petition filing date, the claim is: *Check all that apply.* | $19,300.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 7 | **Nonpriority creditor's name and mailing address** **Account No. XXX2991** | As of the petition filing date, the claim is: *Check all that apply.* | $230,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 8 | **Nonpriority creditor's name and mailing address** **Account No. XXX2992** | As of the petition filing date, the claim is: *Check all that apply.* | $100,800.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 9 | **Nonpriority creditor's name and mailing address** **Account No. XXX2993** | As of the petition filing date, the claim is: *Check all that apply.* | $82,300.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 0 | **Nonpriority creditor's name and mailing address** **Account No. XXX2994** | As of the petition filing date, the claim is: *Check all that apply.* | $75,800.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 1 | **Nonpriority creditor's name and mailing address** **Account No. XXX2995** | As of the petition filing date, the claim is: *Check all that apply.* | $40,800.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 2 | **Nonpriority creditor's name and mailing address** **Account No. XXX2996** | As of the petition filing date, the claim is: *Check all that apply.* | $19,684.43 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.147 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$101,282.17** |
|---|---|---|---|

**Account No. XXX2997**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$67,824.59** |
|---|---|---|---|

**Account No. XXX2998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$80,394.58** |
|---|---|---|---|

**Account No. XXX2999**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125,826.28** |
|---|---|---|---|

**Account No. XXX3000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,404.99** |
|---|---|---|---|

**Account No. XXX3002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,523.01** |
|---|---|---|---|

**Account No. XXX3003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX3004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **1 Global Capital LLC**                                     Case number (if known)    **18-19121-RBR**
_____
Name

| | | |
|---|---|---|
| 3.148<br>0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3005** | **$120,000.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.148<br>1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3006** | **$46,037.18** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.148<br>2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3007** | **$25,722.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.148<br>3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3008** | **$28,000.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.148<br>4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3009** | **$25,000.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.148<br>5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3010** | **$123,974.14** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.148<br>6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3012** | **$48,000.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **1 Global Capital LLC**
Name

Case number (if known)  **18-19121-RBR**

---

| 3.148 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63,000.00** |
|---|---|---|---|
| | **Account No. XXX3013** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.148 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$91,832.61** |
|---|---|---|---|
| | **Account No. XXX3014** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.148 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,092.19** |
|---|---|---|---|
| | **Account No. XXX3016** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.149 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,370.02** |
|---|---|---|---|
| | **Account No. XXX3017** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.149 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$158,674.00** |
|---|---|---|---|
| | **Account No. XXX3018** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.149 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$189,800.00** |
|---|---|---|---|
| | **Account No. XXX3019** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.149 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|
| | **Account No. XXX3020** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

---

| 3.149 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3021**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

| 3.149 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3022**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

| 3.149 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3024**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

| 3.149 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3025**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$29,758.77**

---

| 3.149 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3026**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$22,127.75**

---

| 3.149 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3027**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$18,954.10**

---

| 3.150 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3028**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$63,300.52**

---

Debtor    **1 Global Capital LLC**                                              Case number (if known)    **18-19121-RBR**
_____
Name

| 3.150<br>1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3029** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$49,000.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150<br>2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3030** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,000.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150<br>3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3031** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$18,449.27** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150<br>4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3032** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$249,725.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150<br>5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3033** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$39,000.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150<br>6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3034** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50,000.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150<br>7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3035** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50,000.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.150 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$56,000.00**

---

**3.150 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.151 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$240,000.00**

---

**3.151 1**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

**3.151 2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$34,376.34**

---

**3.151 3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$37,266.41**

---

**3.151 4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| | | |
|---|---|---|
| 3.151 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3043**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25,000.00** |
| 3.151 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3044**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$45,900.79** |
| 3.151 7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3045**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$67,000.00** |
| 3.151 8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3046**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$60,000.00** |
| 3.151 9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3047**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$100,000.00** |
| 3.152 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3048**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$294,980.00** |
| 3.152 1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3049**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$100,000.00** |

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.152 2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$63,584.52**

---

**3.152 3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$79,000.00**

---

**3.152 4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3052**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$126,900.07**

---

**3.152 5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3053**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$77,269.22**

---

**3.152 6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.152 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$96,768.00**

---

**3.152 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$40,000.00**

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.152 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3058**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$38,000.00**

---

**3.153 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3059**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$200,000.00**

---

**3.153 1**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.153 2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3061**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$148,573.15**

---

**3.153 3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.153 4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3063**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$35,000.00**

---

**3.153 5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$90,000.00**

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**

| 3.153 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,520.38** |
|---|---|---|---|

**Account No. XXX3065**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$199,675.00** |
|---|---|---|---|

**Account No. XXX3066**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$99,677.20** |
|---|---|---|---|

**Account No. XXX3067**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$73,749.13** |
|---|---|---|---|

**Account No. XXX3068**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,339.00** |
|---|---|---|---|

**Account No. XXX3069**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85,000.00** |
|---|---|---|---|

**Account No. XXX3070**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,025.16** |
|---|---|---|---|

**Account No. XXX3071**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**
          Name

| 3.154 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87,700.81** |
|---|---|---|---|

**Account No. XXX3072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.154 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,031.85** |
|---|---|---|---|

**Account No. XXX3073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.154 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,999.85** |
|---|---|---|---|

**Account No. XXX3074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.154 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX3076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.154 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,650.00** |
|---|---|---|---|

**Account No. XXX3077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.154 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX3078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.154 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,046.17** |
|---|---|---|---|

**Account No. XXX3079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| | |
|---|---|
| 3.155 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3080** | **$100,000.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3081** | **$36,800.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3082** | **$302,500.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3083** | **$25,000.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3084** | **$25,000.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3085** | **$27,000.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3086** | **$38,269.46** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**                                      Case number *(if known)*    **18-19121-RBR**
_____
Name

| 3.155 7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3087** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $135,411.40 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.155 8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3088** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,000.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.155 9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3089** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $30,500.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.156 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3090** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $28,100.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.156 1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3091** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $46,139.97 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.156 2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3092** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100,000.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.156 3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3093** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,000.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.156 4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3094**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.156 5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3095**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$26,125.68**

---

**3.156 6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3096**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$31,489.43**

---

**3.156 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3097**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$33,706.48**

---

**3.156 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3098**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.156 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3099**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$150,000.00**

---

**3.157 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$209,984.30**

---

Debtor    **1 Global Capital LLC**
                 Name

Case number (if known)    **18-19121-RBR**

---

| 3.157 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$43,204.78**

---

| 3.157 2 |
|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$195,929.38**

---

| 3.157 3 |
|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$61,300.00**

---

| 3.157 4 |
|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

| 3.157 5 |
|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

| 3.157 6 |
|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$49,500.00**

---

| 3.157 7 |
|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$84,125.56**

---

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.157 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,530.03 |
|---|---|---|---|
| | **Account No. XXX3109** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.157 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,539.12 |
|---|---|---|---|
| | **Account No. XXX3110** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.158 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20,500.00 |
|---|---|---|---|
| | **Account No. XXX3111** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.158 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $163,862.73 |
|---|---|---|---|
| | **Account No. XXX3112** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.158 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200,000.00 |
|---|---|---|---|
| | **Account No. XXX3113** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.158 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $42,500.00 |
|---|---|---|---|
| | **Account No. XXX3114** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.158 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|
| | **Account No. XXX3115** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.158 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3116** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$64,933.14** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.158 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3117** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$55,000.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.158 7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3118** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,000.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.158 8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3119** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,000.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.158 9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3120** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$420,000.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.159 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3121** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$35,000.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.159 1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3122** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$43,234.51** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.159 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$21,272.54** |
|---|---|---|---|

**Account No. XXX3123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$51,500.00** |
|---|---|---|---|

**Account No. XXX3124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX3125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$120,390.83** |
|---|---|---|---|

**Account No. XXX3126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,755.38** |
|---|---|---|---|

**Account No. XXX3127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX3128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$85,595.08** |
|---|---|---|---|

**Account No. XXX3129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | 1 Global Capital LLC | Case number (if known) | 18-19121-RBR |
|---|---|---|---|
| | Name | | |

---

**3.1599**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3131**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$21,069.19**

---

**3.1600**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3132**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$35,000.00**

---

**3.1601**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3133**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

**3.1602**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3134**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$55,000.00**

---

**3.1603**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3135**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$40,000.00**

---

**3.1604**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3136**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$66,032.05**

---

**3.1605**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3137**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$99,459.59**

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.160 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,877.00** |
|---|---|---|---|

**Account No. XXX3138**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$213,726.85** |
|---|---|---|---|

**Account No. XXX3139**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73,855.06** |
|---|---|---|---|

**Account No. XXX3140**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX3141**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**Account No. XXX3142**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,521.64** |
|---|---|---|---|

**Account No. XXX3143**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,500.00** |
|---|---|---|---|

**Account No. XXX3144**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number *(if known)* | **18-19121-RBR** |
|---|---|---|---|

Name

---

**3.161 3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3145**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$153,177.47**

---

**3.161 4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3146**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$11,300.00**

---

**3.161 5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3147**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$85,179.30**

---

**3.161 6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3148**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$53,000.00**

---

**3.161 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3149**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$38,219.31**

---

**3.161 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3150**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$40,000.00**

---

**3.161 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3152**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$82,269.06**

---

Debtor    **1 Global Capital LLC**                                              Case number (if known)    **18-19121-RBR**
_____
Name

| 3.162 0 | **Nonpriority creditor's name and mailing address** **Account No. XXX3153** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __Lender__ Is the claim subject to offset? ■ No ☐ Yes | **$42,958.58** |

| 3.162 1 | **Nonpriority creditor's name and mailing address** **Account No. XXX3154** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __Lender__ Is the claim subject to offset? ■ No ☐ Yes | **$150,000.00** |

| 3.162 2 | **Nonpriority creditor's name and mailing address** **Account No. XXX3155** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __Lender__ Is the claim subject to offset? ■ No ☐ Yes | **$25,000.00** |

| 3.162 3 | **Nonpriority creditor's name and mailing address** **Account No. XXX3156** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __Lender__ Is the claim subject to offset? ■ No ☐ Yes | **$50,575.00** |

| 3.162 4 | **Nonpriority creditor's name and mailing address** **Account No. XXX3157** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __Lender__ Is the claim subject to offset? ■ No ☐ Yes | **$25,000.00** |

| 3.162 5 | **Nonpriority creditor's name and mailing address** **Account No. XXX3159** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __Lender__ Is the claim subject to offset? ■ No ☐ Yes | **$114,000.00** |

| 3.162 6 | **Nonpriority creditor's name and mailing address** **Account No. XXX3160** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __Lender__ Is the claim subject to offset? ■ No ☐ Yes | **$46,658.66** |

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.162 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$68,388.36** |
| --- | --- | --- | --- |
| | **Account No. XXX3161** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.162 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100,000.00** |
| --- | --- | --- | --- |
| | **Account No. XXX3162** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.162 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100,000.00** |
| --- | --- | --- | --- |
| | **Account No. XXX3163** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.163 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
| --- | --- | --- | --- |
| | **Account No. XXX3164** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.163 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |
| --- | --- | --- | --- |
| | **Account No. XXX3165** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.163 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$69,756.90** |
| --- | --- | --- | --- |
| | **Account No. XXX3166** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.163 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$87,618.51** |
| --- | --- | --- | --- |
| | **Account No. XXX3167** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

---

| 3.163 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
| **Account No. XXX3168** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **Date(s) debt was incurred** _ | ☐ Disputed | |
| **Last 4 digits of account number** _ | **Basis for the claim:  Lender ** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.163 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$243,706.07** |
| **Account No. XXX3170** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **Date(s) debt was incurred** _ | ☐ Disputed | |
| **Last 4 digits of account number** _ | **Basis for the claim:  Lender ** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.163 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
| **Account No. XXX3171** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **Date(s) debt was incurred** _ | ☐ Disputed | |
| **Last 4 digits of account number** _ | **Basis for the claim:  Lender ** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.163 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
| **Account No. XXX3172** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **Date(s) debt was incurred** _ | ☐ Disputed | |
| **Last 4 digits of account number** _ | **Basis for the claim:  Lender ** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.163 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
| **Account No. XXX3173** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **Date(s) debt was incurred** _ | ☐ Disputed | |
| **Last 4 digits of account number** _ | **Basis for the claim:  Lender ** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.163 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,564.31** |
| **Account No. XXX3174** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **Date(s) debt was incurred** _ | ☐ Disputed | |
| **Last 4 digits of account number** _ | **Basis for the claim:  Lender ** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.164 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,588.33** |
| **Account No. XXX3175** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **Date(s) debt was incurred** _ | ☐ Disputed | |
| **Last 4 digits of account number** _ | **Basis for the claim:  Lender ** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| 3.164 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX3176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,109.16** |
|---|---|---|---|

**Account No. XXX3177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.02** |
|---|---|---|---|

**Account No. XXX3179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX3180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX3181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$106,349.07** |
|---|---|---|---|

**Account No. XXX3182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX3183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **1 Global Capital LLC**

Name

Case number (if known)   **18-19121-RBR**

| 3.164 8 | **Nonpriority creditor's name and mailing address** **Account No. XXX3184** | **As of the petition filing date, the claim is:** Check all that apply. | **$130,597.75** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 9 | **Nonpriority creditor's name and mailing address** **Account No. XXX3185** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 0 | **Nonpriority creditor's name and mailing address** **Account No. XXX3186** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,683.22** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 1 | **Nonpriority creditor's name and mailing address** **Account No. XXX3187** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 2 | **Nonpriority creditor's name and mailing address** **Account No. XXX3188** | **As of the petition filing date, the claim is:** Check all that apply. | **$100,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 3 | **Nonpriority creditor's name and mailing address** **Account No. XXX3189** | **As of the petition filing date, the claim is:** Check all that apply. | **$32,576.18** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 4 | **Nonpriority creditor's name and mailing address** **Account No. XXX3190** | **As of the petition filing date, the claim is:** Check all that apply. | **$107,336.45** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**                                      Case number (if known)    **18-19121-RBR**
_____
Name

| | | |
|---|---|---|
| 3.165<br>5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3191** | **As of the petition filing date, the claim is:** Check all that apply.        **$29,779.67** |

**Nonpriority creditor's name and mailing address**
**Account No. XXX3191**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.        **$29,779.67**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.165
6    **Nonpriority creditor's name and mailing address**
**Account No. XXX3192**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.        **$75,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.165
7    **Nonpriority creditor's name and mailing address**
**Account No. XXX3193**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.        **$25,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.165
8    **Nonpriority creditor's name and mailing address**
**Account No. XXX3194**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.        **$100,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.165
9    **Nonpriority creditor's name and mailing address**
**Account No. XXX3195**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.        **$25,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.166
0    **Nonpriority creditor's name and mailing address**
**Account No. XXX3196**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.        **$160,531.76**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.166
1    **Nonpriority creditor's name and mailing address**
**Account No. XXX3197**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.        **$30,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**

Name

| 3.166<br>2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3198** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$126,300.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.166<br>3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3199** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$37,300.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.166<br>4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3200** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$75,143.95** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.166<br>5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3201** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$271,200.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.166<br>6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3202** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$29,000.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.166<br>7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3203** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,525.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.166<br>8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3204** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$120,000.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **1 Global Capital LLC**                                    Case number (if known)   **18-19121-RBR**
_____
Name

| 3.166 9 | **Nonpriority creditor's name and mailing address** **Account No. XXX3205** | **As of the petition filing date, the claim is:** Check all that apply. | **$44,500.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 0 | **Nonpriority creditor's name and mailing address** **Account No. XXX3206** | **As of the petition filing date, the claim is:** Check all that apply. | **$40,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 1 | **Nonpriority creditor's name and mailing address** **Account No. XXX3207** | **As of the petition filing date, the claim is:** Check all that apply. | **$65,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 2 | **Nonpriority creditor's name and mailing address** **Account No. XXX3208** | **As of the petition filing date, the claim is:** Check all that apply. | **$65,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 3 | **Nonpriority creditor's name and mailing address** **Account No. XXX3209** | **As of the petition filing date, the claim is:** Check all that apply. | **$150,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 4 | **Nonpriority creditor's name and mailing address** **Account No. XXX3210** | **As of the petition filing date, the claim is:** Check all that apply. | **$29,410.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 5 | **Nonpriority creditor's name and mailing address** **Account No. XXX3211** | **As of the petition filing date, the claim is:** Check all that apply. | **$150,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| 3.167 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,301.00** |
|---|---|---|---|

**Account No. XXX3212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Lender**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,000.00** |
|---|---|---|---|

**Account No. XXX3213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Lender**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX3214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Lender**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,000.00** |
|---|---|---|---|

**Account No. XXX3215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Lender**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX3216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Lender**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,000.00** |
|---|---|---|---|

**Account No. XXX3217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Lender**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,176.53** |
|---|---|---|---|

**Account No. XXX3218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Lender**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

---

| 3.168 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,176.54** |

**Account No. XXX3219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |

**Account No. XXX3220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |

**Account No. XXX3221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$94,767.98** |

**Account No. XXX3222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$86,326.58** |

**Account No. XXX3223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |

**Account No. XXX3225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33,828.35** |

**Account No. XXX3226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | 1 Global Capital LLC | Case number (if known) | 18-19121-RBR |
|---|---|---|---|
| | Name | | |

| 3.169 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3227** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$744,724.37** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.169 1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3228** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$22,300.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.169 2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3229** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50,000.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.169 3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3230** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$21,511.33** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.169 4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3231** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$38,000.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.169 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3232** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$90,000.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.169 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3233** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$100,000.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **1 Global Capital LLC**
Name
Case number (if known)   **18-19121-RBR**

| 3.169 7 | **Nonpriority creditor's name and mailing address** **Account No. XXX3234** | As of the petition filing date, the claim is: Check all that apply. | **$42,830.70** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 8 | **Nonpriority creditor's name and mailing address** **Account No. XXX3235** | As of the petition filing date, the claim is: Check all that apply. | **$21,167.74** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 9 | **Nonpriority creditor's name and mailing address** **Account No. XXX3236** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 0 | **Nonpriority creditor's name and mailing address** **Account No. XXX3237** | As of the petition filing date, the claim is: Check all that apply. | **$54,600.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 1 | **Nonpriority creditor's name and mailing address** **Account No. XXX3238** | As of the petition filing date, the claim is: Check all that apply. | **$104,828.66** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 2 | **Nonpriority creditor's name and mailing address** **Account No. XXX3239** | As of the petition filing date, the claim is: Check all that apply. | **$49,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 3 | **Nonpriority creditor's name and mailing address** **Account No. XXX3240** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

---

| 3.170 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |

**Account No. XXX3241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |

**Account No. XXX3242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |

**Account No. XXX3243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,777.00** |

**Account No. XXX3244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |

**Account No. XXX3245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |

**Account No. XXX3247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |

**Account No. XXX3248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**                                  Case number (if known)    **18-19121-RBR**
_____
Name

| 3.171 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $42,400.17 |
|---|---|---|---|

**Account No. XXX3249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $52,000.00 |
|---|---|---|---|

**Account No. XXX3250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $20,000.00 |
|---|---|---|---|

**Account No. XXX3253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $50,000.00 |
|---|---|---|---|

**Account No. XXX3254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $100,000.00 |
|---|---|---|---|

**Account No. XXX3255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $59,800.00 |
|---|---|---|---|

**Account No. XXX3256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $11,750.00 |
|---|---|---|---|

**Account No. XXX3257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| | |
|---|---|
| **3.171**<br>**8** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3258**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Lender**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$150,000.00** |
| **3.171**<br>**9** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3259**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Lender**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$21,024.23** |
| **3.172**<br>**0** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3260**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Lender**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$50,000.00** |
| **3.172**<br>**1** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3261**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Lender**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$100,000.00** |
| **3.172**<br>**2** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3262**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Lender**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$85,865.00** |
| **3.172**<br>**3** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3263**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Lender**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$42,434.63** |
| **3.172**<br>**4** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3264**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Lender**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$196,124.24** |

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.172
5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3265**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$45,459.22**

---

**3.172
6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3266**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$188,184.98**

---

**3.172
7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3267**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$77,795.22**

---

**3.172
8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3268**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$21,155.15**

---

**3.172
9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3269**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.173
0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3270**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$21,153.38**

---

**3.173
1**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3271**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

Debtor    **1 Global Capital LLC**                                   Case number (if known)    **18-19121-RBR**
Name

| 3.173 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64,896.73** |

**Account No. XXX3272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |

**Account No. XXX3273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,000.00** |

**Account No. XXX3274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,519.74** |

**Account No. XXX3275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00** |

**Account No. XXX3276**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,952.60** |

**Account No. XXX3277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,000.00** |

**Account No. XXX3278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.173 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67,000.00 |
|---|---|---|---|

**Account No. XXX3279**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.174 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $46,421.05 |
|---|---|---|---|

**Account No. XXX3280**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.174 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $60,000.00 |
|---|---|---|---|

**Account No. XXX3281**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.174 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $43,128.41 |
|---|---|---|---|

**Account No. XXX3282**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.174 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Account No. XXX3283**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.174 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $29,652.06 |
|---|---|---|---|

**Account No. XXX3284**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.174 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Account No. XXX3285**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

---

| 3.174 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68,000.00** |
|---|---|---|---|

**Account No. XXX3286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX3287**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,304.01** |
|---|---|---|---|

**Account No. XXX3288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX3289**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,119.46** |
|---|---|---|---|

**Account No. XXX3290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,471.65** |
|---|---|---|---|

**Account No. XXX3291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX3292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.175<br>3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3293** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$35,313.84** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175<br>4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3294** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$42,141.37** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175<br>5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3295** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30,000.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175<br>6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3296** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50,000.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175<br>7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3297** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,000.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175<br>8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3298** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$32,250.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175<br>9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3299** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$100,000.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**

Name

| 3.176 0 | **Nonpriority creditor's name and mailing address** **Account No. XXX3300** | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 1 | **Nonpriority creditor's name and mailing address** **Account No. XXX3301** | As of the petition filing date, the claim is: *Check all that apply.* | $23,500.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 2 | **Nonpriority creditor's name and mailing address** **Account No. XXX3302** | As of the petition filing date, the claim is: *Check all that apply.* | $70,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 3 | **Nonpriority creditor's name and mailing address** **Account No. XXX3303** | As of the petition filing date, the claim is: *Check all that apply.* | $74,708.53 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 4 | **Nonpriority creditor's name and mailing address** **Account No. XXX3304** | As of the petition filing date, the claim is: *Check all that apply.* | $368,170.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 5 | **Nonpriority creditor's name and mailing address** **Account No. XXX3305** | As of the petition filing date, the claim is: *Check all that apply.* | $35,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 6 | **Nonpriority creditor's name and mailing address** **Account No. XXX3306** | As of the petition filing date, the claim is: *Check all that apply.* | $245,518.74 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.176 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,750.00** |
|---|---|---|---|
| | **Account No. XXX3307** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.176 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,899.56** |
|---|---|---|---|
| | **Account No. XXX3308** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.176 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77,607.81** |
|---|---|---|---|
| | **Account No. XXX3309** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.177 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64,517.64** |
|---|---|---|---|
| | **Account No. XXX3310** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.177 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|
| | **Account No. XXX3311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.177 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,588.48** |
|---|---|---|---|
| | **Account No. XXX3312** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.177 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,750.00** |
|---|---|---|---|
| | **Account No. XXX3313** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

| 3.177 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84,281.57** |
|---|---|---|---|
| | **Account No. XXX3314** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.177 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.14** |
|---|---|---|---|
| | **Account No. XXX3315** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.177 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175,000.00** |
|---|---|---|---|
| | **Account No. XXX3316** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.177 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,019.23** |
|---|---|---|---|
| | **Account No. XXX3317** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.177 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,000.00** |
|---|---|---|---|
| | **Account No. XXX3319** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.177 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,893.28** |
|---|---|---|---|
| | **Account No. XXX3320** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,726.87** |
|---|---|---|---|
| | **Account No. XXX3321** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| 3.178 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Account No. XXX3322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** <u>Lender</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Account No. XXX3323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** <u>Lender</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Account No. XXX3324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** <u>Lender</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $230,000.00 |
|---|---|---|---|

**Account No. XXX3325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** <u>Lender</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $273,300.00 |
|---|---|---|---|

**Account No. XXX3326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** <u>Lender</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $159,000.00 |
|---|---|---|---|

**Account No. XXX3327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** <u>Lender</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,450.00 |
|---|---|---|---|

**Account No. XXX3328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** <u>Lender</u>

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| | |
|---|---|
| **3.178 8** | **Nonpriority creditor's name and mailing address** | $25,000.00 |

**3.178 8**

**Nonpriority creditor's name and mailing address**

**Account No. XXX3329**

Date(s) debt was incurred _

Last 4 digits of account number _

**$25,000.00**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178 9**

**Nonpriority creditor's name and mailing address**

**Account No. XXX3330**

Date(s) debt was incurred _

Last 4 digits of account number _

**$85,000.00**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.179 0**

**Nonpriority creditor's name and mailing address**

**Account No. XXX3331**

Date(s) debt was incurred _

Last 4 digits of account number _

**$20,512.90**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.179 1**

**Nonpriority creditor's name and mailing address**

**Account No. XXX3332**

Date(s) debt was incurred _

Last 4 digits of account number _

**$333,250.00**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.179 2**

**Nonpriority creditor's name and mailing address**

**Account No. XXX3333**

Date(s) debt was incurred _

Last 4 digits of account number _

**$250,000.00**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.179 3**

**Nonpriority creditor's name and mailing address**

**Account No. XXX3334**

Date(s) debt was incurred _

Last 4 digits of account number _

**$60,721.00**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.179 4**

**Nonpriority creditor's name and mailing address**

**Account No. XXX3335**

Date(s) debt was incurred _

Last 4 digits of account number _

**$64,500.00**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.179 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3336** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$35,941.60** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.179 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3337** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.179 7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3338** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$65,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.179 8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3339** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$75,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.179 9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3340** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$418,800.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.180 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3341** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$46,069.97** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.180 1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3342** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$38,800.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**

| 3.180 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00** |
|---|---|---|---|

**Account No. XXX3343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,183.62** |
|---|---|---|---|

**Account No. XXX3344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,981.83** |
|---|---|---|---|

**Account No. XXX3345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,300.00** |
|---|---|---|---|

**Account No. XXX3346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82,696.65** |
|---|---|---|---|

**Account No. XXX3347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX3348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX3349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
| --- | --- | --- | --- |
| | Name | | |

| 3.180 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28,119.22** |
| --- | --- | --- | --- |
| | **Account No. XXX3350** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.181 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$44,554.32** |
| --- | --- | --- | --- |
| | **Account No. XXX3351** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.181 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |
| --- | --- | --- | --- |
| | **Account No. XXX3352** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.181 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$36,514.05** |
| --- | --- | --- | --- |
| | **Account No. XXX3353** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.181 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$34,200.00** |
| --- | --- | --- | --- |
| | **Account No. XXX3354** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.181 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$46,045.70** |
| --- | --- | --- | --- |
| | **Account No. XXX3355** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.181 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$46,816.50** |
| --- | --- | --- | --- |
| | **Account No. XXX3356** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.181 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX3357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,769.12** |
|---|---|---|---|

**Account No. XXX3358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99,000.00** |
|---|---|---|---|

**Account No. XXX3360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,772.13** |
|---|---|---|---|

**Account No. XXX3361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,000.00** |
|---|---|---|---|

**Account No. XXX3362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,000.00** |
|---|---|---|---|

**Account No. XXX3363**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$81,675.00** |
|---|---|---|---|

**Account No. XXX3364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | | Case number *(if known)* | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

| 3.182 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,500.00 |
|---|---|---|---|
| | **Account No. XXX3365** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.182 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $22,910.55 |
|---|---|---|---|
| | **Account No. XXX3366** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.182 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|
| | **Account No. XXX3367** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.182 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $55,548.30 |
|---|---|---|---|
| | **Account No. XXX3368** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.182 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $22,605.47 |
|---|---|---|---|
| | **Account No. XXX3369** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.182 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|
| | **Account No. XXX3370** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.182 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|
| | **Account No. XXX3371** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**

| 3.183 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |

**Account No. XXX3372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |

**Account No. XXX3373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,605.47** |

**Account No. XXX3374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,807.80** |

**Account No. XXX3375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00** |

**Account No. XXX3376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,275.00** |

**Account No. XXX3377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,000.00** |

**Account No. XXX3378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**
          Name

| 3.183 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$59,200.00** |

**Account No. XXX3379**

    ☐ Contingent
    ☐ Unliquidated
**Date(s) debt was incurred** _
    ☐ Disputed
**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.183 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$33,000.00** |

**Account No. XXX3380**

    ☐ Contingent
    ☐ Unliquidated
**Date(s) debt was incurred** _
    ☐ Disputed
**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.183 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |

**Account No. XXX3381**

    ☐ Contingent
    ☐ Unliquidated
**Date(s) debt was incurred** _
    ☐ Disputed
**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.184 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |

**Account No. XXX3382**

    ☐ Contingent
    ☐ Unliquidated
**Date(s) debt was incurred** _
    ☐ Disputed
**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.184 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$74,650.00** |

**Account No. XXX3383**

    ☐ Contingent
    ☐ Unliquidated
**Date(s) debt was incurred** _
    ☐ Disputed
**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.184 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,700.00** |

**Account No. XXX3384**

    ☐ Contingent
    ☐ Unliquidated
**Date(s) debt was incurred** _
    ☐ Disputed
**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.184 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$83,547.89** |

**Account No. XXX3385**

    ☐ Contingent
    ☐ Unliquidated
**Date(s) debt was incurred** _
    ☐ Disputed
**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No   ☐ Yes

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.184 4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3386**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

$32,000.00

---

**3.184 5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3387**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

$27,197.52

---

**3.184 6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3388**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

$75,399.34

---

**3.184 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3389**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

$50,000.00

---

**3.184 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3390**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

$189,300.00

---

**3.184 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3391**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

$25,000.00

---

**3.185 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3392**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

$25,000.00

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.185 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,537.75** |
|---|---|---|---|
| | **Account No. XXX3393** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim: _Lender_** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.185 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67,475.00** |
|---|---|---|---|
| | **Account No. XXX3394** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim: _Lender_** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.185 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74,936.00** |
|---|---|---|---|
| | **Account No. XXX3395** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim: _Lender_** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.185 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX3396** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim: _Lender_** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.185 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,408.57** |
|---|---|---|---|
| | **Account No. XXX3397** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim: _Lender_** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.185 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|
| | **Account No. XXX3398** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim: _Lender_** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.185 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73,953.21** |
|---|---|---|---|
| | **Account No. XXX3399** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim: _Lender_** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.185 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX3400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$91,625.46** |
|---|---|---|---|

**Account No. XXX3401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX3402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$58,428.67** |
|---|---|---|---|

**Account No. XXX3403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX3404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$87,914.99** |
|---|---|---|---|

**Account No. XXX3405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX3406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **1 Global Capital LLC**

Name

Case number (if known)    **18-19121-RBR**

---

**3.186 5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3407**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$46,982.51**

---

**3.186 6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3408**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$46,982.51**

---

**3.186 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3409**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$35,000.00**

---

**3.186 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3410**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$80,420.46**

---

**3.186 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3411**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$22,534.29**

---

**3.187 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3412**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$36,335.88**

---

**3.187 1**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3413**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.187 2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3414**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

$25,000.00

---

**3.187 3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3415**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

$40,000.00

---

**3.187 4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3416**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

$30,923.89

---

**3.187 5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3417**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

$25,000.00

---

**3.187 6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3418**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

$22,518.47

---

**3.187 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3419**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

$150,000.00

---

**3.187 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3420**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

$25,000.00

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.187 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |
|---|---|---|---|

**Account No. XXX3421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,258.36** |
|---|---|---|---|

**Account No. XXX3422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |
|---|---|---|---|

**Account No. XXX3423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Account No. XXX3424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,441.67** |
|---|---|---|---|

**Account No. XXX3425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX3426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$97,324.85** |
|---|---|---|---|

**Account No. XXX3427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**                                   Case number (if known)    **18-19121-RBR**
_____
Name

| 3.188 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58,397.44** |
|---|---|---|---|

**Account No. XXX3428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,000.00** |
|---|---|---|---|

**Account No. XXX3429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58,000.00** |
|---|---|---|---|

**Account No. XXX3430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,480.17** |
|---|---|---|---|

**Account No. XXX3431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,179.07** |
|---|---|---|---|

**Account No. XXX3432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX3433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |
|---|---|---|---|

**Account No. XXX3435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.189 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX3436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$23,435.86** |
|---|---|---|---|

**Account No. XXX3437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$118,664.40** |
|---|---|---|---|

**Account No. XXX3438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX3439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$77,211.28** |
|---|---|---|---|

**Account No. XXX3440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX3441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$60,000.00** |
|---|---|---|---|

**Account No. XXX3442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.190 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3443** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$28,500.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.190 1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3444** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.190 2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3446** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$200,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.190 3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3447** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$98,271.16** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.190 4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3448** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$127,724.06** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.190 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3449** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$114,537.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.190 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3450** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30,161.76** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**
_____
Name

| 3.190 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$241,791.46** |

**Account No. XXX3451**

  ☐ Contingent
  ☐ Unliquidated
**Date(s) debt was incurred** _    ☐ Disputed

**Last 4 digits of account number** _    **Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,423.17** |

**Account No. XXX3452**

  ☐ Contingent
  ☐ Unliquidated
**Date(s) debt was incurred** _    ☐ Disputed

**Last 4 digits of account number** _    **Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,362.73** |

**Account No. XXX3453**

  ☐ Contingent
  ☐ Unliquidated
**Date(s) debt was incurred** _    ☑ Disputed

**Last 4 digits of account number** _    **Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |

**Account No. XXX3454**

  ☐ Contingent
  ☐ Unliquidated
**Date(s) debt was incurred** _    ☐ Disputed

**Last 4 digits of account number** _    **Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,356.85** |

**Account No. XXX3455**

  ☐ Contingent
  ☐ Unliquidated
**Date(s) debt was incurred** _    ☐ Disputed

**Last 4 digits of account number** _    **Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |

**Account No. XXX3456**

  ☐ Contingent
  ☐ Unliquidated
**Date(s) debt was incurred** _    ☐ Disputed

**Last 4 digits of account number** _    **Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |

**Account No. XXX3457**

  ☐ Contingent
  ☐ Unliquidated
**Date(s) debt was incurred** _    ☐ Disputed

**Last 4 digits of account number** _    **Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**
      Name

Case number (if known)    **18-19121-RBR**

---

| 3.191<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,632.67** |
|---|---|---|---|

**Account No. XXX3458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,067.07** |
|---|---|---|---|

**Account No. XXX3459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$217,818.15** |
|---|---|---|---|

**Account No. XXX3460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,999.89** |
|---|---|---|---|

**Account No. XXX3461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,724.85** |
|---|---|---|---|

**Account No. XXX3462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$123,374.22** |
|---|---|---|---|

**Account No. XXX3463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192<br>0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00** |
|---|---|---|---|

**Account No. XXX3464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.192 1** | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX3465** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$109,902.10** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:** __Lender__ <br> Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.192 2** | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX3466** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$72,000.00** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:** __Lender__ <br> Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.192 3** | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX3467** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$17,600.00** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:** __Lender__ <br> Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.192 4** | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX3468** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$382,304.20** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:** __Lender__ <br> Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.192 5** | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX3469** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$100,000.00** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:** __Lender__ <br> Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.192 6** | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX3470** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$25,000.00** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:** __Lender__ <br> Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.192 7** | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX3471** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$149,814.54** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:** __Lender__ <br> Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.192 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX3472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$109,375.49** |
|---|---|---|---|

**Account No. XXX3473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$222,907.67** |
|---|---|---|---|

**Account No. XXX3474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$47,234.04** |
|---|---|---|---|

**Account No. XXX3475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Account No. XXX3476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX3477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51,000.00** |
|---|---|---|---|

**Account No. XXX3478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**
_____
          Name

Case number (if known)    **18-19121-RBR**
_____

---

**3.193 5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3479**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$51,645.27**

---

**3.193 6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3480**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$68,697.01**

---

**3.193 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3481**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$44,827.95**

---

**3.193 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3482**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$39,000.00**

---

**3.193 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3483**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$30,000.00**

---

**3.194 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3484**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$442,322.00**

---

**3.194 1**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3485**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$49,154.16**

---

Debtor    **1 Global Capital LLC**                                          Case number (if known)    **18-19121-RBR**
          _____
          Name

| 3.194 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,752.33** |

**Account No. XXX3486**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:   Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.194 3 |

**Nonpriority creditor's name and mailing address**

**Account No. XXX3487**                                                                      **$26,547.22**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:   Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.194 4 |

**Nonpriority creditor's name and mailing address**

**Account No. XXX3488**                                                                      **$25,000.00**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:   Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.194 5 |

**Nonpriority creditor's name and mailing address**

**Account No. XXX3489**                                                                      **$44,630.71**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:   Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.194 6 |

**Nonpriority creditor's name and mailing address**

**Account No. XXX3490**                                                                      **$50,000.00**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:   Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.194 7 |

**Nonpriority creditor's name and mailing address**

**Account No. XXX3491**                                                                      **$25,000.00**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:   Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.194 8 |

**Nonpriority creditor's name and mailing address**

**Account No. XXX3492**                                                                      **$50,000.00**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:   Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **1 Global Capital LLC**
Name

Case number (if known) **18-19121-RBR**

| 3.194 9 | Nonpriority creditor's name and mailing address **Account No. XXX3493** | As of the petition filing date, the claim is: Check all that apply. | $31,128.62 |

**Account No. XXX3493**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$31,128.62**

---

3.195 0

Nonpriority creditor's name and mailing address
**Account No. XXX3494**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$199,791.01**

---

3.195 1

Nonpriority creditor's name and mailing address
**Account No. XXX3495**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$290,000.00**

---

3.195 2

Nonpriority creditor's name and mailing address
**Account No. XXX3496**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$69,800.00**

---

3.195 3

Nonpriority creditor's name and mailing address
**Account No. XXX3497**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$40,000.00**

---

3.195 4

Nonpriority creditor's name and mailing address
**Account No. XXX3498**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$53,214.06**

---

3.195 5

Nonpriority creditor's name and mailing address
**Account No. XXX3499**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$111,240.50**

---

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.195
6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3500**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☑ No  ☐ Yes

**$32,000.00**

---

**3.195
7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3501**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☑ No  ☐ Yes

**$22,123.93**

---

**3.195
8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3502**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☑ No  ☐ Yes

**$53,114.91**

---

**3.195
9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3503**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☑ No  ☐ Yes

**$46,804.81**

---

**3.196
0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3504**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☑ No  ☐ Yes

**$25,000.00**

---

**3.196
1**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3505**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☑ No  ☐ Yes

**$749,000.00**

---

**3.196
2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3506**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☑ No  ☐ Yes

**$42,269.98**

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| | |
|---|---|

**3.196 3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3507**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$90,349.18**

---

**3.196 4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3508**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$56,000.00**

---

**3.196 5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3509**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$40,045.96**

---

**3.196 6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3510**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.196 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3511**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$24,663.36**

---

**3.196 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3512**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$40,000.00**

---

**3.196 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3513**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$143,440.00**

---

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

| | | |
|---|---|---|
| 3.197 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3514**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$200,000.00** |

| | | |
|---|---|---|
| 3.197 1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3515**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$60,000.00** |

| | | |
|---|---|---|
| 3.197 2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3516**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$250,000.00** |

| | | |
|---|---|---|
| 3.197 3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3517**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$80,000.00** |

| | | |
|---|---|---|
| 3.197 4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3518**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25,000.00** |

| | | |
|---|---|---|
| 3.197 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3519**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$50,000.00** |

| | | |
|---|---|---|
| 3.197 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3520**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$49,315.11** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **1 Global Capital LLC**

Name

Case number (if known)    **18-19121-RBR**

| | |
|---|---|
| 3.197 7 | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX3521** |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$51,000.00**

---

| | |
|---|---|
| 3.197 8 | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX3522** |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$40,000.00**

---

| | |
|---|---|
| 3.197 9 | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX3523** |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$27,593.31**

---

| | |
|---|---|
| 3.198 0 | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX3524** |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$45,843.62**

---

| | |
|---|---|
| 3.198 1 | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX3525** |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$51,250.00**

---

| | |
|---|---|
| 3.198 2 | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX3526** |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$383,500.00**

---

| | |
|---|---|
| 3.198 3 | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX3527** |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **1 Global Capital LLC**

Name

Case number (if known)   **18-19121-RBR**

| 3.198<br>4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3528**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$26,883.64** |
|---|---|---|---|

| 3.198<br>5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3530**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$70,000.00** |
|---|---|---|---|

| 3.198<br>6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3531**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$55,360.00** |
|---|---|---|---|

| 3.198<br>7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3532**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$60,000.00** |
|---|---|---|---|

| 3.198<br>8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3533**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$50,000.00** |
|---|---|---|---|

| 3.198<br>9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3534**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$44,155.56** |
|---|---|---|---|

| 3.199<br>0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3535**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$100,000.00** |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| | | |
|---|---|---|
| **3.199 1** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3536** | **As of the petition filing date, the claim is:** Check all that apply.    **$50,000.00** |

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  □ Yes

---

| | | |
|---|---|---|
| **3.199 2** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3537** | **As of the petition filing date, the claim is:** Check all that apply.    **$150,000.00** |

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  □ Yes

---

| | | |
|---|---|---|
| **3.199 3** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3538** | **As of the petition filing date, the claim is:** Check all that apply.    **$75,000.00** |

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  □ Yes

---

| | | |
|---|---|---|
| **3.199 4** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3539** | **As of the petition filing date, the claim is:** Check all that apply.    **$50,000.00** |

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  □ Yes

---

| | | |
|---|---|---|
| **3.199 5** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3540** | **As of the petition filing date, the claim is:** Check all that apply.    **$1,000,000.00** |

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  □ Yes

---

| | | |
|---|---|---|
| **3.199 6** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3541** | **As of the petition filing date, the claim is:** Check all that apply.    **$136,791.85** |

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  □ Yes

---

| | | |
|---|---|---|
| **3.199 7** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3542** | **As of the petition filing date, the claim is:** Check all that apply.    **$25,000.00** |

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  □ Yes

---

Debtor   **1 Global Capital LLC**
_____
Name

Case number (if known)   **18-19121-RBR**
_____

| 3.199 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|

**Account No. XXX3543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX3544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$54,948.16** |
|---|---|---|---|

**Account No. XXX3545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|

**Account No. XXX3546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,554.41** |
|---|---|---|---|

**Account No. XXX3547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX3548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$176,600.18** |
|---|---|---|---|

**Account No. XXX3549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**
_____
Name

| | | |
|---|---|---|
| **3.200 5** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3550** | **$21,610.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| **3.200 6** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3551** | **$15,000.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| **3.200 7** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3552** | **$24,000.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| **3.200 8** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3553** | **$45,000.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| **3.200 9** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3554** | **$66,840.07** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| **3.201 0** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3555** | **$10,530.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| **3.201 1** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3556** | **$21,601.79** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

---

| 3.201 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3557**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$43,543.05**

---

| 3.201 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3558**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$62,111.59**

---

| 3.201 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3559**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$60,000.00**

---

| 3.201 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3560**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

| 3.201 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3561**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

| 3.201 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3562**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$30,000.00**

---

| 3.201 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3563**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$35,000.00**

---

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.2019**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3564**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$48,425.00**

---

**3.2020**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3565**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$49,000.00**

---

**3.2021**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3566**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$45,636.02**

---

**3.2022**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3567**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$84,418.38**

---

**3.2023**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3568**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$56,299.14**

---

**3.2024**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3569**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

**3.2025**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3570**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$48,000.00**

---

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **1 Global Capital LLC**                                   Case number (if known)    **18-19121-RBR**
          _____
          Name

| 3.202 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX3571** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.202 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,962.31** |
|---|---|---|---|
| | **Account No. XXX3572** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.202 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|
| | **Account No. XXX3573** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.202 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|
| | **Account No. XXX3574** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.203 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |
|---|---|---|---|
| | **Account No. XXX3575** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.203 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61,800.00** |
|---|---|---|---|
| | **Account No. XXX3576** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.203 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99,300.00** |
|---|---|---|---|
| | **Account No. XXX3577** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| 3.203 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25,000.00** |
|---|---|---|---|

**Account No. XXX3578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25,000.00** |
|---|---|---|---|

**Account No. XXX3579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25,000.00** |
|---|---|---|---|

**Account No. XXX3580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$400,000.00** |
|---|---|---|---|

**Account No. XXX3581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$30,150.00** |
|---|---|---|---|

**Account No. XXX3582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$100,000.00** |
|---|---|---|---|

**Account No. XXX3583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25,000.00** |
|---|---|---|---|

**Account No. XXX3584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | 1 Global Capital LLC | Case number (if known) | 18-19121-RBR |
|---|---|---|---|
| | Name | | |

| 3.204 0 | Nonpriority creditor's name and mailing address<br>**Account No. XXX3585** | As of the petition filing date, the claim is: Check all that apply. | $128,100.00 |
|---|---|---|---|

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  □ Yes

---

| 3.204 1 | Nonpriority creditor's name and mailing address<br>**Account No. XXX3586** | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  □ Yes

---

| 3.204 2 | Nonpriority creditor's name and mailing address<br>**Account No. XXX3587** | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  □ Yes

---

| 3.204 3 | Nonpriority creditor's name and mailing address<br>**Account No. XXX3588** | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
|---|---|---|---|

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  □ Yes

---

| 3.204 4 | Nonpriority creditor's name and mailing address<br>**Account No. XXX3589** | As of the petition filing date, the claim is: Check all that apply. | $36,000.00 |
|---|---|---|---|

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  □ Yes

---

| 3.204 5 | Nonpriority creditor's name and mailing address<br>**Account No. XXX3590** | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  □ Yes

---

| 3.204 6 | Nonpriority creditor's name and mailing address<br>**Account No. XXX3591** | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  □ Yes

---

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**
Name

| 3.204 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $49,430.00 |
|---|---|---|---|
| | **Account No. XXX3592** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $42,477.19 |
|---|---|---|---|
| | **Account No. XXX3593** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|
| | **Account No. XXX3594** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $60,594.49 |
|---|---|---|---|
| | **Account No. XXX3595** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $33,000.00 |
|---|---|---|---|
| | **Account No. XXX3596** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|
| | **Account No. XXX3597** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|
| | **Account No. XXX3598** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.205 4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3599**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

$277,483.09

---

**3.205 5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3600**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

$49,912.00

---

**3.205 6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3601**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

$25,000.00

---

**3.205 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3602**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

$50,000.00

---

**3.205 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3603**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

$25,000.00

---

**3.205 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3604**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

$30,000.00

---

**3.206 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3605**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

$45,000.00

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.206 1 | **Nonpriority creditor's name and mailing address** **Account No. XXX3607** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$25,000.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Lender** Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.206 2 | **Nonpriority creditor's name and mailing address** **Account No. XXX3608** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$199,750.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Lender** Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.206 3 | **Nonpriority creditor's name and mailing address** **Account No. XXX3609** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$50,000.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Lender** Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.206 4 | **Nonpriority creditor's name and mailing address** **Account No. XXX3610** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$25,000.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Lender** Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.206 5 | **Nonpriority creditor's name and mailing address** **Account No. XXX3611** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$25,000.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Lender** Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.206 6 | **Nonpriority creditor's name and mailing address** **Account No. XXX3612** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$68,589.81** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Lender** Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.206 7 | **Nonpriority creditor's name and mailing address** **Account No. XXX3613** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$29,400.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Lender** Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor __1 Global Capital LLC__    Case number (if known) __18-19121-RBR__
Name

| 3.206 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |

**Account No. XXX3614**

    ☐ Contingent
    ☐ Unliquidated
Date(s) debt was incurred _    ☐ Disputed
Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.206 9 |

**Account No. XXX3615** — $25,000.00

☐ Contingent
☐ Unliquidated
Date(s) debt was incurred _  ☐ Disputed
Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 0 |

**Account No. XXX3616** — $34,828.60

☐ Contingent
☐ Unliquidated
Date(s) debt was incurred _  ☐ Disputed
Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 1 |

**Account No. XXX3618** — $27,700.00

☐ Contingent
☐ Unliquidated
Date(s) debt was incurred _  ☐ Disputed
Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 2 |

**Account No. XXX3619** — $73,500.00

☐ Contingent
☐ Unliquidated
Date(s) debt was incurred _  ☐ Disputed
Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 3 |

**Account No. XXX3620** — $100,000.00

☐ Contingent
☐ Unliquidated
Date(s) debt was incurred _  ☐ Disputed
Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 4 |

**Account No. XXX3621** — $100,000.00

☐ Contingent
☐ Unliquidated
Date(s) debt was incurred _  ☐ Disputed
Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| 3.207 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,000.00** |

**Account No. XXX3622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00** |

**Account No. XXX3623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |

**Account No. XXX3624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |

**Account No. XXX3625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |

**Account No. XXX3626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |

**Account No. XXX3627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60,000.00** |

**Account No. XXX3628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|

Name

**3.208**
**2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3629**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

$56,072.00

**3.208**
**3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3630**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

$94,474.00

**3.208**
**4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3631**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

$25,000.00

**3.208**
**5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3632**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

$39,550.00

**3.208**
**6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3633**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

$50,000.00

**3.208**
**7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3634**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

$50,000.00

**3.208**
**8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3635**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

$241,000.00

Debtor    **1 Global Capital LLC**

Case number (if known)    **18-19121-RBR**

Name

---

| 3.208 9 | **Nonpriority creditor's name and mailing address** **Account No. XXX3636** | As of the petition filing date, the claim is: *Check all that apply.* | **$286,300.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 0 | **Nonpriority creditor's name and mailing address** **Account No. XXX3637** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 1 | **Nonpriority creditor's name and mailing address** **Account No. XXX3638** | As of the petition filing date, the claim is: *Check all that apply.* | **$110,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 2 | **Nonpriority creditor's name and mailing address** **Account No. XXX3639** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 3 | **Nonpriority creditor's name and mailing address** **Account No. XXX3640** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 4 | **Nonpriority creditor's name and mailing address** **Account No. XXX3641** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 5 | **Nonpriority creditor's name and mailing address** **Account No. XXX3642** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,500.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**

| 3.209 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$30,000.00** |

**Account No. XXX3643**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25,000.00** |

**Account No. XXX3644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25,000.00** |

**Account No. XXX3645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$40,000.00** |

**Account No. XXX3646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$20,000.00** |

**Account No. XXX3647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$28,794.99** |

**Account No. XXX3648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$140,000.00** |

**Account No. XXX3649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**                                    Case number *(if known)*    **18-19121-RBR**
Name

| 3.210 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $217,785.03 |
|---|---|---|---|

**Account No. XXX3650**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.210 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $91,902.96 |
|---|---|---|---|

**Account No. XXX3651**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.210 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Account No. XXX3652**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.210 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,727.56 |
|---|---|---|---|

**Account No. XXX3653**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.210 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Account No. XXX3654**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.210 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Account No. XXX3655**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.210 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,400.00 |
|---|---|---|---|

**Account No. XXX3657**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **1 Global Capital LLC** | | Case number *(if known)* | **18-19121-RBR** |
|---|---|---|---|---|

Name

---

3.211 0

**Nonpriority creditor's name and mailing address**
**Account No. XXX3658**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$74,000.00**

---

3.211 1

**Nonpriority creditor's name and mailing address**
**Account No. XXX3659**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$215,000.00**

---

3.211 2

**Nonpriority creditor's name and mailing address**
**Account No. XXX3660**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

3.211 3

**Nonpriority creditor's name and mailing address**
**Account No. XXX3661**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

3.211 4

**Nonpriority creditor's name and mailing address**
**Account No. XXX3662**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$55,968.22**

---

3.211 5

**Nonpriority creditor's name and mailing address**
**Account No. XXX3663**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$22,705.10**

---

3.211 6

**Nonpriority creditor's name and mailing address**
**Account No. XXX3664**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$24,300.00**

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| | |
|---|---|
| **3.211 7** | **Nonpriority creditor's name and mailing address** **Account No. XXX3665** | **$25,000.00** |

**Nonpriority creditor's name and mailing address**
**Account No. XXX3665**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.211 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3666**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$49,000.00**

---

**3.211 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3667**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$59,300.00**

---

**3.212 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3668**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$14,575.00**

---

**3.212 1**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3669**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$51,600.00**

---

**3.212 2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3670**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$74,000.00**

---

**3.212 3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3671**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$60,000.00**

---

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

| | |
|---|---|
| 3.212 4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3672** |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$35,000.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.212 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3673** |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$151,533.39**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.212 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3674** |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,000.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.212 7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3675** |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$23,800.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.212 8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3676** |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$99,460.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.212 9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3677** |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$25,000.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.213 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3678** |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$25,000.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| 3.213 1 | **Nonpriority creditor's name and mailing address** **Account No. XXX3679** | As of the petition filing date, the claim is: *Check all that apply.* | **$400,000.00** |

**Nonpriority creditor's name and mailing address**
**Account No. XXX3679**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$400,000.00**

---

**3.213 2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3680**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$100,000.00**

---

**3.213 3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3681**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,000.00**

---

**3.213 4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3682**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

**3.213 5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3683**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$39,000.00**

---

**3.213 6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3684**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,150.00**

---

**3.213 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3685**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$28,415.00**

---

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

| | |
|---|---|
| 3.213 8 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Account No. XXX3686**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

$60,000.00

---

3.213 9

**Nonpriority creditor's name and mailing address**
**Account No. XXX3687**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

$300,000.00

---

3.214 0

**Nonpriority creditor's name and mailing address**
**Account No. XXX3688**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

$25,000.00

---

3.214 1

**Nonpriority creditor's name and mailing address**
**Account No. XXX3689**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

$16,179.68

---

3.214 2

**Nonpriority creditor's name and mailing address**
**Account No. XXX3690**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

$57,736.36

---

3.214 3

**Nonpriority creditor's name and mailing address**
**Account No. XXX3691**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

$40,000.00

---

3.214 4

**Nonpriority creditor's name and mailing address**
**Account No. XXX3692**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

$50,000.00

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| 3.214 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$600,000.00** |
|---|---|---|---|

**Account No. XXX3693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.214 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$43,834.89** |
|---|---|---|---|

**Account No. XXX3694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.214 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29,000.00** |
|---|---|---|---|

**Account No. XXX3695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.214 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$95,000.00** |
|---|---|---|---|

**Account No. XXX3696**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.214 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$130,000.00** |
|---|---|---|---|

**Account No. XXX3697**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.215 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$302,800.00** |
|---|---|---|---|

**Account No. XXX3698**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.215 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75,000.00** |
|---|---|---|---|

**Account No. XXX3699**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.215 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,479.85** |
|---|---|---|---|
| | **Account No. XXX3700** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.215 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |
|---|---|---|---|
| | **Account No. XXX3701** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.215 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,096.73** |
|---|---|---|---|
| | **Account No. XXX3702** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.215 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|
| | **Account No. XXX3703** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.215 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX3704** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.215 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|
| | **Account No. XXX3705** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.215 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77,787.37** |
|---|---|---|---|
| | **Account No. XXX3706** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

| Debtor | 1 Global Capital LLC | Case number (if known) | 18-19121-RBR |
|---|---|---|---|
| | Name | | |

---

**3.2159**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3707**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

**3.2160**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3708**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.2161**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3709**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$35,212.28**

---

**3.2162**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3710**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$100,000.00**

---

**3.2163**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3711**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

**3.2164**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3712**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

**3.2165**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3713**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$300,000.00**

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| 3.216 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$41,454.14** |
|---|---|---|---|

**Account No. XXX3714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$400,000.00** |
|---|---|---|---|

**Account No. XXX3716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$50,000.00** |
|---|---|---|---|

**Account No. XXX3717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$100,000.00** |
|---|---|---|---|

**Account No. XXX3718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$77,725.00** |
|---|---|---|---|

**Account No. XXX3719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$50,000.00** |
|---|---|---|---|

**Account No. XXX3720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$40,000.00** |
|---|---|---|---|

**Account No. XXX3721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| | |
|---|---|
| **3.217 3** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX3722**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$40,000.00**

---

| | |
|---|---|
| **3.217 4** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX3723**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$28,000.00**

---

| | |
|---|---|
| **3.217 5** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX3724**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

| | |
|---|---|
| **3.217 6** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX3725**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

| | |
|---|---|
| **3.217 7** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX3726**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$49,500.00**

---

| | |
|---|---|
| **3.217 8** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX3727**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$39,273.00**

---

| | |
|---|---|
| **3.217 9** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX3728**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$66,877.69**

---

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**
_____                      _____
Name

| 3.218 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25,000.00** |

**Account No. XXX3729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$39,480.06** |

**Account No. XXX3730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$317,731.91** |

**Account No. XXX3731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$89,607.77** |

**Account No. XXX3732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$30,000.00** |

**Account No. XXX3733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25,000.00** |

**Account No. XXX3734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$35,000.00** |

**Account No. XXX3735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.218 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX3736**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00** |
|---|---|---|---|

**Account No. XXX3737**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,966.55** |
|---|---|---|---|

**Account No. XXX3738**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX3739**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Account No. XXX3740**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$94,000.00** |
|---|---|---|---|

**Account No. XXX3741**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$81,500.00** |
|---|---|---|---|

**Account No. XXX3742**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**                                  Case number (if known)    **18-19121-RBR**
Name

| | | |
|---|---|---|
| **3.219 4** | **Nonpriority creditor's name and mailing address** | $200,000.00 |
| | **Account No. XXX3743** | |
| | | As of the petition filing date, the claim is: *Check all that apply.* |
| | | ☐ Contingent |
| | | ☐ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.219 5** | **Nonpriority creditor's name and mailing address** | $133,000.00 |
| | **Account No. XXX3744** | |
| | | As of the petition filing date, the claim is: *Check all that apply.* |
| | | ☐ Contingent |
| | | ☐ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.219 6** | **Nonpriority creditor's name and mailing address** | $47,000.00 |
| | **Account No. XXX3745** | |
| | | As of the petition filing date, the claim is: *Check all that apply.* |
| | | ☐ Contingent |
| | | ☐ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.219 7** | **Nonpriority creditor's name and mailing address** | $111,000.00 |
| | **Account No. XXX3746** | |
| | | As of the petition filing date, the claim is: *Check all that apply.* |
| | | ☐ Contingent |
| | | ☐ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.219 8** | **Nonpriority creditor's name and mailing address** | $70,000.00 |
| | **Account No. XXX3747** | |
| | | As of the petition filing date, the claim is: *Check all that apply.* |
| | | ☐ Contingent |
| | | ☐ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.219 9** | **Nonpriority creditor's name and mailing address** | $199,263.57 |
| | **Account No. XXX3748** | |
| | | As of the petition filing date, the claim is: *Check all that apply.* |
| | | ☐ Contingent |
| | | ☐ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.220 0** | **Nonpriority creditor's name and mailing address** | $25,000.00 |
| | **Account No. XXX3749** | |
| | | As of the petition filing date, the claim is: *Check all that apply.* |
| | | ☐ Contingent |
| | | ☐ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

Debtor **1 Global Capital LLC**
Name

Case number (if known) **18-19121-RBR**

| | | |
|---|---|---|
| 3.220 1 | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX3750** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$50,000.00** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Lender** <br><br> Is the claim subject to offset? ■ No ☐ Yes |
| 3.220 2 | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX3751** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$106,000.00** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Lender** <br><br> Is the claim subject to offset? ■ No ☐ Yes |
| 3.220 3 | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX3752** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$79,000.00** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Lender** <br><br> Is the claim subject to offset? ■ No ☐ Yes |
| 3.220 4 | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX3753** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$25,000.00** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Lender** <br><br> Is the claim subject to offset? ■ No ☐ Yes |
| 3.220 5 | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX3754** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$130,000.00** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Lender** <br><br> Is the claim subject to offset? ■ No ☐ Yes |
| 3.220 6 | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX3755** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$70,000.00** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Lender** <br><br> Is the claim subject to offset? ■ No ☐ Yes |
| 3.220 7 | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX3756** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$50,000.00** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Lender** <br><br> Is the claim subject to offset? ■ No ☐ Yes |

Debtor    **1 Global Capital LLC**                                Case number (if known)    **18-19121-RBR**
_____
Name

| 3.220 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX3757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$99,750.00** |
|---|---|---|---|

**Account No. XXX3758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$34,000.00** |
|---|---|---|---|

**Account No. XXX3759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Account No. XXX3760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$32,000.00** |
|---|---|---|---|

**Account No. XXX3761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$107,207.21** |
|---|---|---|---|

**Account No. XXX3762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX3763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

| 3.221 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
| **Account No. XXX3764** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **Date(s) debt was incurred _** | ☐ Disputed | |
| **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.221 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
| **Account No. XXX3765** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **Date(s) debt was incurred _** | ☐ Disputed | |
| **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.221 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $596,025.40 |
| **Account No. XXX3766** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **Date(s) debt was incurred _** | ☐ Disputed | |
| **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.221 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
| **Account No. XXX3767** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **Date(s) debt was incurred _** | ☐ Disputed | |
| **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.221 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
| **Account No. XXX3768** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **Date(s) debt was incurred _** | ☐ Disputed | |
| **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.222 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $218,000.00 |
| **Account No. XXX3769** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **Date(s) debt was incurred _** | ☐ Disputed | |
| **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.222 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25,800.00 |
| **Account No. XXX3770** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **Date(s) debt was incurred _** | ☐ Disputed | |
| **Last 4 digits of account number _** | **Basis for the claim:** __Lender__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **1 Global Capital LLC**                                            Case number (if known)    **18-19121-RBR**
_____
Name

| 3.222 2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3771**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$29,386.93** |
|---|---|---|---|

| 3.222 3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3772**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25,000.00** |
|---|---|---|---|

| 3.222 4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3773**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25,000.00** |
|---|---|---|---|

| 3.222 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3774**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$35,000.00** |
|---|---|---|---|

| 3.222 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3775**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$50,000.00** |
|---|---|---|---|

| 3.222 7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3776**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30,000.00** |
|---|---|---|---|

| 3.222 8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3777**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$38,000.00** |
|---|---|---|---|

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

| | |
|---|---|
| 3.222 9 | **Nonpriority creditor's name and mailing address** |
| | **Account No. XXX3778** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$31,274.26**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.223 0 | **Nonpriority creditor's name and mailing address** |
| | **Account No. XXX3779** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,739.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.223 1 | **Nonpriority creditor's name and mailing address** |
| | **Account No. XXX3780** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$303,000.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.223 2 | **Nonpriority creditor's name and mailing address** |
| | **Account No. XXX3781** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$35,500.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.223 3 | **Nonpriority creditor's name and mailing address** |
| | **Account No. XXX3782** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$25,000.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.223 4 | **Nonpriority creditor's name and mailing address** |
| | **Account No. XXX3783** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$25,000.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.223 5 | **Nonpriority creditor's name and mailing address** |
| | **Account No. XXX3784** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$25,000.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**                                                    Case number (if known)    **18-19121-RBR**
Name

| 3.223 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,745.68** |

**Account No. XXX3785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _        **Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |

**Account No. XXX3786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _        **Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$133,474.00** |

**Account No. XXX3787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _        **Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |

**Account No. XXX3788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _        **Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |

**Account No. XXX3789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _        **Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |

**Account No. XXX3790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _        **Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

**Account No. XXX3791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _        **Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**

Name    Case number (if known)    **18-19121-RBR**

| 3.224 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$230,000.00** |
|---|---|---|---|

**Account No. XXX3792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX3793**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,000.00** |
|---|---|---|---|

**Account No. XXX3794**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Account No. XXX3795**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$316,000.00** |
|---|---|---|---|

**Account No. XXX3796**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,332.25** |
|---|---|---|---|

**Account No. XXX3797**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,250.00** |
|---|---|---|---|

**Account No. XXX3798**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Lender_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **1 Global Capital LLC**
_____
Name

Case number (if known)   **18-19121-RBR**
_____

| 3.225 0 | | | $25,000.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3799**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.225 1 | | | $76,225.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3800**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.225 2 | | | $50,000.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.225 3 | | | $50,000.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3802**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.225 4 | | | $151,685.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.225 5 | | | $50,000.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.225 6 | | | $25,000.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3805**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

| 3.225 7 | Nonpriority creditor's name and mailing address **Account No. XXX3806** | As of the petition filing date, the claim is: Check all that apply. | $70,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 8 | Nonpriority creditor's name and mailing address **Account No. XXX3807** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 9 | Nonpriority creditor's name and mailing address **Account No. XXX3808** | As of the petition filing date, the claim is: Check all that apply. | $220,500.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 0 | Nonpriority creditor's name and mailing address **Account No. XXX3809** | As of the petition filing date, the claim is: Check all that apply. | $294,500.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 1 | Nonpriority creditor's name and mailing address **Account No. XXX3810** | As of the petition filing date, the claim is: Check all that apply. | $17,650.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 2 | Nonpriority creditor's name and mailing address **Account No. XXX3811** | As of the petition filing date, the claim is: Check all that apply. | $114,500.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 3 | Nonpriority creditor's name and mailing address **Account No. XXX3812** | As of the petition filing date, the claim is: Check all that apply. | $546,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

| 3.226 4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3813**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$231,600.00** |
|---|---|---|---|
| 3.226 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3814**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$136,500.00** |
| 3.226 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3815**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$24,500.00** |
| 3.226 7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3816**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$112,000.00** |
| 3.226 8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3817**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$175,000.00** |
| 3.226 9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3818**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$36,628.00** |
| 3.227 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3819**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$70,000.00** |

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

| 3.227 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3820**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No   ☐ Yes

**$25,000.00**

---

| 3.227 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3821**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No   ☐ Yes

**$50,000.00**

---

| 3.227 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3822**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No   ☐ Yes

**$70,000.00**

---

| 3.227 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3823**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No   ☐ Yes

**$50,000.00**

---

| 3.227 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3824**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No   ☐ Yes

**$30,000.00**

---

| 3.227 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3825**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No   ☐ Yes

**$50,000.00**

---

| 3.227 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3826**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No   ☐ Yes

**$25,000.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| 3.227 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3827**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

| 3.227 9 |
|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3828**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$30,000.00**

---

| 3.228 0 |
|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3829**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$75,000.00**

---

| 3.228 1 |
|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3830**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$78,000.00**

---

| 3.228 2 |
|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3831**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$74,000.00**

---

| 3.228 3 |
|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3832**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$100,000.00**

---

| 3.228 4 |
|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX3833**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.228 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3834** | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3835** | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3836** | As of the petition filing date, the claim is: *Check all that apply.* | $66,864.36 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3837** | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3838** | As of the petition filing date, the claim is: *Check all that apply.* | $113,220.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.229 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3839** | As of the petition filing date, the claim is: *Check all that apply.* | $99,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.229 1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3840** | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.229 2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3841**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

$45,000.00

---

**3.229 3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3842**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

$25,000.00

---

**3.229 4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3843**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

$683,745.00

---

**3.229 5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3844**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

$49,000.00

---

**3.229 6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3845**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

$50,000.00

---

**3.229 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3846**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

$120,000.00

---

**3.229 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3847**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

$60,000.00

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**

| | | |
|---|---|---|
| **3.2299** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3848** | **$210,000.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.2300** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3849** | **$57,000.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.2301** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3850** | **$10,717.88** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.2302** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3851** | **$27,000.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.2303** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3852** | **$39,500.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.2304** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3853** | **$200,000.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.2305** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3854** | **$56,900.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **1 Global Capital LLC**

Name

Case number (if known)    **18-19121-RBR**

---

| 3.230 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,507.77** |
|---|---|---|---|

**Account No. XXX3855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX3856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Account No. XXX3857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Account No. XXX3858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX3859**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX3861**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Account No. XXX3862**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**

---

| 3.231 3 | **Nonpriority creditor's name and mailing address** **Account No. XXX3863** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.231 4 | **Nonpriority creditor's name and mailing address** **Account No. XXX3864** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.231 5 | **Nonpriority creditor's name and mailing address** **Account No. XXX3865** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,000.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.231 6 | **Nonpriority creditor's name and mailing address** **Account No. XXX3866** | **As of the petition filing date, the claim is:** Check all that apply. | **$70,000.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.231 7 | **Nonpriority creditor's name and mailing address** **Account No. XXX3867** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.231 8 | **Nonpriority creditor's name and mailing address** **Account No. XXX3868** | **As of the petition filing date, the claim is:** Check all that apply. | **$100,000.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.231 9 | **Nonpriority creditor's name and mailing address** **Account No. XXX3869** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.232 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3870** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.232 1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3871** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$40,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.232 2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3872** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.232 3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3873** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$33,956.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.232 4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3874** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$43,663.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.232 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3876** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.232 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3877** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **1 Global Capital LLC**    Case number (if known)    **18-19121-RBR**
Name

| 3.232 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63,500.00** |
|---|---|---|---|
| | **Account No. XXX3878** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.232 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$80,000.00** |
|---|---|---|---|
| | **Account No. XXX3879** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.232 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$170,000.00** |
|---|---|---|---|
| | **Account No. XXX3880** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.233 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|
| | **Account No. XXX3882** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.233 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|
| | **Account No. XXX3883** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.233 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49,000.00** |
|---|---|---|---|
| | **Account No. XXX3884** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.233 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$130,839.00** |
|---|---|---|---|
| | **Account No. XXX3885** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.233**
**4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3886**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$34,614.12**

---

**3.233**
**5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3887**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$40,000.00**

---

**3.233**
**6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3888**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$40,000.00**

---

**3.233**
**7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3889**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.233**
**8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3890**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$100,000.00**

---

**3.233**
**9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3891**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$75,000.00**

---

**3.234**
**0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3892**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$13,000.00**

---

Debtor    **1 Global Capital LLC**

Name

Case number (if known)    **18-19121-RBR**

---

| 3.234 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX3893**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68,684.66** |
|---|---|---|---|

**Account No. XXX3894**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,586.24** |
|---|---|---|---|

**Account No. XXX3895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX3896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,500.00** |
|---|---|---|---|

**Account No. XXX3897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$163,700.00** |
|---|---|---|---|

**Account No. XXX3898**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,000.00** |
|---|---|---|---|

**Account No. XXX3899**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

| 3.234 8 | **Nonpriority creditor's name and mailing address** **Account No. XXX3900** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Lender** Is the claim subject to offset? ■ No ☐ Yes | **$25,000.00** |
|---|---|---|---|
| 3.234 9 | **Nonpriority creditor's name and mailing address** **Account No. XXX3901** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Lender** Is the claim subject to offset? ■ No ☐ Yes | **$99,000.00** |
| 3.235 0 | **Nonpriority creditor's name and mailing address** **Account No. XXX3902** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Lender** Is the claim subject to offset? ■ No ☐ Yes | **$36,000.00** |
| 3.235 1 | **Nonpriority creditor's name and mailing address** **Account No. XXX3903** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Lender** Is the claim subject to offset? ■ No ☐ Yes | **$54,000.00** |
| 3.235 2 | **Nonpriority creditor's name and mailing address** **Account No. XXX3904** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Lender** Is the claim subject to offset? ■ No ☐ Yes | **$47,000.00** |
| 3.235 3 | **Nonpriority creditor's name and mailing address** **Account No. XXX3905** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Lender** Is the claim subject to offset? ■ No ☐ Yes | **$61,717.00** |
| 3.235 4 | **Nonpriority creditor's name and mailing address** **Account No. XXX3906** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Lender** Is the claim subject to offset? ■ No ☐ Yes | **$39,785.00** |

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**

---

| 3.235 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

**Account No. XXX3907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

**Account No. XXX3908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

**Account No. XXX3909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,000.00** |

**Account No. XXX3910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$110,000.00** |

**Account No. XXX3911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.236 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |

**Account No. XXX3912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.236 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,954.50** |

**Account No. XXX3913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.236 2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3914**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$60,000.00**

---

**3.236 3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3915**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$199,000.00**

---

**3.236 4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3916**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$49,000.00**

---

**3.236 5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3917**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.236 6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3918**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$85,000.00**

---

**3.236 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3919**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$75,000.00**

---

**3.236 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3920**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$10,000.00**

---

Debtor    **1 Global Capital LLC**

Name

Case number (if known)    **18-19121-RBR**

---

| 3.236 9 | **Nonpriority creditor's name and mailing address** **Account No. XXX3921** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 0 | **Nonpriority creditor's name and mailing address** **Account No. XXX3922** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 1 | **Nonpriority creditor's name and mailing address** **Account No. XXX3923** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 2 | **Nonpriority creditor's name and mailing address** **Account No. XXX3924** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 3 | **Nonpriority creditor's name and mailing address** **Account No. XXX3925** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,500.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 4 | **Nonpriority creditor's name and mailing address** **Account No. XXX3926** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 5 | **Nonpriority creditor's name and mailing address** **Account No. XXX3927** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$160,500.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.237 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3928** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3929** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3930** | As of the petition filing date, the claim is: Check all that apply. | **$172,500.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3931** | As of the petition filing date, the claim is: Check all that apply. | **$141,268.96** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3932** | As of the petition filing date, the claim is: Check all that apply. | **$26,297.46** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3933** | As of the petition filing date, the claim is: Check all that apply. | **$25,935.75** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3934** | As of the petition filing date, the claim is: Check all that apply. | **$25,184.14** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**

| | |
|---|---|
| **3.238 3** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX3935**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

$30,000.00

---

| | |
|---|---|
| **3.238 4** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX3936**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

$131,000.00

---

| | |
|---|---|
| **3.238 5** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX3937**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

$25,000.00

---

| | |
|---|---|
| **3.238 6** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX3938**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

$25,000.00

---

| | |
|---|---|
| **3.238 7** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX3939**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

$25,000.00

---

| | |
|---|---|
| **3.238 8** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX3940**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

$39,000.00

---

| | |
|---|---|
| **3.238 9** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX3941**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

$360,500.00

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| 3.239 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3942**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25,000.00** |

| 3.239 1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3943**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$24,000.00** |

| 3.239 2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3944**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25,000.00** |

| 3.239 3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3945**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$35,000.00** |

| 3.239 4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3946**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25,000.00** |

| 3.239 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3947**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25,000.00** |

| 3.239 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3948**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$100,000.00** |

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**

---

**3.239 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3949**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$150,000.00**

---

**3.239 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3950**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.239 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3951**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$30,000.00**

---

**3.240 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3952**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$100,000.00**

---

**3.240 1**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3953**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.240 2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3954**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.240 3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3955**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$134,965.00**

---

Debtor    **1 Global Capital LLC**                                Case number *(if known)*    **18-19121-RBR**
Name

| 3.240 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Account No. XXX3956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.240 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $99,500.00 |
|---|---|---|---|

**Account No. XXX3957**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.240 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $35,000.00 |
|---|---|---|---|

**Account No. XXX3958**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.240 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $47,000.00 |
|---|---|---|---|

**Account No. XXX3959**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.240 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $29,500.00 |
|---|---|---|---|

**Account No. XXX3960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.240 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $118,000.00 |
|---|---|---|---|

**Account No. XXX3961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.241 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $250,000.00 |
|---|---|---|---|

**Account No. XXX3962**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    **Page 373 of 555**

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

| | | |
|---|---|---|
| 3.241 1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3963**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **$250,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.241 2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3964**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **$25,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.241 3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3965**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **$100,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.241 4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3966**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **$25,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.241 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3967**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **$101,898.11**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.241 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3968**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **$24,043.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.241 7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX3969**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **$16,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

| 3.241 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX3970** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.241 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX3971** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.242 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX3972** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.242 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$866,900.00** |
|---|---|---|---|
| | **Account No. XXX3973** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.242 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,317.42** |
|---|---|---|---|
| | **Account No. XXX3974** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.242 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,000.00** |
|---|---|---|---|
| | **Account No. XXX3975** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.242 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|---|---|---|---|
| | **Account No. XXX3976** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| 3.242 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,500.00** |
|---|---|---|---|

**Account No. XXX3977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,200.00** |
|---|---|---|---|

**Account No. XXX3978**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX3979**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,000.00** |
|---|---|---|---|

**Account No. XXX3980**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$64,600.00** |
|---|---|---|---|

**Account No. XXX3981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.243 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51,000.00** |
|---|---|---|---|

**Account No. XXX3982**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.243 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX3983**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| | |
|---|---|
| 3.243 2 | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX3984** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  **Lender** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **$31,200.00** |

| | | |
|---|---|---|
| 3.243 3 | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX3985** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  **Lender** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **$48,800.00** |

| | | |
|---|---|---|
| 3.243 4 | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX3986** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  **Lender** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **$51,200.00** |

| | | |
|---|---|---|
| 3.243 5 | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX3987** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  **Lender** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **$28,200.00** |

| | | |
|---|---|---|
| 3.243 6 | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX3988** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  **Lender** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **$35,400.00** |

| | | |
|---|---|---|
| 3.243 7 | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX3989** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  **Lender** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **$25,000.00** |

| | | |
|---|---|---|
| 3.243 8 | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX3990** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  **Lender** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **$31,700.00** |

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

| 3.243 9 | Nonpriority creditor's name and mailing address **Account No. XXX3991** | As of the petition filing date, the claim is: *Check all that apply.* | $527,000.00 |
|---|---|---|---|

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No □ Yes

---

| 3.244 0 | Nonpriority creditor's name and mailing address **Account No. XXX3992** | As of the petition filing date, the claim is: *Check all that apply.* | $150,000.00 |
|---|---|---|---|

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No □ Yes

---

| 3.244 1 | Nonpriority creditor's name and mailing address **Account No. XXX3993** | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No □ Yes

---

| 3.244 2 | Nonpriority creditor's name and mailing address **Account No. XXX3994** | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No □ Yes

---

| 3.244 3 | Nonpriority creditor's name and mailing address **Account No. XXX3995** | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No □ Yes

---

| 3.244 4 | Nonpriority creditor's name and mailing address **Account No. XXX3996** | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No □ Yes

---

| 3.244 5 | Nonpriority creditor's name and mailing address **Account No. XXX3997** | As of the petition filing date, the claim is: *Check all that apply.* | $32,589.00 |
|---|---|---|---|

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No □ Yes

---

| Debtor | 1 Global Capital LLC | Case number (if known) | 18-19121-RBR |
|---|---|---|---|
| | Name | | |

---

**3.244 6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3998**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$30,000.00**

---

**3.244 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX3999**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$75,000.00**

---

**3.244 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$110,253.93**

---

**3.244 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.245 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.245 1**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4003**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.245 2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4004**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.245 3**

**Nonpriority creditor's name and mailing address**

**Account No. XXX4005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.245 4**

**Nonpriority creditor's name and mailing address**

**Account No. XXX4006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$80,000.00**

---

**3.245 5**

**Nonpriority creditor's name and mailing address**

**Account No. XXX4007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$80,000.00**

---

**3.245 6**

**Nonpriority creditor's name and mailing address**

**Account No. XXX4008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$212,858.65**

---

**3.245 7**

**Nonpriority creditor's name and mailing address**

**Account No. XXX4009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$80,000.00**

---

**3.245 8**

**Nonpriority creditor's name and mailing address**

**Account No. XXX4010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$31,000.00**

---

**3.245 9**

**Nonpriority creditor's name and mailing address**

**Account No. XXX4011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$399,000.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

| 3.246 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4012** | As of the petition filing date, the claim is: Check all that apply. | $655,500.00 |
|---|---|---|---|

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.246 1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4013** | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.246 2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4014** | As of the petition filing date, the claim is: Check all that apply. | $48,000.00 |
|---|---|---|---|

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.246 3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4015** | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.246 4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4016** | As of the petition filing date, the claim is: Check all that apply. | $119,000.00 |
|---|---|---|---|

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.246 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4017** | As of the petition filing date, the claim is: Check all that apply. | $106,674.41 |
|---|---|---|---|

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.246 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4018** | As of the petition filing date, the claim is: Check all that apply. | $46,000.00 |
|---|---|---|---|

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **1 Global Capital LLC**
_____
Name

Case number (if known)   **18-19121-RBR**
_____

| 3.246 7 | **Nonpriority creditor's name and mailing address** **Account No. XXX4019** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.246 8 | **Nonpriority creditor's name and mailing address** **Account No. XXX4020** | **As of the petition filing date, the claim is:** Check all that apply. | **$110,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.246 9 | **Nonpriority creditor's name and mailing address** **Account No. XXX4021** | **As of the petition filing date, the claim is:** Check all that apply. | **$38,500.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 0 | **Nonpriority creditor's name and mailing address** **Account No. XXX4022** | **As of the petition filing date, the claim is:** Check all that apply. | **$78,800.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 1 | **Nonpriority creditor's name and mailing address** **Account No. XXX4023** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 2 | **Nonpriority creditor's name and mailing address** **Account No. XXX4024** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 3 | **Nonpriority creditor's name and mailing address** **Account No. XXX4025** | **As of the petition filing date, the claim is:** Check all that apply. | **$200,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| 3.247 4 | **Nonpriority creditor's name and mailing address** **Account No. XXX4026** | As of the petition filing date, the claim is: *Check all that apply.* | $101,856.77 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 5 | **Nonpriority creditor's name and mailing address** **Account No. XXX4027** | As of the petition filing date, the claim is: *Check all that apply.* | $399,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 6 | **Nonpriority creditor's name and mailing address** **Account No. XXX4028** | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 7 | **Nonpriority creditor's name and mailing address** **Account No. XXX4029** | As of the petition filing date, the claim is: *Check all that apply.* | $199,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 8 | **Nonpriority creditor's name and mailing address** **Account No. XXX4030** | As of the petition filing date, the claim is: *Check all that apply.* | $476,800.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 9 | **Nonpriority creditor's name and mailing address** **Account No. XXX4031** | As of the petition filing date, the claim is: *Check all that apply.* | $375,577.75 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 0 | **Nonpriority creditor's name and mailing address** **Account No. XXX4032** | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

---

| 3.248 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$46,000.00**

---

| 3.248 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$150,000.00**

---

| 3.248 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

| 3.248 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

| 3.248 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

| 3.248 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$200,000.00**

---

| 3.248 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$200,000.00**

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| | | |
|---|---|---|
| **3.248 8** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4040**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*  **$40,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.248 9** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4041**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*  **$63,251.68**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.249 0** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4042**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*  **$50,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.249 1** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4043**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*  **$81,500.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.249 2** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4044**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*  **$17,800.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.249 3** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4045**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*  **$30,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.249 4** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4046**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*  **$24,610.84**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

Debtor   **1 Global Capital LLC**
_____
Name

Case number (if known)   **18-19121-RBR**
_____

---

| 3.249<br>5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4047** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$100,000.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.249<br>6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4048** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,000.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.249<br>7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4049** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,000.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.249<br>8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4050** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$119,000.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.249<br>9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4051** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,000.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.250<br>0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4052** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$200,000.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.250<br>1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4053** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,000.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|

Name

---

| 3.250 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

| 3.250 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

| 3.250 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$86,000.00**

---

| 3.250 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$58,229.32**

---

| 3.250 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4058**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$238,000.00**

---

| 3.250 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4059**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

| 3.250 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$120,000.00**

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

---

| 3.250 9 | **Nonpriority creditor's name and mailing address** **Account No. XXX4061** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4061**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No  ☐ Yes

**$30,000.00**

---

**Nonpriority creditor's name and mailing address**
**Account No. XXX4062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No  ☐ Yes

**$60,000.00**

---

**Nonpriority creditor's name and mailing address**
**Account No. XXX4063**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No  ☐ Yes

**$40,000.00**

---

**Nonpriority creditor's name and mailing address**
**Account No. XXX4064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No  ☐ Yes

**$175,000.00**

---

**Nonpriority creditor's name and mailing address**
**Account No. XXX4065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No  ☐ Yes

**$39,300.00**

---

**Nonpriority creditor's name and mailing address**
**Account No. XXX4066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No  ☐ Yes

**$52,000.00**

---

**Nonpriority creditor's name and mailing address**
**Account No. XXX4067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No  ☐ Yes

**$30,000.00**

The account boxes are numbered: 3.2509, 3.2510, 3.2511, 3.2512, 3.2513, 3.2514, 3.2515

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.251 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4068** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.251 7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4069** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.251 8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4070** | As of the petition filing date, the claim is: Check all that apply. | **$26,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.251 9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4071** | As of the petition filing date, the claim is: Check all that apply. | **$415,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.252 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4072** | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.252 1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4073** | As of the petition filing date, the claim is: Check all that apply. | **$27,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.252 2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4074** | As of the petition filing date, the claim is: Check all that apply. | **$59,535.52** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **1 Global Capital LLC**

Case number (if known)    **18-19121-RBR**

Name

---

| 3.252<br>3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4075** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$32,200.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.252<br>4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4076** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50,000.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.252<br>5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4077** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$136,500.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.252<br>6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4078** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,000.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.252<br>7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4079** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$100,000.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.252<br>8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4080** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$220,000.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.252<br>9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4081** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$24,000.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **1 Global Capital LLC**

Name

Case number (if known) **18-19121-RBR**

---

| 3.253 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Account No. XXX4082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $40,000.00 |
|---|---|---|---|

**Account No. XXX4083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $150,000.00 |
|---|---|---|---|

**Account No. XXX4084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Account No. XXX4085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,400.00 |
|---|---|---|---|

**Account No. XXX4086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,500.00 |
|---|---|---|---|

**Account No. XXX4087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26,375.10 |
|---|---|---|---|

**Account No. XXX4088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**

| | |
|---|---|
| **3.253 7** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4089**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

| | |
|---|---|
| **3.253 8** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4090**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

| | |
|---|---|
| **3.253 9** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4091**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

| | |
|---|---|
| **3.254 0** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4092**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$12,000.00**

---

| | |
|---|---|
| **3.254 1** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4093**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$29,400.00**

---

| | |
|---|---|
| **3.254 2** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4094**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

| | |
|---|---|
| **3.254 3** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4095**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$41,000.00**

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| 3.254 4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4096**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$43,314.42** |
|---|---|---|---|

| 3.254 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4097**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$50,634.91** |
|---|---|---|---|

| 3.254 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4098**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$30,000.00** |
|---|---|---|---|

| 3.254 7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4099**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$129,000.00** |
|---|---|---|---|

| 3.254 8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4100**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$49,072.79** |
|---|---|---|---|

| 3.254 9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4101**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$53,401.00** |
|---|---|---|---|

| 3.255 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4102**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$50,000.00** |
|---|---|---|---|

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

| 3.255 1 | Nonpriority creditor's name and mailing address<br>**Account No. XXX4103** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$75,000.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.255 2 | Nonpriority creditor's name and mailing address<br>**Account No. XXX4104** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$97,500.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.255 3 | Nonpriority creditor's name and mailing address<br>**Account No. XXX4105** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,000.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.255 4 | Nonpriority creditor's name and mailing address<br>**Account No. XXX4106** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$206,600.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.255 5 | Nonpriority creditor's name and mailing address<br>**Account No. XXX4107** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$38,000.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.255 6 | Nonpriority creditor's name and mailing address<br>**Account No. XXX4108** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,000.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.255 7 | Nonpriority creditor's name and mailing address<br>**Account No. XXX4109** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50,000.00** |
|---|---|---|---|

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.255 8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4110** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$100,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.255 9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4111** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$101,800.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.256 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4112** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.256 1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4113** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$35,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.256 2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4114** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.256 3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4115** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.256 4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4116** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

---

**3.256 5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$100,000.00**

---

**3.256 6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$249,200.00**

---

**3.256 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$112,500.00**

---

**3.256 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$199,000.00**

---

**3.256 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.257 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$157,800.00**

---

**3.257 1**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$120,000.00**

---

Debtor    **1 Global Capital LLC**                                   Case number (if known)    **18-19121-RBR**
_____
Name

| | | |
|---|---|---|
| 3.257 2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4124** | **$100,000.00** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.257 3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4125** | **$26,000.00** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.257 4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4126** | **$59,000.00** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.257 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4127** | **$45,000.00** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.257 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4128** | **$50,000.00** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.257 7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4129** | **$50,000.00** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.257 8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4130** | **$50,000.00** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.2579**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$60,983.64**

---

**3.2580**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$80,084.58**

---

**3.2581**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$487,177.60**

---

**3.2582**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$115,407.27**

---

**3.2583**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4135**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$74,000.00**

---

**3.2584**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4136**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

**3.2585**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4137**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$30,000.00**

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|

Name

| 3.258 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82,880.76** |
|---|---|---|---|

**Account No. XXX4138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX4139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Account No. XXX4140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**Account No. XXX4141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170,000.00** |
|---|---|---|---|

**Account No. XXX4142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$111,500.00** |
|---|---|---|---|

**Account No. XXX4143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX4144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**

Name

Case number (if known)    **18-19121-RBR**

---

| 3.259 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$199,425.00** |
|---|---|---|---|

**Account No. XXX4145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX4146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$58,525.30** |
|---|---|---|---|

**Account No. XXX4147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$116,000.00** |
|---|---|---|---|

**Account No. XXX4148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX4149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX4150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$108,000.00** |
|---|---|---|---|

**Account No. XXX4151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**                                      Case number (if known)    **18-19121-RBR**
Name

| 3.260 0 | **Nonpriority creditor's name and mailing address** **Account No. XXX4152** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Lender** Is the claim subject to offset? ■ No ☐ Yes | **$50,000.00** |
|---|---|---|---|

| 3.260 1 | **Nonpriority creditor's name and mailing address** **Account No. XXX4153** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Lender** Is the claim subject to offset? ■ No ☐ Yes | **$100,000.00** |
|---|---|---|---|

| 3.260 2 | **Nonpriority creditor's name and mailing address** **Account No. XXX4154** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Lender** Is the claim subject to offset? ■ No ☐ Yes | **$100,000.00** |
|---|---|---|---|

| 3.260 3 | **Nonpriority creditor's name and mailing address** **Account No. XXX4155** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Lender** Is the claim subject to offset? ■ No ☐ Yes | **$25,000.00** |
|---|---|---|---|

| 3.260 4 | **Nonpriority creditor's name and mailing address** **Account No. XXX4156** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Lender** Is the claim subject to offset? ■ No ☐ Yes | **$30,000.00** |
|---|---|---|---|

| 3.260 5 | **Nonpriority creditor's name and mailing address** **Account No. XXX4157** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Lender** Is the claim subject to offset? ■ No ☐ Yes | **$25,000.00** |
|---|---|---|---|

| 3.260 6 | **Nonpriority creditor's name and mailing address** **Account No. XXX4158** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Lender** Is the claim subject to offset? ■ No ☐ Yes | **$25,000.00** |
|---|---|---|---|

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| | | |
|---|---|---|
| 3.260<br>7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4159** | $49,600.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.260<br>8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4160** | $50,427.11 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.260<br>9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4161** | $31,000.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.261<br>0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4162** | $24,400.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.261<br>1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4163** | $139,403.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.261<br>2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4164** | $50,000.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.261<br>3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4165** | $25,000.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.261<br>4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4166**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25,000.00** |
| --- | --- | --- | --- |
| 3.261<br>5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4167**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$36,000.00** |
| 3.261<br>6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4168**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$260,000.00** |
| 3.261<br>7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4169**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$30,000.00** |
| 3.261<br>8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4170**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$50,000.00** |
| 3.261<br>9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4171**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25,000.00** |
| 3.262<br>0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4172**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$200,000.00** |

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**
Name

| 3.262 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX4173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.262 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX4174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.262 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Account No. XXX4175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.262 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX4176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.262 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX4177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.262 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$94,950.00** |
|---|---|---|---|

**Account No. XXX4178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.262 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX4179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **1 Global Capital LLC**
Name

Case number (if known)   **18-19121-RBR**

---

**3.262 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4180**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$60,000.00**

---

**3.262 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4181**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.263 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4182**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$485,000.00**

---

**3.263 1**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4183**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$49,303.82**

---

**3.263 2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4184**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.263 3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4185**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$28,000.00**

---

**3.263 4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4186**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$38,000.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| 3.263 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4187** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$40,000.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.263 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4188** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$400,000.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.263 7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4189** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$95,000.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.263 8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4190** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$200,000.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.263 9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4191** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$200,000.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.264 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4192** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$100,185.93** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.264 1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4193** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$60,000.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| 3.264 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4194**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

| 3.264 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4195**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

| 3.264 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4197**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$80,000.00**

---

| 3.264 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4198**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$40,425.00**

---

| 3.264 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4199**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

| 3.264 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4200**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$28,862.94**

---

| 3.264 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$86,800.00**

---

Debtor    **1 Global Capital LLC**                                Case number (if known)    **18-19121-RBR**
_____
Name

| 3.264 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Account No. XXX4202**

    ☐ Contingent
    ☐ Unliquidated
Date(s) debt was incurred _    ☐ Disputed
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,300.00 |
|---|---|---|---|

**Account No. XXX4203**

    ☐ Contingent
    ☐ Unliquidated
Date(s) debt was incurred _    ☐ Disputed
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,500.00 |
|---|---|---|---|

**Account No. XXX4204**

    ☐ Contingent
    ☐ Unliquidated
Date(s) debt was incurred _    ☐ Disputed
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,000.00 |
|---|---|---|---|

**Account No. XXX4205**

    ☐ Contingent
    ☐ Unliquidated
Date(s) debt was incurred _    ☐ Disputed
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Account No. XXX4206**

    ☐ Contingent
    ☐ Unliquidated
Date(s) debt was incurred _    ☐ Disputed
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,700.00 |
|---|---|---|---|

**Account No. XXX4207**

    ☐ Contingent
    ☐ Unliquidated
Date(s) debt was incurred _    ☐ Disputed
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,500.00 |
|---|---|---|---|

**Account No. XXX4208**

    ☐ Contingent
    ☐ Unliquidated
Date(s) debt was incurred _    ☐ Disputed
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **1 Global Capital LLC**                                  Case number (if known)    **18-19121-RBR**
_____
Name

| 3.265 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Account No. XXX4209**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.265 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4210**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$110,000.00

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.265 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4211**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$15,000.00

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.265 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4212**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$61,000.00

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.266 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4213**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$324,000.00

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.266 1**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4214**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$100,000.00

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.266 2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4215**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$64,052.00

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **1 Global Capital LLC** | Case number *(if known)* | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.266 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$58,000.00** |
|---|---|---|---|

**Account No. XXX4216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Account No. XXX4217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$113,800.00** |
|---|---|---|---|

**Account No. XXX4218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**Account No. XXX4219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Account No. XXX4220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX4221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX4222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**

| | | |
|---|---|---|
| 3.267 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4223** | $25,000.00 |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.267 1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4224** | $25,000.00 |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.267 2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4225** | $75,000.00 |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.267 3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4226** | $199,425.00 |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.267 4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4227** | $27,400.00 |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.267 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4228** | $30,000.00 |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.267 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4229** | $25,000.00 |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.267 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$40,000.00**

---

**3.267 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4231**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

**3.267 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4232**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.268 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4233**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

**3.268 1**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

**3.268 2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4235**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.268 3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| | |
|---|---|

**3.268
4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4237**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$173,485.00**

---

**3.268
5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4238**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$73,300.00**

---

**3.268
6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4239**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$65,000.00**

---

**3.268
7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4240**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.268
8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4241**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$222,000.00**

---

**3.268
9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4242**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.269
0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4243**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$60,000.00**

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.269<br>1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4244** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$125,000.00** |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.269<br>2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4245** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$100,000.00** |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.269<br>3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4246** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$29,500.00** |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.269<br>4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4247** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,000.00** |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.269<br>5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4248** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$46,000.00** |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.269<br>6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4249** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,000.00** |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.269<br>7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4250** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$80,000.00** |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| 3.269 8 | **Nonpriority creditor's name and mailing address** **Account No. XXX4251** | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.269 9 | **Nonpriority creditor's name and mailing address** **Account No. XXX4252** | As of the petition filing date, the claim is: *Check all that apply.* | $35,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.270 0 | **Nonpriority creditor's name and mailing address** **Account No. XXX4253** | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.270 1 | **Nonpriority creditor's name and mailing address** **Account No. XXX4254** | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.270 2 | **Nonpriority creditor's name and mailing address** **Account No. XXX4255** | As of the petition filing date, the claim is: *Check all that apply.* | $76,370.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.270 3 | **Nonpriority creditor's name and mailing address** **Account No. XXX4256** | As of the petition filing date, the claim is: *Check all that apply.* | $60,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.270 4 | **Nonpriority creditor's name and mailing address** **Account No. XXX4257** | As of the petition filing date, the claim is: *Check all that apply.* | $36,800.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**

| | |
|---|---|
| 3.270 5 | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4258**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$147,000.00**

---

| | |
|---|---|
| 3.270 6 | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4259**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$100,000.00**

---

| | |
|---|---|
| 3.270 7 | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$40,000.00**

---

| | |
|---|---|
| 3.270 8 | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4261**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$23,042.22**

---

| | |
|---|---|
| 3.270 9 | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4262**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$100,000.00**

---

| | |
|---|---|
| 3.271 0 | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4263**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$40,000.00**

---

| | |
|---|---|
| 3.271 1 | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4264**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$100,000.00**

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
| | Name | | |

---

**3.271 2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4265**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$155,537.56**

---

**3.271 3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4266**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$100,034.56**

---

**3.271 4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4267**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.271 5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4268**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$65,000.00**

---

**3.271 6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4269**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$40,000.00**

---

**3.271 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4270**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$75,000.00**

---

**3.271 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4271**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$47,000.00**

---

Debtor    **1 Global Capital LLC**                                Case number (if known)    **18-19121-RBR**
          Name

---

| 3.271 9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4272** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.272 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4273** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$99,425.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.272 1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4274** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$117,444.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.272 2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4275** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$22,500.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.272 3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4276** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.272 4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4277** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30,319.47** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.272 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4278** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$24,350.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor    **1 Global Capital LLC**

Name

Case number (if known)    **18-19121-RBR**

---

| 3.272 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $274,800.00 |
|---|---|---|---|

**Account No. XXX4279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.272 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $160,500.00 |
|---|---|---|---|

**Account No. XXX4280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.272 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Account No. XXX4281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.272 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Account No. XXX4282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $101,750.00 |
|---|---|---|---|

**Account No. XXX4283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $150,000.00 |
|---|---|---|---|

**Account No. XXX4284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $130,000.00 |
|---|---|---|---|

**Account No. XXX4285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**                                Case number (if known)    **18-19121-RBR**
_____
Name

| | |
|---|---|
| **3.273 3** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4286**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$114,532.00**

---

| | |
|---|---|
| **3.273 4** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4287**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

| | |
|---|---|
| **3.273 5** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4288**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

| | |
|---|---|
| **3.273 6** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4289**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

| | |
|---|---|
| **3.273 7** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4290**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$150,000.00**

---

| | |
|---|---|
| **3.273 8** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4291**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$105,000.00**

---

| | |
|---|---|
| **3.273 9** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4292**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

Debtor    **1 Global Capital LLC**                                  Case number (if known)    **18-19121-RBR**
_____
Name

| | | |
|---|---|---|
| **3.274 0** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4293** | $26,750.00 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.274 1** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4294** | $88,000.00 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.274 2** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4295** | $11,876.08 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.274 3** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4296** | $33,007.32 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.274 4** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4297** | $177,757.00 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.274 5** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4298** | $25,000.00 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.274 6** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4299** | $35,300.00 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**

---

| 3.274 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4300**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No ☐ Yes

**$25,000.00**

---

| 3.274 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No ☐ Yes

**$99,000.00**

---

| 3.274 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4302**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No ☐ Yes

**$45,000.00**

---

| 3.275 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4303**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No ☐ Yes

**$33,300.00**

---

| 3.275 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4304**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No ☐ Yes

**$122,300.00**

---

| 3.275 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4305**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No ☐ Yes

**$142,900.00**

---

| 3.275 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4306**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ☒ No ☐ Yes

**$25,000.00**

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**

| | |
|---|---|
| **3.275** **4** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4307**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.275** **5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4308**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

**3.275** **6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4309**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.275** **7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4310**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$30,000.00**

---

**3.275** **8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4311**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

**3.275** **9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4312**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

**3.276** **0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4314**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$98,655.85**

---

Debtor    **1 Global Capital LLC**

Name

Case number (if known)    **18-19121-RBR**

| 3.276 1 | Nonpriority creditor's name and mailing address **Account No. XXX4315** | As of the petition filing date, the claim is: Check all that apply. | $45,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 2 | Nonpriority creditor's name and mailing address **Account No. XXX4316** | As of the petition filing date, the claim is: Check all that apply. | $120,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 3 | Nonpriority creditor's name and mailing address **Account No. XXX4317** | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 4 | Nonpriority creditor's name and mailing address **Account No. XXX4318** | As of the petition filing date, the claim is: Check all that apply. | $95,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 5 | Nonpriority creditor's name and mailing address **Account No. XXX4319** | As of the petition filing date, the claim is: Check all that apply. | $22,272.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 6 | Nonpriority creditor's name and mailing address **Account No. XXX4320** | As of the petition filing date, the claim is: Check all that apply. | $57,300.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 7 | Nonpriority creditor's name and mailing address **Account No. XXX4321** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

---

| 3.276 8 | Nonpriority creditor's name and mailing address **Account No. XXX4322** | As of the petition filing date, the claim is: Check all that apply. | $43,795.48 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.276 9 | Nonpriority creditor's name and mailing address **Account No. XXX4323** | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.277 0 | Nonpriority creditor's name and mailing address **Account No. XXX4324** | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.277 1 | Nonpriority creditor's name and mailing address **Account No. XXX4325** | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.277 2 | Nonpriority creditor's name and mailing address **Account No. XXX4326** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.277 3 | Nonpriority creditor's name and mailing address **Account No. XXX4327** | As of the petition filing date, the claim is: Check all that apply. | $80,000.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.277 4 | Nonpriority creditor's name and mailing address **Account No. XXX4328** | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.277 5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4329**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ☒ No  ☐ Yes

$100,000.00

---

**3.277 6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4330**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ☒ No  ☐ Yes

$14,500.00

---

**3.277 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4331**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ☒ No  ☐ Yes

$40,000.00

---

**3.277 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4332**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ☒ No  ☐ Yes

$107,500.00

---

**3.277 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4333**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ☒ No  ☐ Yes

$50,000.00

---

**3.278 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4334**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ☒ No  ☐ Yes

$9,000.00

---

**3.278 1**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4335**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ☒ No  ☐ Yes

$42,500.00

---

| Debtor | 1 Global Capital LLC | Case number (if known) | 18-19121-RBR |
|---|---|---|---|
| | Name | | |

| 3.278 2 | **Nonpriority creditor's name and mailing address** **Account No. XXX4336** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

| 3.278 3 | **Nonpriority creditor's name and mailing address** **Account No. XXX4337** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,644.81** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

| 3.278 4 | **Nonpriority creditor's name and mailing address** **Account No. XXX4338** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

| 3.278 5 | **Nonpriority creditor's name and mailing address** **Account No. XXX4339** | As of the petition filing date, the claim is: *Check all that apply.* | **$72,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

| 3.278 6 | **Nonpriority creditor's name and mailing address** **Account No. XXX4340** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

| 3.278 7 | **Nonpriority creditor's name and mailing address** **Account No. XXX4341** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

| 3.278 8 | **Nonpriority creditor's name and mailing address** **Account No. XXX4342** | As of the petition filing date, the claim is: *Check all that apply.* | **$264,488.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.278 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4343**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.279 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4344**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$60,000.00**

---

**3.279 1**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4345**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$299,000.00**

---

**3.279 2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4346**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$75,000.00**

---

**3.279 3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4347**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$16,200.00**

---

**3.279 4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4348**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.279 5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4349**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| | | |
|---|---|---|
| 3.279<br>6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4350** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,000.00** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  _Lender_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.279<br>7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4351** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50,000.00** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  _Lender_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.279<br>8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4352** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50,000.00** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  _Lender_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.279<br>9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4353** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$38,000.00** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  _Lender_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.280<br>0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4354** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$42,800.00** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  _Lender_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.280<br>1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4355** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$20,000.00** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  _Lender_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.280<br>2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4356** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$140,142.64** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  _Lender_

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**

| | |
|---|---|
| **3.280 3** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4357**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

| | |
|---|---|
| **3.280 4** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4358**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$100,000.00**

---

| | |
|---|---|
| **3.280 5** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4359**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

| | |
|---|---|
| **3.280 6** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4360**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$592,000.00**

---

| | |
|---|---|
| **3.280 7** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4361**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

| | |
|---|---|
| **3.280 8** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4362**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$71,500.00**

---

| | |
|---|---|
| **3.280 9** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4363**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| 3.281 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4364**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$100,000.00** |
|---|---|---|---|

| 3.281 1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4365**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25,000.00** |
|---|---|---|---|

| 3.281 2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4366**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$59,000.00** |
|---|---|---|---|

| 3.281 3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4367**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$125,000.00** |
|---|---|---|---|

| 3.281 4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4368**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$125,000.00** |
|---|---|---|---|

| 3.281 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4369**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$35,000.00** |
|---|---|---|---|

| 3.281 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4370**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$50,000.00** |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

---

| 3.281 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4371**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Lender**

Is the claim subject to offset? ■ No ☐ Yes

$19,550.00

---

| 3.281 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4372**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Lender**

Is the claim subject to offset? ■ No ☐ Yes

$25,000.00

---

| 3.281 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4373**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Lender**

Is the claim subject to offset? ■ No ☐ Yes

$30,000.00

---

| 3.282 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4374**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Lender**

Is the claim subject to offset? ■ No ☐ Yes

$50,000.00

---

| 3.282 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4375**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Lender**

Is the claim subject to offset? ■ No ☐ Yes

$100,000.00

---

| 3.282 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4376**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Lender**

Is the claim subject to offset? ■ No ☐ Yes

$25,000.00

---

| 3.282 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4377**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Lender**

Is the claim subject to offset? ■ No ☐ Yes

$25,000.00

---

Debtor    **1 Global Capital LLC**                                Case number (if known)    **18-19121-RBR**
Name

---

| 3.282 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX4378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**   **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Account No. XXX4379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**   **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Account No. XXX4380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**   **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00** |
|---|---|---|---|

**Account No. XXX4381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**   **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX4382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**   **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,191.00** |
|---|---|---|---|

**Account No. XXX4383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**   **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.283 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX4384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**   **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**
          _____
          Name

Case number (if known)    **18-19121-RBR**
                          _____

| 3.283 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4385**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$75,000.00** |
| **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4386**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$162,941.07** |

3.283 1
**Nonpriority creditor's name and mailing address**
**Account No. XXX4385**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$75,000.00**

---

3.283 2
**Nonpriority creditor's name and mailing address**
**Account No. XXX4386**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$162,941.07**

---

3.283 3
**Nonpriority creditor's name and mailing address**
**Account No. XXX4387**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$105,000.00**

---

3.283 4
**Nonpriority creditor's name and mailing address**
**Account No. XXX4388**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$30,000.00**

---

3.283 5
**Nonpriority creditor's name and mailing address**
**Account No. XXX4389**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

3.283 6
**Nonpriority creditor's name and mailing address**
**Account No. XXX4390**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$117,715.00**

---

3.283 7
**Nonpriority creditor's name and mailing address**
**Account No. XXX4391**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**

---

| 3.283 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |

**Account No. XXX4392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim: Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |

**Account No. XXX4393**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim: Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |

**Account No. XXX4394**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim: Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$83,808.00** |

**Account No. XXX4395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim: Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$103,000.00** |

**Account No. XXX4396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim: Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$92,500.00** |

**Account No. XXX4397**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim: Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,500.00** |

**Account No. XXX4398**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim: Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

| | | |
|---|---|---|
| 3.284 5 | **Nonpriority creditor's name and mailing address** **Account No. XXX4399** | **$110,000.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ☐ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.284 6 | **Nonpriority creditor's name and mailing address** **Account No. XXX4400** | **$25,000.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ☐ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.284 7 | **Nonpriority creditor's name and mailing address** **Account No. XXX4401** | **$25,000.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ☐ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.284 8 | **Nonpriority creditor's name and mailing address** **Account No. XXX4402** | **$100,000.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ☐ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.284 9 | **Nonpriority creditor's name and mailing address** **Account No. XXX4403** | **$30,000.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ☐ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.285 0 | **Nonpriority creditor's name and mailing address** **Account No. XXX4404** | **$100,000.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ☐ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.285 1 | **Nonpriority creditor's name and mailing address** **Account No. XXX4405** | **$100,000.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ☐ No   ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.285 2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4406** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.285 3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4407** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$200,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.285 4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4408** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.285 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4409** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$172,983.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.285 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4410** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$99,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.285 7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4411** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$39,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.285 8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4412** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$71,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | 1 Global Capital LLC | Case number (if known) | 18-19121-RBR |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.285 9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4413** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $210,500.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.286 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4414** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $37,064.36 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.286 1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4415** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $49,475.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.286 2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4416** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,000.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.286 3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4417** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,000.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.286 4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4418** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,000.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.286 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4419** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50,000.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Lender__<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**

Name

| 3.286 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX4420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Account No. XXX4421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX4422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|

**Account No. XXX4423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX4424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Account No. XXX4425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX4426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**

Name

Case number (if known)    **18-19121-RBR**

---

| 3.287 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4427**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

| 3.287 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4428**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$40,000.00**

---

| 3.287 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4429**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$40,000.00**

---

| 3.287 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4430**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

| 3.287 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4431**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

| 3.287 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4432**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

| 3.287 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4433**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.288 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|

**Account No. XXX4434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$149,600.00** |
|---|---|---|---|

**Account No. XXX4435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,065.80** |
|---|---|---|---|

**Account No. XXX4436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$147,473.16** |
|---|---|---|---|

**Account No. XXX4437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,963.85** |
|---|---|---|---|

**Account No. XXX4438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX4439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300,000.00** |
|---|---|---|---|

**Account No. XXX4440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| | | |
|---|---|---|
| 3.288<br>7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4441** | $39,500.00 |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.288<br>8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4442** | $70,000.00 |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.288<br>9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4443** | $25,000.00 |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.289<br>0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4444** | $65,000.00 |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.289<br>1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4445** | $7,050.00 |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.289<br>2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4446** | $25,000.00 |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.289<br>3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4447** | $40,000.00 |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | 1 Global Capital LLC | Case number (if known) | 18-19121-RBR |
|---|---|---|---|
| | Name | | |

**3.289 4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4448**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$19,002.91**

---

**3.289 5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4449**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$28,000.00**

---

**3.289 6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4450**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$55,000.00**

---

**3.289 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4451**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$75,000.00**

---

**3.289 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4452**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$100,000.00**

---

**3.289 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4453**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.290 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4454**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

Debtor   **1 Global Capital LLC**
_____
Name

Case number (if known)   **18-19121-RBR**
_____

| 3.290 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Account No. XXX4455**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.290 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Account No. XXX4456**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.290 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Account No. XXX4457**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.290 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Account No. XXX4458**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.290 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25,500.00 |
|---|---|---|---|

**Account No. XXX4459**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.290 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $49,000.00 |
|---|---|---|---|

**Account No. XXX4461**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.290 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $72,000.00 |
|---|---|---|---|

**Account No. XXX4462**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**

Name

Case number (if known)    **18-19121-RBR**

---

| 3.2908 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Account No. XXX4463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2909 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $58,278.48 |
|---|---|---|---|

**Account No. XXX4464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2910 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $165,000.00 |
|---|---|---|---|

**Account No. XXX4465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2911 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $78,806.00 |
|---|---|---|---|

**Account No. XXX4466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2912 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $24,840.00 |
|---|---|---|---|

**Account No. XXX4468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2913 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Account No. XXX4469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2914 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Account No. XXX4470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **1 Global Capital LLC**                                         Case number (if known)   **18-19121-RBR**
         Name

| 3.291 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4471**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$25,000.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.291 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4472**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$25,000.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.291 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4473**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$100,000.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.291 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4474**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$16,370.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.291 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4475**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$25,000.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.292 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4476**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$25,000.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.292 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4477**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$25,000.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**
_____
Name

| | |
|---|---|
| **3.292**<br>**2** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4478**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$35,984.00**

---

| | |
|---|---|
| **3.292**<br>**3** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4479**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$100,000.00**

---

| | |
|---|---|
| **3.292**<br>**4** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4480**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$374,500.00**

---

| | |
|---|---|
| **3.292**<br>**5** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4481**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

| | |
|---|---|
| **3.292**<br>**6** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4482**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$30,000.00**

---

| | |
|---|---|
| **3.292**<br>**7** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4483**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

| | |
|---|---|
| **3.292**<br>**8** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4484**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

| Debtor | 1 Global Capital LLC | Case number (if known) | 18-19121-RBR |
|--------|----------------------|------------------------|--------------|
|        | Name                 |                        |              |

| 3.2929 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109,996.80 |
|--------|--------------------------------------------------|--------------------------------------------------------------------|-------------|

**Account No. XXX4485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2930 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,059.52 |
|--------|--------------------------------------------------|--------------------------------------------------------------------|------------|

**Account No. XXX4486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2931 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|--------|--------------------------------------------------|--------------------------------------------------------------------|------------|

**Account No. XXX4487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2932 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|--------|--------------------------------------------------|--------------------------------------------------------------------|------------|

**Account No. XXX4488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2933 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|--------|--------------------------------------------------|--------------------------------------------------------------------|------------|

**Account No. XXX4489**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2934 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400,000.00 |
|--------|--------------------------------------------------|--------------------------------------------------------------------|-------------|

**Account No. XXX4490**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2935 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|--------|--------------------------------------------------|--------------------------------------------------------------------|------------|

**Account No. XXX4491**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| 3.293 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00** |
|---|---|---|---|

**Account No. XXX4492**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.293 7 | **Nonpriority creditor's name and mailing address** | | **$165,000.00** |
|---|---|---|---|

**Account No. XXX4493**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.293 8 | **Nonpriority creditor's name and mailing address** | | **$700,000.00** |
|---|---|---|---|

**Account No. XXX4494**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.293 9 | **Nonpriority creditor's name and mailing address** | | **$85,000.00** |
|---|---|---|---|

**Account No. XXX4495**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.294 0 | **Nonpriority creditor's name and mailing address** | | **$25,000.00** |
|---|---|---|---|

**Account No. XXX4496**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.294 1 | **Nonpriority creditor's name and mailing address** | | **$188,000.00** |
|---|---|---|---|

**Account No. XXX4497**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.294 2 | **Nonpriority creditor's name and mailing address** | | **$50,000.00** |
|---|---|---|---|

**Account No. XXX4498**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

---

| 3.294 3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4499** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4500** | As of the petition filing date, the claim is: Check all that apply. | **$134,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4501** | As of the petition filing date, the claim is: Check all that apply. | **$18,700.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4502** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4503** | As of the petition filing date, the claim is: Check all that apply. | **$16,214.57** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4504** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4505** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**                                                    Case number (if known)    **18-19121-RBR**
          Name

| 3.295 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
|---|---|---|---|

**Account No. XXX4506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.295 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Account No. XXX4507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.295 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$55,000.00** |
|---|---|---|---|

**Account No. XXX4508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.295 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX4509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.295 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,100.00** |
|---|---|---|---|

**Account No. XXX4510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.295 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|

**Account No. XXX4511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.295 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,000.00** |
|---|---|---|---|

**Account No. XXX4512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

---

| 3.295 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX4513** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.295 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX4514** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.295 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX4515** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.296 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51,154.32** |
|---|---|---|---|
| | **Account No. XXX4516** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.296 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|
| | **Account No. XXX4517** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.296 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|
| | **Account No. XXX4518** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.296 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|
| | **Account No. XXX4519** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.296 4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4520**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.296 5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4521**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$100,000.00**

---

**3.296 6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4522**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$5,092.71**

---

**3.296 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4523**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$67,071.24**

---

**3.296 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4524**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$100,000.00**

---

**3.296 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4525**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$100,000.00**

---

**3.297 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4526**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.297**
**1**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4527**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$100,000.00**

---

**3.297**
**2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4528**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$33,000.00**

---

**3.297**
**3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4529**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$58,276.00**

---

**3.297**
**4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4530**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.297**
**5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4531**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$66,000.00**

---

**3.297**
**6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4532**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$25,248.89**

---

**3.297**
**7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4533**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **1 Global Capital LLC**                                  Case number (if known)    **18-19121-RBR**
_____
Name

---

**3.297 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4534**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$70,000.00**

---

**3.297 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4535**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.298 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.298 1**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4537**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$26,500.00**

---

**3.298 2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4538**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$58,000.00**

---

**3.298 3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4540**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$250,000.00**

---

**3.298 4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$40,000.00**

---

Debtor    **1 Global Capital LLC**

Name    Case number (if known)    **18-19121-RBR**

| 3.298 5 | Nonpriority creditor's name and mailing address<br>**Account No. XXX4542** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $125,000.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.298 6 | Nonpriority creditor's name and mailing address<br>**Account No. XXX4543** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,000.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.298 7 | Nonpriority creditor's name and mailing address<br>**Account No. XXX4544** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $45,000.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.298 8 | Nonpriority creditor's name and mailing address<br>**Account No. XXX4545** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $75,000.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.298 9 | Nonpriority creditor's name and mailing address<br>**Account No. XXX4546** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $75,000.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.299 0 | Nonpriority creditor's name and mailing address<br>**Account No. XXX4547** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50,000.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.299 1 | Nonpriority creditor's name and mailing address<br>**Account No. XXX4548** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100,000.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **1 Global Capital LLC**                              Case number (if known)    **18-19121-RBR**
_____
Name

---

| 3.299 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |

**Account No. XXX4549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:    Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |

**Account No. XXX4550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:    Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |

**Account No. XXX4551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:    Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $36,000.00 |

**Account No. XXX4552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:    Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $68,000.00 |

**Account No. XXX4553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:    Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |

**Account No. XXX4554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:    Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |

**Account No. XXX4555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:    Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

| | |
|---|---|
| **3.299 9** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4556**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

| | |
|---|---|
| **3.300 0** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4557**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$44,000.00**

---

| | |
|---|---|
| **3.300 1** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4558**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$55,000.00**

---

| | |
|---|---|
| **3.300 2** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4559**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$63,514.76**

---

| | |
|---|---|
| **3.300 3** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4560**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$35,500.00**

---

| | |
|---|---|
| **3.300 4** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4561**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$500,000.00**

---

| | |
|---|---|
| **3.300 5** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4562**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$38,430.00**

---

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**
_____
Name

| 3.300 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51,000.00** |
|---|---|---|---|

**Account No. XXX4563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85,000.00** |
|---|---|---|---|

**Account No. XXX4564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX4565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX4566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Account No. XXX4567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51,064.00** |
|---|---|---|---|

**Account No. XXX4568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48,000.00** |
|---|---|---|---|

**Account No. XXX4569**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**
Name

Case number *(if known)*    **18-19121-RBR**

| | |
|---|---|
| 3.301<br>3 | **Nonpriority creditor's name and mailing address** |

**Account No. XXX4570**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$58,000.00**

---

| | |
|---|---|
| 3.301<br>4 | **Nonpriority creditor's name and mailing address** |

**Account No. XXX4571**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$95,117.08**

---

| | |
|---|---|
| 3.301<br>5 | **Nonpriority creditor's name and mailing address** |

**Account No. XXX4572**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,241.00**

---

| | |
|---|---|
| 3.301<br>6 | **Nonpriority creditor's name and mailing address** |

**Account No. XXX4573**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,500.00**

---

| | |
|---|---|
| 3.301<br>7 | **Nonpriority creditor's name and mailing address** |

**Account No. XXX4574**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$80,000.00**

---

| | |
|---|---|
| 3.301<br>8 | **Nonpriority creditor's name and mailing address** |

**Account No. XXX4576**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$23,000.00**

---

| | |
|---|---|
| 3.301<br>9 | **Nonpriority creditor's name and mailing address** |

**Account No. XXX4577**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$87,500.00**

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
| --- | --- | --- | --- |
| | Name | | |

| 3.302 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,000.00** |
| --- | --- | --- | --- |

**Account No. XXX4578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |
| --- | --- | --- | --- |

**Account No. XXX4579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100,380.00** |
| --- | --- | --- | --- |

**Account No. XXX4580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$23,120.00** |
| --- | --- | --- | --- |

**Account No. XXX4581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
| --- | --- | --- | --- |

**Account No. XXX4582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$198,000.00** |
| --- | --- | --- | --- |

**Account No. XXX4583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100,000.00** |
| --- | --- | --- | --- |

**Account No. XXX4584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.302 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4585**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ☑ No  ☐ Yes

**$100,000.00**

---

**3.302 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4586**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ☑ No  ☐ Yes

**$29,000.00**

---

**3.302 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4587**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ☑ No  ☐ Yes

**$100,788.00**

---

**3.303 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4588**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ☑ No  ☐ Yes

**$30,000.00**

---

**3.303 1**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4589**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ☑ No  ☐ Yes

**$25,000.00**

---

**3.303 2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4590**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ☑ No  ☐ Yes

**$43,000.00**

---

**3.303 3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4591**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ☑ No  ☐ Yes

**$25,000.00**

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.303 4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4592**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$61,421.68**

---

**3.303 5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4593**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$104,526.73**

---

**3.303 6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4594**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$100,000.00**

---

**3.303 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4595**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$68,000.00**

---

**3.303 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4596**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$158,067.22**

---

**3.303 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4597**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.304 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4598**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

Debtor    **1 Global Capital LLC**                                         Case number (if known)    **18-19121-RBR**
          Name

| 3.304 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Account No. XXX4599**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    **Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Account No. XXX4600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    **Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Account No. XXX4601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    **Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Account No. XXX4602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    **Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$250,000.00** |
|---|---|---|---|

**Account No. XXX4603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    **Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$259,425.00** |
|---|---|---|---|

**Account No. XXX4604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    **Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX4605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    **Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**

Name

Case number (if known)    **18-19121-RBR**

---

**3.304 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4606**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.304 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4607**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.305 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4608**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.305 1**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4609**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

**3.305 2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4610**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.305 3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4612**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.305 4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4613**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$100,000.00**

---

Debtor    **1 Global Capital LLC**

Case number (if known)    **18-19121-RBR**

Name

---

**3.305 5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4614**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.305 6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4615**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.305 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4616**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$60,000.00**

---

**3.305 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4617**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$70,000.00**

---

**3.305 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4618**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$130,000.00**

---

**3.306 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$165,000.00**

---

**3.306 1**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4620**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$124,782.62**

---

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

---

| 3.306<br>2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4621** | As of the petition filing date, the claim is: Check all that apply. | **$49,724.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306<br>3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4622** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306<br>4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4623** | As of the petition filing date, the claim is: Check all that apply. | **$97,000.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306<br>5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4624** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306<br>6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4625** | As of the petition filing date, the claim is: Check all that apply. | **$33,000.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306<br>7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4626** | As of the petition filing date, the claim is: Check all that apply. | **$24,000.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306<br>8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4627** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **1 Global Capital LLC**
Name    Case number (if known)    **18-19121-RBR**

| 3.306 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Account No. XXX4628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX4629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105,000.00** |
|---|---|---|---|

**Account No. XXX4630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,335.66** |
|---|---|---|---|

**Account No. XXX4631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$91,000.00** |
|---|---|---|---|

**Account No. XXX4632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX4633**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX4634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**

| 3.307 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX4635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33,000.00** |
|---|---|---|---|

**Account No. XXX4636**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,000.00** |
|---|---|---|---|

**Account No. XXX4637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX4638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Account No. XXX4639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Account No. XXX4640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Account No. XXX4641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

| 3.308 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$54,223.51** |
|---|---|---|---|
| | **Account No. XXX4642** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim: __Lender__** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.308 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|
| | **Account No. XXX4643** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim: __Lender__** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.308 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX4644** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim: __Lender__** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.308 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$239,000.00** |
|---|---|---|---|
| | **Account No. XXX4645** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim: __Lender__** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.308 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$98,000.00** |
|---|---|---|---|
| | **Account No. XXX4646** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim: __Lender__** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.308 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX4647** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim: __Lender__** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.308 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX4648** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred _** | ☐ Disputed | |
| | **Last 4 digits of account number _** | **Basis for the claim: __Lender__** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **1 Global Capital LLC**    Case number (if known)    **18-19121-RBR**
Name

| 3.309 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Account No. XXX4649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,700.00** |
|---|---|---|---|

**Account No. XXX4650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX4651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX4652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Account No. XXX4653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87,000.00** |
|---|---|---|---|

**Account No. XXX4654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX4655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| 3.309 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4656**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$26,300.00**

---

| 3.309 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4657**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$45,000.00**

---

| 3.309 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4658**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$88,925.00**

---

| 3.310 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4659**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$69,000.00**

---

| 3.310 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4660**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$85,000.00**

---

| 3.310 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4661**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$100,000.00**

---

| 3.310 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4662**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| 3.310 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4663**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$150,000.00**

---

| 3.310 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4664**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$30,000.00**

---

| 3.310 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4665**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$40,000.00**

---

| 3.310 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4666**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$300,000.00**

---

| 3.310 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4667**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,872.61**

---

| 3.310 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4668**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

| 3.311 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4669**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$26,000.00**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

**3.311**
**1**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4670**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$45,000.00**

---

**3.311**
**2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4671**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$27,000.00**

---

**3.311**
**3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4672**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$76,650.00**

---

**3.311**
**4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$150,000.00**

---

**3.311**
**5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4674**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.311**
**6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4675**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$22,200.00**

---

**3.311**
**7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4676**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$110,000.00**

---

Debtor   **1 Global Capital LLC**
                Name

Case number (if known)   **18-19121-RBR**

| 3.311 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4677**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

| 3.311 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4678**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$181,830.00**

---

| 3.312 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4679**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$49,500.00**

---

| 3.312 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4680**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$17,500.00**

---

| 3.312 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4681**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$36,000.00**

---

| 3.312 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4682**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

| 3.312 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4683**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**
_____
Name

| 3.312 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Account No. XXX4684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $500,000.00 |
|---|---|---|---|

**Account No. XXX4685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Account No. XXX4686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $150,000.00 |
|---|---|---|---|

**Account No. XXX4687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Account No. XXX4688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $94,137.39 |
|---|---|---|---|

**Account No. XXX4689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,465.00 |
|---|---|---|---|

**Account No. XXX4690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **1 Global Capital LLC**
Name

Case number (if known)   **18-19121-RBR**

| | |
|---|---|
| **3.313 2** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4691**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

| | |
|---|---|
| **3.313 3** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4692**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$99,000.00**

---

| | |
|---|---|
| **3.313 4** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4693**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$115,000.00**

---

| | |
|---|---|
| **3.313 5** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4694**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

| | |
|---|---|
| **3.313 6** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4695**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$176,000.00**

---

| | |
|---|---|
| **3.313 7** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4696**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$35,000.00**

---

| | |
|---|---|
| **3.313 8** | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4697**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$29,000.00**

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| 3.313 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $60,000.00 |
|---|---|---|---|

**Account No. XXX4698**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $160,000.00 |
|---|---|---|---|

**Account No. XXX4699**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Account No. XXX4700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Account No. XXX4701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Account No. XXX4702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $52,000.00 |
|---|---|---|---|

**Account No. XXX4703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Account No. XXX4704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**

| | | |
|---|---|---|
| 3.314 6 | **Nonpriority creditor's name and mailing address** **Account No. XXX4705** | **$30,000.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.314 7 | **Nonpriority creditor's name and mailing address** **Account No. XXX4706** | **$39,500.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.314 8 | **Nonpriority creditor's name and mailing address** **Account No. XXX4707** | **$50,000.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.314 9 | **Nonpriority creditor's name and mailing address** **Account No. XXX4708** | **$25,000.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.315 0 | **Nonpriority creditor's name and mailing address** **Account No. XXX4709** | **$25,000.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.315 1 | **Nonpriority creditor's name and mailing address** **Account No. XXX4710** | **$50,000.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.315 2 | **Nonpriority creditor's name and mailing address** **Account No. XXX4711** | **$50,000.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**

_____
Name

| | | |
|---|---|---|
| 3.315 3 | **Nonpriority creditor's name and mailing address** **Account No. XXX4712** | $50,000.00 |

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.315 4 | **Nonpriority creditor's name and mailing address** **Account No. XXX4713** | $73,000.00 |

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.315 5 | **Nonpriority creditor's name and mailing address** **Account No. XXX4714** | $45,000.00 |

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.315 6 | **Nonpriority creditor's name and mailing address** **Account No. XXX4715** | $20,000.00 |

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.315 7 | **Nonpriority creditor's name and mailing address** **Account No. XXX4716** | $20,200.00 |

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.315 8 | **Nonpriority creditor's name and mailing address** **Account No. XXX4717** | $45,000.00 |

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.315 9 | **Nonpriority creditor's name and mailing address** **Account No. XXX4718** | $25,000.00 |

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**

| | | |
|---|---|---|
| 3.316 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4719** | **$50,000.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.316 1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4720** | **$25,000.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.316 2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4721** | **$25,000.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.316 3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4722** | **$28,000.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.316 4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4723** | **$53,023.78** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.316 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4724** | **$172,358.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.316 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4725** | **$34,300.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.316 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,100.00** |
|---|---|---|---|

**Account No. XXX4726**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80,807.45** |
|---|---|---|---|

**Account No. XXX4727**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX4728**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Account No. XXX4729**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX4730**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,700.00** |
|---|---|---|---|

**Account No. XXX4731**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |
|---|---|---|---|

**Account No. XXX4732**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.317 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00** |
| --- | --- | --- | --- |

**Account No. XXX4733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,900.00** |
| --- | --- | --- | --- |

**Account No. XXX4734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |
| --- | --- | --- | --- |

**Account No. XXX4735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,500.00** |
| --- | --- | --- | --- |

**Account No. XXX4736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$34,000.00** |
| --- | --- | --- | --- |

**Account No. XXX4737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
| --- | --- | --- | --- |

**Account No. XXX4738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00** |
| --- | --- | --- | --- |

**Account No. XXX4739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**                                Case number (if known)    **18-19121-RBR**
_____
Name

| | | |
|---|---|---|
| 3.318<br>1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4740** | **$25,000.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.318<br>2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4741** | **$25,000.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.318<br>3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4742** | **$100,000.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.318<br>4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4743** | **$100,000.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.318<br>5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4744** | **$105,000.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.318<br>6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4745** | **$125,000.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.318<br>7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4746** | **$45,000.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor **1 Global Capital LLC**

Name

Case number (if known) **18-19121-RBR**

| 3.318 8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4747** | **As of the petition filing date, the claim is:** Check all that apply. | **$200,000.00** |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.318 9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4748** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,000.00** |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.319 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4749** | **As of the petition filing date, the claim is:** Check all that apply. | **$58,198.00** |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.319 1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4750** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.319 2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4751** | **As of the petition filing date, the claim is:** Check all that apply. | **$100,000.00** |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.319 3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4752** | **As of the petition filing date, the claim is:** Check all that apply. | **$39,700.00** |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.319 4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4753** | **As of the petition filing date, the claim is:** Check all that apply. | **$124,000.00** |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Lender** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **1 Global Capital LLC**    Case number (if known)    **18-19121-RBR**
_____    _____
Name

| 3.319 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$256,000.00** |
|---|---|---|---|

**Account No. XXX4754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX4755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$122,000.00** |
|---|---|---|---|

**Account No. XXX4756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$366,000.00** |
|---|---|---|---|

**Account No. XXX4757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX4758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX4759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$140,000.00** |
|---|---|---|---|

**Account No. XXX4760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**

Case number (if known)    **18-19121-RBR**

Name

---

**3.320 2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4761**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$42,000.00**

---

**3.320 3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4762**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$85,000.00**

---

**3.320 4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4763**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.320 5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4764**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

**3.320 6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4765**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$149,000.00**

---

**3.320 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4766**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.320 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4767**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.320 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|

**Account No. XXX4768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim: __Lender__**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.321 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $28,500.00 |
|---|---|---|---|

**Account No. XXX4769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim: __Lender__**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.321 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $29,000.00 |
|---|---|---|---|

**Account No. XXX4770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim: __Lender__**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.321 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $250,000.00 |
|---|---|---|---|

**Account No. XXX4771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim: __Lender__**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.321 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $67,000.00 |
|---|---|---|---|

**Account No. XXX4772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim: __Lender__**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.321 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Account No. XXX4773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim: __Lender__**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.321 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|

**Account No. XXX4774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim: __Lender__**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**                                Case number (if known)    **18-19121-RBR**
_____
Name

| 3.321 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,000.00** |

**Account No. XXX4775**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |

**Account No. XXX4776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$89,500.00** |

**Account No. XXX4777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$350,000.00** |

**Account No. XXX4778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$40,000.00** |

**Account No. XXX4779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |

**Account No. XXX4780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,000.00** |

**Account No. XXX4781**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| 3.322 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4782**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$21,500.00**

---

| 3.322 4 |
|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4783**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$73,500.00**

---

| 3.322 5 |
|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4784**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$160,000.00**

---

| 3.322 6 |
|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4785**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$38,000.00**

---

| 3.322 7 |
|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4786**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$36,500.00**

---

| 3.322 8 |
|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4787**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$134,500.00**

---

| 3.322 9 |
|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4788**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**
_____
Name

| 3.323 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Account No. XXX4789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.323 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $34,000.00 |
|---|---|---|---|

**Account No. XXX4790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.323 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $35,000.00 |
|---|---|---|---|

**Account No. XXX4791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.323 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,500.00 |
|---|---|---|---|

**Account No. XXX4792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.323 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $60,000.00 |
|---|---|---|---|

**Account No. XXX4793**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.323 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Account No. XXX4794**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.323 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Account No. XXX4795**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.323 7 | **Nonpriority creditor's name and mailing address** **Account No. XXX4796** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$50,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Lender** Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.323 8 | **Nonpriority creditor's name and mailing address** **Account No. XXX4797** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$28,009.98** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Lender** Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.323 9 | **Nonpriority creditor's name and mailing address** **Account No. XXX4798** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$333,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Lender** Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.324 0 | **Nonpriority creditor's name and mailing address** **Account No. XXX4799** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$25,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Lender** Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.324 1 | **Nonpriority creditor's name and mailing address** **Account No. XXX4800** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$25,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Lender** Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.324 2 | **Nonpriority creditor's name and mailing address** **Account No. XXX4801** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$100,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Lender** Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.324 3 | **Nonpriority creditor's name and mailing address** **Account No. XXX4802** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$34,783.63** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Lender** Is the claim subject to offset? ☑ No  ☐ Yes | |

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| 3.324 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4803**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$87,000.00**

---

| 3.324 5 |
|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4804**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$38,460.29**

---

| 3.324 6 |
|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4805**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$30,000.00**

---

| 3.324 7 |
|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4806**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$27,617.44**

---

| 3.324 8 |
|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4807**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$10,000.00**

---

| 3.324 9 |
|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4808**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

| 3.325 0 |
|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4809**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$230,000.00**

---

Debtor **1 Global Capital LLC**
Name

Case number (if known) **18-19121-RBR**

| 3.325 | | |
|---|---|---|
| 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120,968.41** |

**Account No. XXX4810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.325 | | |
|---|---|---|
| 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |

**Account No. XXX4811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.325 | | |
|---|---|---|
| 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$107,000.00** |

**Account No. XXX4812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.325 | | |
|---|---|---|
| 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |

**Account No. XXX4813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.325 | | |
|---|---|---|
| 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |

**Account No. XXX4814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.325 | | |
|---|---|---|
| 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |

**Account No. XXX4815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.325 | | |
|---|---|---|
| 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |

**Account No. XXX4816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **1 Global Capital LLC**

Case number (if known)    **18-19121-RBR**

Name

| 3.325 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Account No. XXX4817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |

**Account No. XXX4818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |

**Account No. XXX4819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |

**Account No. XXX4820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,257.74** |

**Account No. XXX4821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |

**Account No. XXX4822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$134,281.64** |

**Account No. XXX4823**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **1 Global Capital LLC**
_____
Name

Case number (if known)   **18-19121-RBR**
_____

| 3.326 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4824**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25,000.00** |
|---|---|---|---|

| 3.326 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4825**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$8,000.00** |
|---|---|---|---|

| 3.326 7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4826**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$157,000.00** |
|---|---|---|---|

| 3.326 8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4827**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$300,000.00** |
|---|---|---|---|

| 3.326 9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4828**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$60,000.00** |
|---|---|---|---|

| 3.327 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4829**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25,000.00** |
|---|---|---|---|

| 3.327 1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4830**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$33,355.37** |
|---|---|---|---|

| Debtor | 1 Global Capital LLC | Case number (if known) | 18-19121-RBR |
|---|---|---|---|
| | Name | | |

---

| 3.327 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX4831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$107,140.24** |
|---|---|---|---|

**Account No. XXX4832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$34,500.00** |
|---|---|---|---|

**Account No. XXX4833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX4834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$49,000.00** |
|---|---|---|---|

**Account No. XXX4835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$90,000.00** |
|---|---|---|---|

**Account No. XXX4836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Account No. XXX4837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | 1 Global Capital LLC | Case number (if known) | 18-19121-RBR |
|---|---|---|---|
| | Name | | |

| 3.3279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|
| | **Account No. XXX4838** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,496.02 |
|---|---|---|---|
| | **Account No. XXX4839** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102,000.00 |
|---|---|---|---|
| | **Account No. XXX4840** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175,000.00 |
|---|---|---|---|
| | **Account No. XXX4841** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|
| | **Account No. XXX4842** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,800.00 |
|---|---|---|---|
| | **Account No. XXX4843** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,200.00 |
|---|---|---|---|
| | **Account No. XXX4844** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Lender__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **1 Global Capital LLC**                                      Case number (if known)    **18-19121-RBR**
                Name

| 3.328 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |

**Account No. XXX4845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |

**Account No. XXX4846**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$115,000.00** |

**Account No. XXX4847**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$159,425.00** |

**Account No. XXX4848**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |

**Account No. XXX4849**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |

**Account No. XXX4850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,406.69** |

**Account No. XXX4851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**    Case number (if known)    **18-19121-RBR**
Name

| 3.329 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|---|---|---|---|

**Account No. XXX4852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    **Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,885.91** |
|---|---|---|---|

**Account No. XXX4853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    **Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX4854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    **Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$108,589.00** |
|---|---|---|---|

**Account No. XXX4855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    **Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX4856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    **Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00** |
|---|---|---|---|

**Account No. XXX4857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    **Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,163.00** |
|---|---|---|---|

**Account No. XXX4858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _    **Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.330 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4859**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$298,500.00**

---

**3.330 1**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4860**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$60,000.00**

---

**3.330 2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4861**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.330 3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4862**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.330 4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4863**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.330 5**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4864**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.330 6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4865**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$126,400.00**

---

Debtor  **1 Global Capital LLC**
_____
Name

Case number (if known)  **18-19121-RBR**
_____

| | | | |
|---|---|---|---|
| **3.330 7** | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX4866** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$83,000.00** |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.330 8** | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX4867** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$49,000.00** |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.330 9** | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX4868** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$25,000.00** |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.331 0** | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX4869** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$100,000.00** |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.331 1** | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX4870** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$200,000.00** |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.331 2** | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX4871** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$25,000.00** |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.331 3** | **Nonpriority creditor's name and mailing address** <br> **Account No. XXX4872** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$28,000.00** |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:**  **Lender** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**
                    Name

| | | |
|---|---|---|
| 3.331 4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4873** | $30,000.00 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.331 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4874** | $25,000.00 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.331 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4875** | $90,000.00 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.331 7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4876** | $186,000.00 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.331 8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4877** | $25,000.00 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.331 9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4878** | $50,000.00 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.332 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4879** | $40,500.00 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**                    Case number (if known)    **18-19121-RBR**
Name

| 3.332 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX4880** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Lender__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.332 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$57,390.00** |
|---|---|---|---|
| | **Account No. XXX4881** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Lender__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.332 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$324,800.00** |
|---|---|---|---|
| | **Account No. XXX4882** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Lender__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.332 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$70,300.00** |
|---|---|---|---|
| | **Account No. XXX4883** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Lender__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.332 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX4884** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Lender__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.332 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$59,500.00** |
|---|---|---|---|
| | **Account No. XXX4885** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Lender__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.332 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Account No. XXX4886** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Lender__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **1 Global Capital LLC**                                Case number (if known)    **18-19121-RBR**
_____
Name

| 3.332 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00** |

**3.332 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4887**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$35,000.00**

---

**3.332 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4888**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$75,000.00**

---

**3.333 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4889**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$31,728.00**

---

**3.333 1**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4890**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.333 2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4891**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.333 3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4892**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$70,000.00**

---

**3.333 4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4893**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$90,253.16**

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.333 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Account No. XXX4894**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim: __Lender__**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Account No. XXX4895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim: __Lender__**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,500.00** |
|---|---|---|---|

**Account No. XXX4896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim: __Lender__**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,300.00** |
|---|---|---|---|

**Account No. XXX4897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim: __Lender__**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,650.00** |
|---|---|---|---|

**Account No. XXX4898**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim: __Lender__**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,000.00** |
|---|---|---|---|

**Account No. XXX4899**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim: __Lender__**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**Account No. XXX4900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim: __Lender__**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.334 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX4901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.334 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$392,208.34** |
|---|---|---|---|

**Account No. XXX4902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.334 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX4903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.334 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX4904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.334 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX4905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.334 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX4906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.334 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Account No. XXX4907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **1 Global Capital LLC**                                    Case number (if known)  **18-19121-RBR**

Name

| 3.334 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX4908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX4909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$392,000.00** |
|---|---|---|---|

**Account No. XXX4910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX4911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX4912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,475.00** |
|---|---|---|---|

**Account No. XXX4913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**Account No. XXX4914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**
_____
Name

| 3.335 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00** |

**Account No. XXX4915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$124,425.00** |

**Account No. XXX4916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |

**Account No. XXX4917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |

**Account No. XXX4918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00** |

**Account No. XXX4919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00** |

**Account No. XXX4920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |

**Account No. XXX4921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**                                      Case number (if known)    **18-19121-RBR**
_____
Name

| 3.336 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$50,000.00** |

**Account No. XXX4922**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

$50,000.00

---

| 3.336 4 |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4923**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

$25,000.00

---

| 3.336 5 |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4924**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

$25,000.00

---

| 3.336 6 |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4925**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

$132,000.00

---

| 3.336 7 |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4926**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

$100,000.00

---

| 3.336 8 |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4927**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

$100,000.00

---

| 3.336 9 |

**Nonpriority creditor's name and mailing address**
**Account No. XXX4928**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Lender__

Is the claim subject to offset? ■ No ☐ Yes

$53,350.00

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.337 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Account No. XXX4930**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX4931**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
|---|---|---|---|

**Account No. XXX4932**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Account No. XXX4933**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,155.00** |
|---|---|---|---|

**Account No. XXX4934**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,000.00** |
|---|---|---|---|

**Account No. XXX4935**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Account No. XXX4936**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| 3.337 7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4937**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$75,000.00** |
|---|---|---|---|
| 3.337 8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4938**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$25,000.00** |
| 3.337 9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4939**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$25,000.00** |
| 3.338 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4940**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$150,000.00** |
| 3.338 1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4941**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$25,000.00** |
| 3.338 2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4942**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$40,000.00** |
| 3.338 3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4943**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$200,000.00** |

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.338 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,000.00** |

**Account No. XXX4944**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.338 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |

**Account No. XXX4945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.338 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120,000.00** |

**Account No. XXX4946**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.338 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400,000.00** |

**Account No. XXX4947**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.338 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99,225.00** |

**Account No. XXX4948**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.338 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$132,180.00** |

**Account No. XXX4949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.339 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |

**Account No. XXX4950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**
          _____
          Name

Case number (if known)    **18-19121-RBR**

---

| 3.339 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |

**Account No. XXX4951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.339 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |

**Account No. XXX4952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.339 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |

**Account No. XXX4953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.339 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,500.00 |

**Account No. XXX4954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.339 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |

**Account No. XXX4955**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.339 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,000.00 |

**Account No. XXX4956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.339 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |

**Account No. XXX4957**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**

| | | |
|---|---|---|
| **3.339 8** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4958** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$20,000.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.339 9** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4959** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,000.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.340 0** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4960** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30,000.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.340 1** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4961** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,000.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.340 2** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4962** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$92,444.67** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.340 3** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4963** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,000.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.340 4** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4964** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,000.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **1 Global Capital LLC**
Name

Case number (if known)   **18-19121-RBR**

| 3.340 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4965**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$200,000.00**

---

| 3.340 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4966**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

| 3.340 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4967**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$95,000.00**

---

| 3.340 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4968**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$99,500.00**

---

| 3.340 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4969**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

| 3.341 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4970**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

| 3.341 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX4971**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$105,000.00**

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| 3.341 2 | **Nonpriority creditor's name and mailing address** **Account No. XXX4972** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$92,000.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.341 3 | **Nonpriority creditor's name and mailing address** **Account No. XXX4973** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$112,000.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.341 4 | **Nonpriority creditor's name and mailing address** **Account No. XXX4974** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$65,400.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.341 5 | **Nonpriority creditor's name and mailing address** **Account No. XXX4975** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$187,817.88** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.341 6 | **Nonpriority creditor's name and mailing address** **Account No. XXX4976** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$25,000.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.341 7 | **Nonpriority creditor's name and mailing address** **Account No. XXX4977** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$31,500.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| 3.341 8 | **Nonpriority creditor's name and mailing address** **Account No. XXX4978** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$50,000.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **1 Global Capital LLC** | Case number *(if known)* | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.3419**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4979**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$100,000.00**

---

**3.3420**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4980**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$67,000.00**

---

**3.3421**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4981**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$31,000.00**

---

**3.3422**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4982**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$92,190.19**

---

**3.3423**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4983**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$39,000.00**

---

**3.3424**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4984**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$27,905.45**

---

**3.3425**

**Nonpriority creditor's name and mailing address**
**Account No. XXX4985**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No  ☐ Yes

**$46,000.00**

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**

---

| 3.342 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $174,000.00 |
|---|---|---|---|

**Account No. XXX4986**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.342 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $71,000.00 |
|---|---|---|---|

**Account No. XXX4987**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.342 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Account No. XXX4988**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.342 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Account No. XXX4989**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.343 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $64,000.00 |
|---|---|---|---|

**Account No. XXX4990**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.343 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $120,000.00 |
|---|---|---|---|

**Account No. XXX4991**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.343 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Account No. XXX4992**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| | | |
|---|---|---|
| 3.343<br>3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4993** | $60,000.00 |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.343<br>4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4994** | $100,000.00 |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.343<br>5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4995** | $26,000.00 |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.343<br>6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4996** | $65,000.00 |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.343<br>7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4997** | $121,000.00 |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.343<br>8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4998** | $101,000.00 |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.343<br>9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX4999** | $58,000.00 |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Lender**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

---

| 3.344 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Account No. XXX5000**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.344 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Account No. XXX5001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.344 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Account No. XXX5002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.344 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Account No. XXX5003**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.344 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $62,000.00 |
|---|---|---|---|

**Account No. XXX5004**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.344 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $213,000.00 |
|---|---|---|---|

**Account No. XXX5005**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.344 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Account No. XXX5006**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**                                Case number (if known)    **18-19121-RBR**
Name

| | | |
|---|---|---|
| 3.344 7 | **Nonpriority creditor's name and mailing address** **Account No. XXX5007** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,000.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 8 | **Nonpriority creditor's name and mailing address** **Account No. XXX5008** | **As of the petition filing date, the claim is:** Check all that apply. | **$38,000.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 9 | **Nonpriority creditor's name and mailing address** **Account No. XXX5009** | **As of the petition filing date, the claim is:** Check all that apply. | **$40,000.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 0 | **Nonpriority creditor's name and mailing address** **Account No. XXX5010** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 1 | **Nonpriority creditor's name and mailing address** **Account No. XXX5011** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 2 | **Nonpriority creditor's name and mailing address** **Account No. XXX5012** | **As of the petition filing date, the claim is:** Check all that apply. | **$92,000.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 3 | **Nonpriority creditor's name and mailing address** **Account No. XXX5013** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,000.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

---

| 3.345 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |

**Account No. XXX5014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.345 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

**Account No. XXX5015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.345 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,000.00** |

**Account No. XXX5016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.345 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,750.00** |

**Account No. XXX5017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.345 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |

**Account No. XXX5018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.345 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |

**Account No. XXX5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.346 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |

**Account No. XXX5020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **1 Global Capital LLC**

Case number (if known)    **18-19121-RBR**

Name

| 3.346 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|

**Account No. XXX5021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:    **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $53,000.00 |
|---|---|---|---|

**Account No. XXX5022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:    **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $128,500.00 |
|---|---|---|---|

**Account No. XXX5023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:    **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Account No. XXX5024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:    **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $45,000.00 |
|---|---|---|---|

**Account No. XXX5025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:    **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|

**Account No. XXX5026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:    **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $81,702.77 |
|---|---|---|---|

**Account No. XXX5027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:    **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **1 Global Capital LLC**                                    Case number (if known)    **18-19121-RBR**
          Name

| 3.346 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

**3.346 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX5028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

As of the petition filing date, the claim is: *Check all that apply.*                     **$100,000.00**

---

**3.346 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX5029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

As of the petition filing date, the claim is: *Check all that apply.*                     **$25,000.00**

---

**3.347 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX5030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

As of the petition filing date, the claim is: *Check all that apply.*                     **$30,000.00**

---

**3.347 1**

**Nonpriority creditor's name and mailing address**
**Account No. XXX5031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

As of the petition filing date, the claim is: *Check all that apply.*                     **$25,000.00**

---

**3.347 2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX5032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

As of the petition filing date, the claim is: *Check all that apply.*                     **$500,000.00**

---

**3.347 3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX5033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

As of the petition filing date, the claim is: *Check all that apply.*                     **$25,000.00**

---

**3.347 4**

**Nonpriority creditor's name and mailing address**
**Account No. XXX5034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

As of the petition filing date, the claim is: *Check all that apply.*                     **$100,000.00**

---

Debtor    **1 Global Capital LLC**

Name

Case number (if known)    **18-19121-RBR**

| | |
|---|---|
| 3.347 5 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Account No. XXX5035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No   ☐ Yes

**$70,000.00**

---

| | |
|---|---|
| 3.347 6 | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX5036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No   ☐ Yes

**$50,000.00**

---

| | |
|---|---|
| 3.347 7 | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX5037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No   ☐ Yes

**$47,000.00**

---

| | |
|---|---|
| 3.347 8 | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX5038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No   ☐ Yes

**$25,000.00**

---

| | |
|---|---|
| 3.347 9 | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX5039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No   ☐ Yes

**$98,625.00**

---

| | |
|---|---|
| 3.348 0 | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX5040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No   ☐ Yes

**$84,000.00**

---

| | |
|---|---|
| 3.348 1 | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX5041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No   ☐ Yes

**$50,000.00**

---

Debtor    **1 Global Capital LLC**                                      Case number (if known)    **18-19121-RBR**
Name

---

| 3.348 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$109,684.21** |
|---|---|---|---|

**Account No. XXX5042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.348 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78,581.92** |
|---|---|---|---|

**Account No. XXX5043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.348 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78,581.92** |
|---|---|---|---|

**Account No. XXX5044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.348 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX5045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.348 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Account No. XXX5046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.348 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00** |
|---|---|---|---|

**Account No. XXX5047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.348 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,764.81** |
|---|---|---|---|

**Account No. XXX5048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.348 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Account No. XXX5049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** <u>Lender</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,800.00** |
|---|---|---|---|

**Account No. XXX5050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** <u>Lender</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**Account No. XXX5051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** <u>Lender</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX5052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** <u>Lender</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$94,307.66** |
|---|---|---|---|

**Account No. XXX5053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** <u>Lender</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$199,425.00** |
|---|---|---|---|

**Account No. XXX5054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** <u>Lender</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$43,000.00** |
|---|---|---|---|

**Account No. XXX5055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** <u>Lender</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | 1 Global Capital LLC | Case number (if known) | 18-19121-RBR |
|---|---|---|---|
| | Name | | |

| 3.349 6 | Nonpriority creditor's name and mailing address **Account No. XXX5056** | As of the petition filing date, the claim is: *Check all that apply.* | $5,500.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 7 | Nonpriority creditor's name and mailing address **Account No. XXX5057** | As of the petition filing date, the claim is: *Check all that apply.* | $5,500.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 8 | Nonpriority creditor's name and mailing address **Account No. XXX5058** | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 9 | Nonpriority creditor's name and mailing address **Account No. XXX5059** | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 0 | Nonpriority creditor's name and mailing address **Account No. XXX5060** | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 1 | Nonpriority creditor's name and mailing address **Account No. XXX5061** | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 2 | Nonpriority creditor's name and mailing address **Account No. XXX5062** | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**                                          Case number (if known)    **18-19121-RBR**
_____
Name

| 3.350 3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX5063**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$26,400.00** |

| 3.350 4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX5064**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$35,000.00** |

| 3.350 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX5065**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$40,000.00** |

| 3.350 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX5066**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$50,000.00** |

| 3.350 7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX5067**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$222,824.65** |

| 3.350 8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX5068**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25,000.00** |

| 3.350 9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX5069**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$250,000.00** |

Debtor    **1 Global Capital LLC**                                     Case number *(if known)*    **18-19121-RBR**
Name

| 3.351 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $21,405.00 |
|---|---|---|---|

**Account No. XXX5070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $40,000.00 |
|---|---|---|---|

**Account No. XXX5071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Account No. XXX5072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200,000.00 |
|---|---|---|---|

**Account No. XXX5073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $39,000.00 |
|---|---|---|---|

**Account No. XXX5074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Account No. XXX5075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Account No. XXX5076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

| | |
|---|---|
| **3.351 7** | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX5077** | **$31,850.38** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.351 8**    **Nonpriority creditor's name and mailing address**
**Account No. XXX5078**    **$25,000.00**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.351 9**    **Nonpriority creditor's name and mailing address**
**Account No. XXX5079**    **$25,000.00**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.352 0**    **Nonpriority creditor's name and mailing address**
**Account No. XXX5080**    **$30,000.00**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.352 1**    **Nonpriority creditor's name and mailing address**
**Account No. XXX5081**    **$44,000.00**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.352 2**    **Nonpriority creditor's name and mailing address**
**Account No. XXX5082**    **$120,000.00**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.352 3**    **Nonpriority creditor's name and mailing address**
**Account No. XXX5083**    **$47,000.00**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| 3.352 4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX5084**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$500,000.00** |
|---|---|---|---|

| 3.352 5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX5085**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$38,000.00** |
|---|---|---|---|

| 3.352 6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX5086**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$10,000.00** |
|---|---|---|---|

| 3.352 7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX5087**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$50,000.00** |
|---|---|---|---|

| 3.352 8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX5088**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$17,100.00** |
|---|---|---|---|

| 3.352 9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX5089**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25,000.00** |
|---|---|---|---|

| 3.353 0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX5090**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25,000.00** |
|---|---|---|---|

Debtor   **1 Global Capital LLC**                                   Case number (if known)   **18-19121-RBR**
_____
Name

---

| 3.353 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$39,000.00** |
|---|---|---|---|

**Account No. XXX5091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:   Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.353 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$55,000.00** |
|---|---|---|---|

**Account No. XXX5092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:   Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.353 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$102,019.00** |
|---|---|---|---|

**Account No. XXX5093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:   Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.353 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25,000.00** |
|---|---|---|---|

**Account No. XXX5094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:   Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.353 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$24,400.00** |
|---|---|---|---|

**Account No. XXX5095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:   Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.353 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$30,000.00** |
|---|---|---|---|

**Account No. XXX5096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:   Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.353 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$32,683.51** |
|---|---|---|---|

**Account No. XXX5097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:   Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor     **1 Global Capital LLC**                                    Case number (if known)     **18-19121-RBR**
           Name

| 3.353 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX5098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _          **Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.353 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX5099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _          **Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.354 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,200.00** |
|---|---|---|---|

**Account No. XXX5100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _          **Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.354 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$82,000.00** |
|---|---|---|---|

**Account No. XXX5101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _          **Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.354 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$24,225.00** |
|---|---|---|---|

**Account No. XXX5102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _          **Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.354 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX5103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _          **Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.354 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$262,000.00** |
|---|---|---|---|

**Account No. XXX5104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _          **Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **1 Global Capital LLC**
Name

Case number (if known)    **18-19121-RBR**

---

| 3.354 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX5105**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

| 3.354 6 |

**Nonpriority creditor's name and mailing address**
**Account No. XXX5106**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$19,500.00**

---

| 3.354 7 |

**Nonpriority creditor's name and mailing address**
**Account No. XXX5107**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$137,000.00**

---

| 3.354 8 |

**Nonpriority creditor's name and mailing address**
**Account No. XXX5108**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$100,000.00**

---

| 3.354 9 |

**Nonpriority creditor's name and mailing address**
**Account No. XXX5109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$98,500.00**

---

| 3.355 0 |

**Nonpriority creditor's name and mailing address**
**Account No. XXX5110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$58,331.73**

---

| 3.355 1 |

**Nonpriority creditor's name and mailing address**
**Account No. XXX5111**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**

| | |
|---|---|
| 3.355<br>2 | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX5112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$24,000.00**

---

| | |
|---|---|
| 3.355<br>3 | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX5113**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$35,000.00**

---

| | |
|---|---|
| 3.355<br>4 | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX5114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$100,000.00**

---

| | |
|---|---|
| 3.355<br>5 | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX5115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$85,000.00**

---

| | |
|---|---|
| 3.355<br>6 | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX5116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

| | |
|---|---|
| 3.355<br>7 | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX5117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$104,085.05**

---

| | |
|---|---|
| 3.355<br>8 | |

**Nonpriority creditor's name and mailing address**
**Account No. XXX5118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$35,000.00**

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| 3.355 9 | Nonpriority creditor's name and mailing address<br>**Account No. XXX5119**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$100,000.00** |

| 3.356 0 | Nonpriority creditor's name and mailing address<br>**Account No. XXX5120**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25,000.00** |

| 3.356 1 | Nonpriority creditor's name and mailing address<br>**Account No. XXX5121**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25,000.00** |

| 3.356 2 | Nonpriority creditor's name and mailing address<br>**Account No. XXX5122**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$100,000.00** |

| 3.356 3 | Nonpriority creditor's name and mailing address<br>**Account No. XXX5123**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$113,000.00** |

| 3.356 4 | Nonpriority creditor's name and mailing address<br>**Account No. XXX5124**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$23,380.00** |

| 3.356 5 | Nonpriority creditor's name and mailing address<br>**Account No. XXX5125**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lender**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$250,000.00** |

Debtor **1 Global Capital LLC**
_____
Name

Case number (if known) **18-19121-RBR**

---

**3.356 6**

**Nonpriority creditor's name and mailing address**
**Account No. XXX5126**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

**3.356 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX5127**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$29,000.00**

---

**3.356 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX5128**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$44,000.00**

---

**3.356 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX5129**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$37,309.00**

---

**3.357 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX5130**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

**3.357 1**

**Nonpriority creditor's name and mailing address**
**Account No. XXX5131**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$27,000.00**

---

**3.357 2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX5132**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender**

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| 3.357 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX5133**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

**$100,000.00**

---

| 3.357 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX5134**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

**$67,065.00**

---

| 3.357 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX5135**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

**$33,541.61**

---

| 3.357 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX5136**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

**$125,000.00**

---

| 3.357 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX5137**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

**$40,000.00**

---

| 3.357 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX5138**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

**$100,000.00**

---

| 3.357 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Account No. XXX5139**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lender**

Is the claim subject to offset?  ■ No  ☐ Yes

**$100,000.00**

---

Debtor    **1 Global Capital LLC**
          Name

Case number (if known)    **18-19121-RBR**

| 3.358 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,000.00** |
|---|---|---|---|

**Account No. XXX5140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX5141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX5142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX5143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX5144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180,000.00** |
|---|---|---|---|

**Account No. XXX5145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX5146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.358 7**

**Nonpriority creditor's name and mailing address**
**Account No. XXX5147**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$40,000.00**

---

**3.358 8**

**Nonpriority creditor's name and mailing address**
**Account No. XXX5148**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$35,000.00**

---

**3.358 9**

**Nonpriority creditor's name and mailing address**
**Account No. XXX5149**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.359 0**

**Nonpriority creditor's name and mailing address**
**Account No. XXX5150**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.359 1**

**Nonpriority creditor's name and mailing address**
**Account No. XXX5151**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$35,008.68**

---

**3.359 2**

**Nonpriority creditor's name and mailing address**
**Account No. XXX5152**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$36,644.00**

---

**3.359 3**

**Nonpriority creditor's name and mailing address**
**Account No. XXX5153**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

**$155,796.00**

---

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**
_____

| 3.359<br>4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX5154** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,000.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.359<br>5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX5155** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$40,000.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.359<br>6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX5156** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,000.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.359<br>7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX5157** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,000.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.359<br>8 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX5158** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$100,000.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.359<br>9 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX5159** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50,000.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.360<br>0 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX5160** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$61,000.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **1 Global Capital LLC**

Name

Case number (if known)    **18-19121-RBR**

| 3.360<br>1 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX5161**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$65,000.00** |
|---|---|---|---|
| 3.360<br>2 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX5162**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$75,000.00** |
| 3.360<br>3 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX5163**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$40,000.00** |
| 3.360<br>4 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX5164**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$99,275.00** |
| 3.360<br>5 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX5165**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$50,000.00** |
| 3.360<br>6 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX5166**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$166,150.00** |
| 3.360<br>7 | **Nonpriority creditor's name and mailing address**<br>**Account No. XXX5167**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Lender__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$50,000.00** |

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

| 3.360 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,000.00** |
|---|---|---|---|

**Account No. XXX5168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** <u>Lender</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Account No. XXX5169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** <u>Lender</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX5170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** <u>Lender</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX5171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** <u>Lender</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**Account No. XXX5172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** <u>Lender</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00** |
|---|---|---|---|

**Account No. XXX5173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** <u>Lender</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX5174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** <u>Lender</u>

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **1 Global Capital LLC**                                   Case number (if known)    **18-19121-RBR**
           Name

| 3.361 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Account No. XXX5175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.361 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX5176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.361 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,591.00** |
|---|---|---|---|

**Account No. XXX5177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.361 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$172,381.00** |
|---|---|---|---|

**Account No. XXX5178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.361 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125,000.00** |
|---|---|---|---|

**Account No. XXX5179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.362 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$299,225.00** |
|---|---|---|---|

**Account No. XXX5180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.362 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500,000.00** |
|---|---|---|---|

**Account No. XXX5181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|--------|--------------------------|------------------------|------------------|
| | Name | | |

---

| 3.362 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195,000.00** |
|---------|---|---|---|

**Account No. XXX5182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,810.56** |
|---------|---|---|---|

**Account No. XXX5183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |
|---------|---|---|---|

**Account No. XXX5184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75,000.00** |
|---------|---|---|---|

**Account No. XXX5185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |
|---------|---|---|---|

**Account No. XXX5186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00** |
|---------|---|---|---|

**Account No. XXX5187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |
|---------|---|---|---|

**Account No. XXX5188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.362 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Account No. XXX5189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.363 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$500,000.00** |
|---|---|---|---|

**Account No. XXX5190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.363 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27,037.49** |
|---|---|---|---|

**Account No. XXX5191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.363 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$106,000.00** |
|---|---|---|---|

**Account No. XXX5192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.363 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Account No. XXX5193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.363 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX5194**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.363 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Account No. XXX5195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.363 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Account No. XXX5196**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Account No. XXX5197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Account No. XXX5198**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**Account No. XXX5199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,000.00** |
|---|---|---|---|

**Account No. XXX5200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$110,000.00** |
|---|---|---|---|

**Account No. XXX5201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Account No. XXX5202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Lender__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **1 Global Capital LLC**                                                Case number (if known)    **18-19121-RBR**
           Name

---

**3.364 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|

**Account No. XXX5203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.364 4**

Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: *Check all that apply.*    **$30,000.00**

**Account No. XXX5204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.364 5**

Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: *Check all that apply.*    **$25,000.00**

**Account No. XXX5205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.364 6**

Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: *Check all that apply.*    **$1,108.80**

**ACE Private Risk Services**
**PO Box 94836**
**Cleveland, OH 44101-4836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.364 7**

Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: *Check all that apply.*    **$56,849.90**

**ARW Management LLC**
**101 Plaza Real South, apt. 828**
**Boca Raton, FL 33432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1108**

Basis for the claim:  **Independent Sales Organization**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.364 8**

Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: *Check all that apply.*    **$9,799.43**

**Ascensus Trust Retirement**
**124 8th Ave NE**
**Brainerd, MN 56401**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.364 9**

Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: *Check all that apply.*    **$12,000.00**

**Blue Collar Solutions**
**42 Pekiomer Ave**
**Staten Island, NY 10312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/25/2018**

Last 4 digits of account number _

Basis for the claim:  **Independent Sales Organization**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **1 Global Capital LLC** | | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.365 0**

**Nonpriority creditor's name and mailing address**

**Blue Cross and Blue Shield of Florida, I**
**4800 Deerwood Campus Parkway**
**Jacksonville, FL 32246**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

**$81,298.06**

---

**3.365 1**

**Nonpriority creditor's name and mailing address**

**C&H Communications II Inc**
**2104 NE 40th**
**Homestead, FL 33033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$420.00**

---

**3.365 2**

**Nonpriority creditor's name and mailing address**

**De Lage Landen Financial Services, Inc.**
**PO Box 41602**
**Philadelphia, PA 19101-1602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$95.40**

---

**3.365 3**

**Nonpriority creditor's name and mailing address**

**DocuSign Inc.**
**PO BOX 123428**
**Dallas, TX 75312-3428**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$21,120.00**

---

**3.365 4**

**Nonpriority creditor's name and mailing address**

**Experian**
**PO Box 881971**
**Los Angeles, CA 90088-1971**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$29,400.00**

---

**3.365 5**

**Nonpriority creditor's name and mailing address**

**Flexible Business Systems, Inc.**
**380 Oser Ave.**
**Hauppauge, NY 11788**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$35,035.22**

---

**3.365 6**

**Nonpriority creditor's name and mailing address**

**FPL FiberNet**
**PO Box 026021**
**Miami, FL 33102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$640.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **1 Global Capital LLC**
            Name

Case number (if known)    **18-19121-RBR**

| 3.365 7 | **Nonpriority creditor's name and mailing address**<br>**Freedoms Key Inc**<br>**4431 SW 14th Ste 114**<br>**Davie, FL 33314**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **2919** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Independent Sales Organization**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$11,413.62** |
|---|---|---|---|
| 3.365 8 | **Nonpriority creditor's name and mailing address**<br>**Green Growth & Travelism Institute**<br>**5 Arthur Grumiaux**<br>**Brussels B1640**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10,000.00** |
| 3.365 9 | **Nonpriority creditor's name and mailing address**<br>**GreenEarth.travel SPRL**<br>**5 Arthur Grumiaux**<br>**Brussels B1640**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10,000.00** |
| 3.366 0 | **Nonpriority creditor's name and mailing address**<br>**Honigman Miller Schwartz and Cohn LLP**<br>**660 Woodward Ave**<br>**Detroit, MI 48226-3506**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$21,919.30** |
| 3.366 1 | **Nonpriority creditor's name and mailing address**<br>**Hotwire Communications**<br>**PO Box 57330**<br>**Philadelphia, PA 19111-7330**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,100.00** |
| 3.366 2 | **Nonpriority creditor's name and mailing address**<br>**HUB International**<br>**10368 W State Road**<br>**Suite 201**<br>**Davie, FL 33324**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$11,109.00** |
| 3.366 3 | **Nonpriority creditor's name and mailing address**<br>**iHeartMedia+Entertainment**<br>**2500 Maitland Center Pkwy**<br>**Suite 401**<br>**Maitland, FL 32751**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,344.00** |

Debtor    **1 Global Capital LLC**
_____
Name

Case number (if known)    **18-19121-RBR**

| 3.366 4 | **Nonpriority creditor's name and mailing address**<br>**Michael Ainbinder**<br>**1500 East Split Rock #85**<br>**Ivins, UT 84738**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **1117** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Independent Sales Organization<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$46,942.72** |
|---|---|---|---|

| 3.366 5 | **Nonpriority creditor's name and mailing address**<br>**Provest LLC**<br>**PO Box 25096**<br>**Tampa, FL 33622**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Vendor<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$19,544.60** |
|---|---|---|---|

| 3.366 6 | **Nonpriority creditor's name and mailing address**<br>**PW Group LLC**<br>**4131 W Loomis Road**<br>**210**<br>**Greenfield, WI 53221**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **1134** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Independent Sales Organization<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$55,437.94** |
|---|---|---|---|

| 3.366 7 | **Nonpriority creditor's name and mailing address**<br>**Radium2 Capital Inc**<br>**300 RXR Plaza**<br>**Uniondale, NY 11556**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **2225** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Independent Sales Organization<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$47,429.46** |
|---|---|---|---|

| 3.366 8 | **Nonpriority creditor's name and mailing address**<br>**Randstad Professionals**<br>**PO Box 742689**<br>**Atlanta, GA 30374**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Vendor<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$9,400.00** |
|---|---|---|---|

| 3.366 9 | **Nonpriority creditor's name and mailing address**<br>**Revolution Technologies, LLC**<br>**PO Box 206827**<br>**Dallas, TX 75320-6827**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Vendor<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,157.00** |
|---|---|---|---|

| 3.367 0 | **Nonpriority creditor's name and mailing address**<br>**RSN Consultants Inc**<br>**1940 Harrison Street**<br>**Ste 206**<br>**Hollywood, FL 33020**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Independent Contactor Sales Commission<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25,701.75** |
|---|---|---|---|

Debtor    **1 Global Capital LLC**                    Case number (if known)    **18-19121-RBR**
          Name

| 3.367<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$944.99** |
|---|---|---|---|
| | **SNI Companies**<br>**PO Box 840912**<br>**Dallas, TX 75284-0912** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.367<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,951.10** |
|---|---|---|---|
| | **Stress Free Capital 2**<br>**2501 Hollywood Blvd., Suite 210**<br>**Hollywood, FL 33020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Independent Sales Organization__ | |
| | Last 4 digits of account number __1133__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.367<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,106.04** |
|---|---|---|---|
| | **SysArc Infomatix Pvt Ltd**<br>**1701 N. Greenville Avenue**<br>**Richardson, TX 75081** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.367<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,302.72** |
|---|---|---|---|
| | **The Guardian Life Insurance Company**<br>**7 Hanover Square**<br>**New York, NY 10004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Insurance & Benefits__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.367<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,773.00** |
|---|---|---|---|
| | **Thomson Reuters**<br>**PO Carol Carol**<br>**Carol Stream, IL 60197-6292** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.367<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$750.00** |
|---|---|---|---|
| | **Vertigo Media Group**<br>**1593 Locust Ave.**<br>**Bohemia, NY 11716** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.367<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,245.81** |
|---|---|---|---|
| | **Zip Capital Group**<br>**15215 Alton Parkway 200**<br>**Irvine, CA 92618** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Independent Sales Organization__ | |
| | Last 4 digits of account number __1888__ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

| Debtor | **1 Global Capital LLC** | Case number (if known) | **18-19121-RBR** |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 409,444.41 |
| **5b. Total claims from Part 2** | 5b. + | $ | 278,173,524.49 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 278,582,968.90 |

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**1 Global Capital LLC**</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td>**18-19121-RBR**</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Automated Clearing House Services** | |
|---|---|---|---|
| | State the term remaining | **Requires 10 day written notice** | **ACHWorks**<br>**2200 Sunrise Blvd**<br>**Suite 220**<br>**Gold River, CA 95670** |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Amazon Web Services customer agreement** | |
|---|---|---|---|
| | State the term remaining | **Auto Renewal, requires 30 day written notice** | **Amazon Web Services, Inc.**<br>**410 Terry Avenue North**<br>**Seattle, WA 98109-5210** |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **1st Global Capital, LLC 401(k) Plan c/o The Vanguard Group** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Ascensus Investment Services**<br>**124 8th Ave NE**<br>**Brainerd, MN 56401** |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Ethernet Internet, Managed Router, & Azure Direct** | |
|---|---|---|---|
| | State the term remaining | **Expires February 2019** | **BCM One, Inc.**<br>**521 Fifth Ave**<br>**14 Floor**<br>**New York, NY 10175** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | **1 Global Capital LLC** | | Case number *(if known)* | **18-19121-RBR** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Ethernet Internet, Managed Router, & Azure Direct** | |
|---|---|---|---|
| | State the term remaining | **Expires May 2019** | **BCM One, Inc.** |
| | List the contract number of any government contract | | **521 Fifth Ave 14 Floor New York, NY 10175** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Insurance** | |
|---|---|---|---|
| | State the term remaining | **Expires 11/30/2018** | **Blue Cross and Blue Shield of Florida, I** |
| | List the contract number of any government contract | | **4800 Deerwood Campus Parkway Jacksonville, FL 32246** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Make: Konica Minolta Model: C554e Serial Number: A5AY011003438 Copy, Printer, Scan & Fax** | |
|---|---|---|---|
| | State the term remaining | **Expires June 2020** | **De Lage Landen Financial Service, Inc.** |
| | List the contract number of any government contract | | **1111 Old Eagle School Road Wayne, PA 19087** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Make: Konica Minolta Model: C224e Serial Number: A5C4011002737 Copy, Printer, Scan & Fax** | |
|---|---|---|---|
| | State the term remaining | **Expires November 2019** | **De Lage Landen Financial Services, Inc.** |
| | List the contract number of any government contract | | **1111 Eagle School Road Wayne, PA 19087** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Make: Konica Minolta Model: C364e Serial Number: A5C1011003316 Copy, Printer, Scan & Fax** | |
|---|---|---|---|
| | State the term remaining | **Expires July 2020** | **De Lage Landen Financial Services, Inc.** |
| | List the contract number of any government contract | | **1112 Eagle School Road Wayne, PA 19087** |

Debtor 1 __1 Global Capital LLC__  Case number (*if known*) __18-19121-RBR__
     First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest | **Make: Konica Minolta Model: C364 Serial Number: A161011006812 Copy, Printer, Scan & Fax** |
| State the term remaining | **Expires May 2020** |
| List the contract number of any government contract | **De Lage Landen Financial Services, Inc. 1113 Eagle School Road Wayne, PA 19087** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest | **Make: Konica Minolta Model: C364 Serial Number: A161011005515 Copy, Printer, Scan & Fax** |
| State the term remaining | **Expires January 2020** |
| List the contract number of any government contract | **De Lage Landen Financial Services, Inc. 1114 Eagle School Road Wayne, PA 19087** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest | **Make: Konica Minolta Model: C224e Serial Number: A5C4011115784 Copy, Printer, Scan & Fax** |
| State the term remaining | **Expires June 2021** |
| List the contract number of any government contract | **De Lage Landen Financial Services, Inc. 1115 Eagle School Road Wayne, PA 19087** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest | **Electronic Signature Services** |
| State the term remaining | **5/31/2019** |
| List the contract number of any government contract | **DocuSign, Inc. 221 Main Street Suite 1000 San Francisco, CA 94105** |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest | **Originating Depository Financial Institution** |
| State the term remaining | **Requires 30 day written notice** |
| List the contract number of any government contract | **First Premier Bank PO Box 1348 Attn: Treasury Services Sioux Falls, SD 57101-1348** |

| Debtor 1 | **1 Global Capital LLC** | | Case number *(if known)* | **18-19121-RBR** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Flexible Systems Master Service Agreement. Provide collocation rack space, AC power backed by UPS and clear conduit access.** | |
|---|---|---|---|
| | State the term remaining | **Requires 30 day written notice** | **Flexible Business Systems, Inc 380 Oser Ave, Hauppauge New York, NY 11788** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **IT Support & Technology Consulting** | |
|---|---|---|---|
| | State the term remaining | | **FPL FiberNet 9250 W Flagler St Miami, FL 33174** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **1 Global Capital (Evan Ruderman) Payment for residential lease. 300 Bayview Drive apt 712 Sunny Isles Beach.** | |
|---|---|---|---|
| | State the term remaining | **Expires November 1, 2018** | **Global Title Alliance, LLC 1680 Meridian Avenue Miami Beach, FL 33139** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance Agreement for serial number A161011005515 Copy, Print, Scan & Fax Auto renewal** | |
|---|---|---|---|
| | State the term remaining | | **Gold Coast Technologies 3001 W McNab Pompano Beach, FL 33069** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance Agreement for serial number A5C4011002737 Copy, Print, Scan & Fax Auto renewal** | |
|---|---|---|---|
| | State the term remaining | | **Gold Coast Technologies 3002 W McNab Pompano Beach, FL 33069** |
| | List the contract number of any government contract | | |

Debtor 1 **1 Global Capital LLC**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **18-19121-RBR**
_____

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance Agreement for serial number A161011006812 Copy, Print, Scan & Fax** | |
|---|---|---|---|
| | State the term remaining | **Auto renewal** | |
| | List the contract number of any government contract | _____ | **Gold Coast Technologies 3003 W McNab Pompano Beach, FL 33069** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance Agreement for serial number A5C1011003316 Copy, Print, Scan & Fax** | |
|---|---|---|---|
| | State the term remaining | **Auto renewal** | |
| | List the contract number of any government contract | _____ | **Gold Coast Technologies 3004 W McNab Pompano Beach, FL 33069** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance Agreement for serial number A5C4011115784 Copy, Print, Scan & Fax** | |
|---|---|---|---|
| | State the term remaining | **Auto renewal** | |
| | List the contract number of any government contract | _____ | **Gold Coast Technologies 3004 W McNab Pompano Beach, FL 33069** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance Agreement for serial number A5AY011003438 Copy, Print, Scan & Fax** | |
|---|---|---|---|
| | State the term remaining | **Auto renewal** | |
| | List the contract number of any government contract | _____ | **Gold Coast Technologies 3004 W McNab Pompano Beach, FL 33069** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Voice, high speed Internet, security, and video services** | |
|---|---|---|---|
| | State the term remaining | **Expires June 2021** | |
| | List the contract number of any government contract | _____ | **Hotwire Communications, Ltd PO Box 57330 Philadelphia   19111-7330** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Azure Cloud** | **Integrated Technology Corporate Solution 111 S.E. 8th Ave Suite 1102 Fort Lauderdale, FL 33301** |
|---|---|---|---|

Debtor 1    **1 Global Capital LLC**
   First Name          Middle Name          Last Name

Case number *(if known)*    **18-19121-RBR**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | **N/A** | |
| List the contract number of any government contract | | |

| **2.26.** | State what the contract or lease is for and the nature of the debtor's interest | **Staffing Services** | |
|---|---|---|---|
| | State the term remaining | **1/22/2019** | **KAG Recruiting, LLC** |
| | List the contract number of any government contract | | **643 Conservation Drive** |
| | | | **Weston, FL 33327** |

| **2.27.** | State what the contract or lease is for and the nature of the debtor's interest | **Leasing units 402, 409, 602, 603, 604, 605 & 606 at 1250 E Hallandale Beach Blvd, Hallandale Beach, FL 33009.** | |
|---|---|---|---|
| | State the term remaining | **Through 09/30/2018** | **Murray Family Associates ATTN: Miguel Reinfeld PM** |
| | List the contract number of any government contract | | **1250 East Hallandale Bch Blvd Hallandale, FL 33009** |

| **2.28.** | State what the contract or lease is for and the nature of the debtor's interest | **Client Number: 0944-18094704 Payroll & tax services** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **PayChex** |
| | List the contract number of any government contract | | **911 Panorama Trail S. Rochester, NY 14625** |

| **2.29.** | State what the contract or lease is for and the nature of the debtor's interest | **Salesforce.com Services, IT Product & Platform Services** | |
|---|---|---|---|
| | State the term remaining | **Written Notice** | **ProdSpace.com LLC** |
| | List the contract number of any government contract | | **95 Merrick Way 3rd Floor Coral Gables, FL 33134** |

| **2.30.** | State what the contract or lease is for and the nature of the debtor's interest | **RingCentral Office & Glip Plan Purchase Agreement** | |
|---|---|---|---|
| | State the term remaining | **10/16/2019** | **RingCentral** |
| | List the contract number of any government contract | | **20 Davis Drive Belmont, CA 94002** |

Debtor 1   **1 Global Capital LLC**                                      Case number *(if known)*   **18-19121-RBR**
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Lightning Sales Cloud - Enterprise Edition** | |
|---|---|---|---|
| | State the term remaining | **10/25/2018** | **Salesforce** |
| | List the contract number of any government contract | | **One Market street** **San Francisco, CA 94105** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **FUNDPerfect Agreement** | |
|---|---|---|---|
| | State the term remaining | | **SysArc Infomatrix Pvt. Ltd.** **1701 N. Greenville Ave.** |
| | List the contract number of any government contract | | **Suite 1119** **Richardson, TX 75081** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Gateway Pro add-on** | |
|---|---|---|---|
| | State the term remaining | | **Thomson Reuters** |
| | List the contract number of any government contract | | **PO Box 6292** **Carol Stream, IL 60197-6292** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Depository Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Western Alliance Bank** **55 Almaden Blvd** |
| | List the contract number of any government contract | | **Ste. 100** **San Jose, CA 95113** |

**Fill in this information to identify the case:**

Debtor name __1 Global Capital LLC__

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) __18-19121-RBR__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **1 West Capital LLC** | **1250 E Hallandale Beach Blvd. #409 Hallandale Beach, FL 33009** | | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **1 Global Capital LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **18-19121-RBR**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>**Consolidated with 1 West Capital LLC - Case Number:**<br>■ Other  **18-19122-RBR** | **$29,364,300.31** |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>**Consolidated with 1 West Capital LLC - Case Number:**<br>■ Other  **18-19122-RBR** | **$22,568,989.60** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>**Consolidated with 1 West Capital LLC - Case Number:**<br>■ Other  **18-19122-RBR** | **$6,154,970.08** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| | | |

Debtor    **1 Global Capital LLC**                                    Case number *(if known)*  **18-19121-RBR**

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2018** to **Filing Date** | **Cash back, interest income, ISO clawbacks & capital stack recovery. Consolidated with 1 West Capital LLC - Case Number: 18-19122-RBR** | **$157,724.90** |
| **For prior year:** From  **1/01/2017** to **12/31/2017** | **Cash back, interest income, ISO clawbacks & capital stack recovery. Consolidated with 1 West Capital LLC - Case Number: 18-19122-RBR** | **$683,764.71** |
| **For year before that:** From  **1/01/2016** to **12/31/2016** | **Cash back, interest income, ISO clawbacks & capital stack recovery. Consolidated with 1 West Capital LLC - Case Number: 18-19122-RBR** | **$11,895.84** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **See Attached Exhibit** | | **$9,496,377.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **See Attached Exhibit** | | **$21,464,049.29** | |

5.   **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | 1 Global Capital LLC | | | Case number *(if known)* | 18-19121-RBR |

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **See Attached Exhibit** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **See Attached Exhibit** | | **Various** | **$307,668.45** |
| Recipients relationship to debtor | | | |

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Debtor | **1 Global Capital LLC** | Case number *(if known)* | **18-19121-RBR** |
|---|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Greenberg Traurig, P.A.**<br>**333 S.E. 2nd Avenue**<br>**Miami, FL 33131** | | **07/25/2018** | **$850,000.00** |
| | Email or website address<br>**https://www.gtlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Greenberg Traurig, P.A.**<br>**333 S.E. 2nd Avenue**<br>**Miami, FL 33131** | | **07/06/2018** | **$150,000.00** |
| | Email or website address<br>**https://www.gtlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | **James S. Cassel** | | **7/27/2018** | **$20,000.00** |
| | Email or website address<br>**jcassel@cs-ib.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include

| Debtor | 1 Global Capital LLC | Case number *(if known)* 18-19121-RBR |
|---|---|---|

both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☐ No.
   ■ Yes. State the nature of the information collected and retained.

   **Business's name, address, phone & fax number, website & federal
   tax ID. Business owner's name, address, date of birth, social
   security, email address & phone number.**

   Does the debtor have a privacy policy about that information?
   ☐ No
   ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or
   profit-sharing plan made available by the debtor as an employee benefit?**

   ☐ No. Go to Part 10.
   ■ Yes. Does the debtor serve as plan administrator?

      ☐ No Go to Part 10.
      ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **1st Global Capital, LLC 401(k) Plan** | EIN:  **46-2949517** |

      Has the plan been terminated?
      ■ No
      ☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

| Debtor | **1 Global Capital LLC** | Case number *(if known)* **18-19121-RBR** |
|---|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **City National Bank**<br>**5900 N. Andrews Ave**<br>**Suite 850**<br>**Fort Lauderdale, FL 33309** | **XXXX-5975** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **July 2018** | **$53,610.79** |
| 18.2. | **City National Bank**<br>**5900 N. Andrews Ave**<br>**Suite 850**<br>**Fort Lauderdale, FL 33309** | **XXXX-1786** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **July 2018** | **$18,091.84** |
| 18.3. | **City National Bank**<br>**5900 N. Andrews Ave**<br>**Suite 850**<br>**Fort Lauderdale, FL 33309** | **XXXX-1825** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **July 2018** | **$70,093.75** |
| 18.4. | **City National Bank**<br>**5900 N. Andrews Ave**<br>**Suite 850**<br>**Fort Lauderdale, FL 33309** | **XXXX-5933** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **July 2018** | **$90,562.39** |
| 18.5. | **City National Bank**<br>**5900 N. Andrews Ave**<br>**Suite 850**<br>**Fort Lauderdale, FL 33309** | **XXXX-9196** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **July 2018** | **$0.00** |
| 18.6. | **Bank of America, N.A.**<br>**P.O. Box 25118**<br>**Tampa, FL 33622-5118** | **XXXX-0399** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **March 2018** | **$994.70** |
| 18.7. | **Bank of America, N.A.**<br>**P.O. Box 25118**<br>**Tampa, FL 33622-5118** | **XXXX-0771** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **March 2018** | **$1,491,734.06** |

Debtor    1 Global Capital LLC _____      Case number *(if known)*  18-19121-RBR

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.8. | Bank of America, N.A. P.O. Box 25118 Tampa, FL 33622-5118 | XXXX-3371 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | March 2018 | $23.56 |
| 18.9. | Bank of America, N.A. P.O. Box 25118 Tampa, FL 33622-5118 | XXXX-3748 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | January 2018 | $5,113.25 |
| 18.10. | Bank of America, N.A. P.O. Box 25118 Tampa, FL 33622-5118 | XXXX-0386 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | March 2018 | $122.14 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Ruderman Art Trust 16992 Rose Apple Drive Delray Beach, FL 33445 | 1 Global Capital - Office Building 1250 E Hallandale Beach Blvd. Suite 409 Hallandale Beach, FL 33009 | Various types of artwork and collectibles. Steven A. Schwartz, Trustee | Unknown |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | 1 Global Capital LLC | Case number (if known) | 18-19121-RBR |
|--------|---------------------|------------------------|--------------|

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---------------------------|----------------------------------|--------------------|----------------|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|-----------------------------|----------------|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|-----------------------------|----------------|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|-----------------------|-------------------------------------|---------------------------------------------------------------------------------------------------------------|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service<br>From-To |
|---|------------------|----------------------------|
| 26a.1. | **Judy Cregger**<br>**1250 East Hallandale Beach Blvd.**<br>**Suite 409**<br>**Hallandale Beach, FL 33009** | **05/14/2018 - Current** |
| 26a.2. | **Richard Samuels**<br>**22672 Pickerel Circle**<br>**Boca Raton, FL 33428** | **06/12/2017-05/23/2018** |

Debtor    **1 Global Capital LLC**                                        Case number *(if known)*  **18-19121-RBR**

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Richard Samuels**<br>**22672 Pickerel Circle**<br>**Boca Raton, FL 33428** | **06/12/2017-05/23/2018** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    **Gibson & Associates, Inc.**<br>**Attn: Daniel Gibson**<br>**14 Rodeo Drive**<br>**Marlboro, NJ 07746** | **2016-2018** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Gibson & Associates, Inc.**<br>**Attn. Daniel Gibson**<br>**14 Rodeo Drive**<br>**Marlboro, NJ 07746** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Bridge Bank**<br>**55 Almaden Blvd., Suite 100**<br>**San Jose, CA 95113** |
| 26d.2.    **First Premier**<br>**400 S. Sycamore Ave., Suite 102**<br>**Sioux Falls, SD 57110** |
| 26d.3.    **Citi National Bank**<br>**5900 N. Andrews Ave, Suite 850**<br>**Fort Lauderdale, FL 33309** |
| 26d.4.    **Arena Investors LP**<br>**405 Lexington Avenue, 59th Floor**<br>**New York, NY 10174** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

---

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **9**

Debtor    1 Global Capital LLC _____     Case number *(if known)*  18-19121-RBR

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Carl Ruderman | 20165 NE 39 Place<br>Aventura, FL 33180 | Chairman | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Steven A. Schwartz | 16992 Rose Apple Drive<br>Delray Beach, FL 33445 | Trustee to the Ruderman Family Trust | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Ruderman Family Trust | 16992 Rose Apple Drive<br>Delray Beach, FL 33445 | Owner of 1 Global Capital LLC | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Darice Lang | 1250 E Hallandale Beach Blvd<br>Suite 409<br>Hallandale Beach, FL 33009 | Operations Director | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Carl Ruderman | 20165 NE 39 Place<br>Aventura, FL 33180 | Chairman | 2014 to 7/27/2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Steven Schwartz | 16992 Rose Apple Drive<br>Delray Beach, FL 33445 | Manager 1 Global Capital | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Eric Alexander | 1200 West Ave<br>Apt 1205<br>Miami Beach, FL 33139 | Chief Financial Officer | 10/17/2016 to 08/04/2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Richard Samuels | 22672 Pickerel Circle<br>Boca Raton, FL 33428 | Director of Finance & Accounting | 06/12/2017 to 05/23/2018 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Lyn Sohun | 16059 Tuscany Estates Drive<br>Delray Beach, FL 33446 | Chief Compliance Officer | 07/19/2016 to 12/07/2017 |

Debtor    **1 Global Capital LLC**                                    Case number *(if known)*  **18-19121-RBR**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Michael Ginsberg | 15480 SW 80th Avenue<br>Miami, FL 33157 | Chief Accounting Officer | 06/25/2018 to 7/27/2018 |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | See Attached Exhibit | 169,936.88 | Various | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| Ruderman Family Trust | EIN:    47-6285013 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **August 28, 2018**

**/s/ Bradley D. Sharp**                                    **Bradley D. Sharp**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

■ Yes

**1 Global Capital LLC**
**SOFA 3 - Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's Name | Address | Dates | Total amount | Reason for Payment or Transfer |
|---|---|---|---|---|
| AA Broadcast, Inc. | | 04/03/18 | $    6,690.00 | Puerto Rico |
| AA Broadcast, Inc. | | 05/08/18 | 8,362.50 | Puerto Rico |
| | | | 15,052.50 | |
| AAI Global | | 04/09/18 | 124,589.27 | Finders Fee |
| AAI Global | | 05/09/18 | 220,184.83 | Finders Fee |
| AAI Global | | 06/08/18 | 173,576.33 | Finders Fee |
| AAI Global | | 07/10/18 | 131,419.50 | Finders Fee |
| | | | 649,769.93 | |
| ACHWorks | | 04/16/18 | 8,033.54 | ACH Processing Fees |
| ACHWorks | | 05/15/18 | 7,006.46 | ACH Processing Fees |
| ACHWorks | | 06/15/18 | 6,240.10 | ACH Processing Fees |
| ACHWorks | | 07/16/18 | 4,654.34 | ACH Processing Fees |
| | | | 25,934.44 | |
| Alvaro Tico Martinez | | 04/09/18 | 6,900.00 | Finders Fee |
| Alvaro Tico Martinez | | 05/09/18 | 6,000.00 | Finders Fee |
| Alvaro Tico Martinez | | 06/08/18 | 675.00 | Finders Fee |
| Alvaro Tico Martinez | | 07/10/18 | 75.00 | Finders Fee |
| | | | 13,650.00 | |
| American Express | | 04/17/18 | 10,487.62 | Payroll Advances |
| | | | 10,487.62 | |
| American Public Life Insurance Company | | 04/02/18 | 2,281.19 | Health Insurance |
| American Public Life Insurance Company | | 04/17/18 | 1,464.25 | Health Insurance |
| American Public Life Insurance Company | | 05/01/18 | 3,267.08 | Health Insurance |
| American Public Life Insurance Company | | 06/04/18 | 3,533.83 | Health Insurance |
| | | | 10,546.35 | |
| Andy White | | 04/09/18 | 31,237.29 | Finders Fee |
| Andy White | | 05/09/18 | 14,062.50 | Finders Fee |
| Andy White | | 06/08/18 | 10,745.75 | Finders Fee |
| | | | 56,045.54 | |
| Anthony Pellegrino | | 04/09/18 | 50,758.60 | Finders Fee |
| Anthony Pellegrino | | 04/10/18 | 1,500.00 | Finders Fee |
| Anthony Pellegrino | | 05/09/18 | 81,623.91 | Finders Fee |
| Anthony Pellegrino | | 06/08/18 | 109,777.93 | Finders Fee |
| Anthony Pellegrino | | 07/10/18 | 68,844.52 | Finders Fee |
| | | | 312,504.96 | |
| Arena Management Co, LLC | | 06/29/18 | 75,000.00 | Deferred Debt Issuance Costs |
| | | | 75,000.00 | |
| Argo Pro - Management Liability | | 07/27/18 | 135,000.00 | Insurance |
| | | | 135,000.00 | |
| Ascensus Trust Retirement | | 04/06/18 | 6,668.98 | 401(k) Liability/Employer Match |
| Ascensus Trust Retirement | | 04/24/18 | 13,546.59 | 401(k) Liability/Employer Match |
| Ascensus Trust Retirement | | 05/08/18 | 6,535.29 | 401(k) Liability/Employer Match |
| Ascensus Trust Retirement | | 05/22/18 | 10,239.42 | 401(k) Liability/Employer Match |
| Ascensus Trust Retirement | | 06/08/18 | 4,999.40 | 401(k) Liability/Employer Match |
| Ascensus Trust Retirement | | 06/22/18 | 8,743.73 | 401(k) Liability/Employer Match |
| Ascensus Trust Retirement | | 06/29/18 | 5,115.98 | 401(k) Liability/Employer Match |
| | | | 55,849.39 | |
| Auto Dealer Consulting LLC | | 06/26/18 | 8,260.00 | Consulting Fees |
| | | | 8,260.00 | |
| Aventura Turnberry Jewish Center | | 04/25/18 | 25,000.00 | Prepaid Expenses |
| | | | 25,000.00 | |
| Awaken Holdings LLC | | 04/09/18 | 562.50 | Finders Fee |
| Awaken Holdings LLC | | 05/10/18 | 3,977.63 | Finders Fee |
| Awaken Holdings LLC | | 06/08/18 | 1,585.00 | Finders Fee |
| Awaken Holdings LLC | | 07/10/18 | 6,117.00 | Finders Fee |
| | | | 12,242.13 | |
| BCM Benefits INC | | 04/09/18 | 600.00 | Finders Fee |
| BCM Benefits INC | | 05/10/18 | 6,900.00 | Finders Fee |
| BCM Benefits INC | | 07/10/18 | 585.00 | Finders Fee |
| | | | 8,085.00 | |

**1 Global Capital LLC**
**SOFA 3 - Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's Name | Address | Dates | Total amount | Reason for Payment or Transfer |
|---|---|---|---|---|
| BCM One | | 04/25/18 | 7,421.37 | Computer and Internet Expenses |
| BCM One | | 05/16/18 | 14,954.06 | Computer and Internet Expenses |
| | | | 22,375.43 | |
| | | | | |
| Belger Investment Group | | 04/09/18 | 23,648.77 | Finders Fee |
| Belger Investment Group | | 05/09/18 | 12,137.84 | Finders Fee |
| Belger Investment Group | | 06/08/18 | 14,096.16 | Finders Fee |
| Belger Investment Group | | 07/10/18 | 4,035.50 | Finders Fee |
| | | | 53,918.27 | |
| | | | | |
| Berger Singerman | | 05/11/18 | 34,414.97 | Legal Fees |
| Berger Singerman | | 06/15/18 | 31,416.82 | Legal Fees |
| Berger Singerman | | 07/10/18 | 17,149.56 | Legal Fees |
| Berger Singerman | | 07/16/18 | 8,312.35 | Legal Fees |
| Berger Singerman | | 07/20/18 | 53,131.60 | Legal Fees |
| Berger Singerman | | 07/20/18 | 25,000.00 | Security Deposit - Retainers |
| | | | 169,425.30 | |
| | | | | |
| Brett Johnson | | 04/09/18 | 750.00 | Finders Fee |
| Brett Johnson | | 05/09/18 | 2,500.00 | Finders Fee |
| Brett Johnson | | 07/10/18 | 3,179.90 | Finders Fee |
| | | | 6,429.90 | |
| | | | | |
| Bridge Bank | | 04/19/18 | 12,500.00 | Deferred Debt Issuance Costs |
| Bridge Bank | | 04/23/18 | 19.18 | Bank Service Charges |
| Bridge Bank | | 05/07/18 | 14.00 | Bank Service Charges |
| Bridge Bank | | 06/12/18 | 14.00 | Bank Service Charges |
| Bridge Bank | | 06/15/18 | 100.00 | Bank Service Charges |
| Bridge Bank | | 07/12/18 | 14.00 | Bank Service Charges |
| Bridge Bank | | 07/13/18 | 14.00 | Bank Service Charges |
| | | | 12,675.18 | |
| | | | | |
| Brilliant Financial Staffing | | 04/10/18 | 1,383.30 | Temporary Labor |
| Brilliant Financial Staffing | | 04/18/18 | 5,454.90 | Temporary Labor |
| Brilliant Financial Staffing | | 04/25/18 | 1,670.40 | Temporary Labor |
| Brilliant Financial Staffing | | 05/08/18 | 1,392.00 | Temporary Labor |
| Brilliant Financial Staffing | | 05/16/18 | 2,784.00 | Temporary Labor |
| Brilliant Financial Staffing | | 05/30/18 | 1,392.00 | Temporary Labor |
| Brilliant Financial Staffing | | 06/06/18 | 1,392.00 | Temporary Labor |
| | | | 15,468.60 | |
| | | | | |
| Caplan, Caplan & Caplan Process Servers | | 04/10/18 | 8,579.00 | Filing Fees |
| Caplan, Caplan & Caplan Process Servers | | 06/06/18 | 6,680.00 | Filing Fees |
| Caplan, Caplan & Caplan Process Servers | | 07/16/18 | 1,865.00 | Filing Fees |
| | | | 17,124.00 | |
| | | | | |
| Carter Wilcoxson | | 04/09/18 | 8,430.76 | Finders Fee |
| Carter Wilcoxson | | 05/09/18 | 3,893.75 | Finders Fee |
| Carter Wilcoxson | | 06/08/18 | 7,042.59 | Finders Fee |
| Carter Wilcoxson | | 07/10/18 | 7,586.03 | Finders Fee |
| | | | 26,953.13 | |
| | | | | |
| Century Technologies | | 05/10/18 | 4,927.62 | Leasehold Improvements |
| Century Technologies | | 06/06/18 | 5,877.81 | Leasehold Improvements |
| | | | 10,805.43 | |
| | | | | |
| Chase Credit Services | | 04/17/18 | 19,714.20 | Payroll Advances |
| | | | 19,714.20 | |
| | | | | |
| Chris A. Dantin | | 04/09/18 | 9,513.15 | Finders Fee |
| Chris A. Dantin | | 04/10/18 | 1,875.00 | Finders Fee |
| Chris A. Dantin | | 05/09/18 | 14,762.50 | Finders Fee |
| Chris A. Dantin | | 06/08/18 | 5,101.00 | Finders Fee |
| Chris A. Dantin | | 07/10/18 | 7,110.00 | Finders Fee |
| | | | 38,361.65 | |
| | | | | |
| Christopher D Dantin | | 04/09/18 | 188,592.64 | Finders Fee |
| Christopher D Dantin | | 05/09/18 | 75,239.83 | Finders Fee |
| Christopher D Dantin | | 06/08/18 | 66,943.85 | Finders Fee |
| Christopher D Dantin | | 07/10/18 | 70,826.25 | Finders Fee |
| | | | 401,602.57 | |

**1 Global Capital LLC**
**SOFA 3 - Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's Name | Address | Dates | Total amount | Reason for Payment or Transfer |
|---|---|---|---|---|
| Cody C. Hill | | 04/09/18 | 7,939.22 | Finders Fee |
| Cody C. Hill | | 05/09/18 | 9,178.31 | Finders Fee |
| | | | 17,117.53 | |
| Cohen Tauber Spievack & Wagner PC | | 06/06/18 | 24,613.21 | Legal Fees |
| | | | 24,613.21 | |
| Coverall North America INC | | 04/18/18 | 2,601.24 | Facility Expense - Cleaning |
| Coverall North America INC | | 05/16/18 | 2,641.36 | Facility Expense - Cleaning |
| Coverall North America INC | | 06/07/18 | 2,601.24 | Facility Expense - Cleaning |
| Coverall North America INC | | 06/26/18 | 265.10 | Facility Expense - Cleaning |
| Coverall North America INC | | 07/16/18 | 2,601.24 | Facility Expense - Cleaning |
| Coverall North America INC | | 07/25/18 | 270.40 | Facility Expense - Cleaning |
| | | | 10,980.58 | |
| Curtis May | | 04/09/18 | 3,000.00 | Finders Fee |
| Curtis May | | 05/09/18 | 4,630.00 | Finders Fee |
| Curtis May | | 06/08/18 | 1,375.00 | Finders Fee |
| Curtis May | | 07/10/18 | 500.00 | Finders Fee |
| | | | 9,505.00 | |
| Dale Ledbetter (for checks) | | 04/13/18 | 193,769.04 | Finders Fee |
| Dale Ledbetter (for checks) | | 05/11/18 | 170,116.50 | Finders Fee |
| Dale Ledbetter (for checks) | | 06/12/18 | 195,605.49 | Finders Fee |
| Dale Ledbetter (for checks) | | 07/18/18 | 151,372.46 | Finders Fee |
| | | | 710,863.49 | |
| Dale Tenhulzen | | 04/09/18 | 38,974.90 | Finders Fee |
| Dale Tenhulzen | | 05/09/18 | 8,525.00 | Finders Fee |
| Dale Tenhulzen | | 06/08/18 | 9,005.00 | Finders Fee |
| Dale Tenhulzen | | 06/12/18 | 3,000.00 | Finders Fee |
| Dale Tenhulzen | | 07/10/18 | 12,340.25 | Finders Fee |
| | | | 71,845.15 | |
| David Nicholas | | 05/09/18 | 1,875.00 | Finders Fee |
| David Nicholas | | 06/08/18 | 7,914.19 | Finders Fee |
| David Nicholas | | 07/10/18 | 11,492.37 | Finders Fee |
| | | | 21,281.56 | |
| Denton Wealth Strategies | | 04/09/18 | 4,379.30 | Finders Fee |
| Denton Wealth Strategies | | 05/10/18 | 3,592.96 | Finders Fee |
| Denton Wealth Strategies | | 06/08/18 | 2,107.70 | Finders Fee |
| Denton Wealth Strategies | | 07/10/18 | 8,165.00 | Finders Fee |
| | | | 18,244.96 | |
| Direct Office Solutions | | 05/08/18 | 6,294.80 | Furniture and Equipment |
| Direct Office Solutions | | 06/15/18 | 784.40 | Furniture and Equipment |
| Direct Office Solutions | | 06/18/18 | 2,057.41 | Furniture and Equipment |
| Direct Office Solutions | | 07/16/18 | 8,253.51 | Furniture and Equipment |
| | | | 17,390.12 | |
| EDU Financial Strategies LLC | | 04/09/18 | 26,248.00 | Finders Fee |
| EDU Financial Strategies LLC | | 05/09/18 | 57,995.50 | Finders Fee |
| EDU Financial Strategies LLC | | 06/08/18 | 37,740.50 | Finders Fee |
| EDU Financial Strategies LLC | | 07/10/18 | 68,191.80 | Finders Fee |
| | | | 190,175.80 | |
| Enablement Data LLC | | 05/09/18 | 29,550.00 | Advertising and Promotion |
| Enablement Data LLC | | 07/05/18 | 39,600.00 | Advertising and Promotion |
| | | | 69,150.00 | |
| Evan Ruderman | | 05/16/18 | 9,024.31 | Rent/Expense Reimbursement |
| Evan Ruderman | | 05/22/18 | 1,954.69 | Expense Reimbursemeent |
| Evan Ruderman | | 06/06/18 | 3,261.13 | Expense Reimbursemeent |
| Evan Ruderman | | 07/25/18 | 6,000.00 | Expense Reimbursemeent |
| | | | 20,240.13 | |
| Evangelos Beis | | 04/19/18 | 18,827.15 | Loan Receivable-CR |
| | | | 18,827.15 | |

**1 Global Capital LLC**

**SOFA 3 - Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's Name | Address | Dates | Total amount | Reason for Payment or Transfer |
|---|---|---|---|---|
| Experian | | 05/16/18 | 29,400.00 | Credit Reports (Prepaid Expense) |
| Experian | | 05/16/18 | 14,769.98 | IT Expense |
| Experian | | 06/07/18 | 10,158.06 | IT Expense |
| Experian | | 07/25/18 | 14,137.36 | IT Expense |
| | | | 68,465.40 | |
| Federal Express (5553-8804-7) | | 04/18/18 | 2,448.32 | Postage and Delivery |
| Federal Express (5553-8804-7) | | 06/15/18 | 5,073.68 | Postage and Delivery |
| Federal Express (5553-8804-7) | | 06/25/18 | 1,482.63 | Postage and Delivery |
| | | | 9,004.63 | |
| Ferne Kornfeld and Barry Kornfeld | | 04/09/18 | 10,991.66 | Finders Fee |
| Ferne Kornfeld and Barry Kornfeld | | 05/09/18 | 3,097.50 | Finders Fee |
| Ferne Kornfeld and Barry Kornfeld | | 06/08/18 | 16,318.20 | Finders Fee |
| Ferne Kornfeld and Barry Kornfeld | | 07/10/18 | 11,361.57 | Finders Fee |
| | | | 41,768.93 | |
| Finesse Capital Corporation | | 04/09/18 | 9,500.00 | Salaries & Wages |
| | | | 9,500.00 | |
| First Corporate Solutions | | 04/10/18 | 1,231.75 | Filing Fees |
| First Corporate Solutions | | 05/08/18 | 1,488.25 | Filing Fees |
| First Corporate Solutions | | 06/18/18 | 5,982.50 | Filing Fees |
| | | | 8,702.50 | |
| First PREMIER Bank | | 04/09/18 | 15.01 | Bank Service Charges |
| First PREMIER Bank | | 04/20/18 | 5,040.00 | Bank Service Charges |
| First PREMIER Bank | | 05/21/18 | 5,040.00 | Bank Service Charges |
| First PREMIER Bank | | 06/20/18 | 5,059.00 | Bank Service Charges |
| | | | 15,154.01 | |
| Flexible Business Systems, Inc. | | 04/03/18 | 60,618.38 | Computer and Internet Expenses |
| Flexible Business Systems, Inc. | | 04/10/18 | 2,261.58 | Computer and Internet Expenses |
| Flexible Business Systems, Inc. | | 04/18/18 | 7,141.33 | Computer and Internet Expenses |
| Flexible Business Systems, Inc. | | 05/16/18 | 35,570.16 | Computer and Internet Expenses |
| Flexible Business Systems, Inc. | | 05/22/18 | 1,369.30 | Computer and Internet Expenses |
| Flexible Business Systems, Inc. | | 05/30/18 | 8,348.59 | Computer and Internet Expenses |
| Flexible Business Systems, Inc. | | 05/31/18 | 20,824.99 | Computer and Internet Expenses |
| Flexible Business Systems, Inc. | | 06/15/18 | 37,605.44 | Computer and Internet Expenses |
| Flexible Business Systems, Inc. | | 07/05/18 | 151.86 | Computer and Internet Expenses |
| Flexible Business Systems, Inc. | | 07/25/18 | 6,069.41 | IT Technical Support |
| | | | 179,961.04 | |
| Florida Blue | | 04/02/18 | 72,253.64 | Health Insurance |
| Florida Blue | | 05/01/18 | 76,726.89 | Health Insurance |
| Florida Blue | | 06/04/18 | 72,161.15 | Health Insurance |
| Florida Blue | | 07/03/18 | 74,948.94 | Health Insurance |
| Florida Blue | | 07/27/18 | 2,749.16 | Health Insurance |
| Florida Blue | | 07/27/18 | 78,548.92 | Prepaid Expenses |
| | | | 377,388.70 | |
| FPL FiberNet | | 06/07/18 | 6,566.68 | Computer and Internet Expenses |
| FPL FiberNet | | 06/26/18 | 684.40 | Computer and Internet Expenses |
| | | | 7,251.08 | |
| George Gille - Pinnacle Plus | | 04/09/18 | 8,379.50 | Finders Fee |
| George Gille - Pinnacle Plus | | 05/09/18 | 6,839.50 | Finders Fee |
| George Gille - Pinnacle Plus | | 06/08/18 | 5,262.25 | Finders Fee |
| George Gille - Pinnacle Plus | | 07/10/18 | 5,928.77 | Finders Fee |
| | | | 26,410.02 | |
| Global Title Alliance, LLC | | 04/16/18 | 118,000.00 | Security Deposit/Prepaid Rent |
| Global Title Alliance, LLC | | 04/19/18 | 6,300.00 | Security Deposit - Leased Prop |
| | | | 124,300.00 | |
| Green Growth & Travelism Institute | | 04/25/18 | 5,000.00 | Donations |
| Green Growth & Travelism Institute | | 05/31/18 | 5,000.00 | Donations |
| Green Growth & Travelism Institute | | 07/17/18 | 5,000.00 | Donations |
| | | | 15,000.00 | |
| Greenberg Traurig | | 07/06/18 | 150,000.00 | Retainer |
| Greenberg Traurig | | 07/25/18 | 850,000.00 | Retainer |
| | | | 1,000,000.00 | |

**1 Global Capital LLC**
**SOFA 3 - Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's Name | Address | Dates | Total amount | Reason for Payment or Transfer |
|---|---|---|---|---|
| GreenEarth.travel SPRL | | 04/25/18 | 5,000.00 | Donations |
| GreenEarth.travel SPRL | | 05/31/18 | 5,000.00 | Donations |
| GreenEarth.travel SPRL | | 07/17/18 | 5,000.00 | Donations |
| | | | 15,000.00 | |
| Gregory S. Langsett | | 04/09/18 | 2,223.96 | Finders Fee |
| Gregory S. Langsett | | 05/10/18 | 6,130.75 | Finders Fee |
| Gregory S. Langsett | | 06/11/18 | 6,894.74 | Finders Fee |
| Gregory S. Langsett | | 07/13/18 | 2,873.84 | Finders Fee |
| | | | 18,123.29 | |
| Grosvenor Square Limited | | 05/01/18 | 20,000.00 | Prepaid Expenses |
| | | | 20,000.00 | |
| Guardian | | 04/02/18 | 8,654.52 | Dental/Life/Vision/Disabil. Insurance |
| Guardian | | 05/01/18 | 8,787.47 | Dental/Life/Vision/Disabil. Insurance |
| Guardian | | 06/04/18 | 8,705.89 | Dental/Life/Vision/Disabil. Insurance |
| Guardian | | 07/27/18 | 9,586.75 | Dental/Life/Vision/Disabil. Insurance |
| | | | 35,734.63 | |
| Harry Rosenfeld | | 06/18/18 | 9,990.00 | Consulting Fees |
| Harry Rosenfeld | | 06/29/18 | 7,400.00 | Consulting Fees |
| Harry Rosenfeld | | 07/02/18 | 7,400.00 | Consulting Fees |
| Harry Rosenfeld | | 07/10/18 | 5,550.00 | Consulting Fees |
| Harry Rosenfeld | | 07/16/18 | 7,400.00 | Consulting Fees |
| Harry Rosenfeld | | 07/24/18 | 7,400.00 | Consulting Fees |
| | | | 45,140.00 | |
| Hatch, James & Dodge | | 06/15/18 | 10,000.00 | Legal Fees |
| | | | 10,000.00 | |
| Heitner Legal, P.L.L.C. | | 07/20/18 | 10,000.00 | Security Deposit - Retainers |
| | | | 10,000.00 | |
| Houston Harrison | | 04/09/18 | 13,151.10 | Finders Fee |
| Houston Harrison | | 06/08/18 | 4,715.00 | Finders Fee |
| Houston Harrison | | 07/10/18 | 15,755.25 | Finders Fee |
| | | | 33,621.35 | |
| Hudson Cook, LLP | | 05/08/18 | 3,960.00 | Legal Fees |
| Hudson Cook, LLP | | 05/22/18 | 5,936.00 | Legal Fees |
| | | | 9,896.00 | |
| Informatica LLC | | 04/18/18 | 45,000.00 | Prepaid Expenses |
| | | | 45,000.00 | |
| Irving And Ashland LLC | | 07/17/18 | 41,654.79 | Interest Due Flat Rate Lender |
| Irving And Ashland LLC | | 07/20/18 | 3,471.24 | Interest Due Flat Rate Lender |
| | | | 45,126.03 | |
| James S. Cassel | | 07/27/17 | 20,000.00 | Retainer |
| | | | 20,000.00 | |
| Jayson Glick | | 03/30/18 | 1,460.84 | Salaries & Wages |
| Jayson Glick | | 04/03/18 | 1,525.46 | Expense Reimbursement |
| Jayson Glick | | 04/18/18 | 3,344.24 | Expense Reimbursement |
| Jayson Glick | | 05/01/18 | 1,632.18 | Expense Reimbursement |
| Jayson Glick | | 06/26/18 | 3,758.44 | Expense Reimbursement |
| Jayson Glick | | 07/16/18 | 4,517.04 | Expense Reimbursement |
| | | | 16,238.20 | |
| Jeffry Tupper - Pinnacle Plus Private Pla | | 04/09/18 | 8,183.00 | Finders Fee |
| Jeffry Tupper - Pinnacle Plus Private Pla | | 05/09/18 | 7,393.50 | Finders Fee |
| Jeffry Tupper - Pinnacle Plus Private Pla | | 06/08/18 | 4,647.00 | Finders Fee |
| Jeffry Tupper - Pinnacle Plus Private Pla | | 07/10/18 | 2,551.97 | Finders Fee |
| | | | 22,775.47 | |
| Jim Heafner | | 04/09/18 | 5,746.36 | Finders Fee |
| Jim Heafner | | 05/09/18 | 2,768.41 | Finders Fee |
| Jim Heafner | | 06/08/18 | 17,291.32 | Finders Fee |
| Jim Heafner | | 07/10/18 | 8,296.48 | Finders Fee |
| | | | 34,102.57 | |

**1 Global Capital LLC**
**SOFA 3 - Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's Name | Address | Dates | Total amount | Reason for Payment or Transfer |
|---|---|---|---|---|
| John Fisher | | 04/09/18 | 4,468.82 | Finders Fee |
| John Fisher | | 05/09/18 | 7,916.89 | Finders Fee |
| John Fisher | | 06/08/18 | 10,726.27 | Finders Fee |
| John Fisher | | 07/10/18 | 19,788.35 | Finders Fee |
| | | | 42,900.33 | |
| John Voytko | | 04/03/18 | 3,960.00 | IT Technical Support |
| John Voytko | | 04/10/18 | 11,740.31 | Expense Reimbursemeent |
| John Voytko | | 04/25/18 | 11,376.65 | IT Expense |
| John Voytko | | 05/08/18 | 992.30 | Travel Expense |
| John Voytko | | 05/16/18 | 13,222.08 | IT Technical Support |
| John Voytko | | 05/22/18 | 4,918.14 | IT Technical Support |
| John Voytko | | 06/06/18 | 4,442.79 | IT Technical Support |
| John Voytko | | 06/07/18 | 3,870.00 | IT Technical Support |
| John Voytko | | 06/15/18 | 5,893.76 | IT Technical Support |
| John Voytko | | 06/26/18 | 10,281.28 | IT Technical Support |
| John Voytko | | 07/11/18 | 11,998.12 | IT Expense |
| John Voytko | | 07/25/18 | 8,713.52 | IT Technical Support |
| | | | 91,408.95 | |
| Jonathan Lee- L & F Incorporated | | 04/09/18 | 5,625.00 | Finders Fee |
| Jonathan Lee- L & F Incorporated | | 05/09/18 | 15,750.00 | Finders Fee |
| Jonathan Lee- L & F Incorporated | | 06/08/18 | 9,034.99 | Finders Fee |
| Jonathan Lee- L & F Incorporated | | 07/10/18 | 6,819.93 | Finders Fee |
| | | | 37,229.92 | |
| Joseph Donti | | 04/09/18 | 187.00 | Finders Fee |
| Joseph Donti | | 05/09/18 | 6,925.88 | Finders Fee |
| Joseph Donti | | 06/08/18 | 18,333.06 | Finders Fee |
| Joseph Donti | | 07/10/18 | 13,915.12 | Finders Fee |
| | | | 39,361.06 | |
| KAG Recruiting, LLC | | 07/16/18 | 15,000.00 | Recruiting-IT |
| | | | 15,000.00 | |
| Kane Kessler, PC | | 04/25/18 | 35,288.91 | Litigation Expenses |
| Kane Kessler, PC | | 05/08/18 | 2,218.40 | Legal Fees |
| Kane Kessler, PC | | 07/16/18 | 4,223.08 | Legal Fees |
| | | | 41,730.39 | |
| Kenneth Riewerts - Pinnacle Plus | | 04/09/18 | 2,890.92 | Finders Fee |
| Kenneth Riewerts - Pinnacle Plus | | 05/09/18 | 7,994.64 | Finders Fee |
| Kenneth Riewerts - Pinnacle Plus | | 06/08/18 | 2,615.13 | Finders Fee |
| | | | 13,500.69 | |
| Kevin Kane | | 05/18/18 | 3,616.89 | Expense Reimbursemeent |
| Kevin Kane | | 06/18/18 | 10,000.00 | Employee Relocation |
| Kevin Kane | | 07/03/18 | 5,880.54 | Expense Reimbursemeent |
| Kevin Kane | | 07/11/18 | 20,000.00 | Prepaid Sales Commissions |
| | | | 39,497.43 | |
| Kopelowitz Ostrow P.A. | | 04/10/18 | 17,000.00 | Legal Fees |
| Kopelowitz Ostrow P.A. | | 05/10/18 | 17,000.00 | Legal Fees |
| Kopelowitz Ostrow P.A. | | 06/04/18 | 17,000.00 | Legal Fees |
| Kopelowitz Ostrow P.A. | | 07/17/18 | 17,000.00 | Legal Fees |
| | | | 68,000.00 | |
| Linda Ruderman | | 04/19/18 | 35,000.00 | Payroll Advances |
| | | | 35,000.00 | |
| Lisa Camacho | | 06/08/18 | 7,067.66 | Finders Fee |
| Lisa Camacho | | 07/10/18 | 1,509.75 | Finders Fee |
| | | | 8,577.41 | |
| Mackie Financial Group LLC | | 05/10/18 | 6,301.05 | Finders Fee |
| Mackie Financial Group LLC | | 06/08/18 | 1,195.50 | Finders Fee |
| Mackie Financial Group LLC | | 07/10/18 | 1,845.00 | Finders Fee |
| | | | 9,341.55 | |
| Mad 4 Marketing | | 04/03/18 | 8,291.99 | Advertising and Promotion |
| | | | 8,291.99 | |

**1 Global Capital LLC**
**SOFA 3 - Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's Name | Address | Dates | Total amount | Reason for Payment or Transfer |
|---|---|---|---|---|
| Matthew Walker Financial Services | | 04/09/18 | 35,162.73 | Finders Fee |
| Matthew Walker Financial Services | | 05/09/18 | 29,493.23 | Finders Fee |
| Matthew Walker Financial Services | | 05/10/18 | 825.00 | Finders Fee |
| Matthew Walker Financial Services | | 06/08/18 | 45,026.06 | Finders Fee |
| Matthew Walker Financial Services | | 07/10/18 | 14,217.92 | Finders Fee |
| | | | 124,724.94 | |
| | | | | |
| Meridian Services LLC | | 04/06/18 | 5,000.00 | Coop Advertising - ISO Support |
| Meridian Services LLC | | 04/11/18 | 10,000.00 | Coop Advertising - ISO Support |
| Meridian Services LLC | | 04/19/18 | 10,000.00 | Coop Advertising - ISO Support |
| Meridian Services LLC | | 04/24/18 | 10,000.00 | Coop Advertising - ISO Support |
| Meridian Services LLC | | 05/11/18 | 5,000.00 | Coop Advertising - ISO Support |
| Meridian Services LLC | | 05/16/18 | 15,000.00 | Coop Advertising - ISO Support |
| Meridian Services LLC | | 06/06/18 | 5,000.00 | Coop Advertising - ISO Support |
| Meridian Services LLC | | 06/15/18 | 10,000.00 | Coop Advertising - ISO Support |
| Meridian Services LLC | | 06/20/18 | 15,000.00 | Coop Advertising - ISO Support |
| Meridian Services LLC | | 06/26/18 | 5,000.00 | Coop Advertising - ISO Support |
| Meridian Services LLC | | 07/03/18 | 10,000.00 | Coop Advertising - ISO Support |
| Meridian Services LLC | | 07/12/18 | 5,000.00 | Coop Advertising - ISO Support |
| Meridian Services LLC | | 07/16/18 | 10,000.00 | Coop Advertising - ISO Support |
| Meridian Services LLC | | 07/25/18 | 5,000.00 | Coop Advertising - ISO Support |
| | | | 120,000.00 | |
| | | | | |
| Michael Fahey- L & F Incorporated | | 04/09/18 | 4,015.13 | Finders Fee |
| Michael Fahey- L & F Incorporated | | 05/09/18 | 5,250.00 | Finders Fee |
| Michael Fahey- L & F Incorporated | | 06/08/18 | 3,011.66 | Finders Fee |
| Michael Fahey- L & F Incorporated | | 07/10/18 | 2,685.81 | Finders Fee |
| | | | 14,962.60 | |
| | | | | |
| Michael Pellegrino | | 04/09/18 | 69,791.50 | Finders Fee |
| Michael Pellegrino | | 05/09/18 | 58,434.31 | Finders Fee |
| Michael Pellegrino | | 06/08/18 | 100,017.54 | Finders Fee |
| Michael Pellegrino | | 07/10/18 | 87,835.66 | Finders Fee |
| | | | 316,079.01 | |
| | | | | |
| Michelle McElhannon | | 04/10/18 | 2,400.00 | Temporary Labor |
| Michelle McElhannon | | 05/10/18 | 4,000.00 | Temporary Labor |
| Michelle McElhannon | | 06/07/18 | 4,000.00 | Temporary Labor |
| Michelle McElhannon | | 07/11/18 | 4,000.00 | Temporary Labor |
| | | | 14,400.00 | |
| | | | | |
| Mike Tracy | | 04/09/18 | 7,898.94 | Finders Fee |
| Mike Tracy | | 05/10/18 | 10,395.00 | Finders Fee |
| | | | 18,293.94 | |
| | | | | |
| Mitchell Retirement Group LLC | | 04/09/18 | 5,069.99 | Finders Fee |
| Mitchell Retirement Group LLC | | 05/09/18 | 2,906.17 | Finders Fee |
| Mitchell Retirement Group LLC | | 06/08/18 | 39,285.25 | Finders Fee |
| Mitchell Retirement Group LLC | | 07/10/18 | 10,976.63 | Finders Fee |
| | | | 58,238.04 | |
| | | | | |
| MJDJR Properties LLC | | 06/08/18 | 7,500.00 | Finders Fee |
| | | | 7,500.00 | |
| | | | | |
| Murray Family Associates | | 04/02/18 | 30,008.81 | Office Rent |
| Murray Family Associates | | 05/01/18 | 30,008.81 | Office Rent |
| Murray Family Associates | | 06/04/18 | 30,008.81 | Office Rent |
| Murray Family Associates | | 07/16/18 | 30,008.81 | Office Rent |
| | | | 120,035.24 | |
| | | | | |
| NV Partners, LLC | | 04/09/18 | 2,925.00 | Finders Fee |
| NV Partners, LLC | | 07/10/18 | 4,675.00 | Finders Fee |
| | | | 7,600.00 | |
| | | | | |
| P&R Marketing | | 04/09/18 | 225.00 | Finders Fee |
| P&R Marketing | | 05/10/18 | 2,452.58 | Finders Fee |
| P&R Marketing | | 06/12/18 | 3,648.99 | Finders Fee |
| P&R Marketing | | 07/10/18 | 9,101.02 | Finders Fee |
| | | | 15,427.59 | |

**1 Global Capital LLC**
**SOFA 3 - Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's Name | Address | Dates | Total amount | Reason for Payment or Transfer |
|---|---|---|---|---|
| Park & Lim | | 04/03/18 | 29,802.55 | Filing Fees |
| Park & Lim | | 07/16/18 | 8,431.14 | Filing Fees |
| | | | 38,233.69 | |
| | | | | |
| Paychex | | 04/04/18 | 175.00 | Payroll Processing Expenses |
| Paychex | | 04/13/18 | 1,599.83 | Payroll Processing Expenses |
| Paychex | | 04/20/18 | 175.00 | Payroll Processing Expenses |
| Paychex | | 05/11/18 | 2,184.79 | Payroll Processing Expenses |
| Paychex | | 05/20/18 | 175.00 | Payroll Processing Expenses |
| Paychex | | 06/15/18 | 1,905.13 | Payroll Processing Expenses |
| Paychex | | 06/19/18 | 175.00 | Payroll Processing Expenses |
| Paychex | | 07/13/18 | 1,522.97 | Payroll Processing Expenses |
| | | | 7,912.72 | |
| | | | | |
| Paypal, Inc. | | 04/18/18 | 12.00 | Filing Fees |
| Paypal, Inc. | | 04/18/18 | 7,341.50 | Payroll Advances |
| | | | 7,353.50 | |
| | | | | |
| Phoenix Management Services | | 06/29/18 | 25,000.00 | Consulting Fees |
| Phoenix Management Services | | 07/18/18 | 25,000.00 | Consulting Fees |
| | | | 50,000.00 | |
| | | | | |
| ProdSpace.com LLC | | 04/03/18 | 4,335.00 | Software in Process-Salesforce |
| ProdSpace.com LLC | | 04/18/18 | 10,455.00 | Software in Process-Salesforce |
| ProdSpace.com LLC | | 05/08/18 | 15,746.25 | Software in Process-Salesforce |
| ProdSpace.com LLC | | 05/22/18 | 22,754.47 | Software in Process-Salesforce |
| ProdSpace.com LLC | | 06/07/18 | 20,697.50 | Software in Process-Salesforce |
| ProdSpace.com LLC | | 06/20/18 | 23,561.99 | Software in Process-Salesforce |
| | | | 97,550.21 | |
| | | | | |
| Provest LLC | | 04/10/18 | 980.00 | Filing Fees |
| Provest LLC | | 04/18/18 | 2,100.00 | Filing Fees |
| Provest LLC | | 05/08/18 | 16,285.20 | Filing Fees |
| Provest LLC | | 05/16/18 | 1,906.20 | Filing Fees |
| Provest LLC | | 05/22/18 | 6,584.00 | Filing Fees |
| Provest LLC | | 05/30/18 | 11,978.90 | Filing Fees |
| Provest LLC | | 06/06/18 | 6,165.60 | Filing Fees |
| Provest LLC | | 06/18/18 | 498.20 | Filing Fees |
| Provest LLC | | 06/27/18 | 17,734.00 | Filing Fees |
| Provest LLC | | 06/29/18 | 3,092.40 | Filing Fees |
| Provest LLC | | 07/16/18 | 11,892.60 | Filing Fees |
| | | | 79,217.10 | |
| | | | | |
| Revolution Technologies, LLC | | 05/08/18 | 26,000.00 | Recruiting-IT |
| Revolution Technologies, LLC | | 05/16/18 | 6,352.50 | Recruiting-IT |
| Revolution Technologies, LLC | | 05/22/18 | 2,849.00 | Recruiting-IT |
| Revolution Technologies, LLC | | 05/29/18 | 6,179.25 | Recruiting-IT |
| Revolution Technologies, LLC | | 06/07/18 | 3,234.00 | Recruiting-IT |
| Revolution Technologies, LLC | | 06/15/18 | 2,156.00 | Recruiting-IT |
| Revolution Technologies, LLC | | 07/16/18 | 3,234.00 | Recruiting-IT |
| | | | 50,004.75 | |
| | | | | |
| Richard Ehrlich | | 04/09/18 | 675.00 | Finders Fee |
| Richard Ehrlich | | 05/10/18 | 1,755.22 | Finders Fee |
| Richard Ehrlich | | 07/10/18 | 4,050.00 | Finders Fee |
| | | | 6,480.22 | |
| | | | | |
| Richard Miller | | 06/08/18 | 3,850.65 | Finders Fee |
| Richard Miller | | 07/10/18 | 5,962.50 | Finders Fee |
| | | | 9,813.15 | |
| | | | | |
| Robert Napolitano | | 04/03/18 | 911.23 | Expense Reimburseement |
| Robert Napolitano | | 04/18/18 | 358.20 | Expense Reimburseement |
| Robert Napolitano | | 05/29/18 | 1,056.81 | Expense Reimburseement |
| Robert Napolitano | | 07/16/18 | 1,149.00 | Expense Reimbursement |
| Robert Napolitano | | 07/24/18 | 6,329.00 | Expense Reimburseement |
| | | | 9,804.24 | |

**1 Global Capital LLC**
**SOFA 3 - Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's Name | Address | Dates | Total amount | Reason for Payment or Transfer |
|---|---|---|---|---|
| Robert T. Seth | | 04/09/18 | 3,700.00 | Finders Fee |
| Robert T. Seth | | 05/10/18 | 12,977.50 | Finders Fee |
| Robert T. Seth | | 06/08/18 | 20,205.00 | Finders Fee |
| Robert T. Seth | | 06/12/18 | 1,125.00 | Finders Fee |
| Robert T. Seth | | 07/10/18 | 7,447.50 | Finders Fee |
| | | | 45,455.00 | |
| | | | | |
| Ronald Scherer | | 04/09/18 | 7,837.71 | Finders Fee |
| Ronald Scherer | | 05/10/18 | 7,268.85 | Finders Fee |
| Ronald Scherer | | 06/08/18 | 1,152.50 | Finders Fee |
| Ronald Scherer | | 07/10/18 | 2,500.00 | Finders Fee |
| | | | 18,759.06 | |
| | | | | |
| Ross Powell | | 04/09/18 | 6,125.00 | Finders Fee |
| Ross Powell | | 06/08/18 | 8,300.00 | Finders Fee |
| Ross Powell | | 07/10/18 | 6,000.00 | Finders Fee |
| | | | 20,425.00 | |
| | | | | |
| RSN Consultants Inc | | 03/30/18 | 2,083.33 | Salaries & Wages |
| RSN Consultants Inc | | 04/12/18 | 2,083.33 | Salaries & Wages |
| RSN Consultants Inc | | 04/30/18 | 2,083.33 | Salaries & Wages |
| RSN Consultants Inc | | 05/14/18 | 11,561.83 | Salaries & Wages/Commissions |
| RSN Consultants Inc | | 06/14/18 | 23,807.00 | Salaries & Wages/Commissions |
| RSN Consultants Inc | | 06/29/18 | 2,083.33 | Salaries & Wages |
| RSN Consultants Inc | | 07/13/18 | 27,083.33 | Salaries & Wages/Commissions |
| | | | 70,785.48 | |
| | | | | |
| S.S. Holdings (Investor) | | 05/02/18 | 6,555.26 | Interest Due Flat Rate Lender |
| S.S. Holdings (Investor) | | 07/06/18 | 6,628.10 | Interest Due Flat Rate Lender |
| | | | 13,183.36 | |
| | | | | |
| Sallah Astarita & Cox, LLC | | 07/27/18 | 25,000.00 | Legal Fees |
| | | | 25,000.00 | |
| | | | | |
| Samuel J. Rabin Jr., P.A. | | 07/25/18 | 7,500.00 | Legal Fees |
| | | | 7,500.00 | |
| | | | | |
| Samuel S. Buono | | 04/03/18 | 3,150.00 | IT Technical Support |
| Samuel S. Buono | | 05/01/18 | 8,640.00 | IT Technical Support |
| Samuel S. Buono | | 06/07/18 | 9,450.00 | IT Technical Support |
| Samuel S. Buono | | 06/12/18 | 10,170.00 | IT Expense |
| | | | 31,410.00 | |
| | | | | |
| Saoud Retirement LLC | | 04/10/18 | 2,812.50 | Finders Fee |
| Saoud Retirement LLC | | 05/09/18 | 3,937.50 | Finders Fee |
| Saoud Retirement LLC | | 06/08/18 | 2,812.50 | Finders Fee |
| Saoud Retirement LLC | | 07/10/18 | 1,874.96 | Finders Fee |
| | | | 11,437.46 | |
| | | | | |
| SBS Now Inc | | 04/23/18 | 8,000.00 | Prepaid Expenses |
| SBS Now Inc | | 05/22/18 | 8,000.00 | Prepaid Expenses |
| SBS Now Inc | | 06/19/18 | 8,000.00 | Prepaid Expenses |
| SBS Now Inc | | 07/19/18 | 8,000.00 | Prepaid Expenses |
| | | | 32,000.00 | |

**1 Global Capital LLC**
**SOFA 3 - Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's Name | Address | Dates | Total amount | Reason for Payment or Transfer |
|---|---|---|---|---|
| Scott Merkelson | | 04/25/18 | 2,466.44 | Expense Reimbursemeent |
| Scott Merkelson | | 05/08/18 | 4,675.24 | Meals and Entertainment |
| Scott Merkelson | | 05/10/18 | 1,038.54 | Expense Reimbursement |
| Scott Merkelson | | 06/06/18 | 2,910.76 | Expense Reimbursement |
| Scott Merkelson | | 06/15/18 | 1,916.05 | Expense Reimbursement |
| Scott Merkelson | | 06/26/18 | 1,828.01 | Expense Reimbursement |
| Scott Merkelson | | 07/16/18 | 1,667.38 | Expense Reimbursement |
| Scott Merkelson | | 07/24/18 | 3,001.86 | Expense Reimbursemeent |
| | | | 19,504.28 | |
| | | | | |
| Secure Money Advisors LLC | | 04/09/18 | 8,459.97 | Finders Fee |
| Secure Money Advisors LLC | | 05/09/18 | 5,918.50 | Finders Fee |
| Secure Money Advisors LLC | | 06/08/18 | 3,636.50 | Finders Fee |
| Secure Money Advisors LLC | | 07/10/18 | 1,297.88 | Finders Fee |
| | | | 19,312.85 | |
| | | | | |
| Sherman & Howard L.L.C. | | 04/03/18 | 10,000.00 | Security Deposit - Retainers |
| Sherman & Howard L.L.C. | | 05/08/18 | 35,670.90 | Legal Fees |
| Sherman & Howard L.L.C. | | 06/26/18 | 11,286.00 | Legal Fees |
| | | | 56,956.90 | |
| | | | | |
| Small Business Expo | | 04/20/18 | 36,766.96 | Prepaid Expenses |
| | | | 36,766.96 | |
| | | | | |
| SNI Companies | | 04/03/18 | 1,215.60 | Temporary Labor |
| SNI Companies | | 05/08/18 | 607.80 | Temporary Labor |
| SNI Companies | | 05/16/18 | 2,338.40 | Temporary Labor |
| SNI Companies | | 05/30/18 | 1,169.20 | Temporary Labor |
| SNI Companies | | 06/06/18 | 5,611.45 | Temporary Labor |
| SNI Companies | | 06/20/18 | 2,338.40 | Salaries & Wages |
| | | | 13,280.85 | |
| | | | | |
| Software Solutions Consulting Inc. | | 04/03/18 | 22,000.00 | Website Upgrade |
| Software Solutions Consulting Inc. | | 05/18/18 | 11,000.00 | Website Upgrade |
| Software Solutions Consulting Inc. | | 06/07/18 | 11,000.00 | Prepaid Expenses |
| | | | 44,000.00 | |
| | | | | |
| Steve Bernardone | | 05/30/18 | 25,000.00 | Payroll Advances |
| Steve Bernardone | | 07/03/18 | 15,000.00 | Payroll Advances |
| | | | 40,000.00 | |
| | | | | |
| Stuart A. Smith | | 06/26/18 | 6,815.00 | Legal Fees |
| | | | 6,815.00 | |
| | | | | |
| Synergy Capital | | 04/20/18 | 40,000.00 | ISO Volume Incentives Comm |
| | | | 40,000.00 | |
| | | | | |
| SysArc Infomatix Pvt Ltd | | 04/03/18 | 6,600.00 | IT Technical Support |
| SysArc Infomatix Pvt Ltd | | 04/25/18 | 6,600.00 | IT Technical Support |
| SysArc Infomatix Pvt Ltd | | 05/01/18 | 6,600.00 | IT Technical Support |
| SysArc Infomatix Pvt Ltd | | 05/08/18 | 6,000.00 | IT Technical Support |
| SysArc Infomatix Pvt Ltd | | 05/16/18 | 2,600.00 | IT Technical Support |
| SysArc Infomatix Pvt Ltd | | 05/29/18 | 6,600.00 | IT Technical Support |
| SysArc Infomatix Pvt Ltd | | 05/30/18 | 64,100.00 | FP Software Dev-Thru May 18/Prepayment |
| SysArc Infomatix Pvt Ltd | | 06/07/18 | 4,680.00 | IT Technical Support |
| SysArc Infomatix Pvt Ltd | | 06/15/18 | 9,800.00 | IT Technical Support |
| SysArc Infomatix Pvt Ltd | | 07/16/18 | 4,000.00 | IT Technical Support |
| | | | 117,580.00 | |
| | | | | |
| The Ivy Consulting Group LLC | | 07/16/18 | 635.40 | Expense Reimbursemeent |
| The Ivy Consulting Group LLC | | 07/20/18 | 10,000.00 | Consulting Fees |
| The Ivy Consulting Group LLC | | 07/25/18 | 10,000.00 | Consulting Fees |
| | | | 20,635.40 | |
| | | | | |
| Thomas B Pearsey | | 04/09/18 | 6,316.86 | Finders Fee |
| Thomas B Pearsey | | 05/10/18 | 2,166.67 | Finders Fee |
| Thomas B Pearsey | | 06/08/18 | 2,035.97 | Finders Fee |
| Thomas B Pearsey | | 07/10/18 | 2,027.16 | Finders Fee |
| | | | 12,546.66 | |
| | | | | |
| Thomas S Sims | | 06/08/18 | 6,243.13 | Finders Fee |
| | | | 6,243.13 | |

**1 Global Capital LLC**
**SOFA 3 - Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's Name | Address | Dates | Total amount | Reason for Payment or Transfer |
|---|---|---|---|---|
| Thomson Reuters | | 04/04/18 | 9,666.30 | IT Expense |
| Thomson Reuters | | 05/16/18 | 10,296.30 | IT Expense |
| Thomson Reuters | | 06/07/18 | 630.00 | IT Expense |
| Thomson Reuters | | 06/15/18 | 10,296.30 | IT Expense |
| Thomson Reuters | | 07/01/18 | 9,666.30 | IT Expense |
| | | | 40,555.20 | |
| | | | | |
| Travis Horn- Pinnacle Plus Private Placem | | 04/09/18 | 427.50 | Finders Fee |
| Travis Horn- Pinnacle Plus Private Placem | | 05/10/18 | 3,600.00 | Finders Fee |
| Travis Horn- Pinnacle Plus Private Placem | | 06/08/18 | 8,326.55 | Finders Fee |
| | | | 12,354.05 | |
| | | | | |
| Trigg Financial Group, PLLC | | 05/10/18 | 2,400.00 | Finders Fee |
| Trigg Financial Group, PLLC | | 06/08/18 | 1,500.00 | Finders Fee |
| Trigg Financial Group, PLLC | | 07/10/18 | 4,177.50 | Finders Fee |
| | | | 8,077.50 | |
| | | | | |
| Triumph Professional Staffing | | 04/03/18 | 11,400.00 | Recruiting-Syn Ptnr Relations |
| Triumph Professional Staffing | | 04/10/18 | 6,973.20 | Recruiting-Syn Ptnr Relations |
| Triumph Professional Staffing | | 04/18/18 | 1,236.40 | Recruiting-Syn Ptnr Relations |
| Triumph Professional Staffing | | 05/08/18 | 42,744.00 | Recruiting-Syn Ptnr Relations |
| Triumph Professional Staffing | | 05/16/18 | 9,372.00 | Recruiting-Syn Ptnr Relations |
| Triumph Professional Staffing | | 05/29/18 | 18,744.00 | Recruiting-Syn Ptnr Relations |
| Triumph Professional Staffing | | 06/05/18 | 34,557.98 | Recruiting-Syn Ptnr Relations |
| Triumph Professional Staffing | | 06/07/18 | 8,397.60 | Recruiting-Syn Ptnr Relations |
| Triumph Professional Staffing | | 06/15/18 | 14,622.00 | Recruiting-Syn Ptnr Relations |
| Triumph Professional Staffing | | 06/20/18 | 1,122.00 | Recruiting-Syn Ptnr Relations |
| Triumph Professional Staffing | | 06/26/18 | 27,372.00 | Recruiting-Syn Ptnr Relations |
| Triumph Professional Staffing | | 07/05/18 | 11,622.00 | Recruiting-Syn Ptnr Relations |
| Triumph Professional Staffing | | 07/16/18 | 6,750.00 | Recruiting-Syn Ptnr Relations |
| Triumph Professional Staffing | | 07/25/18 | 8,734.88 | Recruiting-Syn Ptnr Relations |
| | | | 203,648.06 | |
| | | | | |
| Uno Radio Group | | 04/10/18 | 4,100.00 | Puerto Rico |
| Uno Radio Group | | 05/08/18 | 4,100.00 | Puerto Rico |
| | | | 8,200.00 | |
| | | | | |
| Vertigo Media Group | | 04/25/18 | 5,619.85 | Advertising and Promotion |
| Vertigo Media Group | | 05/01/18 | 2,400.00 | Advertising and Promotion |
| Vertigo Media Group | | 05/08/18 | 4,800.00 | Advertising and Promotion |
| Vertigo Media Group | | 06/06/18 | 4,800.00 | Advertising and Promotion |
| Vertigo Media Group | | 06/07/18 | 1,018.00 | Advertising and Promotion |
| Vertigo Media Group | | 06/15/18 | 392.00 | Advertising and Promotion |
| | | | 19,029.85 | |
| | | | | |
| VR Holdings {Investor} | | 05/02/18 | 4,010.96 | Interest Due Flat Rate Lender |
| VR Holdings {Investor} | | 06/15/18 | 2,038.36 | Interest Due Flat Rate Lender |
| VR Holdings {Investor} | | 07/06/18 | 1,972.60 | Interest Due Flat Rate Lender |
| | | | 8,021.92 | |
| | | | | |
| Wendel Retirement Planning | | 05/10/18 | 23,797.78 | Finders Fee |
| Wendel Retirement Planning | | 06/08/18 | 15,049.00 | Finders Fee |
| Wendel Retirement Planning | | 07/12/18 | 13,459.63 | Finders Fee |
| | | | 52,306.41 | |
| | | | | |
| Wieniewitz National Distribution Services | | 04/09/18 | 279,886.28 | Finders Fee |
| Wieniewitz National Distribution Services | | 05/10/18 | 197,927.35 | Finders Fee |
| Wieniewitz National Distribution Services | | 06/08/18 | 260,072.93 | Finders Fee |
| Wieniewitz National Distribution Services | | 07/10/18 | 194,690.64 | Finders Fee |
| | | | 932,577.20 | |
| | | | | |
| William Saoud | | 04/09/18 | 9,169.10 | Finders Fee |
| William Saoud | | 05/09/18 | 9,763.15 | Finders Fee |
| William Saoud | | 06/08/18 | 13,232.93 | Finders Fee |
| William Saoud | | 07/10/18 | 13,843.96 | Finders Fee |
| | | | 46,009.14 | |
| | | | | |
| XL Specialty Insurance Co - Professional | | 07/27/18 | 150,000.00 | Insurance |
| | | | 150,000.00 | |

**1 Global Capital LLC**
**SOFA 3 - Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's Name | Address | Dates | Total amount | Reason for Payment or Transfer |
|---|---|---|---|---|
| Your Long-Term Care Insurance Agency | | 05/10/18 | 225.00 | Finders Fee |
| Your Long-Term Care Insurance Agency | | 06/08/18 | 1,125.00 | Finders Fee |
| Your Long-Term Care Insurance Agency | | 07/10/18 | 9,000.00 | Finders Fee |
| | | | 10,350.00 | |
| **Grand Total** | | | **9,496,377.43** | |

**1 Global Capital LLC**
**SOFA 4 - Payments to or on behalf of insiders in the year prior to the petition date**

| Insider | Date | Amount | Reason for Transfer | Note |
|---|---|---|---|---|
| Actum Processing, LLC | 08/30/17 | $ 10,000.00 | ACH Processing Fee | [1] |
| | | 10,000.00 | | |
| American Express | 8/9/17 - 6/30/18 | 10,708.03 | various | [7] |
| | | 10,708.03 | | |
| American Public Life Insurance Company | 03/29/18 | 111.15 | Gap insurance | [2] |
| American Public Life Insurance Company | 04/02/18 | 37.05 | Gap insurance | [2] |
| American Public Life Insurance Company | 05/31/18 | 37.05 | Gap insurance | [2] |
| American Public Life Insurance Company | 06/01/18 | 37.05 | Gap insurance | [2] |
| American Public Life Insurance Company | 03/29/18 | 370.95 | Gap insurance | [1] |
| American Public Life Insurance Company | 04/02/18 | 148.20 | Gap insurance | [1] |
| American Public Life Insurance Company | 05/31/18 | 111.15 | Gap insurance | [1] |
| American Public Life Insurance Company | 06/01/18 | 185.25 | Gap insurance | [1] |
| | | 1,037.85 | | |
| ASSISTANT VIP LTD | 09/15/17 | 30,484.00 | CR expense | [3] |
| | | 30,484.00 | | |
| AT&T | 11/10/17 | 826.79 | iPads purchase | [1] |
| AT&T | 11/11/17 | 105.98 | wireless services | [1] |
| | | 932.77 | | |
| Blake Ruderman | 07/28/17 | 1,384.62 | Salary | |
| Blake Ruderman | 08/11/17 | 1,384.62 | Salary | |
| Blake Ruderman | 08/25/17 | 1,384.62 | Salary | |
| Blake Ruderman | 09/08/17 | 1,384.62 | Salary | |
| Blake Ruderman | 09/22/17 | 1,384.62 | Salary | |
| Blake Ruderman | 10/06/17 | 1,384.62 | Salary | |
| Blake Ruderman | 10/20/17 | 1,384.62 | Salary | |
| Blake Ruderman | 11/03/17 | 1,384.62 | Salary | |
| Blake Ruderman | 11/17/17 | 1,384.62 | Salary | |
| Blake Ruderman | 12/01/17 | 1,384.62 | Salary | |
| Blake Ruderman | 12/15/17 | 1,384.62 | Salary | |
| Blake Ruderman | 12/29/17 | 1,384.62 | Salary | |
| Blake Ruderman | 01/12/18 | 2,192.31 | Salary | |
| Blake Ruderman | 01/31/18 | 1,500.00 | Salary | |
| Blake Ruderman | 02/15/18 | 1,500.00 | Salary | |
| Blake Ruderman | 02/28/18 | 1,500.00 | Salary | |
| Blake Ruderman | 03/15/18 | 1,500.00 | Salary | |
| Blake Ruderman | 03/30/18 | 1,500.00 | Salary | |
| Blake Ruderman | 04/13/18 | 1,500.00 | Salary | |
| Blake Ruderman | 04/30/18 | 1,500.00 | Salary | |
| Blake Ruderman | 05/15/18 | 1,500.00 | Salary | |
| Blake Ruderman | 05/31/18 | 1,500.00 | Salary | |
| Blake Ruderman | 06/15/18 | 1,500.00 | Salary | |
| Blake Ruderman | 06/29/18 | 1,500.00 | Salary | |
| Blake Ruderman | 07/13/18 | 1,500.00 | Salary | |
| Blake Ruderman | 08/10/17 | 636.99 | Interest | |
| Blake Ruderman | 09/05/17 | 636.99 | Interest | |
| Blake Ruderman | 10/10/17 | 616.44 | Interest | |
| Blake Ruderman | 11/03/17 | 636.99 | Interest | |
| Blake Ruderman | 12/05/17 | 616.44 | Interest | |
| Blake Ruderman | 01/02/18 | 636.99 | Interest | |

**1 Global Capital LLC**
**SOFA 4 - Payments to or on behalf of insiders in the year prior to the petition date**

| Insider | Date | Amount | Reason for Transfer | Note |
|---|---|---|---|---|
| Blake Ruderman | 02/06/18 | 636.99 | Interest | |
| Blake Ruderman | 03/22/18 | 575.34 | Interest | |
| Blake Ruderman | 05/02/18 | 1,253.43 | Interest | |
| Blake Ruderman | 06/15/18 | 636.99 | Interest | |
| Blake Ruderman | 07/06/18 | 616.44 | Interest | |
| | | 44,307.78 | | |
| Bright Smile, LLC | 08/03/17 | 50,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 08/15/17 | 15,917.08 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 08/24/17 | 50,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 10/20/17 | 56,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 10/31/17 | 42,500.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 11/15/17 | 50,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 11/29/17 | 50,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 12/04/17 | 100,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 12/07/17 | 100,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 12/21/17 | 100,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 12/29/17 | 100,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 01/04/18 | 100,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 01/16/18 | 100,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 01/22/18 | 100,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 01/23/18 | 200,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 01/26/18 | 160,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 01/30/18 | 130,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 02/05/18 | 200,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 02/07/18 | 135,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 02/08/18 | 306,264.78 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 02/09/18 | 20,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 02/13/18 | 343,402.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 02/20/18 | 245,668.15 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 02/20/18 | 91,664.60 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 02/23/18 | 431,790.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 02/27/18 | 322,515.35 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 03/02/18 | 281,506.40 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 03/06/18 | 285,014.65 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 03/09/18 | 360,851.70 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 03/14/18 | 427,886.70 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 03/20/18 | 272,502.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 03/22/18 | 300,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 03/26/18 | 393,650.85 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 03/28/18 | 314,556.60 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 03/28/18 | 30,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 04/02/18 | 466,838.50 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 04/05/18 | 327,972.50 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 04/10/18 | 335,790.20 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 04/10/18 | 3,000,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 04/16/18 | 200,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 04/18/18 | 300,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 04/20/18 | 100,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 04/23/18 | 500,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 04/26/18 | 100,000.00 | IC Electronic Funds Transfer | |

**1 Global Capital LLC**
**SOFA 4 - Payments to or on behalf of insiders in the year prior to the petition date**

| Insider | Date | Amount | Reason for Transfer | Note |
|---|---|---|---|---|
| Bright Smile, LLC | 04/27/18 | 250,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 05/01/18 | 300,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 05/03/18 | 340,728.32 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 05/07/18 | 285,974.34 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 05/11/18 | 200,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 05/15/18 | 100,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 05/16/18 | 461,233.30 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 05/22/18 | 395,494.37 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 05/25/18 | 388,160.91 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 05/31/18 | 363,632.77 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 05/31/18 | 35.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 06/06/18 | 390,963.03 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 06/12/18 | 8,550.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 06/12/18 | 100,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 06/14/18 | 505.80 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 06/22/18 | 250,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 06/26/18 | 100,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 07/05/18 | 100,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 07/11/18 | 100,000.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 07/11/18 | 220.00 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 07/18/18 | 45.43 | IC Electronic Funds Transfer | |
| Bright Smile, LLC | 07/20/18 | 16,000.00 | IC Electronic Funds Transfer | |
| | | 15,748,835.33 | | |
| Bright Smile customer refund - (3 NSF for) Avis Santana Acct # BS180115030 | 03/21/18 | 105.00 | Customer Refund | [1] |
| Bright Smile customer refund - Aderonke Shenbanjo Acct # BS180309020 | 03/21/18 | 505.44 | Customer Refund | [1] |
| Bright Smile customer refund - Intercompany- BS180213013 patient refund Gracie Miller | 04/26/18 | 660.20 | Customer Refund | [1] |
| Bright Smile customer refund - Provider Jade Holdings Recalled finance amount instead of | 04/02/18 | 499.90 | Customer Refund | [1] |
| Bright Smile customer refund - Refund customer Barbara Alvarez Acct # BS180222015 | 05/03/18 | 202.85 | Customer Refund | [1] |
| Bright Smile customer refund - Refund customer Bayardo Mendez  Acct # BS180226011 | 03/29/18 | 93.03 | Customer Refund | [1] |
| Bright Smile customer refund - Refund customer Janice Coleman  Acct # BS180123016 | 03/23/18 | 305.05 | Customer Refund | [1] |
| Bright Smile customer refund - Refund customer Jennifer Lovell Acct # BS 180316001 | 03/29/18 | 280.00 | Customer Refund | [1] |
| Bright Smile customer refund - Refund customer Kerrian Gooden Acct # BS180115007 | 04/04/18 | 560.00 | Customer Refund | [1] |
| Bright Smile customer refund - Refund customer Ninochtka Carasquillo  Acct # BS180223004 | 05/04/18 | 1,010.88 | Customer Refund | [1] |
| Bright Smile customer refund - Refund customer Tiffiney Campbell Acct # BS180228008 | 04/02/18 | 380.20 | Customer Refund | [1] |
| Bright Smile customer refund - Refund customer Trisha Turcotte Acct # BS180301023 | 05/03/18 | 305.05 | Customer Refund | [1] |
| Bright Smile customer refund - Refund customer Yoan Chavez Acct # BS180301017 | 04/02/18 | 285.01 | Customer Refund | [1] |

**1 Global Capital LLC**
**SOFA 4 - Payments to or on behalf of insiders in the year prior to the petition date**

| Insider | Date | Amount | Reason for Transfer | Note |
|---|---|---|---|---|
| Bright Smile customer refund - Refund customer Yulissa Trejo  Acct # BS 180228031 | 03/27/18 | 179.80 | Customer Refund | [1] |
| Bright Smile customer refund - Refund Provider Recalled Patient  John Wilson did Procedure | 04/02/18 | 3,000.00 | Customer Refund | [1] |
| Carl Ruderman | 07/28/17 | 9,230.77 | Salary | |
| Carl Ruderman | 08/11/17 | 9,230.77 | Salary | |
| Carl Ruderman | 08/25/17 | 9,230.77 | Salary | |
| Carl Ruderman | 09/08/17 | 9,230.77 | Salary | |
| Carl Ruderman | 09/22/17 | 9,230.77 | Salary | |
| Carl Ruderman | 10/06/17 | 9,230.77 | Salary | |
| Carl Ruderman | 10/20/17 | 9,230.77 | Salary | |
| Carl Ruderman | 11/03/17 | 9,230.77 | Salary | |
| Carl Ruderman | 11/17/17 | 9,230.77 | Salary | |
| Carl Ruderman | 12/01/17 | 9,230.77 | Salary | |
| Carl Ruderman | 12/15/17 | 9,230.77 | Salary | |
| Carl Ruderman | 12/29/17 | 9,230.77 | Salary | |
| Carl Ruderman | 01/12/18 | 14,615.38 | Salary | |
| Carl Ruderman | 01/31/18 | 10,000.00 | Salary | |
| Carl Ruderman | 02/15/18 | 10,000.00 | Salary | |
| Carl Ruderman | 02/28/18 | 10,000.00 | Salary | |
| Carl Ruderman | 03/15/18 | 10,000.00 | Salary | |
| Carl Ruderman | 03/30/18 | 10,000.00 | Salary | |
| Carl Ruderman | 04/13/18 | 10,000.00 | Salary | |
| Carl Ruderman | 04/30/18 | 10,000.00 | Salary | |
| Carl Ruderman | 05/15/18 | 10,000.00 | Salary | |
| Carl Ruderman | 05/31/18 | 10,000.00 | Salary | |
| Carl Ruderman | 06/15/18 | 10,000.00 | Salary | |
| Carl Ruderman | 06/29/18 | 10,000.00 | Salary | |
| Carl Ruderman | 07/13/18 | 10,000.00 | Salary | |
| | | 245,384.62 | | |
| Chef Livio | 07/31/17 | 5,515.20 | CR expense | [3] |
| | | 5,515.20 | | |
| Christina Theodorou | 07/31/17 | 2,843.39 | CR expense | [3] |
| | | 2,843.39 | | |
| Digi South LLC | 10/05/17 | 10,000.00 | IC Electronic Funds Transfer | |
| Digi South LLC | 11/14/17 | 10,000.00 | IC Electronic Funds Transfer | |
| Digi South LLC | 11/29/17 | 10,000.00 | IC Electronic Funds Transfer | |
| Digi South LLC | 12/13/17 | 10,000.00 | IC Electronic Funds Transfer | |
| Digi South LLC | 01/22/18 | 10,000.00 | IC Electronic Funds Transfer | |
| Digi South LLC | 02/15/18 | 30,000.00 | IC Electronic Funds Transfer | |
| Digi South LLC | 04/17/18 | 10,000.00 | IC Electronic Funds Transfer | |
| | | 90,000.00 | | |
| Direct Office Solutions | 05/02/18 | 10,530.10 | Furniture purchase | [1] |
| Direct Office Solutions | 05/08/18 | 8,935.45 | Furniture purchase | [1] |
| | | 19,465.55 | | |
| DiscountMugs.com | 08/09/17 | 132.92 | Office expense | [1] |
| | | 132.92 | | |
| Eluminate Marketing | 08/28/17 | 1,250.00 | Marketing services | [4] |

**1 Global Capital LLC**
**SOFA 4 - Payments to or on behalf of insiders in the year prior to the petition date**

| Insider | Date | Amount | Reason for Transfer | Note |
|---|---|---|---|---|
| Eluminate Marketing | 09/08/17 | 1,250.00 | Marketing services | [4] |
| Eluminate Marketing | 10/16/17 | 1,250.00 | Marketing services | [4] |
| Eluminate Marketing | 12/07/17 | 2,500.00 | Marketing services | [4] |
| Eluminate Marketing | 01/23/18 | 1,250.00 | Marketing services | [4] |
| | | 7,500.00 | | |
| EPROMOS PROMOTIONAL PRODU | 06/19/18 | 482.79 | Bright Smile notepads | [1] |
| | | 482.79 | | |
| Evan Ruderman | 07/28/17 | 2,000.00 | Salary | |
| Evan Ruderman | 08/11/17 | 2,000.00 | Salary | |
| Evan Ruderman | 08/25/17 | 2,000.00 | Salary | |
| Evan Ruderman | 09/08/17 | 2,000.00 | Salary | |
| Evan Ruderman | 09/22/17 | 2,000.00 | Salary | |
| Evan Ruderman | 10/06/17 | 923.08 | Salary | |
| Evan Ruderman | 10/20/17 | 8,678.88 | Commission | |
| Evan Ruderman | 10/20/17 | 923.08 | Salary | |
| Evan Ruderman | 11/03/17 | 923.08 | Salary | |
| Evan Ruderman | 11/17/17 | 923.08 | Salary | |
| Evan Ruderman | 12/01/17 | 923.08 | Salary | |
| Evan Ruderman | 12/15/17 | 923.08 | Salary | |
| Evan Ruderman | 12/29/17 | 923.08 | Salary | |
| Evan Ruderman | 12/29/18 | 500.00 | Bonus | |
| Evan Ruderman | 01/12/18 | 1,461.54 | Salary | |
| Evan Ruderman | 01/31/18 | 1,000.00 | Salary | |
| Evan Ruderman | 02/15/18 | 1,000.00 | Salary | |
| Evan Ruderman | 02/28/18 | 1,000.00 | Salary | |
| Evan Ruderman | 03/15/18 | 1,000.00 | Salary | |
| Evan Ruderman | 03/30/18 | 1,000.00 | Salary | |
| Evan Ruderman | 04/13/18 | 1,000.00 | Salary | |
| Evan Ruderman | 04/30/18 | 1,000.00 | Salary | |
| Evan Ruderman | 05/15/18 | 4,000.00 | Salary | |
| Evan Ruderman | 05/31/18 | 4,000.00 | Salary | |
| Evan Ruderman | 06/15/18 | 4,415.84 | Salary | |
| Evan Ruderman | 06/29/18 | 4,000.00 | Salary | |
| Evan Ruderman | 07/13/18 | 4,000.00 | Salary | |
| Evan Ruderman | 05/16/18 | 9,024.31 | Rent & employee expenses | |
| Evan Ruderman | 05/22/18 | 1,954.69 | Employee expenses | |
| Evan Ruderman | 06/06/18 | 3,261.13 | Employee expenses | |
| Evan Ruderman | 07/25/18 | 6,000.00 | Rent & employee expenses | |
| | | 74,757.95 | | |
| Evangelos Beis | 04/19/18 | 18,827.15 | CR expense | [3] |
| | | 18,827.15 | | |
| Florida Blue | 08/01/17 | 658.64 | Insurance | [2] |
| Florida Blue | 09/01/17 | 658.64 | Insurance | [2] |
| Florida Blue | 10/01/17 | 658.64 | Insurance | [2] |
| Florida Blue | 11/01/17 | 658.64 | Insurance | [2] |
| Florida Blue | 12/01/17 | 627.66 | Insurance | [2] |
| Florida Blue | 01/01/18 | 627.66 | Insurance | [2] |
| Florida Blue | 02/01/18 | 627.66 | Insurance | [2] |
| Florida Blue | 03/01/18 | 627.66 | Insurance | [2] |

**1 Global Capital LLC**
**SOFA 4 - Payments to or on behalf of insiders in the year prior to the petition date**

| Insider | Date | Amount | Reason for Transfer | Note |
|---|---|---|---|---|
| Florida Blue | 04/02/18 | 627.66 | Insurance | [2] |
| Florida Blue | 05/01/18 | 627.66 | Insurance | [2] |
| Florida Blue | 06/01/18 | 627.66 | Insurance | [2] |
| Florida Blue | 07/01/18 | 627.66 | Insurance | [2] |
| Florida Blue | 08/01/17 | 1,317.28 | Insurance | [1] |
| Florida Blue | 09/01/17 | 1,317.28 | Insurance | [1] |
| Florida Blue | 10/01/17 | 1,317.28 | Insurance | [1] |
| Florida Blue | 11/01/17 | 1,317.28 | Insurance | [1] |
| Florida Blue | 01/01/18 | 1,677.75 | Insurance | [1] |
| Florida Blue | 02/01/18 | 3,294.86 | Insurance | [1] |
| Florida Blue | 03/01/18 | 3,294.86 | Insurance | [1] |
| Florida Blue | 04/02/18 | 3,294.86 | Insurance | [1] |
| Florida Blue | 05/01/18 | 5,443.84 | Insurance | [1] |
| Florida Blue | 06/01/18 | 5,263.01 | Insurance | [1] |
| Florida Blue | 07/01/18 | 7,565.32 | Insurance | [1] |
| Florida Blue | 08/01/17 | 1,317.28 | Insurance | [5] |
| Florida Blue | 09/01/17 | 1,317.28 | Insurance | [5] |
| Florida Blue | 10/01/17 | 1,317.28 | Insurance | [5] |
| Florida Blue | 11/01/17 | 1,317.28 | Insurance | [5] |
| Florida Blue | 12/01/17 | 1,493.82 | Insurance | [5] |
| Florida Blue | 01/01/18 | 1,493.82 | Insurance | [5] |
| Florida Blue | 02/01/18 | 1,493.82 | Insurance | [5] |
| Florida Blue | 03/01/18 | 1,493.82 | Insurance | [5] |
| Florida Blue | 04/02/18 | 1,493.82 | Insurance | [5] |
| Florida Blue | 05/01/18 | 1,493.82 | Insurance | [5] |
| Florida Blue | 06/01/18 | 1,493.82 | Insurance | [5] |
| Florida Blue | 08/01/17 | 2,634.56 | Insurance | [4] |
| Florida Blue | 09/01/17 | 3,076.82 | Insurance | [4] |
| Florida Blue | 10/01/17 | 2,418.18 | Insurance | [4] |
| Florida Blue | 11/01/17 | 658.64 | Insurance | [4] |
| Florida Blue | 12/01/17 | 627.66 | Insurance | [4] |
| Florida Blue | 01/01/18 | 627.66 | Insurance | [4] |
| Florida Blue | 02/01/18 | 627.66 | Insurance | [4] |
| | | 69,156.50 | | |
| Florida Department of Revenue | 01/13/18 | 290.96 | | [4] |
| | | 290.96 | | |
| Ganador Enterprises | 08/02/17 | 34,777.06 | IC Electronic Funds Transfer | |
| Ganador Enterprises | 08/08/17 | 3,404.01 | IC Electronic Funds Transfer | |
| Ganador Enterprises | 08/09/17 | 38,476.20 | IC Electronic Funds Transfer | |
| Ganador Enterprises | 08/17/17 | 2,065.62 | IC Electronic Funds Transfer | |
| Ganador Enterprises | 08/23/17 | 33,891.28 | IC Electronic Funds Transfer | |
| Ganador Enterprises | 09/01/17 | 2,809.75 | IC Electronic Funds Transfer | |
| Ganador Enterprises | 09/05/17 | 30,153.62 | IC Electronic Funds Transfer | |
| Ganador Enterprises | 09/13/17 | 162,946.84 | IC Electronic Funds Transfer | |
| Ganador Enterprises | 09/25/17 | 6,061.86 | IC Electronic Funds Transfer | |
| Ganador Enterprises | 09/26/17 | 5,853.95 | IC Electronic Funds Transfer | |
| Ganador Enterprises | 10/04/17 | 128,404.33 | IC Electronic Funds Transfer | |
| Ganador Enterprises | 10/11/17 | 6,500.00 | IC Electronic Funds Transfer | |
| Ganador Enterprises | 10/18/17 | 30,000.00 | IC Electronic Funds Transfer | |
| Ganador Enterprises | 11/01/17 | 157,500.00 | IC Electronic Funds Transfer | |

**1 Global Capital LLC**
**SOFA 4 - Payments to or on behalf of insiders in the year prior to the petition date**

| Insider | Date | Amount | Reason for Transfer | Note |
|---|---|---|---|---|
| Ganador Enterprises | 11/14/17 | 250,000.00 | IC Electronic Funds Transfer | |
| Ganador Enterprises | 11/17/17 | 10,523.75 | IC Electronic Funds Transfer | |
| Ganador Enterprises | 11/29/17 | 250,000.00 | IC Electronic Funds Transfer | |
| Ganador Enterprises | 12/12/17 | 250,000.00 | IC Electronic Funds Transfer | |
| Ganador Enterprises | 12/19/17 | 150,000.00 | IC Electronic Funds Transfer | |
| | | 1,553,368.27 | | |
| Go Daddy | 06/29/18 | 559.98 | IT | [1] |
| | | 559.98 | | |
| Green Tree Funding | 01/12/18 | 37,327.80 | IC Electronic Funds Transfer | |
| Green Tree Funding LLC | 08/09/17 | 25,000.00 | IC Electronic Funds Transfer | |
| Green Tree Funding LLC | 08/24/17 | 50,000.00 | IC Electronic Funds Transfer | |
| Green Tree Funding LLC | 09/19/17 | 60,000.00 | IC Electronic Funds Transfer | |
| | | 172,327.80 | | |
| Guardian | 08/01/17 | 41.86 | Insurance | [2] |
| Guardian | 09/01/17 | 41.86 | Insurance | [2] |
| Guardian | 10/01/17 | 41.86 | Insurance | [2] |
| Guardian | 11/01/17 | 41.86 | Insurance | [2] |
| Guardian | 12/01/17 | 43.17 | Insurance | [2] |
| Guardian | 01/01/18 | 44.95 | Insurance | [2] |
| Guardian | 02/01/18 | 44.06 | Insurance | [2] |
| Guardian | 03/16/18 | 44.06 | Insurance | [2] |
| Guardian | 04/02/18 | 44.06 | Insurance | [2] |
| Guardian | 05/01/18 | 44.06 | Insurance | [2] |
| Guardian | 06/01/18 | 44.06 | Insurance | [2] |
| Guardian | 08/01/17 | 152.76 | Insurance | [1] |
| Guardian | 09/01/17 | 152.76 | Insurance | [1] |
| Guardian | 10/01/17 | 152.76 | Insurance | [1] |
| Guardian | 11/01/17 | 152.76 | Insurance | [1] |
| Guardian | 12/01/17 | 155.38 | Insurance | [1] |
| Guardian | 02/01/18 | 185.00 | Insurance | [1] |
| Guardian | 03/16/18 | 668.96 | Insurance | [1] |
| Guardian | 04/02/18 | 487.34 | Insurance | [1] |
| Guardian | 05/01/18 | 420.23 | Insurance | [1] |
| Guardian | 06/01/18 | 492.83 | Insurance | [1] |
| Guardian | 08/01/17 | 92.18 | Insurance | [5] |
| Guardian | 09/01/17 | 92.18 | Insurance | [5] |
| Guardian | 10/01/17 | 92.18 | Insurance | [5] |
| Guardian | 11/01/17 | 92.18 | Insurance | [5] |
| Guardian | 12/01/17 | 94.84 | Insurance | [5] |
| Guardian | 01/01/18 | 98.46 | Insurance | [5] |
| Guardian | 02/01/18 | 96.65 | Insurance | [5] |
| Guardian | 03/16/18 | 96.65 | Insurance | [5] |
| Guardian | 04/02/18 | 96.65 | Insurance | [5] |
| Guardian | 05/01/18 | 96.65 | Insurance | [5] |
| Guardian | 06/01/18 | 96.65 | Insurance | [5] |
| Guardian | 08/01/17 | 422.50 | Insurance | [4] |
| Guardian | 10/01/17 | 216.58 | Insurance | [4] |
| Guardian | 11/01/17 | 83.80 | Insurance | [4] |
| Guardian | 12/01/17 | 85.11 | Insurance | [4] |
| Guardian | 01/01/18 | 86.89 | Insurance | [4] |

**1 Global Capital LLC**
**SOFA 4 - Payments to or on behalf of insiders in the year prior to the petition date**

| Insider | Date | Amount | Reason for Transfer | Note |
|---|---|---:|---|---|
| Guardian | 02/01/18 | 86.00 | Insurance | [4] |
| | | 5,522.79 | | |
| Hotels.com | 09/21/17 | 763.68 | Travel & Entertainment | [4] |
| | | 763.68 | | |
| Inna | 07/31/17 | 2,500.22 | CR expense | [3] |
| Infogroup Sales Genie | 08/04/17 | 650.00 | Selling expense | [4] |
| Infogroup Sales Genie | 08/14/17 | 329.00 | Selling expense | [4] |
| Infogroup Sales Genie | 08/29/17 | 650.00 | Selling expense | [4] |
| Infogroup Sales Genie | 09/12/17 | 329.00 | Selling expense | [4] |
| Infogroup Sales Genie | 09/29/17 | 650.00 | Selling expense | [4] |
| Infogroup Sales Genie | 10/18/17 | 361.90 | Selling expense | [4] |
| Infogroup Sales Genie | 10/30/17 | 650.00 | Selling expense | [4] |
| Infogroup Sales Genie | 01/16/18 | 361.90 | Selling expense | [4] |
| Infogroup Sales Genie | 01/16/18 | 650.00 | Selling expense | [4] |
| Infogroup Sales Genie | 01/16/18 | 650.00 | Selling expense | [4] |
| Infogroup Sales Genie | 01/16/18 | 361.90 | Selling expense | [4] |
| Infogroup Sales Genie | 01/16/18 | 549.00 | Selling expense | [4] |
| Infogroup Sales Genie | 02/16/18 | 650.00 | Selling expense | [4] |
| | | 6,842.70 | | |
| Integrated Technology Corporate Solutions | 07/12/18 | 2,250.00 | IT | [1] |
| | | 2,250.00 | | |
| John Snead | 06/14/18 | 4,333.33 | Payroll | [1] |
| John Snead | 06/29/18 | 4,333.33 | Payroll | [1] |
| | | 8,666.66 | | |
| Leslie Management Services LLC | 04/12/18 | 489.62 | Commission | [1] |
| Leslie Management Services LLC | 05/14/18 | 1,081.28 | Commission | [1] |
| Leslie Management Services LLC | 06/15/18 | 1,576.71 | Commission | [1] |
| Leslie Management Services LLC | 07/13/18 | 376.91 | Commission | [1] |
| | | 3,524.52 | | |
| Linda Ruderman | 04/19/18 | 35,000.00 | Payroll advance | |
| Luxhunters Productions, INC | 04/25/18 | 720.00 | 12 Portraits | [1] |
| | | 720.00 | | |
| Mailchimp | 04/27/18 | 210.07 | IT | [4] |
| Mailchimp | 05/20/18 | 349.00 | IT | [4] |
| | | 559.07 | | |
| National Techmark | 09/06/17 | 161,841.86 | IT | [6] |
| National Techmark | 09/20/17 | 157,500.00 | IT | [6] |
| National Techmark | 01/22/18 | 200,000.00 | IT | [6] |
| National Techmark | 05/09/18 | 150,000.00 | IT | [6] |
| National Techmark | 05/16/18 | 150,000.00 | IT | [6] |
| National Techmark | 06/19/18 | 150,000.00 | IT | [6] |
| National Techmark | 06/26/18 | 150,000.00 | IT | [6] |
| National Techmark | 07/05/18 | 150,000.00 | IT | [6] |
| National Techmark | 07/10/18 | 150,000.00 | IT | [6] |
| | | 1,419,341.86 | | |
| Pay Now Direct, LLC | 01/04/18 | 52,118.41 | CR expense | [3] |
| Pay Now Direct, LLC | 03/02/18 | 50,509.96 | CR expense | [3] |

**1 Global Capital LLC**
**SOFA 4 - Payments to or on behalf of insiders in the year prior to the petition date**

| Insider | Date | Amount | Reason for Transfer | Note |
|---|---|---|---|---|
| Pay Now Direct, LLC | 04/05/18 | 95,000.00 | CR expense | [3] |
| Pay Now Direct, LLC | 05/03/18 | 126,000.00 | CR expense | [3] |
| Pay Now Direct, LLC | 06/15/18 | 60,782.00 | CR expense | [3] |
| Pay Now Direct, LLC | 01/04/18 | 81,283.09 | CR annuity payment | |
| Pay Now Direct, LLC | 03/02/18 | 81,283.09 | CR annuity payment | |
| Pay Now Direct, LLC | 04/05/18 | 81,283.09 | CR annuity payment | |
| Pay Now Direct, LLC | 05/03/18 | 81,283.09 | CR annuity payment | |
| Pay Now Direct, LLC | 05/23/18 | 81,283.09 | CR annuity payment | |
| Pay Now Direct, LLC | 06/29/18 | 81,283.09 | CR annuity payment | |
| Pay Now Direct, LLC | 07/26/18 | 81,283.09 | CR annuity payment | |
| Pay Now Direct, LLC | 07/03/18 | 66,718.86 | CR expense | [3] |
| Pay Now Direct, LLC | 07/05/18 | 15,000.00 | CR expense | [3] |
| | | 1,035,110.86 | | |
| Publix | 11/20/17 | 105.95 | Administrative | [1] |
| | | 105.95 | | |
| Richard Samuels | 08/01/17 | 1,937.62 | Insurance & Employee Expenses | |
| Richard Samuels | 06/14/18 | 11,456.31 | Consulting Fees | |
| Richard Samuels | 06/29/18 | 13,895.90 | Consulting Fees | |
| Richard Samuels | 07/11/18 | 12,756.31 | Consulting Fees | |
| Richard Samuels | 12/27/17 | 415.40 | Meals & Entertainment | |
| Richard Samuels | 02/07/18 | 502.45 | Meals & Entertainment | |
| Richard Samuels | 02/28/18 | 2,000.00 | Payroll | |
| Richard Samuels | 04/25/18 | 1,250.01 | Employee Expenses | |
| Richard Samuels | 05/10/18 | 316.45 | Meals & Entertainment | |
| Richard Samuels | 07/20/18 | 6,497.95 | Consulting Fees | |
| Richard Samuels | 07/27/18 | 4,658.36 | | |
| | | 55,686.76 | | |
| Ruderman Family Trust | 08/01/17 | 81,283.09 | CR annuity payment | |
| Ruderman Family Trust | 08/18/17 | 42,000.00 | CR expense | [3] |
| Ruderman Family Trust | 09/01/17 | 166,199.45 | CR annuity payment | |
| Ruderman Family Trust | 10/02/17 | 143,175.57 | CR annuity payment | |
| Ruderman Family Trust | 11/01/17 | 140,523.04 | CR annuity payment | |
| Ruderman Family Trust | 12/01/17 | 169,310.28 | CR annuity payment | |
| Ruderman Family Trust | 12/18/17 | 84,000.00 | CR expense | [3] |
| Ruderman Family Trust | 02/02/18 | 176,283.09 | CR annuity payment | |
| | | 1,002,774.52 | | |
| Salesforce.com | 01/26/18 | 6,120.00 | Selling expense | [1] |
| | | 6,120.00 | | |
| Samuel S. Buono | 06/30/18 | 4,770.00 | IT | [1] |
| | | 4,770.00 | | |
| SNI Companies | 05/27/18 | 965.50 | Staffing | [1] |
| SNI Companies | 05/27/18 | 684.00 | Staffing | [1] |
| SNI Companies | 05/27/18 | 23.11 | Staffing | [1] |
| SNI Companies | 06/03/18 | 897.03 | Staffing | [1] |
| SNI Companies | 06/03/18 | 912.00 | Staffing | [1] |
| SNI Companies | 06/03/18 | 25.25 | Staffing | [1] |
| | | 3,506.89 | | |
| Software Solutions Consulting Inc. | 12/12/17 | 1,155.00 | IT | [1] |
| Software Solutions Consulting Inc. | 02/08/18 | 11,880.00 | IT | [1] |

**1 Global Capital LLC**
**SOFA 4 - Payments to or on behalf of insiders in the year prior to the petition date**

| Insider | Date | Amount | Reason for Transfer | Note |
|---|---|---|---|---|
| Software Solutions Consulting Inc. | 03/09/18 | 3,410.00 | IT | [1] |
| Software Solutions Consulting Inc. | 04/01/18 | 10,780.00 | IT | [1] |
| | | 27,225.00 | | |
| Svetlana Ruderman | 07/28/17 | 4,461.54 | Salary | |
| Svetlana Ruderman | 08/11/17 | 4,461.54 | Salary | |
| Svetlana Ruderman | 08/25/17 | 4,461.54 | Salary | |
| Svetlana Ruderman | 09/08/17 | 4,461.54 | Salary | |
| Svetlana Ruderman | 09/22/17 | 4,461.54 | Salary | |
| Svetlana Ruderman | 10/06/17 | 4,461.54 | Salary | |
| Svetlana Ruderman | 10/20/17 | 4,461.54 | Salary | |
| Svetlana Ruderman | 11/03/17 | 4,461.54 | Salary | |
| Svetlana Ruderman | 11/17/17 | 4,461.54 | Salary | |
| Svetlana Ruderman | 12/01/17 | 4,461.54 | Salary | |
| Svetlana Ruderman | 12/15/17 | 4,461.54 | Salary | |
| Svetlana Ruderman | 12/29/17 | 4,461.54 | Salary | |
| Svetlana Ruderman | 01/12/18 | 7,064.10 | Salary | |
| Svetlana Ruderman | 01/31/18 | 4,833.33 | Salary | |
| Svetlana Ruderman | 02/15/18 | 4,833.33 | Salary | |
| Svetlana Ruderman | 02/28/18 | 4,833.33 | Salary | |
| Svetlana Ruderman | 03/15/18 | 4,833.33 | Salary | |
| Svetlana Ruderman | 03/30/18 | 4,833.33 | Salary | |
| Svetlana Ruderman | 04/13/18 | 4,833.33 | Salary | |
| Svetlana Ruderman | 04/30/18 | 4,833.33 | Salary | |
| Svetlana Ruderman | 05/15/18 | 4,833.33 | Salary | |
| Svetlana Ruderman | 05/31/18 | 4,833.33 | Salary | |
| Svetlana Ruderman | 06/15/18 | 4,833.33 | Salary | |
| Svetlana Ruderman | 06/29/18 | 4,833.33 | Salary | |
| Svetlana Ruderman | 07/13/18 | 4,833.33 | Salary | |
| Svetlana Ruderman | 08/09/17 | 1,378.76 | Interest | |
| Svetlana Ruderman | 09/05/17 | 700.68 | Interest | |
| Svetlana Ruderman | 10/09/17 | 678.08 | Interest | |
| Svetlana Ruderman | 11/03/17 | 700.68 | Interest | |
| Svetlana Ruderman | 12/04/17 | 678.08 | Interest | |
| Svetlana Ruderman | 01/02/18 | 700.68 | Interest | |
| Svetlana Ruderman | 02/07/18 | 700.68 | Interest | |
| Svetlana Ruderman | 03/19/18 | 632.88 | Interest | |
| Svetlana Ruderman | 04/20/18 | 700.68 | Interest | |
| Svetlana Ruderman | 05/02/18 | 678.08 | Interest | |
| Svetlana Ruderman | 06/13/18 | 700.68 | Interest | |
| Svetlana Ruderman | 07/13/18 | 678.08 | Interest | |
| | | 127,530.58 | | |
| Unified Analytics LLC. | 08/17/17 | 1,003.00 | IT | [6] |
| Unified Analytics LLC. | 09/20/17 | 27,653.43 | IT | [6] |
| | | 28,656.43 | | |
| Valentina Radchuk | 07/28/17 | 507.69 | Salary | |
| Valentina Radchuk | 08/11/17 | 507.69 | Salary | |
| Valentina Radchuk | 08/25/17 | 507.69 | Salary | |
| Valentina Radchuk | 09/08/17 | 507.69 | Salary | |
| Valentina Radchuk | 09/22/17 | 507.69 | Salary | |

**1 Global Capital LLC**
**SOFA 4 - Payments to or on behalf of insiders in the year prior to the petition date**

| Insider | Date | Amount | Reason for Transfer | Note |
|---|---|---:|---|---|
| Valentina Radchuk | 10/06/17 | 507.69 | Salary | |
| Valentina Radchuk | 10/20/17 | 507.69 | Salary | |
| Valentina Radchuk | 11/03/17 | 507.69 | Salary | |
| Valentina Radchuk | 11/17/17 | 507.69 | Salary | |
| Valentina Radchuk | 12/01/17 | 507.69 | Salary | |
| Valentina Radchuk | 12/15/17 | 507.69 | Salary | |
| Valentina Radchuk | 12/29/17 | 507.69 | Salary | |
| Valentina Radchuk | 01/12/18 | 803.85 | Salary | |
| Valentina Radchuk | 01/31/18 | 550.00 | Salary | |
| Valentina Radchuk | 02/15/18 | 550.00 | Salary | |
| Valentina Radchuk | 02/28/18 | 550.00 | Salary | |
| Valentina Radchuk | 03/15/18 | 550.00 | Salary | |
| Valentina Radchuk | 03/30/18 | 550.00 | Salary | |
| Valentina Radchuk | 04/13/18 | 550.00 | Salary | |
| Valentina Radchuk | 04/30/18 | 550.00 | Salary | |
| Valentina Radchuk | 05/15/18 | 550.00 | Salary | |
| Valentina Radchuk | 05/31/18 | 550.00 | Salary | |
| Valentina Radchuk | 06/15/18 | 550.00 | Salary | |
| Valentina Radchuk | 06/29/18 | 550.00 | Salary | |
| Valentina Radchuk | 07/13/18 | 550.00 | Salary | |
| | | 13,496.13 | | |

**Grand Total**                    $        **21,464,049.29**

[1] Payment on behalf of Bright Smile, LLC.
[2] Payment on behalf of Biogenics
[3] Payment on behalf of Carl Ruderman
[4] Payment on behalf of Green Tree Funding LLC
[5] Payment on behalf of Digi South, LLC
[6] Payment on behalf of Ganador Enterprises
[7] Estimate of various charges for Carl Ruderman, subject to additional analysis and review.

**1 Global Capital LLC**
**SOFA 7 - Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

| Case Title | Case Number | Nature of Matter | Court or Agency | Status of Case |
|---|---|---|---|---|
| 1st Global Inc v. 1st Global Capital, LLC | 18-cv-01768-L | Trademark Infringement | United States District Court Northern District of Texas Dallas | Pending |
| Leverette Tile, Inc. d/b/a Levertte Home Design Center v. 1st Global Capital LLC | 2018-ap-00187 | | United States Bankruptcy Court Middle District of Florida Tampa Division | |
| RS Construct and Randolph and Angela Sall v. 1st Global Capital Inc. a/k/a 1 West Capital, LLC | 17-bk-10919-DS | | United States Bankruptcy Court Central District Northern District of California | Pending |
| K4M Construction & Development, LLC | 16-bk-30646 | | United States Bankruptcy Court Southern District of Texas Houston | CLOSED |
| Gwen Stone Stallworth-Sumrall v. 1 Global Capital LLC | 17-ap-03238 | | United States Bankruptcy Court Southern District of Texas Houston | CLOSED |
| Javier Muniz | 17-bk-50055 | | United States Bankruptcy Court Southern District of Texas Laredo | CLOSED |
| 1 Global Capita, LLC d/b/a 1st Global Capital LLC v. Xedyk Industries and Craig Willard | 53-2017-cv-00635 | | State of North Dakota County of Morton District Court South Central Judicial District | Pending |
| Craig Shenker v. Popular Fisk Market, Inc., TVT Capital, LLC, and 1st Global Capital | L-001764-16 | | Superior Court of New Jersey Bergen County | Pending |
| 1 Global Capital LLC d/b/a 1st Global Capital LLC v. Whitney and Associates LLC d/b/a Advanced Laser Solutions and Chad Daniel Whitney | 201727820 | | Harris County Probate Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital v. Metro Concrete Creations LLC DBA Metro Concrete Creations and James Riggs | 18-017194-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital v. Canning Service and Alignment Center Inc DBA Canning Service and Alignment Center and Richard Canning | 18-016454-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Certified Services Pest Control LLC DBA Certified Services Pest Control and Julie McLean | 18-012036-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Reuben Rodriguez DBA Double R Trading Company and Reuben Rodriguez | 18-012035-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. A.T.C. General Contractors Inc. DBA ATC General Contractors and Deana Carter | 18-012022-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Rivera's Automotive LLC DBA Rivera's Automotove and Jose Rivera Hernandez | 18-016315-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital v. Construction Diversity Group LLC and Steven Hadley | 18-016378-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Henry Ortiz DBA K & C Air Conditioning and Heat and Henry Ortiz | 18-016086-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Paradigm Property Solutions LLC DBA Paradigm Property Solutions LLC and Ron Jaques | 18-0160083-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Rivera's Automotive LLC DBA Rivera's Automotove and Jose Rivera Hernandez | 18-015963-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. North Georgia Floors & Restoration Inc DBA North Georgia Floors & Restoration and Daniel Barry | 18-015847-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capitak LLC DBA 1Global Capital LLC v. Twelve Gage Enterprises LLC DBA A & M Fencing Masonry and Matthew Gage | 18-015765-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Jamie Turner DBA Full Moon Marketing Design and Jamie Turner | 18-015762-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Xerveo LLC and Ramy El Batrawl | 18-015757-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital v. Bconcepts LLC DBA B Concepts  and David Gonzalez | 18-015678-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Plano Closet Inc DBA Plano Closet and Altaf Badal | 18-016106-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Winona Inn LLP DBA the Lodge at Mount Rushmore and Mark Arend | 18-015574-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Alll Phase Home Remodeling LLC | 18-015563-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. A P Construction Services LLC DBA A P Construction Services and Jose Alonso and Jessica Alonso | 18-015334-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Powe Inc and Lashoan Powe | 18-014244-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Bay Supply, Corp DBA Bay Supply and Milhail Shafran | 18-015187-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Pharmark Inc DBA Pharmark and Michael Bjelica | 18-014073-COCE | CC Equity | Broward County Circuit Court | Pending |

1 Global Capital LLC
SOFA 7 - Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Matter | Court or Agency | Status of Case |
|---|---|---|---|---|
| 1 Global Capital LLC DBA 1st Global Capital LLC v. The Mobility Store LLC DBA Mobility Express and John Vath | 18-015097-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Sherman Trinity Spa LLC DBA Solar Nail Spa and Hoa Pham | 18-015095-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Forever Brillant Inc DBA Forever Brillant and Yaacov Lipsky | 18-014947-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital v. M.P.D. Inc DBA Molded Products Development and Joseph Hajnos | 18-014848-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Menno Schwartz DBA Schwartzys Demolition and Menno Schwartz | 18-013279-COCE | CC Equity > $5,000 - $15,000 | Broward County Circuit Court | Pending |
| A P Construction Services LLC, Jose Alonso and Jessica Alonso v. 1 Global Capital | 18-014006-CACE | Other | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. PDC Construction Services Ltd. DBA PDC Construction Services and Patrick Cahill | 18-013399-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital v. Cool Hand Entertainment LLC DBA Ybor City Jazz House and Eric Fleming | 18-013103-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Best Floors Ltd LLC DBA Best Buy Flooring and Meelad Dezfooli | 18-013097-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Maverick Staffing LLC DBA Maverick Staffing and John Roberts | 18-013087-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. T and C Recycling LLC DBA T and C Recycling and Troy Carter | 18-013083-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital v. Drury Diesel Performance and Tristan Drury | 18-012989-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Rain Busters Gutters LLC and Robert Filip | 18-012386-COCE | CC Equity > $5,000 - $15,000 | Broward County Circuit Court | Pending |
| 1 Global Capital LLC d/b/a 1st Global Capital LLC v. Hur & Company and Sam Joseph | 18-012299-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. OIG Brand Management DBA OIG Brand Management and John Burns and Tiffany Burns | 18-013043-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Charliey's Auto Service and Charles Pickerill | 18-013037-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Bari National Builders LLC DBA Bari National Builders and Antonio Deliglio | 18-012982-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st global Capital LLC v. FirstUSA Business Development Inc DBA FirstUSA Business Development and Todd Myers | 18-012981-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. B & M's Construction LLC DBA B & M's Construction and Michael Miles | 18-012973-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Hur and Company and Sam Joseph | 18-012299-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Above All Construction Inc DBA Above All Construction and Jose Romero | 18-012267-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. J&Y Remodeling LLC DBA J&Y Remolding and Jorge Orantes | 18-012166-COCE | CC Equity > $5,000 - $15,000 | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Affordable Sprinklers Systems LLC DBA Affordable Sprinkler Systems and Beth Worrell | 18-012931-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. James E Jones DBA Bigcat BBQ and James Jones | 18-012855-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. 1265, LLC DBA Pack Construction and Randall B. Hanson | 18-012855-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. US Bus Lines LLC DBA US Bus Lines and Ramon Alvarez | 18-012434-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Shipman Construction LLC DBA Shipman Construction and Janae Shipman and Brandon Shipman | 18-012304-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Universal Construction Company DBA Universal Construction Co and William Rollins | 18-012303-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Home Bright LLC DBA Home Bright and Lawrence Winn Jr. | 18-012146-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. The Hooven-Dayton Corp and Christopher Che | 18-011598-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Velez Rodriguez Inc and Efrain Velez | 18-011923-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |

1 Global Capital LLC
SOFA 7 - Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Matter | Court or Agency | Status of Case |
|---|---|---|---|---|
| 1 Global Capital LLC d/b/a 1st Global Capital LLC v. Remi Jaiyeola MD PLLC LLC and Aderemi Jaiyeola | 18-011495-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC  DBA 1st Global Capital LLC v. Remi Jaiyeola, MD PLLC LLC DBA Gastroenterology & Liver Disease Center and Aderemi Jaiyeola | 18-011495-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Hector R Nunez DBA Barra El Punto and Hector R Nunez | 18-011800-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Jose M Clemente DBA Saborea Pina Colada and Jose Clemente | 18-011688-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Lagos D'heilo (USA) LLC Dba Lagos D'heilo and Hugo Herrera | 18-011642-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Burrowes Group Residential Facilities , Inc DBA Borrowes Group Residential and Stephanie Burrowes | 18-011600-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Blue Nikkei Hospitality Group Inc DBA Georgiana and Julio Canales | 18-011501-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. R & R Catering Services LLC DBA R & R Barbeque and Catering Service and Rosie Harris | 18-011483-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC V. Compres Garage Door Services Inc and Miguel G Compres | 18-011276-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. ACE Remodel LLC DBA ACE Remodel and Kelly Lynn Jecs | 18-010806-COCE | CC Equity > $5,000 - $15,000 | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Mecanica Car Club Inc and Nestor Vargas | 18-010814-COCE | CC Equity > $5,000 - $15,000 | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Executive Non Emergency Transportation Inc DBA Executive Non Emergency Transportation and George Ricardo | 18-011559-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Pearce Timber LLC DBA Pearce Timber and William James Pearce Jr | 18-011512-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Southern Diesel Repair of Dallas LLC DBA Southern Diesel Repair of Dallas and Sherry Doering and Billy Cole | 18-011430-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Zors Cafe LLC DBA Zoras Café  and Linda Browne and Zora Browne | 18-010559-COCE | CC Equity > $5,000 - $15,000 | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Nathaniel Lewis DBA BC Commodities and Nathaniel Lewis | 18-011398-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Local Motion MN , LLC and Molly Seeley | 18-010437-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| JPMorgan Chase Bank National Association v. 1 Global Capital LLC | 18-011061-CACE | Real Prop Homestead Res Fore - >$50K - <$250,000 | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. 3rd Day Hay LLC DBA 3rd Day Hay | 18-010264-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Luxury Pools of Miami Inc DBA Luxury Pools of Miami and Hector J Valenzuela | 18-010224-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Melpro Corp DBA Melpro Corp Group and Luis Acevedo and Karen Laraceunte Ortiz | 18-010630-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Magnolia Auto Transport LLC DBA Magnolia Auto Transport and Micheal Blount | 18-009877-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. In & Out Corp and Firas Hawari | 18-009868-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Martz Inc and Guillermo Martinez | 18-009830-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Wilson Glass Tint LLC DBA Wilson Glass Tint and Jackie Wilson | 18-009683-COCE | CC Equity > $5,000 - $15,000 | Broward County Circuit Court | Pending |
| 1 Global Capital LLC d/b/a 1st Global Capital LLC v. J&J Construction LLC and Jason Franklin | 18-009874-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 West Capital LLC v. Shaka Global Inc and Shawn King | 18-009887-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. J & J Construction and Jason C Franklin | 18-009874-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. MT & Associates LLC DBA Visiting Angels of Semi and Toni Howell | 18-009836-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. The Wellness Recovery Center LLC DBA The Wellness Recovery Center and Steven Dorfman | 18-009655-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. S&D International Store and Ismaila Dia | 16-008383-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |

**1 Global Capital LLC**
SOFA 7 - Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Matter | Court or Agency | Status of Case |
|---|---|---|---|---|
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Neighborhood Broker LLC DBA Neighborhood Broker and Mark A Lannes | 18-009455-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. YGM Group LLC DBA YGM Medical Supply Group/Wellnesscodes/Baby Street and Yaakov Pollak and Moshe Pollak | 18-009819-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC V. Vines N"Steins LLC DBA Amorino Chicago and Lisa Gasparian | 18-009189-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Tamburello Landscaping Inc DBA Fne Design Landscaping and Robert Tamburelllo | 18-009156-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital v. Ira Michael Howard DBA Angie's Below Wholesale Foods and Ira Michael Howard aka Mike Howard | 18-009144-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Massey Construction Inc and Benjamin Massey | 18-009137-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Redemption Movers Inc DBA Redemption Moving and Storage and Joshua Carroll | 18-009096-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. TCS Empire Inc DBA TCS Empire and Angel M Pareja | 18-009076-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Restoration King of America LLC DBA Restoration King of America and Michael Erhardt | 18-009009-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Silas Radio and Television Firm LLC and Stephen T Nortier | 18-009056-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. JKM Auto Transport Inc and Juan Miguel Gonzalez | 18-009054-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. H & N Automotive LLC DBA Aamco Transmissions and Gregory Huff | 18-009047-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Discoveryfest Enrichment Program LLC DBA Discoveryfest and Sean Tate | 18-009043-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. AHV Development LLC DBA AHV Construction and Gregory Filbrun | 18-009516-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Carlos G Serapion DBA Gestores Y Consultores and Carlos G Serapion AKA Carlos Serapion Figueroa | 18-009475-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. CISG Requirement Solutions Corporation DBA CISG Requirement Solutions Corporation and Michelle Dyson | 18-009432-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Haute Fashion Boutique LLC DBA Haute Fashion Boutique LLC and Danielle Frederick | 18-009162-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. P and D Auto LLC DBA P and D Auto and Prince C Togbeson | 18-009044-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Equip-Texas Inc and Kelly borders and Patricia Borders | 18-009454-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Circle CS LLC DBA Circle CS and Michael Crouch and Dena Crouch | 18-009289-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Timothy Grant DBA V Tire and Wheel and Timothy Grant | 18-008740-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Assisted Hands LLC DBA Assisted Hands and Lisa H Brown | 18-008708-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Eastern Air Flow LLC DBA Eastern Air Flow and Justin Trout | 18-008705-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. August Technologies Inc DBA August Technologies and Julie Johnson | 18-008703-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Cogesco International Corp and Gilles Rech | 18-008701-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Hawks Ranch Trucking LLC DBA Hawks Ranch Trucking and Keith Hawks | 18-009039-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. A to Z Home Remodeling LLC DBA A to Z Home Remodeling and Juan Mendez | 18-008347-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Daryl L Beiler DBA Daryl L Beiler | 18-008342-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Go Computer Tech Inc DBA Go Computer Tech and Ramcharan Ramsawak | 18-008319-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Felarod LLC DBA Felarod Home Renovation and Victor Barnett | 18-008315-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Champion Electrical Solutions LLC DBA Champion Electrical Solutions LLC and Stephen Champion | 18-008313-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |

**1 Global Capital LLC**
SOFA 7 - Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Matter | Court or Agency | Status of Case |
|---|---|---|---|---|
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Glenn Tatum Septic Service Inc DBA Glenn Tatum Septic Service and Glenn Tatum | 18-008791-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v.  Dizengoff Audio Inc DBA Dizengoff Audio and Matthew Newport | 18-008364-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Nelson Feliciano Morales DBA Graphics World  and Nelson Feliciano | 18-008355-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. ADI Pneaumatics Group PR Corp DBA Pneaumatics Group PR and Juan Quinones | 18-008352-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Evergreen Unlimited LLC DBA Evergreen Unlimitd Construction and Yu S Kang | 18-008349-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Panhandle Pavers and Walls Inc DBA Panhandale Pavers and Walls and Richard Troupe | 18-008344-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. S & K Improvements LLC DBA S & K Improvements and Sean Bennett | 18-008321-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Mc Nichol's Fuels Inc Mc Nichol's Fuels and Bassam Honeini | 18-008253-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. TFL Logistics LLC DBA TFL Logistics LLC and Jason Tanner Thomas | 18-008249-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Able Energy Co DBA Weknowsolar.com and Michael Harvey | 18-008231-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Richard E Herbrandson DBA Herby's Transfer and Richard Herbrandson | 18-008819-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Noble Construction and Developmet Inc DBA Noble Construction and Development and Andre Freyre | 18-008666-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Loremipsum LLC DBA Jet Printing and Patricia Jandrew | 18-008625-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Carroll Electric LLC DBA Carroll Electric and Korey Alexander | 18-008620-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v.  Restoration Recovery Inc DBA  Restoration Recovery and Pablo Lopez De Leon | 18-008285-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC d/b/a 1st Global Capital LLC v. Precision Plant Services, Inc. and Steven Kangisser | 18-008546-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Cynteck Construction Management LLC DBA Cynteck Construction Management and Alexander Barrios | 18-008602-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Tell-Cell Inc DBA Tell-Cell Inc and Sowab Ali | 18-008548-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Precision Plant Services Inc DBA Precision Plant Services and Steven Kangisser | 18-008546-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Property Maintenance Group NY LLC DBA Property Maintenance Group NY LLC and Melvin Holder | 18-008451-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Dura Kool Aluminum Products Inc DBA Dura Kool Aluminum Products and Cole Frick | 18-008360-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Trick Construction LLC DBA Trick Construction and Travis Prine | 18-008279-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Chris Mattthews Custom Homes LLC Dba Chris Matthews Custom Homes LLC and Christopher Gurgiolo | 18-008212-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Crescent Building Group LLC DBA Crescent Building Group and Brandon Stamper | 18-007917-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Landsted Companies LLC DBA Landsted Companies and Mark Erickson | 18-007890-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Leigh Ann Pippin  LLC DBA 1884 Restaurant and Bar and Leigh Ann Pippin and Troy D Teems | 18-008414-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Lineage Comminucation Services LLC DBA Lineage Communication Services and Bartolo Escobar and Jose Escobar | 18-008317-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. BDC Shell & Aggregate LLC DBA BDC Shell & Aggregate and Lovina Lehr | 18-008282-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. CEC Electrical Contracting LLC CEC Electrical Contracting and John Chase | 18-008209-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Free Bandz Trucking Company Inc DBA Free Bandz Trucking Company LLC and Brandon Freeman | 18-007879-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Clear Protal Inc LLC DBA Clear Portal and Daniel Shuster | 18-007864-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |

**1 Global Capital LLC**
SOFA 7 - Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Matter | Court or Agency | Status of Case |
|---|---|---|---|---|
| 1 Global Capital LLC DBA 1st Global Capital LLC v. DKL Realty Inc DBA ReMax Realty Center International and Leigh Ann Pippin Teems and Troy Teems | 18-008385-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Kidzplay LLC DBA Kidz Play and Latasha Bethea | 18-008073-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. 12 Energy Solutions LLC DBA 12 Energy Solutions and Kuldeep Ramkumar | 18-007495-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 West Capital LLC v. J.C. Building Systems Inc DBA JC Construction and Luis Rios | 18-007488-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Met Designers Group Corp DBA Met Designers Group Corp and Carlos Gomez | 18-007487-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Source One Network Solutions LLC Source One 360 LLC DBA Business by Joshua LLC/Source One network Solutions LLC and Richard Bond | 18-007851-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. MTZ Bros Construction Co DBA MTZ Bros Conctrustion Co and Francisco Martinez | 18-007840-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Optical Hong Kong Corp DBA Optical Hong Kong and Solomon A Ovadia | 18-007461-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. TR Little People DBA The House of Little People Too and Kevin Robinson and Barbara J Robinson | 18-007430-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Edwin Wayne Coffey Jr. DBA Coffey Bean Express and Wayne Coffey | 18-007420-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. IMR Contracting Corp DBA Jennings Engineering And Construction and Kevin Jennings | 18-007398-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. ER Homes LLC DBA ER Homes and Kevin Matos | 18-007396-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Neveah Limited DBA Neveah Limited and Ibidapo Lawal | 18-007813-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 West Capital LLC v. The Construction Choice Inc DBA Estrada's General Construction and Carlos Estrada | 18-007794-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Ultrarock Builders LLC DBA Ultrarock Builders and Francis Porter | 18-007791-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 West Capital LLC v. Global Internet Development Inc DBA GTM Marketing Research Group and Oleg Kolomietc | 18-007790-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. David Balderas DBA Precision Construction Service/Granite Grotto and David Balderas | 18-007454-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC d/b/a 1st Global Capital LLC v. One Source Plumbing & Heating d/b/a One Source Plumbing and Terry Keyes | 18-007710-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. One Source Plumbing & Heating LLC DBA One Source Plumbing aka One Source Plumbing & Heating and Terry J Keyes | 18-007710-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Maverick Underground Inc DBA Maverick Underground Inc and William Davis | 18-007554-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. FRJB Holding Corp DBA Salomon Supermarket and Florence Redmond | 18-007546-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Sorrell Air Conditioning & Refrigeration Inc DBA Sorrell Air & Refrigeration Inc and James Sorrels | 18-007399-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Homes From the Hart LLC DBA Homes from the Hart LLC and Clifford Hart | 18-007219-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. David J Ackerson DBA D & D Custom Tile and David Ackerson | 18-007215-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Carlos Matta International LLC DBA Carlos Matta International and Carlos Matta | 18-007181-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Barbara Beverage Discount Corp DBA Barbara Beverage Discount and Ana Celia Hernandez and Diego Miranda aka Diego Miranda Benites | 18-007503-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Vault Construction LLC DBA Vault Construction LLC and William Welker | 18-007451-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Rockford Alloys LLC DBA Rockford Metals and Rodney Robito | 18-007407-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Décor Island LLC DBA Décor Island and Nachama Morozow | 18-007446-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Renew Life Group LLC DBA Renew Life Group and Jennetta Rainer | 18-006983-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. I.T.C.O.Y. Home Health Care LLC DBA I.T.C.O.Y. Home Health Care LLC and Dawn Martin | 18-007293-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |

**1 Global Capital LLC**
SOFA 7 - Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Matter | Court or Agency | Status of Case |
|---|---|---|---|---|
| 1 Global Capital LLC DBA 1st Global Capital LLC v. A1 Customs Inc DBA A1 Customs Inc and Theron Aqeel | 18-007189-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Medical Power Mobility Inc DBA Medical Power Mobility Inc and Miguel Diaz | 18-006969-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Enviromental Landscape Associates DBA Enviromental Landscape Associates and Keith Frederick | 18-006957-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Metali Enterprises LTD DBA Metali Enterprises and Valentin Pavlovici | 18-006899-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. The RTD Group LLC DBA The RTD Group and Oluremi Daramola | 18-006835-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Jardines Enterprise Inc DBA Jardines Enterprise and Pablo Miguel Denis | 18-006824-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital, LLC d/b/a 1st Global Capital LLC v. J & M Civil Construction Services LLC d/b/a J&M Civil Construction Services, LLC and Joseph Plata and Candido Montealvo | 18-007145-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Commercial Trucking Service LLC DBA Commercial Trucking Service LLC and Timothy Oliver | 18-007179-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. J & M Civil Construction Services DBA J & M Construction Services LLC and Joseph Plata and Candido Montealvo | 18-007145-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Biliner LLC DBA Biliner Beverage Group and Zdenek Gonsiorovsky | 18-006838-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. D & D Innovations LLC DBA D & D Innovations and Orlando Robinson | 18-006707-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. In & Out Corp and Firas Hawari | 18-006695-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. 1 Nail Spa LLC Dba 1 Nail Spa and Phong Dao | 18-006597-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. MMW Automotive Group LLC DBA MMW Automotive Group LLC and Huber Torrado | 18-007033-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Anthony Trevino DBA A & S Floors and Anthony Trevino | 18-006988-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Fantasy Ruby Corp DBA Fantasy Ruby and Shiya Friedman | 18-006822-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. HMW Automotive Group LLC DBA The Auto Gallery and Huber Torrado | 18-006636-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Crystal Coast Home Solutions Inc DBA Aerus/Electrolux Beyond by Aerus and Elbert R Herring III and Brandon Scott Narron | 18-006949-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| SAS Custom Tile  LLC and Louis Shupe | 18-006088-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Penaz Inc DBA Gtown Bites and Nas Zakikhani | 18-005837-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Mill Street Exchange LLC DBA Mill Street Exchange and Jeremy Bhagwandin | 18-004892-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Blueshore Recovery Systems LLC and Don Beam a/k/a Donald C Beam and Greg Wilson | 18-004745-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Zack LLC DBA Zack and Fahmi Zecharia | 18-003007-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 West Capital v. Galvan Manufacturing Sales Inc DBA Galvan Manufacturing Sales and Bertha Galvan | 18-002945-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Zack LLC DBA Zack and Fahmi Zecharia | 18-002928-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. United Florida LLC DBA United Florida and Imre Papp | 18-002863-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Guillen's Home Care Services Center Inc DBA Dream Come true Home Care and Luis Guillen | 18-002841-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. DRM International Inc DBA DRM International and Arnold Young | 18-002826-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC d/b/a 1st Global Capital LLC vs. J A D S Children Center Inc., Yesenia Pena, and Ilani Alejandro | 18-001914-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Williams and Sons Paint Co Inc DBA Williams and Sons and Kevin Carr | 18-001924-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. J.A.D.S. Children's Center Inc DBA J.A.D.S. Children's Center and and Yesenia Pena and Ilani Alejandro | 18-001914-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |

**1 Global Capital LLC**
SOFA 7 - Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Matter | Court or Agency | Status of Case |
|---|---|---|---|---|
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Koffel Associates Inc DBA Koffel Associates and William E Koffel | 18-001875-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Magnanimous Kids Childcare LLC DBA Magnanimous Kids Childcare and Learning and Jessica Kinsale | 18-001860-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Jonathan Mortimer DBA Carefree Catering Concepts and Jonathan Mortimer | 18-001039-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Empire Furniture USA Inc DBA Empire Furniture USA and Tufan Sagmal | 18-001022-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Cardam, Inc DBA Supermercado Tu Vecino and M Rodriguez Velez | 18-000961-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Barret Wesley Lang a/k/a/ Barret W Lang DBA Bear's Honeypot and Barret Wesley Lang a/k/a/ Barret W Lang | 18-000948-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Roman Security Agency LLC DBA Roman Security Agency and Sebastiano Slino | 18-000875-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Four.M Solutions LLC and Jose Martinez | 18-000866-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. MSB Trading Company Inc DBA Phoenix Technologies and Michael Bruton | 18-000862-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. O.O.W.T.S. Corp DBA O.O.W.T.S. and Teruyuri Serizawa | 18-000279-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. PBC Professional Services Inc and Maria Andrade | 18-000217-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Ashley Stone LLC DBA Ashley Stone Home Solutions a/k/a Ashley Stone Interiors and John Nerdin | 18-000199-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Jesse Johnson DBA Johnson Construction Jesse Johnson | 18-000178-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Tessa Construction & Tech Comp LLC DBA Tessa Construction and Siamak Lajmiri | 18-000169-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Glorida Reese DBA ITE Transport Services and Gloria Reese | 17-023440-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Floridian Sun Materials LLC DBA Floridian Sun Materials and Trace Plaugher | 17-023421-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Star Intelligence Technology Inc Dba Star Intelligence Technology and Garrick King | 17-023407-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Alden Fitz Group LLC DBA Alden Fitz Group LLC and Lucenia W Dunn | 17-023404-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Services by Enrique Cruz LLC DBA Services by Enrique Cruz and Enrique Cruz and Judith Cruz | 17-023158-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC d/b/a 1st Global Capital LLC v. Zoomaway, Inc., George Morgan, and David Mustard | 17-023058-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. AB Harker & Associates LLC DBA ABH Towing & Recovery and Andrea Harker | 17-023076-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 West Capital Inc LLC v. Scott J Craig DBA Scott James Construction and Scott Craig | 17-023074-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Flawless Screen Prinitng LLC DBA Flawless Wireless and Edward Campbell | 17-023062-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Zoomaway Inc and David Mustard and George D Morgan a/k/a Dan Morgan | 17-023058-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Aslantas Corp DBA Gulf Express and Oguzhan Aslantas | 17-023057-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. UD Transportation Inc DBA UD Transportation and Frederico Ulises Gonzalez a/k/a Frederico U Gonzalez | 17-023041-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Step Up Construction LLC Step Up Construction LLC and Wisney Cruz | 17-023029-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. 808 Property Services Inc DBA 808 Property Services and William Dale Mandeville | 17-023025-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. M & L Professional Installation Services Inc DBA M & L Professional Installation Services and Rafael Lorenzo Moya | 17-023024-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Samia's Fashion Inc DBA HI Tech Wireless Inc and Samia Alsawaf | 17-022606-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. J.C. Builder's Inc DBA J.C. Builder's and Charles Neustadt | 17-022589-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |

**1 Global Capital LLC**
SOFA 7 - Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Matter | Court or Agency | Status of Case |
|---|---|---|---|---|
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Jose Morales DBA America's Automotive | 17-022580-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Sunland Investment LLC DBA Comfort Inn & Suites and Christopher Myong | 17-022575-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Grable Services LLC DBA Grable Services and Cleveland Grable Jr | 17-022553-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Sheer Talent Ltd DBA Sheer Talent Ltd and Athenershire Psalidas a/k/a Vickie Sheer | 17-022552-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Rios Striping Corp DBA Rios Striping and Carlos Rios | 17-022534-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Canning Logistic Services LLC DBA Canning Logistics Services and Timothy Lukowski | 17-021892-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. 1st Choice Facilities Services Corp and Gary Simone and George Rutigliano | 17-021230-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. LCL Dispatch LLC DBA TX Express and Christopher Leo | 17-020150-CACE | CC Equity > $5,000 - $15,000 | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Sarayu Trading Company Inc DBA OM Spices and Lakshim Peddyreddy | 17-020742-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Adoring Hearts at Home Care LLC and Karisha Thomas | 17-020734-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Meridian Technology Solutions Inc DBA Meridian Technology and Baderuzzia M Ahmed | 17-019722-COCE | CC Equity > $5,000 - $15,000 | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Dossantos Enterprise LLC and Josezito Dossantos | 17-020406-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Busy bee Developmental Learning Center Inc DBA Busy Bee Developmental Learning Center Inc and Anna Beasley | 17-020368-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Sehayan Corp DBA Song Food Jin Woo An | 17-020340-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Accelerate Solar LLC DBA Accelerate Solar and Xavier Veille and Chris Verner | 17-020335-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Opes Express LLC and Gevork Alachadzhyan | 17-019988-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Epic Insulation LLC and Khamhoui Sipayboun | 17-019962-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. LNO Tire Company and Oscar Ramirez | 17-019896-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Praga Enterprises LLC Jhon Montero | 17-019867-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Easy Way to Scrap Corp and Alejandro Moura | 17-019571-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Higgins Renovations LLC and Jose Higgins | 17-019358-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| D/C Electrical Solutions and Charles Davis | 17-019274-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. BSF Construction and 1 + 2 Auto Collision and Michael S Kim | 17-019209-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. G4G LLC DBA G4G Electrical and Hoon Kim | 17-019165-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Willie Remodeling Inc DBA Willie Remodeling and Mary Williams | 17-019146-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| Ascendo Resources v. 1 Global Capital LLC DBA 1st Global Capital LLC | 17-017347-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC d/b/a 1st Global Capital LLC v. Lantern Fest Production Inc. | 17-016985-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Future Car Transport and Sebastian Posey | 17-017084-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Safed Inc DBA Cleaning Master and Parviz Shahidi | 17-017082-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Beeline Insurance Group LLC and Todd Brian Braeger | 17-017078-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Micro-Management Consulting Services LLC DBA Freddie's Restaurant and Steven George Slentz | 17-016991-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |

**1 Global Capital LLC**
SOFA 7 - Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Matter | Court or Agency | Status of Case |
|---|---|---|---|---|
| 1 Global Capital LLC v. Dayes Holdings Ltd DBA Dayes Automotive Center and Tim Day | 17-016990-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Lantern Fest Production Inc and Richard D Surber | 17-016985-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. WJR Communication Florida LLC and Jose Hernan Quijano and Wilmer N Correa Plaza | 17-016413-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Brookwood Opthhalmolody Imaging & Ancillary Services Inc and Janie N White | 17-016411-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Critical Room Management LLC and Roger Foster Claborn | 17-016407-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v.  Emrude11 LLC and  Edward Milton Rude jr | 17-016403-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Bryan A Graves DBA A-Access Lock and Key and Bryan Attwood Graves | 17-015385-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Artbox II, Inc and Jeong Chul Lee | 17-015380-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Divine Styles Salon LLC and William A Brownlee | 17-015376-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Platinum Construction and Jonel Romero | 17-015374-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. New Jersey Safe Net Inc and Kenneth E Jones | 17-015368-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Untethered Developers Limited Inc and Silas K Herndon jr | 17-015363-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Haulin Apps Transportation Inc and Daniel B  Schaefer | 17-015360-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 West Capital LLC v. Full Color Copier Inc and Anthony J Sr Argy | 17-015357-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Talcott Mountain Fence LLC and Stephen L Gifford | 17-015202-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Hotshot Holsinger Trucking LLC DBA HHT and William G Holsinger | 17-015194-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 West Capital LLC v. CBM Logostics LLC and Catalin Badescu | 17-015191-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Davids Renovations Inc and David Thang Nguyen | 17-015183-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v.  Advance Lawn & Landscaping Inc and Christopher Dewayne Barager | 17-015149-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v.  Intergrated Solutions Systems LLC DBA  Intergrated Solutions Systems and Brent Thomas Ferguson | 17-014496-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v.  Centrino Power Design Corp DBA  A Shades Creation and Gustavo Cella and Yericca Cella | 17-014477-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Southside Auto & Diesel Inc DBA Southside Auto & Diesel and Marc Alan Cantrell | 17-014063-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Costa Brava Restaurant Inc DBA Costa Brava Resturant and Rosa Castaneda | 17-014062-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. MJC Lachner LLC DBA Pizza Factory of Gresham and  Michael James Lachner | 17-014058-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Renowned Painters Inc DBA Reowned Printers and Paul Benhamou | 17-014057-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Carmen Olivios Munford DBA Munford Jewelry Buyers and Carmen Olivios Munford | 17-014055-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Almanzar Enterprises LLC DBA Almanzar Enterprises and Richard Ruben Almanzar Jr | 17-014052-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. ED3 Consultants Inc DBA ED3 and Denise Lynn Palmer | 17-014050-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. B Green Drywall Inc DBA B Green Drywall and Brandon Nicolas Green | 17-014049-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Central KY Funeral Trade Services LLC DBA Central KY Funeral Trade Services and Phillip Paul Wilmoth | 17-014047-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Ristow Roofing Co Inc DBA Ristow Roofing Co and Dale P Ristow | 17-013090-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |

**1 Global Capital LLC**
**SOFA 7 - Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

| Case Title | Case Number | Nature of Matter | Court or Agency | Status of Case |
|---|---|---|---|---|
| 1 Global Capital LLC v. Ability Moving and Storage LLC DBA Ability Moving & Storage and Geneva Jane Dupuy and Kerney Fenton Peart Jr | 17-0130067-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. 24/7 Electrical Services LLC DBA 24/7 Electrical Services and Roland Munoz | 17-013065-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Sugar Sand Medical Consulting LLC DBA Sugar Sand Medical Consulting and Jennifer Friend Aud and Joel Glyn Aud | 17-012986-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Pro Master Movers LLC DBA Pro Master Movers and Shanice M Southren | 17-012638-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. New Beginnings Landscaping LLC DBA New Beginnings Landscaping and Kevin P Connor | 17-012457-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Chameleon Lawn Care LLC DBA Chameleon Lawn Care and Kunle Okubena | 17-012568-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Anthony Heins DBA Rocking H Livestock and Anthony Gerhardt Heins and Tamara Kaye Vollmer Heins | 17-012565-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. AC SS Inc DBA Eden Quick Group and Shazeb Monaf Choudhry | 17-012551-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Just Winner, Inc DBA JW Royal Family and Joon Soo Choi | 17-012037-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Guard Force International Inc DBA Guard Force International and Gordon L Brooks | 17-012034-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Benny Hall & Sons Produce LLC DBA Benny Hall & Sons Produce and Benny Franklin Hall | 17-012032-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Silas Radio & Televison Firm LLC DBA Silas Radio & Television Firm and Stephen Thomas Nortier | 17-012030-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Master Diamond Pool Service Corp DBA AA Plus Construction Management and Percy Munoz | 17-012018-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. T-Mobile Limited USA Inc and Karim Mohammed | 17-012099-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Sil's Home Center Inc DBA Sil's Home Center and Diane Marie Zimmerman | 17-012094-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Revolution Motorsport Designs LLC and  Robert Jay Piner | 17-012085-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. MKJC Carpentry Inc and Stanley W Greene | 17-012071-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Kitchen Zone Inc DBA Kitchen Zone and Carlos E Bello and Yanaima Bello | 17-011917-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Marson Construction Repair & Maintenance LLC DBA Marson Construction and Marco A Hernandez and Sonia M Rodriguez Hernandez | 17-011815-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Flexpro Graphics LLC and William Steven Palmer | 17-012053-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Abe Addison Inc DBA Abe Addison and Helena Delacy | 17-011819-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Turtle Club Inc DBA Turtle Club and Andrei Aheyeu | 17-011793-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Ephesus Med LLC and Tyson Tayfun Denizhan | 17-011234-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Texas Garage Door Service Co DBA Texas Best Garage Door Service and Omar Valadez | 17-011215-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Affordable Sprinkler LLC and Nancy Elizabeth Bush Worrell | 17-011205-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Piloto Deliveries and Recycling LLC and  Adelkis Fernandes and Yazmila Piloto | 17-011200-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Game Loot LLC and Lance D Baker | 17-010739-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Insight Cabinetry LLC and Crystal Mae Lozenski | 17-010733-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Major Touring LLC and Jovan Travis Peterson | 17-010730-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Last Frontier Air Ventures LTD and David William King | 17-010729-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Teldec Logistics LLC and Timothy Ray Johnson | 17-010728-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |

**1 Global Capital LLC**
SOFA 7 - Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Matter | Court or Agency | Status of Case |
|---|---|---|---|---|
| 1 Global Capital LLC v. William Mckay Construction Managment LLC and William L McKay | 17-010721-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Bennett Better Built Homes LLC and James Matthew Bennett | 17-010708-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. W.I.T Auto Group of Texas LLC and Cecil Lee Pickett III | 17-010680-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Smiley Manor LLC and Naton A Smith and Valarie W Smith | 17-010678-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Meter and Valve Co Inc and Michael Drury and Lenita Drury | 17-010669-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Vasquez Citrus & Hauling Inc and Juan Vazquez | 17-009636-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Tylor Company LLC and Cami R Hopper and Bobby Darrell Hopper | 17-009625-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. St Anthony's Hospice LLC and Lance Michael Vallo | 17-009617-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. C H Diamonds Inc and  Yacov Ehrenreich | 17-009481-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Gsong Solutions Inc and Courtnee Garcia | 17-009518-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Riteway Dui & Consulting Ctr LLC and Christopher Lloyd Kirk | 17-009110-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. JLW Mail Hauling Service, LLC and Ollie Williams | 17-009059-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. Godleetikas International Inc and Sandro Quintero Hernandez | 17-009021-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1st Global Capital LLC v. Garda Arch Fab LLC and Ivo Tombazzi and Louis Tombazzi | 17-008980-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1st Global Capital LLC v. Chief Carriers LLC and Oscar Del Toro Jr. | 17-008967-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. National Security LLC and Oscar Junior Deltoro | 17-008152-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1st Global Capital LLC v. Stars & Stripes Logistics LLC and Aaron Lee Oehlschlager | 17-008140-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. Home Recovery Relief Inc and Gregory J Cirignao | 17-008121-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1st Global Capital LLC v. Supreme Lawn & Landscaping Inc and Jamie Scott Songer | 17-008058-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. Misael Perez Ramos DBA Perez Precision Works and Misel Perez | 17-007922-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1st Global Capital LLC v. Louis Clay Young  DBA Corner Stone Roofing and Louis Clay Young | 17-007915-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. Boersen Farms Ag LLC and Dennis Alan Boerson | 17-007848-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. Www.freehailestime.com LLC and Daniel Morgan Stephens | 17-007820-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. R&M Design Group LLC and  Ricky Lynn McGaha | 17-007416-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1st Global Capital LLC v. Bayside Gatherings LLC and Angela Marie Stallman | 17-007393-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. S&R Direct Group SE Inc and Sobrena K  Robinson Buggan and Royan C Hylton | 17-007328-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. Fleming Equipment Corporation Inc and Luis Fernando Caceda | 17-007289-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Nutranomics INC/Health Education Corp DBA Nutranomics Inc and Tracy Kent Gibbs | 17-007219-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Cross Steel Inc and Revon Clarence Shaw | 17-007209-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. Cash Express LLC and Alex David Goncharov and Richard K Myra | 17-007171-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. AC Ninja LLC and Joseph Lee Stout | 17-007140-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |

**1 Global Capital LLC**
SOFA 7 - Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Matter | Court or Agency | Status of Case |
|---|---|---|---|---|
| 1 Global Capital LLC DBA 1st Global Capital LLC v. JA Gonzalez & Asociados Inc DBA  Cancy Convience And Health Store and Jose Antonio Gonzalez Pueyo | 17-004803-COSO | CC Equity > $5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. Total Restoration & Stucco of Central Fl Inc and Yuluisa Nieves | 17-007134-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Mark R. O'Donnell, Inc and Mark R O'Donnell | 17-007118-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Sobeautiful Lifestyle LLC and James Henry Kolka | 17-007104-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Core Logistics Solutions LLC and Zachary Scott Thompson | 17-007010-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. TMK Paving Inc and Norman D Hicks and Marie C Hicks | 17-006990-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Prestige Painting Services LLC and Reynaldo Miranda Gonzalez and Raquel Armida Miranda | 17-006969-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Tri-Star Construction Company and Christopher Lowell Montee | 17-004574-COSO | CC Equity > $5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. S A F E Produce Inc and Scott Anthony Favela | 17-006339-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Thomas C Turner Trucking Inc and Thomas C Turner | 17-006329-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Erath Iron And Metal Inc and John Bradley Boyd and Nicole Joanne Boyd | 17-006252-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. LaPage Enterprises Inc DBA 911 Restoration of CNY and Patrick Michael LaPage | 17-006143-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Carefully Chosen Hair Boutique Inc and Kikora Levesha Palmer | 17-006092-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Baxbo LLC and Shawn W Baxter | 17-006052-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Fabian Howe Agency and Fabian S Howe | 17-004546-COSO | CC Equity > $5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC DBA 1st Global Capital LLC v. Q & A Enviromental , I LLC and John T Manning | 17-004544-COSO | CC Equity > $5,000 - $15,000 | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. NWTP Corp and Sandra G Bell and Thomas M Bell | 17-005862-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Tropico Frutas y Vegetales and Enrique E Mateo | 17-005842-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. SF5 Industries Inc and Tammy N Samek | 17-005834-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Magnum DryWall, LLC and John Robert McKinney | 17-005833-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. AM Carpentry/AM Carpentry & Roofing and Andrew J Mann | 17-005829-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Platinum Elite Distribution LLC and Heather Melina Sanchez and Matthew Jon Sanchez | 17-005776-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Nutranomics Inc/Health Educaction Corp DBA Nutranomics Inc and Tracy Kent Gibbs | 17-005754-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. Ruxton Design & Build LLC and Frank Brian Zeberlein, IV | 17-004506-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. Land America Holdings & Investments Group LLC and Hillary Anne Reid and Noah Sweeney | 17-004418-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1st Global Capital LLC v. Winona Inn LLP and Mark Lawrence Arend | 17-004326-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. My Handyman & Painting LLC and David Scott Gipson | 17-004244-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. AAA Tax & More Inc and Jeremiah William Johnston | 17-004050-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. Berkay Trucking LLC and Behir Gunaydin and Necati Temur | 17-004037-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. Platinum Wireless Accessories Inc and Steven S Benshabat | 17-003389-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. Bluebird Design & Landscape LLC and Jeremy Stephen Whitehouse | 17-003377-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |

**1 Global Capital LLC**
**SOFA 7 - Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

| Case Title | Case Number | Nature of Matter | Court or Agency | Status of Case |
|---|---|---|---|---|
| 1st Global Capital LLC v. Enzo Motors Inc and Sayeda Vaseem Khan | 17-003310-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. Pure Playazz Enterprises Inc and Brian Anthony Martin | 17-003291-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. ACC Managment Group LLC and Matthew Garland Belle-Shead | 17-002887-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. Che Gourment Restaurant Corp DBA Sal Pa Fuera Restaurant and Merdick Marcelo Davila Agosta | 17-001949-COSO | CC Equity > $5,000 - $15,000 | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. JCO Services Inc and Jeffrey Delano Cook | 17-002342-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1st Global Capital LLC v. New Beginnings Real Estate Devel Corp and Derek James Ahart | 17-001916-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. B Concepts LLC and David Gonzalez Torres | 17-001573-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. CDC Holdings LLC DBA Real Deal Desserts and James W Bewersdorf | 17-001515-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. Cognitive Concepts Inc and Gail Schmidt | 17-000950-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. Dennisbilt LLC and Dennis Matthew Bracken and Amanda Jean Bracken | 17-000537-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. Thomas Lynn Hall DBA A2Z Ditching and Septic Installed and Thomas Lynn Hall | 17-000501-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Juan Miguel Marquez  DBA J & B Septic Tanks | 16-013269-COSO | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Pending |
| 1st Global Capital LLC v. American Century Sunshine Intl Trading Corp and Jiaming Zhang | 16-023359-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. Andsmar Sys Inc and Anthonio Andre Anderson | 16-023355-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. US Enforcement Agency LLC and Ronad V Bowman | 16-022888-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. Elite Performance LLC and Joshua Bennett Borges | 16-022776-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1st Global Capital LLC v. Gurmit Kaur  Chima DBA Tower Super Market and Jagdishwar Singh Chima | 16-022727-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Jeffrey Maurice Travis DBA J Travis & Associates | 16-012272-COSO | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Abraham Lopez As Sole Proprietor individually DBA Austin Abe's Construction Services | 16-012271-COSO | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Pending |
| 1st Global Capital LLC v. Royal Dragon Trade Inc and Igor Svechin | 16-022125-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1st Global Capital LLC v. Allied Welding Inc. and Terry Richard Nelson | 16-022080-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. Specrite Refrigeration Inc and Larry Neil Taylor | 16-022046-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. Big Dreams Auto Sales Inc and Jose Andres Diaz | 16-021892-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. Khady African Hair Braiding Adm Inc and Aida Diaw Diop | 16-021831-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. United Intransit Transportation LLC and Cedrick Eugene Murray and Karla Michelle Murray | 16-021694-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. Katherine Lynette Brooks dba A Plus 24 Hr Towing | 16-011713-COSO | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. S Litton & Associates LLC and Shane Mitchell Litton | 16-021453-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Holy Angel Assisted Living LLC and Augusto Samson Santos | 16-011254-COSO | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. The Perfect Smoke LLC and Darren Wade Moody | 16-011252-COSO | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Dawn Royer DBA DMR Billing Associates | 16-011250-COSO | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1st Global Capitlal v. J & R Fresh Produce LLC and Ackbar Shaheed | 16-021054-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |

1 Global Capital LLC
SOFA 7 - Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Matter | Court or Agency | Status of Case |
|---|---|---|---|---|
| 1st Global Capital v. Top 2 Bottom Cleaning Service & Power Washing LLC and  Gerard J Murphy, III | 16-020840-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Robert Roberts First Coast Roofing Inc and Robert Earl Roberts | 16-020723-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. JRB Trucking LLC and Billy Wayne Mcrae and Jessica Lee Morae | 16-010720-COCE | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1st Global Capitlal v. Galesburg Rheinschmidt's Inc and Terry G Hartley | 16-020529-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Shoe Studio LLC (41-3708434) and Shoe Studio LLC (47-5205705) and Howard Darrick Mason, III | 16-020525-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Tsavo Transporters LLC and Samuel Nganga Mwangi | 16-020491-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Elk Creek Landscaping LLC and Kathryn Ann Edwards | 16-024137-COCE | CC Equity > $5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Tim the Toolman Inc and Timothy Tyler | 16-022816-COCE | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Friendly Shuttle & Delivery Inc and Omar O'Connell | 16-019377-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Evolution Auto Inc and  Ihor V Havryliv | 16-022520-COCE | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Pilkinton Painting Co Inc and Daniel Pilkinton | 16-019198-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v.  Classco Realty Corp and Robert L Lyons,  Jr. | 16-019178-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. DAC Foods DBA Chef Dans Southern and Daniel Carter | 16-019175-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Prime Transport, LLC and Sixto Vargas | 16-018664-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. R & S Oil Company Inc and Brian J Brooks | 16-018661-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Trotter Elite Auto Co LLC and John Trotter | 16-021697-COCE | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Florida Executive Security and  Heniy Lee Dixon | 16-021670-COCE | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Get It Here Inc and Rebecca Waling | 16-018444-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Sullivan Health Mgmt Group LLC and Roderic Bain | 16-018423-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Joshua R Newman Agricultural and Joshua Newman | 16-021270-COCE | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. DVC Experts Inc and Janett Fernandez | 16-017927-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Magnus Construction Services Inc and Ricky Simpson | 16-017913-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Ikonic Dance Atlanta Inc and Dennis Wimberly | 16-017840-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. DKG LLC DBA Rebel Drive In DBA Rebel Restaurant and David Green | 16-020718-COCE | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Hayes Consulting LLC and Michael Hayes | 16-020474-COCE | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. BFG & Associates DBA AB Realty Investments and Benjamin Guy Doing Business As  AB Realty Investments | 16-020748-COCE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Caledonia Landscaping & Lawncare LLC and Eric E Binnert and Kathleen A Hill | 16-017248-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC d/b/a 1st Global Capital LLC v. Freedom Home Health, Brett Lybrook, and Michelle Lybrook | 16-017018-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposed |
| 1 Global Capital LLC v. Solar Wind Energy Systems LLC and Jamie Donaghe and Billy Hamilton | 16-017042-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. 1st Class Realty LLC DBA 1st Class Realty and Serge Atiya | 16-017028-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Freedom Home Health and  Brett Lybrook and Michelle Lybrook | 16-017018-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |

**1 Global Capital LLC**
SOFA 7 - Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Matter | Court or Agency | Status of Case |
|---|---|---|---|---|
| 1 Global Capital LLC v. Namora Trading Inc and Khamed Beira | 16-016701-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. P Rojas Contractors Inc and Juan  Guzman | 16-016532-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Sctienda USA LLC and Rene Gonzalez | 16-016527-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Superior Builders,LLC and Jeremy Chad Milinar | 15-005127-COSO | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. E-Style Holdings LLC and Anthony Essence | 16-016181-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Superior Field Services Inc and Richard Reyes | 16-016177-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. USA Restaurant Inc DBA The PHO House Dallas/Galleria and Jeffrey Love | 16-016144-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Niemann General Contractor Builder LLC and Erich Niemann | 16-015919-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. and Carlin Miller | 16-015918-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Vinson Construction and Michael Vinson | 16-015909-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Corporate Portfolio Mgmt Solutions and Terry Tomlinson | 16-015267-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Eagle Construction & Contracting and Randall Bird | 16-015262-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. H4 Excavating LLC and Jerry M Burns | 16-016907-COCE | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. A Production Cleaning Co Inc DBA A Production Building Services and Juanita Bycraft-Walker | 16-006197-COSO | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Cobalt International LLC and Marckensie Theresias and Arthur Watson | 16-014293-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Symo Corp and Sherif Kassem | 16-014273-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Hawtera Enterprise Inc DBA Texas Painting Company and Jeff Hawken | 16-014266-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. One More Transport LLC and Sheri Calloway | 16-014253-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC/1 West Capital LLC and Vanguard Companies LLC and Ani Ghazaryan | 16-014227-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. JLM Equipment Inc and John Mentz | 16-015425-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Meadows Organics Inc DBA American Farmers Network and  Irina Protasov | 16-013955-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. A2B Delivery Inc and Andrew Beers and Marc Kleyman | 16-016202-COCE | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Oklahoma Spirit Academy and Will Strother | 16-013656-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Kidzz Palace and Erika Aziegre | 16-015180-COCE | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. La Una Cafe & Deli and Rabih Kassab | 16-014674-COCE | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Carons Equipment Sale And Service Inc and Chad Caron and Sarah D Caron | 16-012614-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Dave Brothers and Vibhyti Dave | 16-012152-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Allstar Towing Repair and George Hildreth | 16-011784-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Allred Quality Exteriors LLC and William Ronald Allred | 16-012862-COCE | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Kingdom Kare Learning Center and Shamso Hassan | 16-011120-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Fast Forward Transportation Inc and Edward Clark and Nakia Clark | 16-011112-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |

**1 Global Capital LLC**
**SOFA 7 - Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

| Case Title | Case Number | Nature of Matter | Court or Agency | Status of Case |
|---|---|---|---|---|
| 1 Global Capital LLC v. DW Transportation and David Welch | 16-011110-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. C & W Development & Construction and Jesse Callis and Burton Wheeler | 16-009697-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Taffanelli Transport LLC and Xavier Taffanelli | 16-003490-COSO | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Florida Donut Partners LLC DBA So Nuts Donuts & Deli and David Burke and Lynn Burke | 16-009615-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Kingfish Group LLC DBA Confessional and Erika Fisher | 16-009561-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Solar Wind Energy Systems Llc and Jamie Donaghe | 16-008927-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. All Metro Ambulance LLC and Victoria Kupriyanov | 16-009566-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. GRH Enterprises and George Hildreth | 16-009519-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Environment & Energy Group Inc and John Brink | 16-009028-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. VC Enterprises and Vaughn Colter | 16-009021-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Jaber Oil & Gas DBA Finksburg Crown and Makram Naslah | 16-009016-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Optionology LLC DBA Optionology/PHP and Symone Amani | 16-003213-COSO | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Edward D Powers DBA Powers Drywall and Insulation Inc | 16-008976-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. J&N International Inc and Senyu Dong | 16-008953-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Hour of Change Fitness and Nnamdi Ugbaja | 16-008275-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. MCK William Construction and William Orlando Sanchez | 16-008114-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Enterprise Communications Services and Shaun Bloyer | 16-007870-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Special Dollar Discount Corp and Lidia Fals | 16-007834-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Derrick Murray DBA Boardfetish a sole proprietorship and Derrick Murray | 16-002782-COSO | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Intact Integration Inc DBA 31 Cabling A Texas Corporation and Heidi Cottingham and Timothy Cottingham | 16-002665-COSO | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. T & K Carriers LLC and Melvin Douglas Salone, III | 16-002653-COSO | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Tug Away Towing LLC and Mark Mecum | 16-007598-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Casablanca Custom Design Inc and Ricardo Galindo | 16-006756-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Mint Cafe LLC DBA Cafe Lounge and Mohamed Abdi | 16-002315-COSO | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Best Deal on Security Inc and Rala Lauser | 16-006780-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Keralis Inter Inc and Marianela Duran and Alhai Eng | 16-006767-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Blade Buster LLC DBA Blade Buster and Reginald Richardson | 16-006730-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Capital One Health Care Consultants Corp and Beatriz Correon and Sonia Rodriguez | 16-006682-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Quality Care Developmental and Tara White and Tito White | 16-006380-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Sook Corp DBA Super Mart and Mohammad Shahbaz | 16-005412-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Bohannon Oil Services and Reynaldo Peralez | 16-004501-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |

**1 Global Capital LLC**
SOFA 7 - Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Matter | Court or Agency | Status of Case |
|---|---|---|---|---|
| 1 Global Capital LLC d/b/a 1st Global Capital LLC v. Innovative Health Systems Inc., and Jeremy Ebeling | 16-004425-CACE | Contract and Indebtedness | Broward County Circuit Court | Reopen |
| 1 Global Capital LLC d/b/a 1st Global Capital LLC v. HDI Plastics, Inc. and Kenneth Brimmer | 16-004459- CACE | Contract and Indebtedness | Broward County Circuit Court | Disposed |
| 1 Global Capital LLC v. Elaine E Home Furnishings and Robert Eccleston and Gervaise Hylton | 16-004465-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. HDI Plastic Inc and Kenneth Brimmer | 16-004459-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Quality Landscape & Design Ct LLC and Kelly Engaldo and David Quintin | 16-004202-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Car Dents and Mikal Sanchez | 16-003479-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Taylor's Rolling Thunder Construction and Gerald Taylor | 16-000908-COSO | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Christian Leader's Club and Christopher Kim | 16-000903-COSO | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. MIA Cleaning Specialist LLC and Chris Bates and Javier Vazquez | 16-002494-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. KAASI INC DBA Upper Deck Sports Bar & Grill  and Kimberly Jean Isaak | 16-000881-COSO | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. A Complete Cleaning Service and Kathy Tuttle | 16-001886-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Surface Quest LLC and Jean Ah Munroe | 16-001490-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Dezca Enterprises Inc and Belinda Castrillo and Marvin Castrillo | 16-001464-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Transparent Mental Health Inc and Joe Scott | 16-000882-COSO | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Pending |
| 1st Global Capital LLC v. J Leroy Charity Funeral Home Inc and Joseph L Charity | 16-001725-COSO | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Rosa International Group and  Pablo Rosa, Jr. | 16-001242-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Healthy & Natural Trading LLC and  Marcelo Lucena | 16-001711-COCE | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Healthy and Natural Trading LLC and Marcelo Lucena | 16-000837-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Jason Garland DBA WNY Recovery & Towing | 16-000777-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Kent C Ellington | 15-022136-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Electronic Trade USA Inc and Kharon Rayford | 15-022993-COWE | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. Crowe Contracting, Inc and Jayson Crowe | 15-021304-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Greater Bethlehem Temple Ministries of Newnan, GA, Inc DBA Greater Bethlehem Temple Ministries and Albert Jackson Jr. AKA Albert Jackson | 15-021269-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. GM Financial Center Inc and George Morcos | 15-025243-COCE | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Ronald  Bredlau DBA Next to Nature Landscape | 15-022642-COWE | Small Claims - Credit Card Debt - Credit Card Debt Damages > $500 - $2,500 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Stacy  Cervantez DBA Certified Maid and Janitorial Services | 15-022314-COWE | Small Claims + - Damages >$2,500 - $5,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Pure Organic Life Inc and Ivan Rincon | 15-022285-COWE | Small Claims + - Damages >$2,500 - $5,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Johan's Trucking, Inc and Johan N Vinas | 15-023654-COCE | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. SF Seguros Corp and Francisco Santos | 15-023649-COCE | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Antonio Jointer DBA Mechanical Plumbing | 15-023623-COCE | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. EZ Access Inc DBA L.I Finest and Ethan Zeb Jawad | 15-019394-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |

**1 Global Capital LLC**
**SOFA 7 - Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

| Case Title | Case Number | Nature of Matter | Court or Agency | Status of Case |
|---|---|---|---|---|
| 1 Global Capital LLC v. WRP & Assoc, Inc and William Perry | 15-019282-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Xerveo LLC and REMY EL-BATRAWI | 15-019279-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Marquiel Tailors LLC and Jerwin Marquiel Spigner | 15-019269-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Affordable Handyman, LLC and Jay H Warner | 15-023448-COCE | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. IMRC, LLC and  VICTORIA CONSTANCE BORISOVNA and MOSEN MICHAEL DEFRAWY | 15-005425-COSO | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Custom Cool LLC and Eliza Tepper-Gatfield | 15-017111-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Angel Sistemas CA Corp and Idamian Aguila | 15--017098-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Bella Cleaning & Carting LLC and Benjamin E Raabe | 15-016940-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Epic Stop In, LLC and Ahmed Yehia Elsayed | 15-016818-CACE | Contract and Indebtedness | Broward County Circuit Court | Pending |
| 1 Global Capital LLC v. STEADY RIDER BUSLINES, INC DBA STEADY RIDER BUS  and Colum J Flaherty | 15-005006-COSO | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Red Brush Services and Gent Kumi and Kristina Kumi | 15-014967-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Swift Trucking Inc and Errol H Sadler | 15-014961-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. Elko Auto Svc, LLC and Theodore Thompson | 15-014878-CACE | Contract and Indebtedness | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC d/b/a 1st Global Capital LLC v. CCME Transport Logisticex and Amin Akida | 15-013225-CACE | Contract and Indebtedness | Broward County Circuit Court | Reclosed |
| 1 Global Capital LLC v. Rand Street Construction LLC NKA Rand Street Construction Inc and Cleveland McRae | 15-004554-COSO | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1 Global Capital LLC v. HDR MARKETING LLC and  DeCarlos Garrett and Marcus A Small | 15-004553-COSO | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Disposition Entered |
| 1st Global Capital LLC v. Genlab Corporation and Alejandro Pabriaga | 15-006181-COCE | CC Damages >$5,000 - $15,000 | Broward County Circuit Court | Pending |
| 1st Global Capital, LLC v. Triple HHH LLC, d/b/a Dog Hut and Sean Carey | 17-32973-COCI | Breach of Stipulation | Volusia County Court | Closed |
| Top 2 Bottom Construction Group, Inc., Mohamed Kassase, and Justin Crump v. 1st Global Capital, LLC | 17-CA-008069-O | Unurious Contract | Orange County Circuit  Court | Pending |

**1 Global Capital LLC**
**SOFA 9 - Certain Gifts and Charitable Contributions**

| Recipient's Name | Relationship to Debtor | Description of the gifts | Dates Given | Value |
|---|---|---|---|---|
| Aventura Turnberry Jewish Center | Donation | | 02/27/17 | $ 2,083.37 |
| Aventura Turnberry Jewish Center | Donation | | 03/17/17 | 2,083.37 |
| Aventura Turnberry Jewish Center | Donation | | 03/31/17 | 2,083.29 |
| Aventura Turnberry Jewish Center | Donation | | 05/05/17 | 2,803.33 |
| Aventura Turnberry Jewish Center | Donation | | 06/05/17 | 2,803.33 |
| Aventura Turnberry Jewish Center | Donation | | 07/07/17 | 643.33 |
| Aventura Turnberry Jewish Center | Donation | | 08/15/17 | 2,083.33 |
| Aventura Turnberry Jewish Center | Donation | | 09/01/17 | 2,083.33 |
| Aventura Turnberry Jewish Center | Donation | | 10/02/17 | 2,083.33 |
| Aventura Turnberry Jewish Center | Donation | | 11/01/17 | 2,083.33 |
| Aventura Turnberry Jewish Center | Donation | | 12/01/17 | 2,083.33 |
| Aventura Turnberry Jewish Center | Donation | | 01/02/18 | 2,083.33 |
| Aventura Turnberry Jewish Center | Donation | | 04/25/18 | 25,000.00 |
| | | | | 50,000.00 |
| | | | | |
| Green Growth & Travelism Institute | Donation | | 12/13/17 | 5,000.00 |
| Green Growth & Travelism Institute | Donation | | 11/14/17 | 5,000.00 |
| Green Growth & Travelism Institute | Donation | | 10/11/17 | 5,000.00 |
| Green Growth & Travelism Institute | Donation | | 09/18/17 | 5,000.00 |
| Green Growth & Travelism Institute | Donation | | 07/11/17 | 5,000.00 |
| Green Growth & Travelism Institute | Donation | | 05/30/17 | 5,000.00 |
| Green Growth & Travelism Institute | Donation | | 04/19/17 | 5,000.00 |
| Green Growth & Travelism Institute | Donation | | 03/29/17 | 5,000.00 |
| Green Growth & Travelism Institute | Donation | | 02/08/17 | 5,000.00 |
| Green Growth & Travelism Institute | Donation | | 12/20/16 | 5,000.00 |
| Green Growth & Travelism Institute | Donation | | 10/21/16 | 5,000.00 |
| Green Growth & Travelism Institute | Donation | | 08/15/16 | 5,000.00 |
| Green Growth & Travelism Institute | Donation | | 07/17/18 | 5,000.00 |
| Green Growth & Travelism Institute | Donation | | 05/31/18 | 5,000.00 |
| Green Growth & Travelism Institute | Donation | | 04/25/18 | 5,000.00 |
| Green Growth & Travelism Institute | Donation | | 03/27/18 | 5,000.00 |
| Green Growth & Travelism Institute | Donation | | 03/06/18 | 5,000.00 |
| Green Growth & Travelism Institute | Donation | | 02/05/18 | 5,000.00 |
| Green Growth & Travelism Institute | Donation | | 01/03/18 | 15,000.00 |
| | | | | 105,000.00 |

**1 Global Capital LLC**
**SOFA 9 - Certain Gifts and Charitable Contributions**

| Recipient's Name | Relationship to Debtor | Description of the gifts | Dates Given | Value |
|---|---|---|---|---|
| GreenEarth.travel SPRL | | International Advisor Services | 10/21/16 | 5,000.00 |
| GreenEarth.travel SPRL | | International Advisor Services | 12/20/16 | 5,000.00 |
| GreenEarth.travel SPRL | | International Advisor Services | 02/08/17 | 5,000.00 |
| GreenEarth.travel SPRL | | International Advisor Services | 03/08/17 | 5,000.00 |
| GreenEarth.travel SPRL | | International Advisor Services | 03/27/17 | 2,281.00 |
| GreenEarth.travel SPRL | | International Advisor Services | 03/29/17 | 5,000.00 |
| GreenEarth.travel SPRL | | International Advisor Services | 04/19/17 | 5,000.00 |
| GreenEarth.travel SPRL | | International Advisor Services | 05/30/17 | 5,000.00 |
| GreenEarth.travel SPRL | | International Advisor Services | 07/11/17 | 5,000.00 |
| GreenEarth.travel SPRL | | International Advisor Services | 09/18/17 | 5,000.00 |
| GreenEarth.travel SPRL | | International Advisor Services | 10/11/17 | 5,000.00 |
| GreenEarth.travel SPRL | | International Advisor Services | 11/14/17 | 5,000.00 |
| GreenEarth.travel SPRL | | International Advisor Services | 12/13/17 | 5,000.00 |
| GreenEarth.travel SPRL | | International Advisor Services | 01/03/18 | 15,000.00 |
| GreenEarth.travel SPRL | | International Advisor Services | 02/05/18 | 5,000.00 |
| GreenEarth.travel SPRL | | International Advisor Services | 03/06/18 | 5,000.00 |
| GreenEarth.travel SPRL | | International Advisor Services | 03/22/18 | 20,000.00 |
| GreenEarth.travel SPRL | | International Advisor Services | 03/27/18 | 5,000.00 |
| GreenEarth.travel SPRL | | International Advisor Services | 04/25/18 | 5,000.00 |
| GreenEarth.travel SPRL | | International Advisor Services | 05/31/18 | 5,000.00 |
| GreenEarth.travel SPRL | | International Advisor Services | 07/17/18 | 5,000.00 |
| | | | | 127,281.00 |
| Susan G Komen for the Cure | | Donation | 09/27/17 | 1,500.00 |
| Susan G Komen for the Cure | | Donation | 09/27/16 | 1,000.00 |
| | | | | 2,500.00 |
| Jeffrey Wendel | | Gift on behalf of Carl Ruderman | 01/31/17 | 3,000.00 |
| Unknown | | 25 piece carmel boxes | 12/12/16 | 1,888.00 |
| Unknown | | Wine.com gifts | 12/08/16 | 1,310.05 |
| Various ISO | | Winn Dixie gift card | 02/06/17 | 1,286.65 |
| Various Lenders | Lender | Holiday gift - Harry & David | 12/14/17 | 4,264.50 |
| Various Lenders | Lender | Holiday gift - Harry & David | 12/15/17 | 2,708.07 |
| Various Lenders | Lender | Holiday gift - Harry & David | 12/16/17 | 1,368.18 |
| Various lenders | Lender | 20 Platinum Finish Mont Blanc - Agents Holiday Gifts | 11/09/17 | 7,062.00 |
| **Grand Total** | | | | **$ 307,668.45** |

**1 Global Capital LLC**
**SOFA 30 - Payments, distributions or withdrawals to insiders**

| Payee | Date | Amount | Description |
|---|---|---|---|
| Mercedes-Benz Financial Services | 01/01/18 | $ 1,116.69 | Automobile lease payment on behalf of Carl Ruderman |
| Mercedes-Benz Financial Services | 02/01/18 | 1,116.69 | Automobile lease payment on behalf of Carl Ruderman |
| Mercedes-Benz Financial Services | 03/16/18 | 1,116.69 | Automobile lease payment on behalf of Carl Ruderman |
| Mercedes-Benz Financial Services | 04/16/18 | 1,116.69 | Automobile lease payment on behalf of Carl Ruderman |
| Mercedes-Benz Financial Services | 05/16/18 | 1,116.69 | Automobile lease payment on behalf of Carl Ruderman |
| Mercedes-Benz Financial Services | 06/18/18 | 1,116.69 | Automobile lease payment on behalf of Carl Ruderman |
| Mercedes-Benz Financial Services | 07/16/18 | 1,116.69 | Automobile lease payment on behalf of Carl Ruderman |
| | | 7,816.83 | |
| Jiang Chao | 02/23/18 | 25,832.59 | Cryptocurrency purchase |
| Jiang Chao | 02/23/18 | 15,642.73 | Cryptocurrency purchase |
| Jiang Chao | 02/23/18 | 19,487.52 | Cryptocurrency purchase |
| Jiang Chao | 02/23/18 | 21,583.28 | Cryptocurrency purchase |
| Jiang Chao | 02/23/18 | 9,945.88 | Cryptocurrency purchase |
| | | 92,492.00 | |
| Tiago Fernandes | 02/23/18 | 4,786.00 | Cryptocurrency purchase |
| Tiago Fernandes | 02/23/18 | 3,828.00 | Cryptocurrency purchase |
| | | 8,614.00 | |
| TraNexus Ireland LTD 7209 | 05/10/18 | 61,014.05 | Cryptocurrency purchase |
| | | 61,014.05 | |
| **Grand Total** | | **$169,936.88** | |

1 of 1